✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| RYAN WESLEY ROUTH | Case Number: 24-08441-McCabe |

| PRESIDING JUDGE<br>Ryon M. McCabe | PLAINTIFF'S ATTORNEY<br>Mark Dispoto & Adam C. McMichael | DEFENDANT'S ATTORNEY<br>Kristy Militello & Renee Sihvola |
|---|---|---|
| TRIAL DATE (S)<br>Detention Hearing   09/23/2024 | COURT REPORTER<br>Jill Wells | COURTROOM DEPUTY<br>S. Payne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 9/23/2024 | X | X | Crimiefighting Pays/Police Organization Honors 'Super Citizen' Article |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages