UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/MCCABE

18 U.S.C. § 351(c)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 111(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(k)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 981(a)(1)(G)
18 U.S.C. § 924(d)(1)

FILED BY_____MP_____D.C.

Sep 24, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempted Assassination of a Major Presidential Candidate
### (18 U.S.C. § 351(c))

On or about September 15, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**RYAN WESLEY ROUTH,**

did intentionally attempt to kill Former President of the United States Donald J. Trump, a major Presidential candidate, as defined in Title 18, United States Code, Section 3056, in violation of Title 18, United States Code, Section 351(c).

**COUNT 2**
**Possessing a Firearm In Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about September 15, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RYAN WESLEY ROUTH,**

did knowingly possess a firearm in furtherance of a crime of violence, that is, a violation of Title 18, United States Code, Section 351(c), as set forth in Count 1 of this Indictment, for which the defendant may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 3**
**Assaulting a Federal Officer**
**(18 U.S.C. §§ 111(a)(1) and (b))**

On or about September 15, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**RYAN WESLEY ROUTH,**

did forcibly assault, oppose, impede, intimidate, and interfere with "Secret Service Special Agent #1," an officer and employee of the United States, and of an agency in any branch of the United States Government, as designated in Title 18, United States Code, Section 1114, that is, the United States Secret Service, while Secret Service Special Agent #1 was engaged in, and on account of, the performance of his official duties, with the intent to commit another felony, in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that the defendant used a deadly and dangerous weapon.

## COUNT 4
### Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

On or about September 15, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RYAN WESLEY ROUTH,**

did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5
### Possession of a Firearm with an Obliterated Serial Number
### (18 U.S.C. § 922(k))

On or about September 15, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RYAN WESLEY ROUTH,**

did knowingly possess a firearm, which has had the importer's and manufacturer's serial number removed, obliterated, and altered, and had, at any time, been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(k).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **RYAN WESLEY ROUTH,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 351, as alleged in

this Indictment, the defendant shall forfeit to the United States (a) any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and (b) all assets, foreign or domestic:

    i.    of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in Section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

    ii.    acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in Section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property;

    iii.    derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in Section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or

    iv.    of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism (as defined in Section 2331) against any international organization (as defined in Section 209 of the State Department Basic Authorities Act of 1956 (22 U.S.C. § 4309(b)) or against any foreign Government,

pursuant to Title 18, United States Code, Section 981(a)(1)(G).

3.    Upon conviction of a violation of Title 18, United States Code, Sections 922 or 924, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(G), and 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████

FOREPERSON

_\[signature\]_
MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_\[signature\]_
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_\[signature\]_
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_\[signature\]_
ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_\[signature\]_
DAVID C. SMITH
TRIAL ATTORNEY, NATIONAL SECURITY DIVISION
COUNTERTERRORISM SECTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

_____/
Defendant.

CASE NO.: 24-80116-CR-CANNON/MCCABE

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I    ☐ 0 to 5 days                ☐ Petty
   II   ☐ 6 to 10 days               ☐ Minor
   III  ☒ 11 to 20 days              ☐ Misdemeanor
   IV   ☐ 21 to 60 days              ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-mj-8441-McCabe

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 9/15/2024

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Ajay J. Alexander
Assistant United States Attorney
Court ID No.  A5502506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RYAN WESLEY ROUTH

**Case No:** _____

Count #: 1

Attempted Assassination of a Major Presidential Candidate

Title 18, United States Code, Section 351(c)
* Max. Term of Imprisonment: Life Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: Five (5) years
* Max. Fine: $250,000

Count #: 2

Possession of a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)
* Max. Term of Imprisonment: Life Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): 7 Years' Imprisonment Consecutive to Any Other Sentence
* Max. Supervised Release: Five (5) years
* Max. Fine: $250,000

Count #: 3

Assaulting a Federal Officer

Title 18, United States Code, Sections 111(a)(1) and (b)
* Max. Term of Imprisonment: Twenty (20) years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: Three (3) years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  RYAN WESLEY ROUTH

**Case No**: _____

Count #: 4

Felon in Possession of a Firearm and Ammunition

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment: Fifteen (15) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine:  $250,000**

Count #: 5

Possession of a Firearm with an Obliterated Serial Number

Title 18, United States Code, Section 922(k)
* **Max. Term of Imprisonment: Five (5) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.