

AO386-C
GOVERNMENT EXHIBIT
PTD / 9-23-24
CASE NO. 24-mj-8441-RMM
EXHIBIT NO. 1