| STATE OF NORTH CAR___INA | | | File No. Co / Hearing | 02CRS 83088 |
|---|---|---|---|---|
| GUILFORD County GREENSBORO | | | Seal Of Court | In The General Court Of Justice ☐ District ☒ Superior Court Division |

**STATE VERSUS**

Defendant
ROUTH, RYAN, WESLEY

| Sex | Race | DOB |
|---|---|---|
| Male | White | |

Defendant's Drivers License No. ___ State ___

**ORDER ON VIOLATION
OF PROBATION
OR ON MOTION TO MODIFY
(STRUCTURED SENTENCING)**

G.S. 15A-1344, 15A-1345

Attorney For State
☐ Def. Found Not Indigent ☐ Def. Waived Attorney

Attorney For Defendant
☐ Appointed ☐ Retained

The defendant was placed on probation pursuant to the following Judgment Suspending Sentence:

| Date Of Judgment Suspending Sentence | Name Of County And File No. (County Of Original Conviction) |
|---|---|
| 12-30-2002 | SAME AS ABOVE |

K

This matter is before the Court upon: (check one option)
☐ 1. review under G.S. 15A-1342(b) or (d). After reasonable notice to the defendant, the Court ☐ finds ☐ does not find that termination of probation is warranted by the defendant's conduct and the ends of justice.
☒ 2. a motion to modify the conditions of the defendant's probation for good cause without charge of violation. After notice and hearing, or upon the consent of the State and the defendant, the Court ☒ finds ☐ does not find that good cause has been shown to modify the original Judgment Suspending Sentence.
☐ 3. charge(s) of violation. After considering the record contained in the file(s) numbered above, together with the evidence presented by the parties and the statements made on behalf of the State and the defendant, the Court finds that the defendant is charged with having violated specified conditions of the defendant's probation ☐ community punishment ☐ intermediate punishment as alleged in the Violation Report or Notice of Hearing which is incorporated by reference.

Upon due notice or waiver of notice, a hearing was held before the Court and:
☐ 1. the defendant admitted or the Court is reasonably satisfied in the exercise of its discretion that the defendant has violated each of the conditions of probation ☐ community punishment ☐ intermediate punishment set forth in
   ☐ a. paragraphs _____ in the Violation Report or Notice of Hearing dated _____
   ☐ b. the attached sheet.
   The defendant violated each condition willfully and without valid excuse; and each violation occurred at a time prior to the expiration or termination of the period of the defendant's probation.
☐ 2. the defendant is found guilty of contempt beyond a reasonable doubt.
☐ 3. by the evidence presented, the Court is not reasonably satisfied that the defendant has violated any of the conditions of the defendant's probation except those found above, if any.

**ORDER**

It is ORDERED that:
☒ 1. the original Judgment is modified as set forth below and, except as specifically so modified, shall remain in full force and effect.
☐ 2. the original Judgment is not modified, but remains in full force and effect.
☐ 3. the defendant's limited driving privilege is REVOKED; the defendant shall surrender all copies of that privilege to the Clerk of Superior Court for transmittal/notification to the Division of Motor Vehicles.
☐ 4. the defendant's probation is terminated. NOTE: When this option is checked, the "Restitution Update Worksheet, Notice And Findings (Revocation Or Termination Of Probation)," AOC-CR-612, must be completed in every case in which the defendant was ordered to pay restitution or an attorney's fee as a condition of probation for an offense committed on or after December 1, 1998.
☐ 5. all charges of probation violation in this case, which are not specifically found above, are dismissed.
☐ 6. the disposition of this matter is continued until _____
☐ 7. the defendant for willful contempt.
   ☐ a. be imprisoned for _____ days in the custody of the sheriff ☐ as provided in AOC-CR-603, Page Two, attached.
   ☐ b. pay a fine of $ _____ ☐ c. Other. _____
☐ 8. (offenses committed on or after October 31, 1998) the defendant's drivers license is revoked whether the defendant is present or not. G.S. 143B-475.1(f)

**MODIFIED MONETARY CONDITIONS**

The "Monetary Conditions" in the Judgment Suspending Sentence are modified to read as follows. The defendant shall pay to the Clerk of Superior Court the "Total Amount Due" shown below, plus the probation supervision fee, pursuant to a schedule
☐ determined by the probation officer. ☐ set out by the court as follows: _____

| Balance On Obligation Due* | Arrearage On Probation Fee | Attorney's Fee This Proceeding | Other Modifications | |
|---|---|---|---|---|
| $ | $ | $ | $ | |

*Equals "Total Amount Due" as shown on original Judgment, less all payments made to date.

AOC-CR-609, Rev. 9-02
2002 Administrative Office of the Courts

Material appears unmarked squares is to be completed as applicable
(Over)

AO386-C
**GOVERNMENT EXHIBIT**
PTD / 9-23-24
CASE NO. 24-mj-8441-RMM
EXHIBIT NO. 7

## OTHER MODIFICATIONS OF PROBATION

☐ 1. The defendant's term of probation is extended for a period of _____, from _____ to _____.

☐ 2. The defendant's assignment to the Intensive Probation Supervision Program is terminated and the defendant is continued on supervised probation.

☐ 3. The defendant is transferred to ☐ unsupervised ☐ supervised probation.

☐ 4. The defendant is allowed until _____ to comply with the following conditions(s):

☒ 5. The special conditions of probation identified below, as numbered and set out in the Judgment Suspending Sentence, are modified as follows. *(State number of each condition to be modified and set out modification.)*
#5. PROBATIONER IS ALLOWED TO TRAVEL TO COSTA RICA FROM JULY 2, 2004 AND RETURN ON JULY 9, 2004. HE IS REPORT TO HIS PROBATION OFFICER ON JULY 12, 2004 AT 9:00A.M.

☐ 6. The defendant shall also comply with the following additional special conditions of probation which the Court finds are reasonably related to the defendant's rehabilitation:
  ☐ complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b).
  ☐ Other: *(set out conditions)*

☐ 7. The Court has not previously delegated the authority contained in G.S. 15A-1343.2(e) or G.S. 15A-1343.2(f) and elects to do so by this Order.

☐ 8. The previous sentence of intermediate punishment is modified, (or) pursuant to G.S. 15A-1344(a), the previous sentence of community punishment is modified, as follows: comply with the additional conditions of intermediate punishment which are set forth on AOC-CR-603, Page Two, attached.

## AWARD OF FEE TO COUNSEL FOR DEFENDANT

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender in this proceeding.

## ORDER OF COMMITMENT/APPEAL ENTRIES

☐ It is ORDERED that the Clerk deliver two certified copies of this Order and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ The defendant gives notice of appeal from the Judgment of the District Court to the Superior Court.

☐ The current pretrial release order is modified as follows:


☐ The defendant gives notice of appeal from the Judgment of the Superior Court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 6/21/14 | L. Todd Burke | Todd Burke |

## CERTIFICATION

I certify that this Order with the attachment marked below is a true and complete copy of the original which is on file in this case.

☐ Special Conditions Of Probation - Intermediate Punishments - Contempt (AOC-CR-603, Page Two).

☐ Judgment Suspending Sentence (AOC-CR-603 or CR-604) - *(Check only if a term of imprisonment is imposed as a new condition of special probation )*

☐ Restitution Update Worksheet, Notice And Findings (Revocation Or Termination Of Probation) (AOC-CR-612)

| Date | Date Certified Copies Delivered To Sheriff | Signature | | | SEAL |
|---|---|---|---|---|---|
| | | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk of Superior Court | |

*(NOTE: Check option 8 under the Order whenever the court finds a willful violation of a condition of probation. If option 8 is checked, Clerk should notify DMV.)*

*NOTE: Send a Certified Copy to the Clerk of Superior Court of the County of Original Conviction, If Different.*

| STATE OF NORTH CAROLINA | | File No. Co. Of Hearing | | | 02CRS83088 |
|---|---|---|---|---|---|

| GUILFORD _____ County | GREENSBORO _____ | Seat Of Court | ☒ District ☐ Superior Court Division | In The General Court Of Justice |

| **STATE VERSUS** | | | |
|---|---|---|---|

**Defendant**
RYAN WESLEY ROUTH

| Sex | Race | DOB | | **ORDER ON VIOLATION** |
|---|---|---|---|---|
| Male | White | | | **OF PROBATION** |

Defendant's Drivers License No. _____ State ____

**OR MOTION TO MODIFY**

**(STRUCTURED SENTENCING)**

G.S. 15A-1344, 15A-1345

| Attorney For State | ☐ Def. Found ☐ Def. Waived not Indigent Attorney | Attorney For Defendant | ☐ Appointed ☐ Retained |
|---|---|---|---|

The defendant was placed on probation pursuant to the following Judgment Suspending Sentence:

| Date Of Judgment Suspending Sentence | Name Of County and File No. (County Of Original Conviction) |
|---|---|
| 01-14-2003 | SAME AS ABOVE |

This matter is before the Court upon: *(check one option)*

☐ 1. review under G.S. 15A-1342(b) or (d). After reasonable notice to the defendant, the Court ☐ finds ☐ does not find that termination of probation is warranted by the defendant's conduct and the ends of justice.

☒ 2. a motion to modify the conditions of the defendant's probation for good cause without charge of violation. After notice and hearing, or upon the consent of the State and the defendant, the Court ☒ finds ☐ does not find that good cause has been shown to modify the original Judgment Suspending Sentence.

☐ 3. charge(s) of violation. After considering the record contained in the file(s) numbered above, together with the evidence presented by the parties and the statements made on behalf of the State and the defendant, the Court finds that the defendant is charged with having violated specified conditions of the defendant's probation ☐ community punishment ☐ intermediate punishment as alleged in the Violation Report or Notice of Hearing which is incorporated by reference.

