UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON/MCCABE**

UNITED STATES OF AMERICA,

v.

RYAN WESLEY ROUTH,

    **Defendant.**

_____ /

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney Maria K. Medetis be informed of all future filings in the above captioned case.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

    By: */s/ Maria K. Medetis*
        Maria K. Medetis
        Assistant United States Attorney
        Florida Bar No. 1012329
        United States Attorney's Office
        99 N.E. 4th Street
        Miami, Florida 33132
        Telephone: (305) 961-9020
        Email: Maria.Medetis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2024, I electronically filed the foregoing notice with the Clerk of the Court using CM/ECF.

*/s/ Maria K. Medetis*
Maria K. Medetis