UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

**Defendant.**
_____/

<u>**ORDER ON UNITED STATES' UNOPPOSED MOTION TO CONTINUE DISCOVERY**</u>

This CAUSE having come before this Court upon the United States' Unopposed Motion to Extend the Initial Discovery Deadline in this matter [ECF No. 38], good cause having been shown, the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to Extend the Initial Discovery Deadline in the above-captioned matter is **GRANTED**. The initial discovery deadline in this case will now be Thursday, October 17, 2024.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, on this _____ day of October 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record