UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/MCCABE

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

**NOTICE OF APPEARANCE**

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

                                    Respectfully submitted,

                                    MARKENZY LAPOINTE
                                  UNITED STATES ATTORNEY

By:   */s/ Christopher B. Browne*
       CHRISTOPHER B. BROWNE
       Assistant United States Attorney
       Florida Bar No. 91337
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Telephone: (305) 961-9419
       Email: Christopher.Browne@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By:    */s/ Christopher B. Browne*
                  CHRISTOPHER B. BROWNE
                  Assistant United States Attorney