**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-80116-CR-CANNON**

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

      **Defendant.**

_____/

**<u>UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for entry of an Order continuing the motions deadline in the above-captioned matter for 60 days or, if the court grants the United States Motion to Designate this Matter as a Complex Case, later. In support of this Motion, the United States offers the following:

1.      On September 24, 2024, a federal grand jury empaneled in the Southern District of Florida returned a five-count indictment against Routh [ECF No. 21]. The indictment charges him with the attempted assassination of a major Presidential candidate, in violation of Title 18, United States Code, Section 351(c) (Count 1); possessing a firearm during a crime of violence, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) (Count 2); assaulting a federal officer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b) (Count 3); possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) (Count 4); and possession of a firearm with an obliterated serial number, in violation of Title 18, United States Code, Section 922(k) (Count 5) [ECF No. 21].

2.      On October 1, 2024, this Court entered its Omnibus Order Setting Trial Date and

Establishing Pretrial Instructions and Sentencing Procedures [ECF No. 29].   In that Order, the Court scheduled the motions deadline for October 18, 2024, and the trial to begin on November 18, 2024.   *Id.* at 1.

3.      On October 2, 2024, the United States filed a motion seeking to designate this matter as a complex case under the Speedy Trial Act [ECF No. 30].

4.      On October 11, 2024, this Court granted the United States' Unopposed Motion to Continue the Initial Discovery Deadline by two days to October 17, 2024 [ECF No. 39].   The discovery in this matter is voluminous.   The investigation in this criminal matter has resulted in the interview of hundreds of witnesses; the seizure of hundreds of items subject to discovery, including multiple electronic devices; multiple forensic examinations; and other evidence from the issuance of over one hundred subpoenas.   The United States anticipates that the discovery in this matter will entail several thousand terabytes of electronic data.

5.      The United States will be providing or otherwise making available approximately 6 terabytes of data to the defense on October 17, 2024.   The United States has approximately 3.5 to 4 terabytes of additional discovery that the FBI is processing and that will be made available to the defense after October 17, 2024.

6.      Pursuant to Local Rule 88.9, the undersigned has conferred with counsel for defendant Ryan Wesley Routh, Assistant Federal Public Defender Kristy Militello, and she does not oppose this motion, but they advised that they cannot state when they will be ready to file motions until they have received the discovery and started reviewing it.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, the United States respectfully requests that this Court enter an Order continuing the motions deadline for 60 days or for a date thereafter should the court grant the United States' motion to designate this matter a complex case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     s/Mark Dispoto
        Mark Dispoto
        Assistant United States Attorney
        United States Attorney's Office
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office: (561) 820-8711
        FAX:   (561) 820-8777
        Email: mark.dispoto@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_____
MARK DISPOTO
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

     Defendant.

_____/

ORDER ON UNITED STATES' UNOPPOSED
MOTION TO CONTINUE MOTIONS DEADLINE

This CAUSE having come before this Court upon the United States' Unopposed Motion

to Continue the Motions Deadline in this Matter [ECF No. 42], good cause having been shown,

this Court having considered this matter and being otherwise duly advised in the premises, it is

hereby

     **ORDERED AND ADJUDGED** that the Unopposed Motion to Continue the Motions

Deadline in the above-captioned matter is **GRANTED**.   The motions deadline in this case will

now be on the _____ day of _____, 2024.

     **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, on this ___ day of

October 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

Cc:   All Counsel of Record.

1