Upon due notice or waiver of notice, a hearing was held before the Court and:

☐ 1. the defendant admitted or the Court is reasonably satisfied in the exercise of its discretion that the defendant has violated each of the conditions of probation ☐ community punishment ☐ intermediate punishment set forth in:
 ☐ a. paragraphs _____ in the Violation Report or Notice of Hearing dated _____
 ☐ b. the attached sheet.
 The defendant violated each condition willfully and without valid excuse; and each violation occurred at a time prior to the expiration or termination of the period of the defendant's probation.

☐ 2. the defendant is found guilty of contempt beyond a reasonable doubt.

☐ 3. by the evidence presented, the Court is not reasonably satisfied that the defendant has violated any of the conditions of the defendant's probation except those found above, if any.

| **ORDER** |
|---|

It is ORDERED that:

☒ 1. the original Judgment is modified as set forth below and, except as specifically so modified, shall remain in full force and effect.

☐ 2. the original Judgment is not modified, but remains in full force and effect.

☐ 3. the defendant's limited driving privilege is REVOKED; the defendant shall surrender all copies of that privilege to the Clerk of Superior Court for transmittal/notification to the Division of Motor Vehicles.

☐ 4. the defendant's probation is terminated. **NOTE:** *When this option is checked, the "Restitution Update Worksheet, Notice And Findings (Revocation Or Termination Of Probation)," AOC-CR-612, must be completed in every case in which the defendant was ordered to pay restitution or an attorney's fee as a condition of probation for an offense committed on or after December 1, 1998.*

☐ 5. all charges of probation violation in this case, which are not specifically found above, are dismissed.

☐ 6. the disposition of this matter is continued until _____

☐ 7. the defendant for willful contempt:
 ☐ a. be imprisoned for _____ days in the custody of the sheriff. ☐ As provided in AOC-CR-603, Page Two, attached.
 ☐ b. pay a fine of $ _____ ☐ c. Other: _____

☐ 8. *(offenses committed on or after October 31, 1998)* the defendant's drivers license is revoked whether the defendant is present or not. G.S. 143B-475.1(f)

| **MODIFIED MONETARY CONDITIONS** |
|---|

The "Monetary Conditions" in the Judgment Suspending Sentence are modified to read as follows: The defendant shall pay to the Clerk of Superior Court the "Total Amount Due" shown below, plus the probation supervision fee, pursuant to a schedule

☐ determined by the probation officer. ☐ set out by the court as follows: _____

| Balance On Delegation Due* | Arrearage On Probation Fee | Attorney's Fee This Proceeding | Other Modifications | Modified Amount Due |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

*Equals "Total Amount Due" as shown on original Judgment, less all payments made to date.

AOC-CR-609, Rev. 9/02
2002 Administrative Office of the Courts

## OTHER MODIFICATIONS OF PROBATION

☐ 1. The defendant's term of probation is extended for a period of _____, from _____ to _____.

☐ 2. The defendant's assignment to the Intensive Probation Supervision Program is terminated and the defendant is continued on supervised probation.

☒ 3. The defendant is transferred to ☒ unsupervised ☐ supervised probation.

☐ 4. The defendant is allowed until _____ to comply with the following conditions(s):

☐ 5. The special conditions of probation identified below, as numbered and set out in the Judgment Suspending Sentence, are modified as follows: *(State number of each condition to be modified and set out modification.)*

☐ 6. The defendant shall also comply with the following additional special conditions of probation which the Court finds are reasonably related to the defendant's rehabilitation:
  ☐ complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b).
  ☐ Other: *(set out conditions)*

☐ 7. The Court has not previously delegated the authority contained in G.S. 15A-1343.2(e) or G.S. 15A-1343.2(f) and elects to do so by this Order.

☐ 8. The previous sentence of intermediate punishment is modified, [or] pursuant to G.S. 15A-1344(a), the previous sentence of community punishment is modified, as follows: comply with the additional conditions of intermediate punishment which are set forth on AOC-CR-603, Page Two, attached.

## AWARD OF FEE TO COUNSEL FOR DEFENDANT

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender in this proceeding.

## ORDER OF COMMITMENT/APPEAL ENTRIES

☐ It is ORDERED that the Clerk deliver two certified copies of this Order and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ The defendant gives notice of appeal from the Judgment of the District Court to the Superior Court.

☐ The current pretrial release order is modified as follows:

☐ The defendant gives notice of appeal from the Judgment of the Superior Court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 7/28/07 | E. J. ___ | |

## CERTIFICATION

I certify that this Order with the attachment marked below is a true and complete copy of the original which is on file in this case.

☐ Special Conditions Of Probation - Intermediate Punishment - Contempt (AOC-CR-603, Page Two).

☐ Judgment Suspending Sentence (AOC-CR-603 or CR-604) *(Check only if a term of imprisonment is imposed as a new condition of special probation.)*

☐ Restitution Update Worksheet, Notice And Findings (Revocation Or Termination Of Probation) (AOC-CR-612)

| Date | Date Certified Copies Delivered To Sheriff | Signature | SEAL |
|---|---|---|---|
| | | | |
| | | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk of Superior Court | |

*(NOTE: Check option 8 under the Order whenever the court finds a willful violation of a condition of probation. If option 8 is checked, Clerk should notify DMV.)*

**NOTE: Send a Certified Copy to the Clerk of Superior Court of the County of Original Conviction, if Different.**

I consent x Ryan ____
9-22-04

AOC-CR-609, Side Two, Rev. 9/02
2002 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_Guilford_ _____ County

File No. _02CRS 83688 ; 02 CRS 85045_

In The General Court Of Justice
☐ District ☐ Superior Court Division

**STATE VERSUS**    _144360_

Name And Address Of Defendant

_Ryan W Routh_

Amount Of Bond
$ ?

## RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

Offense(s)

Location Of Court    _GR 4C_

☐ District ☒ Superior | Date _12-18-02_ | Time _11:50_ ☒ AM ☐ PM

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

☐ Your release is authorized upon execution of your: DEC 2 0 ▮▮ _83688 recvd prob_ Christina Farrow
  ☐ WRITTEN PROMISE to appear
  ☐ CUSTODY RELEASE
  ☐ UNSECURED BOND in the amount shown above
  ☐ SECURED BOND in the amount shown above

You will be arrested if you violate the following restrictions:
_Bond Revoked Set at $100,000 Sec_    _Per Peter M McHugh_

☐ Your release is not authorized.
☐ The defendant was surrendered after failing to appear as required under a prior release order.   ☐ This was the defendant's second or subsequent failure to appear in this case.

Date _12-18-02_ | Signature Of Judicial Official _Kimble Killiff_

☐ Magistrate ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above   ☐ hold him/her for the following purpose:

☐ (Used in all domestic violence cases covered by G.S. 15A-534.1 only) produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

Name (Of Detention Facility) | Date | Signature Of Judicial Official

## APPEARANCE BOND

I, the undersigned, acknowledge that I and my personal representative are bound to the State of North Carolina in the

☐ CASH BOND - I, the undersigned defendant, acknowledge that I am bound to the State of North Carolina in the amount listed below and hereby deposit that amount as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of the release have been performed.

The conditions of this bond are that the undersigned defendant shall appear as required and at all times render himself/herself amenable to the orders and processes of the Court. It is agreed and understood that this bond is effective and binding upon the obligors throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in the Superior Court. If the defendant appears as ordered and otherwise obeys and performs the conditions of this bond, then this bond is to be void, but if the defendant fails to obey any of these conditions, the Court will enter an Order declaring this bond forfeited.

Amount Of Bond $ _10,000.00_ | Date _12-20-02_ | Signature Of Person Posting Cash Bond

Address Of Person Posting Cash Bond

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in the Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

Date | Signature Of Person Agreeing To Supervise Defendant

Signature Of Defendant | Address Of Person Agreeing to Supervise Defendant

AOC-CR-200, Rev. 1/01
© 2000 Administrative Office of the Courts

ORIGINAL

| SUPPLEMENTAL RELEASE ORDERS | | |
|---|---|---|

The Release Order above is modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| 02 CRS 85045 Bond motion - modified to $40,000 unsecured | DEC 20 ___ [signature] | |
| | | |
| | | |
| | | |

| SUPPLEMENTAL ORDERS FOR COMMITMENT | | | | |
|---|---|---|---|---|

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| DEFENDANT RECEIVED BY DETENTION FACILITY | | |
|---|---|---|

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DEFENDANT RELEASED FOR COURT APPEARANCE | | |
|---|---|---|

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DEFENDANT RELEASED ON BAIL | | |
|---|---|---|

| Date | Time | Signature Of Jailer |
|---|---|---|
| | ☐ AM ☐ PM | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 1/01
© 2000 Administrative Office of the Courts

## STATEMENT OF JAIL COST
### GUILFORD COUNTY

54811

Docket No _____

Warrant No _____     Defendant _Keith_ _Ryan_

Dates Committed _12-18-00_     Date Released _____

Jail Fees Due Guilford County_____

Name of Court _Sup_

Reason for Release     ☐ Bail  ☐ For Trial  ☐ Court Order  ☐ In Transit  ☐ To Begin Sentence
                       ☐ To State Hospital  ☐ Other_____

REMARKS_____

_C/C Shaw_
_Signature of Assistant Jailor_

FORM  15-158   OC - 488

# STATE OF NORTH CAROLINA

_Guilford_ ............ County

*File No.* 02CRS 83628 , 02 CRS 85045

In The General Court Of Justice
☐ District  ☐ Superior Court Division

## STATE VERSUS

*Name And Address Of Defendant*

_Byron W Routh_

$

*Location Of Court* GR 4C

# RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

*Offense(s)*

| ☐ District | ☒ Superior | *Date* 12-18-02 | *Time* 11:50 ☒ AM ☐ PM |
|---|---|---|---|

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

☐ Your release is authorized upon execution of your

    ☐ WRITTEN PROMISE to appear     ☐ UNSECURED BOND in the amount shown above.

    ☐ CUSTODY RELEASE     ☐ SECURED BOND in the amount shown above.

You will be arrested if you violate the following restrictions:

_Bond Revoked Set at $100,000 Sec_    _Per Peter M McHugh_

☐ Your release is not authorized.

☐ The defendant was surrendered after failing to appear as required under a prior release order.  ☐ This was the defendant's second or subsequent failure to appear in this case.

| *Date* 12-18-02 | *Signature Of Judicial Official* _Kimble Tolliff_ |
|---|---|

| ☐ Magistrate | ☒ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court | ☐ District Court Judge | ☐ Superior Court Judge |
|---|---|---|---|---|---|

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above. ☐ hold him/her for the following purpose:

☐ (check in all domestic violence cases covered by G.S. 15A-534.1(b)) produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* _____ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| *Name Of Detention Facility* | *Date* | *Signature Of Judicial Official* |
|---|---|---|

## APPEARANCE BOND

☐ UNSECURED BOND. I, the undersigned, acknowledge that I and my personal representative are bound to the State of North Carolina in the amount listed below.

☐ CASH BOND. I, the undersigned defendant, acknowledge that I am bound to the State of North Carolina in the amount listed below and hereby deposit that amount as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of the release have been performed.

The conditions of this bond are that the undersigned defendant shall appear as required and at all times render himself/herself amenable to the orders and processes of the Court. It is agreed and understood that this bond is effective and binding upon the obligors throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the District Court from which no appeal is taken, or until the entry of judgment in the Superior Court. If the defendant appears as ordered and otherwise obeys and performs the conditions of this bond, then this bond is to be void, but if the defendant fails to obey any of these conditions, the Court will enter an Order declaring the bond forfeited.

| *Amount Of Bond* $ | *Date* | *Signature Of Person Posting Cash Bond* |
|---|---|---|
| *Signature Of Defendant* | | *Address Of Person Posting Cash Bond* |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| *Date* | *Signature Of Person Agreeing To Supervise Defendant* |
|---|---|
| *Signature Of Defendant* | *Address Of Person Agreeing to Supervise Defendant* |

AOC-CR-200, Rev. 1/01
© 2000 Administrative Office of the Courts

COURT RECORD COPY

## SUPPLEMENTAL RELEASE ORDERS

The Release Order above is modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | | | Signature Of Jailer |
|---|---|---|---|---|
| | | ☐ AM | ☐ PM | |

**NOTE TO CUSTODIAN:** This form shall accompany the defendant to court for all appearances.

AOC-CR-200, Side Two, Rev. 1/01
© 2000 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_Guilford_ _____ County

**STATE VERSUS**

Name And Address Of Defendant

_Ryan W. South_

Amount Of Bond

$

Location Of Court  _GR 4C_

File No.  _02CRS 83632  02 CRS 85045_

In The General Court Of Justice
☐ District  ☐ Superior Court Division

## RELEASE ORDER

G.S. Chapter 15A, Art. 26, 26

Offense(s)

☐ District ☑ Superior   Date _12-18-02_   Time _11:50_ ☑ AM ☐ PM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

☐ Your release is authorized upon execution of your:
  ☐ WRITTEN PROMISE to appear
  ☐ CUSTODY RELEASE
  ☐ UNSECURED BOND in the amount shown above
  ☐ SECURED BOND in the amount shown above
  You will be arrested if you violate the following restrictions:

_Bond Revoked Set at $100,000 Sec   per Peter M M Hoff_

☐ Your release is not authorized.
☐ The defendant was surrendered after failing to appear as required under a prior release order. ☐ This was the defendant's second or subsequent failure to appear in this case.

Date  _12-18-02_

Signature Of Judicial Official  _Randle Kittrell_

☐ Magistrate  ☑ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court  ☐ District Court Judge  ☐ Superior Court Judge

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above ☐ hold him/her for the following purpose:

☐ (Check in all domestic violence cases covered by G.S. 15A-534.1(b)) produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

Name Of Detention Facility | Date | Signature Of Judicial Official

## APPEARANCE BOND

☐ UNSECURED BOND - I, the undersigned, acknowledge that I and my personal representative are bound to the State of North Carolina in the amount listed below.
☐ CASH BOND - I, the undersigned defendant, acknowledge that I am bound to the State of North Carolina in the amount listed below and hereby deposit that amount as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of the release have been performed.

The conditions of this bond are that the undersigned defendant shall appear as required and at all times render himself/herself amenable to the orders and processes of the Court. It is agreed and understood that this bond is effective and binding upon the obligors throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in the Superior Court. If the defendant appears as ordered and otherwise obeys and performs the conditions of this bond, then this bond is to be void, but if the defendant fails to obey any of these conditions, the Court will enter an Order declaring the bond forfeited.

Amount Of Bond  $ | Date | Signature Of Person Posting Cash Bond

Signature Of Defendant | Address Of Person Posting Cash Bond

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

Date | Signature Of Person Agreeing To Supervise Defendant

Signature Of Defendant | Address Of Person Agreeing to Supervise Defendant

AOC-CR-200, Rev. 1/01
© 2000 Administrative Office of the Courts

DEFENDANT'S COPY

## SUPPLEMENTAL RELEASE ORDERS

**The Release Order above is modified as follows:**

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

**The defendant is next Ordered produced in Court as follows:**

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## DEFENDANT RELEASED ON BAIL

| Date | Time | | | Signature Of Jailer |
|---|---|---|---|---|
|  |  | ☐ AM | ☐ PM |  |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 1/01
© 2000 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No(s) **02CRS83068** |
|---|---|
| **Guilford (Greensboro)** County | In The General Court of Justice<br>☐ District  ☒ Superior Court Division |

| STATE VERSUS | |
|---|---|
| Name of Defendant<br>**RYAN WESLEY ROUTH** | **ORDER DISPOSING<br>OF SEIZED ITEMS** |

Offense(s)
**POSS WEAPON OF MASS DESTRUCTION**

## FINDINGS

The Court finds the following as fact from the records of the Court having jurisdiction over this case:

1) That certain items were seized by an officer at the time of the defendant's arrest;

2) That final judgment has been rendered in the above-referenced case;

3) That no disposition has been made regarding the items seized.

## ORDER

Based upon the foregoing findings of fact, it is hereby ORDERED that the **ALL FIREARMS; BINARY EXPLOSIVE WITH A 10-INCH DETONATION AND A BLASTING CAP** seized in this matter shall be disposed of as indicated below:

☐ Forfeited and disposed of as provided by law.  (_____)

☐ Forfeited and turned over to the Guilford County School Fund.  (_____)

☐ Turned over to the Clerk of Superior Court's Office to be applied to his/her court-indebtedness. (_____)

☐ Returned to the rightful owner (☐ upon proof of ownership): (_____)

☒ Other (Specify): **ALL FIREARMS; BINARY EXPLOSIVE WITH A 10-INCH DETONATION AND A BLASTING CAP-----FORFEITED TO GPD FOR THEIR USE OR DESTRUCTION.**

| Date<br>**12-20-02** | Name Of Presiding Judge (Type Or Print)<br>**HENRY E. FRYE, JR.** | Signature Of Presiding Judge |
|---|---|---|

## CERTIFICATION

I certify that a copy of this Order was forwarded to the law enforcement agency involved in this matter.

| Date Copy Of Order Forwarded To Law Enforcement Agency<br>**1·7·03** | Signature Of Clerk<br>Tonja A. McCoy |
|---|---|
| Law Enforcement Agency File No(s)<br>**E.G. MILLER GPD-02-121887(2INV)** | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk of Superior Court |

Guilford CSC
Destruction Order - Sup. Ct
Rev 5/99

# STATE OF NORTH CAROLINA

| | | File No. | | |
|---|---|---|---|---|
| | | 02CRS083088 | 51 | |

GUILFORD (GR) County  GREENSBORO Seat of Court

NOTE: (This form is to be used for (1) felony offense(s), and (2) misdemeanor offense(s), which are consolidated for judgment with any felony offense(s). Use AOC-CR-310 for DWI offense(s).)

In The General Court Of Justice
District  [X] Superior Court Division

## STATE VERSUS

**JUDGMENT SUSPENDING SENTENCE - FELONY**
[X] IMPOSING AN INTERMEDIATE PUNISHMENT
[ ] IMPOSING A COMMUNITY PUNISHMENT
(STRUCTURED SENTENCING)
G.S. 15A-1341, -1342, -1343, -1343.2, -1346

Name Of Defendant
ROUTH, RYAN, WESLEY

Race W  Sex M  DOB

Attorney For State HUBBARD, AL

Det. Found  Det. Waived
Not Indigent  Attorney

Attorney For Defendant HATFIELD, JACK

Appointed [X] Retained

The defendant [X] pled guilty to:  [ ] was found guilty by a jury of:  [ ] pled no contest to:

| File No.(s) | Off. | Offense Description | Offense Date | G.S. No. | F/M | CL |
|---|---|---|---|---|---|---|
| 02CRS083088 | 51 | POSSESS WEAPON MASS DESTRUCT | 04/23/2002 | 14-288.8 | F | F |

**The Court:**
[X] 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be  2

PRIOR RECORD LEVEL: [ ] I [X] II [ ] III [ ] IV [ ] V [ ] VI

[ ] 2. makes no prior record level finding because none is required

**The Court:** (NOTE: Block 1 or 2 MUST be checked)
[X] 1. makes no written findings because the prison term imposed is within the presumptive range of sentences authorized under G.S. 15A-1340.17(c).
[ ] 2. makes the Findings of Aggravating and Mitigating Factors set forth on the attached AOC-CR-605.
[ ] 3. makes the Findings of Extraordinary Mitigation set forth on the attached AOC-CR-606.
[ ] 4. finds the defendant has provided substantial assistance pursuant to G.S. 90-95(h)(5).
[ ] 5. finds enhanced punishment from a Class A1 or Class I misdemeanor to a Class I felony.
  [ ] G.S. 90-95(e)(3) (drugs);  [ ] G.S. 14-3(c) (hate crime).
[ ] 6. imposes the punishment pursuant to a plea arrangement as to sentence under Article 58 of G.S. Chapter 15A.
[ ] 7. finds the above designated offense(s) is a reportable conviction involving a minor. G.S. 14-208.6.
[ ] 8. finds the defendant is classified as a sexually violent predator. G.S. 14-208.20.

The Court, having considered evidence, arguments of counsel and statement of defendant, finds that the defendant's plea was freely, voluntarily, and understandingly entered, and Orders the above offenses be consolidated for judgment and the defendant be imprisoned for a minimum term of 15 months for a maximum term of 19 months in the custody of N.C. DOC.

This sentence shall run at the expiration of sentence imposed in file number

The defendant shall be given credit for 5 days spent in the confinement prior to the date of this Judgment as a result of this charge(s) to be applied toward the [ ] sentence imposed above. [X] imprisonment required for special probation set forth on AOC-CR-603, Page Two.

## SUSPENSION OF SENTENCE

[X] With  [ ] Without  the consent of the defendant and subject to the conditions set out below, the execution of this sentence is suspended and the defendant is placed on  [X] supervised  [ ] unsupervised  probation for 60 months.

(*NOTE: For offenses committed on or after January 1, 1997, per repeal of 15A-1341(c), defendant's consent is not needed.)
[ ] 1. The Court finds that a  [ ] longer  [ ] shorter  period of probation is necessary than that which is specified in G.S. 15A-1343.2(d).
[ ] 2. The Court finds that it is NOT appropriate to delegate to the Division of Adult Probation and Parole in the Department of Correction the authority to impose any of the requirements in G.S. 15A-1343.2(e) if the offender is sentenced to a community punishment; or G.S. 15A-1343.2(f) if the offender is sentenced to an intermediate punishment.
[ ] 3. The above period of probation shall begin when the defendant is released from incarceration in the case referred to below.
[ ] 4. The above period of probation shall begin at the expiration of the sentence in the case referred to below.
(NOTE: List file number, date, county and court in which prior sentence imposed.)

| File Number | Offense | County | Court | Date |
|---|---|---|---|---|
| | | | | |

[ ] 5. The defendant shall comply with the conditions set forth in file number

## MONETARY CONDITIONS

The defendant shall pay to the Clerk of Superior Court the "Total Amount Due" shown below, plus the probation supervision fee, pursuant to a schedule  [X] determined by the probation officer.  [ ] set out by the court as follows:

WAIVE SUPERVISION FEE

| Costs | Fine | Restitution* | Attorney's Fee | Community Service Fee | Total Amount Due |
|---|---|---|---|---|---|
| $ 225.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 225.00 |

See attached "Restitution Worksheet, Notice And Order (Initial Sentencing)," AOC-CR-611, which is incorporated by reference.
All payments received by the clerk shall be distributed pro rata among the persons entitled to restitution in this priority: first among all G.S. 7A-304(d) priorities  [ ]  and before payment of community service and probation supervision fees.
Upon payment of the "Total Amount Due", the probation officer may transfer the defendant to unsupervised probation.

AOC-CR-603, Rev. 2/2000
© 2000 Administrative Office of the Courts

## REGULAR CONDITIONS OF PROBATION - G.S. 15A-1343(b)

The defendant shall: (1) Commit no criminal offense in any jurisdiction. (2) Possess no firearm, explosive device or other deadly weapon listed in G.S. 14-269. (3) Remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) Satisfy child support and family obligations, as required by the Court.
If the defendant is on supervised probation, the defendant shall also: (5) Remain within the jurisdiction of the Court unless granted written permission to leave by the Court or the probation officer. (6) Report as directed by the Court or the probation officer to reasonable times and places and in a reasonable manner, permit the officer to visit at reasonable times, answer all reasonable inquiries by the officer and obtain prior approval from the officer for, and notify the officer of, any change in address or employment. (7) Notify the probation officer if the defendant fails to obtain or retain satisfactory employment. (8) At a time to be designated by the probation officer, visit with the probation officer a facility maintained by the Division of Prisons.
If the defendant is to serve an active sentence as a condition of special probation, the defendant shall also: (9) Obey the rules and regulations of the Department of Correction governing the conduct of inmates while imprisoned. (10) Report to a probation officer in the State of North Carolina within seventy-two (72) hours of the defendant's discharge from the active term of imprisonment.

## SPECIAL CONDITIONS OF PROBATION - G.S. 15A-1343(b1), 143B-262(c)

The defendant shall also comply with the following special conditions which the Court finds are reasonably related to the defendant's rehabilitation:

[ ] 11. Surrender the defendant's drivers license to the Clerk of Superior Court for transmittal/notification to the Division of Motor Vehicles and not operate a motor vehicle for a period of _____ or until relicensed by the Division of Motor Vehicles, whichever is later.

[X] 12. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, and of the defendant's vehicle and premises while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision: [X] stolen goods [X] controlled substances [X] contraband [X] FIREARM, EXPLOSIVE DEVICE

[X] 13. Not use, possess or control any illegal drug or controlled substance unless it has been prescribed for the defendant by a licensed physician and is in the original container with the prescription number affixed on it; not knowingly associate with any known or previously convicted users, possessors or sellers of any illegal drugs or controlled substances; and not knowingly be present at or frequent any place where illegal drugs or controlled substances are sold, kept or used.

[X] 14. Supply a breath, urine and/or blood specimen for analysis of the possible presence of a prohibited drug or alcohol, when instructed by the defendant's probation officer.

[ ] 15. Successfully pass the General Education Development Test (G.E.D.) during the first _____ months of the period of probation.

[ ] 16. Complete _____ hours of community or reparation service during the first _____ days of the period of probation, as directed by the community service coordinator and pay the fee prescribed by G.S. 143B-475.1(b). [ ] pursuant to the schedule set out under monetary conditions above. [ ] within _____ days of this Judgment and before beginning service.

[X] 17. Report for initial evaluation by _____ PSYCH COUNSELING participate in all further evaluation, counseling, treatment or education programs recommended as a result of that evaluation, and comply with all other therapeutic requirements of those programs until discharged.

[ ] 18. Not assault, communicate with, be in the presence of, or be found in or on the premises of _____

[X] 19. Other:
OMIT #8; THE DEFENDANT IS NOT TO OPERATE A MOTOR VEHICLE UNTIL LICENSED. IF FOUND DRIVING A BOND FOR 15,000 SECURED IS TO BE SET. PROBATION OFFICER , IN THEIR DISCRETION MAY TRANSFER TO ELECTRONIC HOUSE ARREST OR INTENSIVE.

[X] 20. Comply with the Special Conditions Of Probation - Intermediate Punishments - Contempt which are set forth on AOC-CR-603, Page Two.

[ ] A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender.

## ORDER OF COMMITMENT/APPEAL ENTRIES

[X] 1. It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

[ ] 2. The defendant gives notice of appeal from the judgment of the Superior Court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 12/20/2002 | HENRY E. FRYE, JR. | |

## CERTIFICATION

I certify that this Judgment and the attachment(s) marked below is a true and complete copy of the original which is on file in this case.

[ ] 1. Appellate Entries (AOC-CR-350).
[X] 2. Judgment Suspending Sentence, Page Two (Special Conditions Of Probation - Intermediate Punishments - Contempt (AOC-CR-603, Page Two)).
[ ] 3. Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605).
[ ] 4. Extraordinary Mitigation Findings (AOC-CR-606).
[ ] 5. Restitution Worksheet, Notice And Order (Initial Sentencing) (AOC-CR-611).

| Date | Signature | |
|---|---|---|
| 12/20/2002 | | SEAL |

| Date Certified Copies Delivered To Sheriff | | | |
|---|---|---|---|
| 12/20/2002 | [X] Deputy CSC | [ ] Assistant CSC | [ ] Clerk of Superior Court |

AOC-CR-603, Side Two, Rev. 2/2000
© 2000 Administrative Office of the Courts                Material applicable to marked boxes is to be disregarded as surplusage.

# STATE OF NORTH CAROLINA

GUILFORD (GR) ___ County

File No. _____

02CRS083088          51

In The General Court Of Justice
Superior Court Division

## STATE VERSUS

Name Of Defendant
ROUTH,RYAN,WESLEY

# CRIMINAL BILL OF COST

| SFF 22500 | CPD | 235 | Other DC GEN COURT OF JUSTICE 2  5 |
|---|---|---|---|
| CRSC $ 125 | Cost Remitted | $ 200.00 | |

Costs Assessed In Each Of The Following Cases

| | # SERVED | AMOUNT | |
|---|---|---|---|
| **PROCESS FEE DUE COUNTY** | | | |
| Co. | | $ | 22500 |
| Co. | | $ | 295 |
| Co. | | $ | 295 |
| **JAIL FEES DUE COUNTY** GUILFORD (GR) | # DAYS | AMOUNT | |
| Co. | 5 | $ 25.00 | 22600 |
| Co. | | Remitted | 296 |
| **JAIL FEES DUE COUNTY** (Post Trial) | # DAYS | AMOUNT | |
| Co. | | $ | 22620 |
| Co. | | Remitted | 297 |
| **PROCESS FEE DUE CITY** | # SERVED | AMOUNT | |
| | | $ | 23500 |
| | | $ | 2350 |
| | | $ | 2350 |
| **JAIL FEES DUE CITY** | # DAYS | AMOUNT | |
| | | $ | 2360 |
| | | Remitted | 236 |
| **JAIL FEES DUE CITY** (Post Trial) | # DAYS | AMOUNT | |
| | | $ | 2362 |
| | | Remitted | |

| **COST DUE STATE** | | | |
|---|---|---|---|
| Analysis of Cont. Sub. | $ | | 24320 |
| 20 Day Failure Fee | | | District 21211   Superior 21111 |
| Pre-Trial Release to Co. | $ | | 295 |

| | $ 225.00 | **TOTAL COSTS DUE** |
|---|---|---|
| **FINES DUE THE COUNTY** | $ | 22700 |
| **COMMUNITY SERVICE FEE** | $ | DWI    24201    Exp CSF   24202 |
| **REIMBURSE ATTORNEY FEES** | | 24610 |

**Other Misc. Costs:**

| | | |
|---|---|---|
| Rec. of Expert Witness Fee: | $ | 2464 |
| Rec. of Blood Test: | $ | 24630 |
| Rec. of Interpreter: | $ | District 24652   Superior 24651 |
| Rec. of Bond Forfeiture Fee: | $ | 24660 |
| Other: | $ | |

| **RESTITUTION**   ☐ SEE ATTACHED WORKSHEET | **TOTAL RESTITUTION DUE** |
|---|---|
| ☐ Restitution Jointly & Severally due with Co-Defendant's listed on Reverse | |

**PROBATION SUPERVISION**

☒ B - Supervised     ☒ N - Not Collecting      ☐ SURRENDER LICENSE
☐ U - Unsupervised        Fee                  ☒ ASSESSMENT

# TOTAL DUE
$ **225.00**

| Date | Name Of Clerk | | By: | Date: 12/20/2007 |
|---|---|---|---|---|
| 12/20/2002 | P. TEDDER | ☒ Deputy CSC | ☒ FULL PAYMENT | |
| | | ☐ Assistant CSC | ☐ PARTIAL PAYMENT | |
| | | ☐ Clerk Of Superior Court | | |

AOC-CR-261 AS Superior     © 2000 Administrative Office of the Courts

## RESTITUTION

Full Payment  26110    Partial Payment  26120

REMARKS

| Name | Address | City | St. | Zip | SSN | Amount |
|------|---------|------|-----|-----|-----|--------|
|      |         |      |     |     |     |        |

AOC CH 381 Scheme   1997 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

_Guilford_ County

GUILFORD COUNTY
FILED
DEC 20 2002

File No. __02 CRS 85088__

In The General Court Of Justice
☐ District ☑ Superior Court Division

**STATE VERSUS**

Name Of Defendant
Ryan Wesley Routh

Age: 36   Highest Level Of Education Completed: High

**TRANSCRIPT OF PLEA**

G.S. 15A-1022

The defendant, having offered a plea of _____ and being first duly sworn,
makes the following answers to the questions set out below:

**Answers**

1. Are you able to hear and understand me? — (1) Yes

2. Do you understand that you have the right to remain silent and that any statement you make may be used against you? — (2) Yes

3. At what grade level can you read and write? — (3) High Sch

4. (a) Are you now under the influence of alcohol, drugs, narcotics, medicines, pills, or any other intoxicants? — (4a) No

   (b) When was the last time you used or consumed any such substance? — (4b) Yrs ago — not used

5. Have the charges been explained to you by your lawyer, and do you understand the nature of the charges, and do you understand every element of each charge? — (5) Yes

6. (a) Have you and your lawyer discussed the possible defenses, if any, to the charges? — (6a) Yes

   (b) Are you satisfied with your lawyer's legal services? — (6b) Yes

7. (a) Do you understand that you have the right to plead not guilty and be tried by a jury? — (7a) Yes

   (b) Do you understand that at such trial you have the right to confront and to cross examine witnesses against you? — (7b) Yes

   (c) Do you understand that by your plea(s) you give up these and your other constitutional rights relating to a trial by jury? — (7c) Yes

8. Do you understand that, if you are not a citizen of the United States of America, your plea(s) of guilty or no contest may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law? — (8) Yes

9. Felonies. Do you understand that upon conviction of a felony that you automatically forfeit any Licensing privileges as defined by G.S. 15A-1331A for the full term:

   ☐ (a) (in all cases where the offense was committed after May 7, 1994) of the maximum sentence of imprisonment imposed at the time of conviction if: (1) you are offered a suspended sentence on condition that you accept probation and you refuse probation, or (2) your probation is revoked or suspended and the Court makes findings that you failed to make reasonable efforts to comply with the conditions of probation. — (9a) Yes

   ☐ (b) (for offenses committed on or after October 1, 1994) of the period you are placed on probation if: (1) your probation is revoked or suspended, or (2) (for offenses committed before 7/1/97) you are offered a suspended sentence on condition you accept probation and you refuse probation. G.S. 15A-1331A(b) — (9b) Yes

9A. ☐ (Assaults and Sex offenses) Do you understand that upon your conviction of _____ you may be ordered to pay restitution to any persons directly and proximately injured as a result of your commission of that offense, and that a civil judgment in favor of each such person may be docketed against you and will be a lien against real estate owned by you for the next ten years? — (9A) _____

10. Do you understand that you are pleading (guilty) (no contest) to the charges shown on the attached sheet, which carry the total punishments listed? — (10) Yes

11. Do you now personally plead (guilty) (no contest)? — (11) Yes

12. (a) (if applicable) Are you in fact guilty? — (12a) _____

    (b) (if applicable) Do you understand that upon your plea of no contest you will be treated as being guilty whether or not you admit your guilt? — (12b) Yes

    (c) (if applicable) (Alford Plea)

    (1) Do you now consider it to be in your best interest to plead guilty? — (12c1) Yes

    (2) Do you understand that upon your "Alford Plea" you will be treated as being guilty whether or not you admit that you are in fact guilty? — (12c2) Yes

13. Have you agreed to plead as part of a plea arrangement? Before you answer, I advise you that the Courts have approved plea negotiating, and if there is such, you may advise me truthfully without fear of incurring my disapproval? — (13) Yes

AOC-CR-300, Rev. 2/2000
© 2000 Administrative Office of the Courts.

(Over)

14. *(if applicable)* The prosecutor and your lawyer have informed the Court that these are all the terms. **Answers and conditions of your plea:** *(See attachment for additional plea arrangements, including voluntary dismissals.)*

*The State will dismiss the possession of mass destruction count in 02 CR 81659 and the defendant will be placed on supervised probation for a period of sixty (60) months with conditions to include that he not operate a motor vehicle until he obtains a valid North Carolina drivers license, that he not own or possess any firearm or explosive device and that he obtain a mental health assessment and comply with any recommended course of treatment. All firearms and explosive devices seized from defendant by the Greensboro Police Department in all of defendant's pending cases shall be forfeited and disposed of.*

(a) Is this correct as being your full plea arrangement?                         (14a) *yes*
(b) Do you now personally accept this arrangement?                          (14b) *yes*

15. (Other than the plea arrangement between you and the prosecutor) has anyone made any         (15) *no*
promises or threatened you in any way to cause you to enter this plea against your
wishes?

16. Do you enter this plea of your own free will, fully understanding what you are doing?         (16) *yes*

17. Do you have any questions about what has just been said to you or about anything else         (17) *no*
connected to your case?

I have read or have heard all of these questions and understand them. The answers shown are the ones I gave in open court and they are true and accurate. Neither my lawyer nor anyone else has told me to give false answers in order to have the Court accept my plea in this case. The conditions of the plea as stated above, if any, are accurate.

| SWORN AND SUBSCRIBED TO BEFORE ME | | Date *12 - 20 - 02* | |
|---|---|---|---|
| Date *DEC 20 2002* | Signature *[signature]* | Signature Of Defendant *[signature]* | |
| ☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court | | Name Of Defendant (Type Or Print) *Ryan Wesley Routh* | |

### CERTIFICATION BY LAWYER FOR DEFENDANT

As lawyer for the defendant named above, I hereby certify that the conditions stated above, if any, upon which the defendant's plea was entered are correct and they are agreed to by the defendant and myself. I further certify that I have fully explained to the defendant the nature and elements of the charge(s) to which the defendant is pleading.

| Date *12 - 20 - 02* | Name Of Lawyer For Defendant (Type Or Print) *JOHN HATFIELD* | Signature Of Lawyer For Defendant *[signature]* |
|---|---|---|

### CERTIFICATION BY PROSECUTOR

As prosecutor for this Prosecutorial District, I hereby certify that the conditions stated above, if any, are the terms agreed to by the defendant and his/her lawyer and myself for the entry of the plea by the defendant to the charge(s) in this case.

| Date *12 - 20 - 02* | Name Of Prosecutor (Type Or Print) *Harry A. Hubbard III* | Signature Of Prosecutor *[signature]* |
|---|---|---|

### PLEA ADJUDICATION

Upon consideration of the record proper, evidence presented, answers of defendant, and statements of the lawyer for the defendant and the District Attorney, the undersigned finds:

1. That there is a factual basis for the entry of the plea.
2. The the defendant is satisfied with his/her lawyer.
3. That the defendant is competent to stand trial and that the plea is the informed choice of the defendant and is made freely, voluntarily and understandingly.

The defendant's plea is hereby accepted by the Court and is ordered recorded.

| Date *12 - 20 - 02* | Name Of Presiding Judge (Type Or Print) *Henry E. Frye, Jr.* | Signature Of Presiding Judge *[signature]* |
|---|---|---|

AOC CR 300, Side Two, Rev. 7/2000
© 2000 Administrative Office of the C

**STATE OF NORTH CAROLINA**

Guilford ......... County

**STATE VERSUS**

Ryan Wesley Routh

02-CRS 85088

In The General Court Of Justice
District ☑ Superior Court Division

**WORKSHEET
PRIOR RECORD LEVEL FOR
FELONY SENTENCING AND
PRIOR CONVICTION LEVEL FOR
MISDEMEANOR SENTENCING
(STRUCTURED SENTENCING)**

G.S. 15A-1340.14, 15A-1340.21

**NOTE** *[fine print note text]*

## I. SCORING PRIOR RECORD/FELONY SENTENCING

| NUMBER | TYPE | FACTORS | POINTS |
|---|---|---|---|
| | Prior Felony Class A Conviction | X 10 | |
| | Prior Felony Class B1 Conviction | X 9 | |
| | Prior Felony Class B2 or C or D Conviction | X 6 | |
| | Prior Felony Class E or F or G Conviction | X 4 | |
| | Prior Felony Class H or I Conviction | X 2 | |
| 1 | Prior Class A1 or 1 Misdemeanor Conviction *(see note above)* | X 1 | 1 |
| | | SUBTOTAL ▶ | |

| | | | |
|---|---|---|---|
| If all the elements of the present offense are included in any prior offense whether or not the prior offenses were used in determining prior record level. | + 1 | | |
| If the offense was committed: (a) while on supervised or unsupervised probation, parole, or post-release supervision; or (b) while serving a sentence of imprisonment; or (c) while on escape | + 1 | | 1 |
| | TOTAL ▶ | | 2 |

## II. CLASSIFYING PRIOR RECORD/CONVICTION LEVEL

### MISDEMEANOR

**NOTE** *[fine print]*

| No. Of Prior Convictions | Level |
|---|---|
| 0 | I |
| 1-4 | II |
| 5+ | III |

PRIOR CONVICTION LEVEL ▶ III

### FELONY

**NOTE** *[fine print]*

| Points | Level |
|---|---|
| 0 | I |
| 1-4 | II |
| 5-8 | III |
| 9-14 | IV |
| 15-18 | V |
| 19+ | VI |

PRIOR RECORD LEVEL ▶ II

The Court has determined the number of prior convictions to be ___ and the level to be as shown above.

The Court finds the prior convictions, prior record points and the prior record level of the defendant to be as shown herein.



Henry E. McC Jr

AOC-CR-600 Rev. 12-97
© 1997 Administrative Office of the Courts

## III. PRIOR CONVICTION

**NOTE:** *Federal law precludes making computer printout of DCI-CCH rap sheet part of permanent public court record.*

| Offense | File No. | Date of Conviction | County (name state, if not N.C.) | Class |
|---|---|---|---|---|
| Larceny | 97 CR 71030 | 12/3/97 | Guilford | ( |
| Worthless Check | 90 CR 66795 | 1/29/92 | " | 2 |
| | 91 CR 50191 | " | " | " |
| " | " 50192 | " | " | " |
| " | " 50193 | " | " | " |
| " | " 50194 | " | " | " |
| " | " 54016 | " | " | " |
| " | " 66603 | " | " | " |
| " | " 66609 | " | " | " |
| Fail to Rpt. Accident | 83 CR 63884 | 1/13/84 | " | — |
| NOL | 86 CR 74658 | 10/20/86 | " | — |
| NOL | 90 CR 24754 | 11/28/90 | " | — |
| DWLR | " 49138 | 1/10/91 | " | — |
| NOL | " 68410 | " | " | — |
| NOL | 97 CR 49093 | 7/29/98 | " | — |
| NOL | " 57431 | 2/5/98 | " | — |
| NOL | 98 CR 71665 | 12/3/98 | " | — |
| DWLR | 99 CR 37947 | 5/19/99 | " | — |
| DWLR | 00 CR 59593 | 6/29/00 | " | — |
| " | " 50874 | 4/23/01 | " | — |
| " | " 57873 | " | " | — |
| " | 01 CR 40687 | 10/24/01 | " | — |

**STATE VERSUS**

02 CRS 83088

Ryan Wesley Routh

**PLEAS**

| Plea* | I de Number | Count No (s) | Offense(s) | Date Of Offense | G S No | F/M | CL | Pun Ct | Maximum Punishment |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 02CRS83088 | 1 | Possess Weapon of Mass Dest. Device | 7/27/02 | 14-288.8 | F | F | | 59m |

GUILFORD COUNTY
FILED
DEC 20 2002
AT 11:50 o'clock A M
BY _____
CLERK OF SUPERIOR COURT

**TOTAL MAXIMUM PUNISHMENT** 59 months Active

**MANDATORY MINIMUM FINES & SENTENCES** (if any)

NOTE TO CLERK: if this column is checked this is an added offense or reduced charge.

‡NOTE: Enter punishment class of offense: nonpunishing felony class (punishment class represents a status or enhancement).

AOC CR-300, Page Two, Rev. 3-2000
© 2000 Administrative Office of the Courts

(Over)

## SUPERIOR COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DISTRICT COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|---|---|---|
| 02CR 81659 | 1 | Poss Wpn Mass Destruction |
| | | GUILFORD COUNTY FILED DEC 20 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## CERTIFICATION BY PROSECUTOR

The undersigned prosecutor enters a dismissal to the above charges pursuant to a plea arrangement shown on the Transcript Of Plea attached.

| Date | Name Of Prosecutor, Type Or Print | Signature Of Prosecutor |
|---|---|---|
| 12/30/02 | Harry A. Hillard, III | |

AOC-CR-300, Page Two, Side Two, Rev. 2 2000
© 2000 Administrative Office of the Courts



STATE OF NORTH CAROLINA         IN THE GENERAL COURT OF JUSTICE

COUNTY OF GUILFORD           SUPERIOR COURT DIVISON
                                02CRS083088  02CRS085045

STATE OF NORTH CAROLINA

VS.                                O R D E R

RYAN W. ROUTH, Defendant

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

       The defendant is present in court with his attorney John Hatfield.  Present for State of North Carolina is District Attorney Stuart Albright and Assistant District Attorney Al Hubbard who makes a motion to revoke the defendant's bond.  The defendant objects.

       IT IS THEREFORE ORDERED that the bond be modified and amended as follows; the defendant shall post a $100,000 secure bond to be released from custody.

       IT IS FURTHER ORDERED if the defendant is able to post bond, the following additional condition of pretrial release shall apply as follows:
        1.  The defendant is not to actually or constructively possess any firearm, handgun, shotgun, rifle, automatic weapon, explosive, or incendiary device.
        2.  The defendant shall submit at reasonable times to warrantless searches by a uniformed officer of the defendant's home, business, and any vehicle of which the defendant is in actual or constructive control for the purpose of finding any items listed in number one.
        3.  The defendant shall not operate a motor vehicle for any purpose pending trial on the merrits in Superior Court.

       THE COURT RESERVES THE RIGHT to revoke the conditions of pretrial release upon the submission of a sworn statement or affidavit by the District Attorney that any of the above condition has been violated.  The defendant through counsel shall be entitled no less than 24 hours notice of any subsequent motion the state to modify, amend or revoke conditions of pretrail release

This, the 18ᵗʰ day of December 2002.

                                      Peter M. McHugh, Superior Court Judge

STATE OF NORTH CAROLINA
COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
02 CRS 83088, 85045

STATE OF NORTH CAROLINA

v.

MOTION FOR BOND REVOCATION

RYAN WESLEY ROUTH,
DEFENDANT

NOW COMES THE STATE, pursuant to N C G S §15A-539 and hereby moves the Court to revoke

the order of release previously entered herein

This the ____17____ day of ____December____ 2002.

Maury A Hubbard, III
Assistant District Attorney

## CERTIFICATE OF SERVICE

I, Maury A. Hubbard, III, Assistant District Attorney for the Eighteenth Prosecutorial District, hereby certify that I have served a copy of the attached pleading on Jack Hatfield, counsel for the defendant, on this date by delivering said copy personally to JackHatfield, Esquire

This the _17_ day of _December_ ,2002


Maury A. Hubbard, III
Assistant District Attorney

**STATE OF NORTH CAROLINA**             **COUNTY OF GUILFORD**

In The General Court of Justice
Superior Court Division

## NOTICE OF RETURN OF TRUE BILL OF INDICTMENT
G.S. 15A-630

**To the Defendant Named on the Accompanying Indictment:**

Take Notice that the Grand Jury of the county named above has returned the attached True Bill(s) of Indictment charging you with the offense(s) specified. You are informed that there are important time limitations on your right to discovery of the evidence against you. (See G.S. 15A-902 which is printed below.)

15A-902. Discovery procedure – (a) A party seeking discovery under this Article must, before filing any motion before a judge, request in writing that the other party comply voluntarily with the discovery request. Upon receiving a negative or unsatisfactory response, or upon the passage of seven days following the receipt of the request without response, the party requesting discovery may file a motion for discovery under the provisions of this Article concerning any matter as to which voluntary discovery was not made pursuant to request.

(b) To the extent that discovery authorized in this Article is voluntarily made in response to a request, the discovery is deemed to have been made under an order of the court for the purposes of this Article.

(c) A motion for discovery under this Article must be heard before a superior court judge.

(d) If a defendant is represented by counsel, he may as matter of right request voluntary discovery from the State under subsection (a) above not later that the tenth working day after either the probable cause hearing or the date he waives the hearing. If a defendant is not represented by counsel, or is indicted or consents to the filing of a bill of information before he has been afforded or waived a probable cause hearing, he may as a matter of right request voluntary discovery from the State under subsection (a) above not later that the tenth working day after:

(1) The defendant's consent to be tried upon a bill of information, or the service of notice upon him that a true bill of indictment has been found by the grand jury, or

(2) The appointment of counsel – whichever is later.

For the purposes of this subsection a defendant is represented by counsel only if counsel was retained by or appointed for him prior to or during a probable cause hearing or prior to execution by him of a waiver of a probable cause hearing.

(e) The State may as a matter of right request voluntary discovery from the defendant, when authorized under this Article, at any time not later than the tenth working day after disclosure by the State with respect to the category of discovery in question.

(f) A Motion for discovery made at any time prior to trial may be entertained if the parties to stipulate or if the judge for good cause shown determines that the motion should be allowed in whole or part. (1973, C. 1286, .1.) **This Notice is issued upon order of the presiding Judge.**

**Your next court appearance for this case will be in Superior Court, sometime within the next 2-3 weeks. You should contact the Clerk of Superior Court's Office (574-4306) or the District Attorney's Office (574-4313) to learn your next court date. Please have your case number available when you call and ask for the date you are to appear in Superior Court. It is your responsibility to find out your next court date in Superior Court.**

| | |
|---|---|
| Note: Attach True Bill(s) of Indictment and a copy of the Order for Arrest, if appropriate | Date Issued _2.1_ |
| | Signature _maria Laflin_ |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court |

### CERTIFICATE OF SERVICE

I certify that I issued a copy of this notice to the defendant named above at the address shown by:

☒ Mail through the U.S. Postal Service. _Deft. - Ryan Wesley Routh_
Attaching it to an Order for Arrest to be served on the defendant.

☐ Other (specify)   NAME OF PUBLIC DEFENDER:

Date: OCT 2022

Signature _Maria Laflin_

Original-File    Copy-Defendant

File No. **02  CR5 83088**

**STATE OF NORTH CAROLINA**
In the General Court of Justice
Superior Court Division
GUILFORD COUNTY

FILED

2002 OCT 21  PM 12: 51  Film No.

CLERK ... C.S.C.

By_____ _MLP_

STATE VERSUS

Defendant
**RYAN WESLEY ROUTH**

**INDICTMENT**

Date of Offense
Between 4/23/02 -
4/24/02

Offense in Violation of G.S.
14-288.8

POSSESSION OF WEAPON OF MASS
DESTRUCTION

**The jurors for the State upon their oath present** that on or about the date of

offense and in the county named above the defendant named above unlawfully, willfully

and feloniously did have and possess weapon of mass death and destruction, a binary

explosive device with a detonation cord and a blasting cap.

Signature of Prosecutor

**WITNESSES**

☒ E.G. MILLER – GPD    02-121887  (2 INV)    ☐

☐                        ☐

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and after
hearing testimony, this bill was found to be:

☑ **A TRUE BILL** by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury,
attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

Signature of Grand Jury Foreman

Date  **OCT = 1 2002**

**STATE OF NORTH CAROLINA**

_Cecil Lowd_ County

File No. _CR 83088_

In The General Court Of Justice
☒ District ☐ Superior Court Division

**STATE VERSUS**

Name Of Defendant:

_Ryan Routh_

**WAIVER OF COUNSEL**

G.S. 7A-457; 15A-1242

Additional File No.(s) And/Or Offense(s):

---

## ACKNOWLEDGMENT OF RIGHTS AND WAIVER

As the undersigned party in this action, I freely and voluntarily declare that I have been fully informed of the charges against me, the nature of and the statutory punishment for each such charge, and the nature of the proceedings against me; that I have been advised of my right to have counsel assigned to assist me and my right to have the assistance of counsel in defending against these charges or in handling these proceedings, and that I fully understand and appreciate the consequences of my decision to waive the right to assigned counsel and the right to assistance of counsel.

I freely, voluntarily and knowingly declare that:

(check only one)

☒ 1. I waive my right to assigned counsel and that I, hereby, expressly waive that right.

☐ 2. I waive my right to all assistance of counsel which includes my right to assigned counsel and my right to the assistance of counsel. In all respects, I desire to appear in my own behalf, which I understand I have the right to do.

| SWORN AND SUBSCRIBED TO BEFORE ME | | Date _4-30-02_ |
|---|---|---|
| Date _4-30-02_ | Signature _RCH Swab_ | Signature Of Defendant |
| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

---

## CERTIFICATE OF JUDGE

I certify that the above named defendant has been fully informed in open court of the charges against him/her, the nature of and the statutory punishment for each charge, and the nature of the proceeding against the defendant and his/her right to have counsel assigned by the court and his/her right to have the assistance of counsel to represent him/her in this action; that the defendant comprehends the nature of the charges and proceedings and the range of punishments; that he/she understands and appreciates the consequences of his/her decision and that the defendant has voluntarily, knowingly and intelligently elected in open court to be tried in this action:

(check only one)

☒ 1. without the assignment of counsel.

☐ 2. without the assistance of counsel, which includes the right to assigned counsel and the right to assistance of counsel.

| NOTE: For a waiver of assigned counsel only, both blocks numbered "1" must be checked. For a waiver of all assistance of counsel, both blocks numbered "2" must be checked. | Date _4-30-02_ |
|---|---|
| | Signature Of Judge |
| | Name Of Judge (Type Or Print) |

COUNTY OF GUILFORD                                    GENERAL COURT OF JUSTICE
STATE OF NORTH CAROLINA                               DISTRICT COURT DIVISION

vs

*Ryan Routh*

### RECORD OF FIRST APPEARANCE HEARING

I,_____ was advised, prior to court, that I am to appear before the Judge for a First Appearance hearing pursuant to 15-A-601. At that hearing, I understand that I have the right to remain silent; that anything I say may be used against me; that I have a right to a court appointed attorney, and should an attorney be appointed, the court may require I pay for the court appointed attorney as part of probation; that I have the right to waive the appointment of an attorney and may hire my own attorney or represent myself.

I was further advised that during my First Appearance the Judge is required to inform me of the following:

⟋ The charges against me and the punishment allowed by law

⟋ The Bond Amount(s)

⟋ The next scheduled court date

⟋ Inform me of any/all pretrial release conditions

⟋ Acceptance of my waiver of counsel or appointment of attorney

Date  4-30 02                          Defendant _____

Date  4·30 02                          Witness  Rebecca V Bellup

I have informed the defendant of all the above information.

Date  4·30 02                          Judge Presiding _____

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The defendant was not informed of the above rights prior to court. My signature below certifies the above information was explained during First Appearance including the right to remain silent and the right to an attorney. The defendant's First Appearance was televised by Video and, therefore, the defendant was unable to sign this form.

Date _____       Judge Presiding _____

6/12

| STATE OF NORTH CAROLINA | | File No. 02CR 083088 |
|---|---|---|
| GUILFORD _____ County | | In the General Court of Justice District Court Division |

| STATE VERSUS  144360 | RELEASE ORDER |
|---|---|
| | G.S. Chapter 15A, Art 25,26 |

Name and Address of Defendant

RYAN WESLEY ROUTH
1735 W. LEE ST.
GREENSBORO NC 27409

Offense(s)
1   POSSESS WEAPON MASS DESTRUCT

Amount of Bond    $10,000.00

| Location Of Court GREENSBORO, Room GB2C | District | Date 06/10/2002 | Time 08:30 AM |
|---|---|---|---|

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates.
If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear.
The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

[X] Your release is authorized upon execution of your

- [ ] WRITTEN PROMISE to appear
- [ ] CUSTODY RELEASE
- [ ] UNSECURED BOND in the amount shown above
- [X] SECURED BOND in the amount shown above

You will be arrested if you violate the following restrictions

- [ ] Your release is NOT authorized
- [ ] The defendant was surrendered after failing to appear as required under a prior release order   [ ] This was the defendant's second or subsequent failure to appear in this case.

| Date 04/29/2002 | Signature Of Judicial Official D S COOPER | Title MAGISTRATE |
|---|---|---|

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to:   [X]   produce him/her in Court as provided above   [ ] hold him/her for the following purposes

_1st Appear   4-30-02_

- [ ] (Check in all domestic violence cases covered by G.S. 15A-534.1(b)): produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before [enter date and time 48 hours after time of arrest] produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility GUILFORD CO. JAIL # 1 | Date 04/29/2002 | Signature Of Judicial Official D S COOPER |
|---|---|---|

## APPEARANCE BOND

I, the undersigned, acknowledge that I and my personal representative are bound to the State of North Carolina in the amount

- [ ] CASH BOND - I, the undersigned defendant, acknowledge that I am bound to the State of North Carolina in the amount listed below and hereby deposit that amount as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of the release have been performed.

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required and will at all times remain amenable to the orders and processes of the Court. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court. If the defendant appears as ordered and otherwise performs the foregoing conditions of the bond, then the bond is to be void, but if the defendant fails to obey any of these conditions, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

| Amount Of Bond | Date | Signature Of Person Posting Cash Bond |
|---|---|---|
| Signature Of Defendant X | | Address Of Person Posting Cash Bond |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Person Agreeing To Supervise Defendant |
|---|---|
| Signature Of Defendant | Address Of Person Agreeing To Supervise Defendant |

AOC-CR-200 Rev 1/01
© 2001 Administrative Office of the Courts

## ORIGINAL COPY

## SUPPLEMENTAL RELEASE ORDERS

The Release Order above is modified as follows:

| Modification | Date | Signature of Judicial Official |
|---|---|---|
| $10,000 uns/13 | 5 13 (2 t) | S 6 4 30 |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature of Jailer |
|---|---|---|
| 4/29/02 | 1551 | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature of Jailer |
|---|---|---|
| | | |

# STATEMENT OF JAIL COST
### GUILFORD COUNTY

37054

Docket No. _____

Warrant No. _____    Defendant _Rseth  Ryan_

Dates Committed _4-24-03_    Date Released _4-30-03_

Jail Fees Due Guilford County _____    _10  00_

Name of Court _State_

Reason for Release    ☐ Bail   ☐ For Trial   ☑ Court Order   ☐ In Transit   ☐ To Begin Sentence
☐ To State Hospital   ☐ Other _____

REMARKS _____

_____

_____
Signature of Assistant Jailer

**Written determination of Judicial Official on imposition of secured bond**

State v. _Paul Wesley Reath_          Bond $ _5400 00_ _0,000_

**The reason(s) for requiring a secured bond are (one of the following must be checked):**

1) ___✓___ Necessary to reasonably assure the appearance of the Defendant.
2) ___✓___ Defendant poses a danger to another person or persons.
3) _____ Defendant is a threat to destroy evidence, suborn perjury or intimidate a witness or witnesses.

---

**Explanation of factors considered:     (This section must be completed)**

___✓___ Nature and circumstances of the offense(s) charged and weight of the evidence against the defendant:

_WPA Poss Weapon Mass Dest_

___✓___ The Defendant's family ties, employment, character, degree of intoxication and mental condition:

_A has expressed threats to_
_Law enforcement_

_____ The Defendant's length of residence in the community and local ties.

___✓___ The Defendant's record of convictions (attach copy if available):

_____ The Defendant's history of flight or failure to appear.

___✓___ Other: _On Pretrial Release when_
_Arrested/charged w) this offense_

**A secured bond in an amount higher than the recommended bond has been set for the following extraordinary reasons:**

_____
Signature of Judicial Official

**Written determination of Judicial Official on imposition of secured bond**

State v. _Rual Wester Routh_    **Bond $** _5400_    _0,000_

**The reason(s) for requiring a secured bond are (one of the following must be checked):**

1) _____ Necessary to reasonably assure the appearance of the Defendant.
2) _____ Defendant poses a danger to another person or persons.
3) _____ Defendant is a threat to destroy evidence, suborn perjury or intimidate a witness or witnesses.

**Explanation of factors considered:    (This section must be completed)**

_____ Nature and circumstances of the offense(s) charged and weight of the evidence against the defendant:

_WFA Poss Weapon Mass Dest_

_____ The Defendant's family ties, employment, character, degree of intoxication and mental condition:

_A has expressed threats and law enforcement_

_____ The Defendant's length of residence in the community and local ties.

_____ The Defendant's record of convictions (attach copy if available):

_____ The Defendant's history of flight or failure to appear.

_____ Other. _No Pretrial Release when arrested/charged w/ this offense_

A secured bond in an amount higher than the recommended bond has been set for the following extraordinary reasons:

_____
Signature of Judicial Official

# STATE OF NORTH CAROLINA

| | | File No. **02CR 063088** |
|---|---|---|
| GUILFORD | County | In the General Court of Justice District Court Division |

## STATE VERSUS

**Name And Address of Defendant**

RYAN WESLEY ROUTH
1735 W. LEE ST
GREENSBORO NC 27409

## RELEASE ORDER
### G.S. Chapter 15A, Art 25,26

**Offense(s)**

I   POSSESS WEAPON MASS DESTRUCT

**Amount of Bond**   $10,000.00

| Location Of Court | | | Date | Time |
|---|---|---|---|---|
| GREENSBORO Room GB2C | District | | 06/10/2002 | 08:30 AM |

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates.
If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear.
The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

[X] Your release is authorized upon execution of your:

- [ ] WRITTEN PROMISE to appear
- [ ] CUSTODY RELEASE
  You will be arrested if you violate the following restrictions:

- [ ] UNSECURED BOND in the amount shown above
- [X] SECURED BOND in the amount shown above

- [ ] Your release is NOT authorized.
- [ ] The defendant was surrendered after failing to appear as required under a prior release order. [ ] This was the defendant's second or subsequent failure to appear in this case.

| Date | Signature Of Judicial Official | Title |
|---|---|---|
| 04/29/2002 | D S COOPER | MAGISTRATE |

### ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to; [X] produce him/her in Court as provided above [ ] hold him/her for the following purposes:

- [ ] (Check in all domestic violence cases covered by G.S. 15A-534.1(b)) produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before, (enter date and time 48 hours after time of arrest) produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| GUILFORD CO. JAIL # 1 | 04/29/2002 | D S COOPER |

### APPEARANCE BOND

- [ ] UNSECURED BOND - I, the undersigned, acknowledge that I and my personal representative are bound to the State of North Carolina in the amount listed below.
- [ ] CASH BOND - I, the undersigned defendant, acknowledge that I am bound to the State of North Carolina in the amount listed below and hereby deposit that amount as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of the release have been performed.

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required and will at all times remain amenable to the orders and processes of the Court. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court. If the defendant appears as ordered and otherwise performs the foregoing conditions of the bond, then the bond is to be void, but if the defendant fails to obey any of these conditions, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

| Amount Of Bond | Date | Signature Of Person Posting Cash Bond |
|---|---|---|
| | | |
| Signature Of Defendant | | Address Of Person Posting Cash Bond |

### WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Person Agreeing To Supervise Defendant |
|---|---|
| | |
| Signature Of Defendant | Address Of Person Agreeing To Supervise Defendant |

AOC-CR-200, Rev 1/01
© 2000 Administrative Office of the Courts

## COURT COPY

## SUPPLEMENTAL RELEASE ORDERS

The Release Order above is modified as follows:

| Modification | Date | Signature of Judicial Official |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature of Judicial Official |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature of Jailer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature of Jailer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature of Jailer |
|---|---|---|
|  |  |  |

# SBI FINAL DISPOSITION REPORT

WHEN COMPLETED SUBMIT TO    NORTH CAROLINA STATE BUREAU OF INVESTIGATION
DIVISION OF CRIMINAL INFORMATION
407 NORTH BLOUNT STREET
RALEIGH, N. C. 27601-1008
ATTN. IDENTIFICATION SECTION

00-020-00
.12-2-98

**FH5602R**

CKN Number: _____

| TO BE COMPLETED BY ARRESTING AGENCY | | TO BE COMPLETED BY CLERK'S OFFICE | | |
|---|---|---|---|---|

SID NO _____  FBI NO _____

COURT LEVEL    ☐ DISTRICT    ☐ SUPERIOR

COURT DOCKET NUMBER    COURT DISPOSITION DATE

NAME ON FINGERPRINT CARD SUBMITTED TO SBI
**ROUTH, RYAN WESLEY**

LAST    FIRST    MIDDLE

☐ DISMISSED    ☐ DISMISSED WITH LEAVE

RACE ▮    DATE OF BIRTH    0▮▮▮▮

CHARGE CONVICTED OF

SEX M    SOCIAL ▮▮▮▮▮▮▮▮

☐ CONSOLIDATED FOR JUDGMENT WITH CASE NO.

ARREST NO. (LOCA)    DATE OF ARREST
04292002

[Note  If this block is checked, a copy of the final disposition reflecting the original judgment must be attached.]

OFFENSE CHARGED AT ARREST
**POSSESS WEAPON MASS DESTRUCT**

PLEA ☐    VERDICT ☐

MISDEMEANOR ☐    FELONY ☐

SPLIT SENTENCE    ☐ Yes    ☐ No

JUDGMENT

| | Days | Months | Years |
|---|---|---|---|
| Active Sentence | | | |
| Probation | | | |
| Suspended | | | |

FINE _____    COST _____
RESTITUTION _____    ATTORNEY FEE _____

CONTRIBUTOR OF FINGERPRINTS [include Address & ORI No.]

NC0410200
GREENSBORO P.D.
GREENSBORO, NC 27402

☐ CASE APPEALED FROM DISTRICT COURT
☐ CASE APPEALED TO APPELLATE DIVISION

[Submit copy of this form and retain original until final judgment after Appellate decision]

ADDITIONAL INFORMATION.

☐ COURT ORDERED EXPUNGEMENT
[Copy of Certified Court Order Must Be Attached and Submitted by Arresting Agency]

DATE _____    COUNTY _____

SIGNATURE

SIGNATURE _____

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Court

TITLE _____    DATE _____

[If additional space is needed, check ☐ and continue on reverse side of form]

| File No **02CR 083088** | | | | | |
|---|---|---|---|---|---|

**WARRANT FOR ARREST**

**STATE OF NORTH CAROLINA**  
**GUILFORD** _____ **County**

In The General Court of Justice  
**District Court Division**

No Image Available

Offense

I POSSESS WEAPON MASS DESTRUCT

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess a weapon of mass death and destruction, A BINARY EXPLOSIVE WITH A 10-INCH DETONATION CORD AND A BLASTING CAP.

### THE STATE OF NORTH CAROLINA VS.

Name, Address & Telephone Number of Defendant

**RYAN WESLEY ROUTH**  
**1735 W. LEE ST.**  
**GREENSBORO NC 27409**  
**████████████ GUILFORD County**

| Race | Sex | Date of Birth | Age |
|---|---|---|---|
| **W** | **M** | ████████ | **36** |

| Social Security No | Drivers License No. & State |
|---|---|
| ████████ | |

Name of Defendant's Employer

| Offense Code | Offense in Violation of G.S. |
|---|---|
| I 5232 | I 14-288.8 |

Date of Offense  
**04/23/2002**

Date of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address or Department, Telephone No.)  
**E G MILLER (GREENSBORO POLICE DEPT)**  
**300 WEST WASHINGTON ST**  
**GREENSBORO NC 27402**  
**336-373-2309 GUILFORD County**

Witnesses (Names, Addresses, Telephone Numbers)  
*2002-121887*

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant above before a judicial official without unnecessary delay to answer the Charge(s) above

| Signature | | Location of Court |
|---|---|---|
| **D S COOPER**, | | |

| ☐ Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued **04/29/2002** | **MAGISTRATE** | Court Date | Court Time |
|---|---|---|---|---|

AOC-CR-100, Rev 8.97 (Structured Sentencing)  
© 1997 Administrative Office of the Courts

**ORIGINAL COPY**

ORIGINAL COPY

**RETURN OF SERVICE**

I certify that this Warrant was received and served as follows

Date Received: 9-27-02   Date Served: 9-29-02   Date Returned: 9-29-02

☐ By arresting the defendant and bringing the defendant before

Name of Judicial Official

☐ The Warrant WAS NOT served for the following reason

**REDELIVERY**

**RETURN FOLLOWING REDELIVERY**

I certify that this Warrant was received and served as follows

☐ By arresting the defendant and bringing the defendant before

Name of Judicial Official

☐ The Warrant WAS NOT served for the following reason

**APPEAL ENTRIES**

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

**PRIOR CONVICTIONS**

**PLEA:** ☐ guilty ☐ no contest   **VERDICT:** ☐ guilty

**JUDGMENT**

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.