UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA     )
                             )
                             )
                             )
v.                           )
                             )
                             )
RYAN WESLEY ROUTH,           )
                             )
    Defendant.               )
_____)

**GOVERNMENT'S FIRST RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this First Response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and outlines the discovery materials the Government will produce to defense counsel of record upon entry of the requested protective order ([ECF No. 43]).

A.  1.  The Government will produce a copy of any written statement made by the defendant.

    2.  The Government will produce a copy of any audio and/or video recording of statements made by the defendant.

        The Government will produce all reports containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent.

    3.  No defendant testified before the Grand Jury.

    4.  The defendant's prior criminal record is attached.

5. Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 South Australian Avenue, Suite 401, West Palm Beach, Florida. Please call the undersigned to set up a date and time that is convenient to both parties.

Additionally, upon entry of a protective order, the Government will produce to the defense, on a portable hard drive previously provided by defense counsel to the Government, the following materials, which are numbered and itemized as follows:

| FOLDER NO. | DESCRIPTION | BATES Nos. |
|---|---|---|
| 01 | NCIC | Gov000001-9 |
|  |  | Gov000010-15 |
| 02 | Search Warrants | Gov000016-400 |
| 03 | FBI Reports | Gov000401-777 |
| 04 | Body Camera Footage | Gov000778-1339 |
| 05 | Photographs >[1] 01 Ryan Wesley Routh | Gov001340-1414 |
| 05 | Photographs > 02 Crime Scene | Gov001415-2138 |
| 05 | Photographs > 03 Witness Photographs | Gov002139-2141 |
| 05 | Photographic Evidence > 04 Nissan Xterra | Gov002142-2626 |
| 05 | Photographs > 05 Vehicle Tires | Gov002627-2666 |
| 05 | Photographs > 06 NC Box | Gov002667-2863 |
| 05 | Photographs > 07 NC Residence | Gov002864-3528 |
| 05 | Photographs > 08 SKS Rifle | Gov003529-3530 |

---

[1] ">" denotes a subfolder.

| FOLDER NO. | DESCRIPTION | BATES Nos. |
|---|---|---|
| 06 | License Plate Reader Data > 01 Flock > 01 Lookup Results | Gov003531-3549 |
| 06 | License Plate Reader Data > 01 Flock > 02 Search Results | Gov003550-3576 |
| 06 | License Plate Reader Data > 01 Flock | Gov003577-3578 |
| 06 | License Plate Reader Data > 02 Searches | Gov003579-3608 |
| 06 | License Plate Reader Data > 03 Vigilant | Gov003609-3701 |
| 07 | Interstate Nexus | Gov003702-3703 |
| 08 | Forms | Gov003704-3707 |
| 09 | Aerial Footage | Gov003708-3715 |
| 10 | Air Travel Records > 01 American Airlines | Gov003716-3788 |
| 10 | Air Travel Records > 02 Alaska Airlines | Gov003789-3808 |
| 10 | Air Travel Records > 03 Delta Airlines | Gov003809-3824 |
| 10 | Air Travel Records > 04 Southwest Airlines | Gov003825-3846 |
| 11 | Cellular Telephone Records > 01 AT&T > 4171835_3379661 | Gov003847-4037 |
| 11 | Cellular Telephone Records > 01 AT&T > 02 4171835_3379671 | Gov004038 |
| 11 | Cellular Telephone Records > 01 AT&T | Gov004039 |
| 11 | Cellular Telephone Records > 02 T-Mobile | Gov004040-4074 |
| 12 | Prior Convictions | Gov004075-4112 |

Please note that the Government will be disclosing the above items in their native format as well as in PDF format for ease of review. The above material constitutes approximately 250 gigabytes of data.

In addition to the above-referenced items, the following electronic devices are available at the Federal Bureau of Investigation's Miami Field Office

for inspection by the defense team at a mutually convenient time:

| ITEM | DEVICE TYPE | DEVICE DESCRIPTION |
|---|---|---|
| 89B-MM3974142-SW 7 | Internet Activity | Twitter/ X Corp Search Warrant Return |
|  | Cell Phone | Galaxy A15 5G SM-A156U S/N: R5CX505PDKP |
| 1B187 | Cell Phone | Black Samsung Phone; IMEI: 356556771217834 |
| 1B185 | Cell Phone | "BLU Smartphones;" IMEI: 356197684895554 |
| 1B182 | Laptop/Tablet Computer | Blue HP Laptop; S/N: 5CD3017HX7 |
| 1B165 | Cell Phone | Samsung Galaxy Note 9; IMEI: 358620091036239 |
| 1B153 | Loose Media | 5 USBs and 1 Sandisk Card |
| 1B152 | Loose Media | LACIE HD; S/N: 14291207261186QR |
| 1B151 | Loose Media | Seagate HD; S/N: NA02E315 |
| 1B150 | Loose Media | IOMEGA HD; S/N: XHAB261239 |
| 1B146 | Loose Media | WD Blue Solid State Drive; S/N: 204301A001F9 1TB |
| 1B144 | Laptop/Tablet Computer | Lenova Ideapad Model 81FB ; S/N: D05E930 |
| 1B143 | Computer | Sony Personal Computer Model SVE151D11L |
| 1B140 | Loose Media | My Passport HD; S/N: WX82D90KKD6J |
| 1B138 | Loose Media | Seagate Backup Plus Portable HD; S/N: NABA091L |

| | | |
|---|---|---|
| 1B137 | Laptop/Tablet Computer | Republic of Gamers Laptop; S/N: L89RKD003571349 |
| 1B135 | Cell Phone | Samsung Galaxy Note 9 SM-N960U1; S/N: RF8K905MLLW |
| 1B76 | Cell Phone | TCL Verizon Black Cell Phone; IMEI: 355952112504223 |
| 1B75 | Cell Phone | Motorolla Black Cellphone, Model#: XT2005-1PP, IMEI: 352176104313798 |
| 1B74 | Cell Phone | AT&T Silver Cellphone S/N: LT25H426271WJB2111200096791 |
| 1B73 | Cell Phone | AT&T Silver Cellphone S/N: LT25H426271WJB2108200127752 |
| 1B69 | Loose Media | Sandisk SD - 2GB |
| 1B68 | Loose Media | SanDISK SD - 2GB |
| 1B67 | Laptop | Toshiba Laptop S/N 1C123144R |
| 1B66 | Loose Media | Olympus xD picture card 1 GB |
| 1B65 | Loose Media | 4GB Maxwell SDCard |
| 1B64 | Loose Media | SanDisk SD 2 GB |
| 1B63 | Loose Media | Black Seagate Backup Plus Portable Drive S/N NA9V01G3 |
| 1B62 | Cell Phone | Black LG AT&T Phone |
| 1B61 | Tablet | Black Amazon Tablet Model SR043KL |
| 1B60 | Cell Phone | Black LG Phone |
| 1B59 | Cell Phone | Gray ZTE Phone |

| 1B58 | Cell Phone | Gray Alcatel Cricket Phone |
|---|---|---|
| 1B57 | Cell Phone | Black Samsung Phone IMEI 354963321095011 |
| 1B56 | Cell Phone | Black Nokia |
| 1B55 | Cell Phone | Blue phone with Victoria's Secret card holder on back |
| 1B54 | Cell Phone | Black Kyocera Cricket Phone |
| 1B53 | Cell Phone | Gray Alcatel Cricket / Alcatel Streak |
| 1B52 | Cell Phone | Gray ZTE Phone IMEI 358525035261076 |
| 1B51 | Cell Phone | Black HTC MyTouch Phone 4G Slide |
| 1B50 | Cell Phone | Gray Alcatel Cricket Phone |
| 1B49 | Cell Phone | LG GSM C410 Xpression 2 |
| 1B46 | Loose Media | SanDisk MicroSD 32 MB |
| 1B45 | Loose Media | AdventistHealth Castle CD |
| 1B44 | Tablet | iPad Air S/N DMPRW7BYG5YL |
| 1B43 | Cell Phone | iPhone 6 IMEI 359306063157778 |
| 1B42 | Tablet | iPad 6 S/N DMPX92LWJMXK |
| 1B41 | Desktop | Gateway Desktop - Serial Number XBG8631004740 |
| 1B40 | Desktop | Dell Desktop - Serial Number C2NQ511 |
| 1B39 | Computer | Dell OptiFlex 3050 Service Tag 895X2K2 |
| 1B37 | Tablet | iPad 16GB - Serial DMPGT84QDFHW |

| | | |
|---|---|---|
| 1B36 | Laptop | ASUS Laptop - Model X205T |
| 1B35 | Loose Media | Gray USB |
| 1B34 | Loose Media | Fedex Office 16GB USB |
| 1B33 | Loose Media | SanDisk USB 8 GB |
| 1B31 | Loose Media | APacer 8GH MicroSD |
| 1B30 | Loose Media | SimpleTech USB |
| 1B26 | Laptop | HP Model 17-by1053dx S/N 5CG938BY3C |
| 1B24 | Cell Phone | Pink iPhone |
| 1B23 | Loose Media | Fedex Office 16GB USB MicroSD |
| 1B20 | Desktop | Dell XPS8930 Service Tag: HAQ9CP2 |
| 1B17 | Cell Phone | Blu Tracfone S/N 1080016023119675 |
| 1B15 | Cell Phone | Orbic |
| 1B14 | Cell Phone | Verizon Motorolla |
| 1B3 | Cell Phone | TLC Flip Phone |
| 1B2 | Cell Phone | Model U319AA Calypso |
| 1B1 | Cell Phone | Samsung IMEI 351404590575402 |
| TBD | Action Camera | Akaso Brave7 |
| TBD | Cell Phone | Samsung Galaxy A01 |
| TBD | Cell Phone | Grey Apple iPhone 9890 |

The above-referenced electronic information constitutes approximately 5.5 terabytes of data.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the Government may intend to introduce at trial.

6. Numerous scientific tests were conducted and continue to be conducted in connection with this case, including fingerprint and DNA analyses of several items of evidence including the firearm and ammunition seized from the crime scene. In addition, a firearms expert examined the firearm seized from the crime scene to determine if the weapon and ammunition were manufactured outside the state of Florida; and examination of the plates

7

|   |   |
|---|---|
|   | seized from inside a bag and backpack at the crime scene to determine if the plates are able to stop bullets fired by weapons used by U.S. Secret Service agents. The Government will describe the tests conducted and the results of those tests in expert disclosures to be made with Local Rule 88.10(o). |
| B. | DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure. Additionally, pursuant to Rule 16(b) and Local Rule 881.0(o), the Government requests reciprocal expert discovery from the defendant. |
| C. | The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). |
| D. | The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). |
| E. | The government will disclose any prior convictions of any alleged co-conspirator, accomplice, or informant who will testify for the government at trial. |
| F. | As disclosed during the pretrial detention hearing, the defendant was identified by two witnesses after the commission of the charged offense. |
| G. | The government has advised its agents and officers involved in this case to preserve all rough notes. |
| H. | The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence. |
|   | You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably intertwined doctrine). |
|   | In addition, the government may introduce under Rule 404(b) evidence |

        underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents.

I.     The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J.     The government has ordered to be transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     No contraband is involved in this indictment.

L.     If you wish to inspect the Nissan Xterra used in the commission of the offense charged, please contact the undersigned.

        Security requirements mandate strict compliance with the procedures established for the granting of access for inspection of seized vessels, aircraft and vehicles.

        Accordingly, the United States Attorney's Office cannot process last-minute requests for inspection. In order to meet security requirements, all requests to inspect seized vessels, aircraft or automobiles must be received by the AUSA handling the case on or before fifteen (15) days from the date of this Response to the Standing Discovery Order.

        If you anticipate that this deadline may create a problem for you or your client, please promptly send written notice to the appropriate AUSA.

M.     A latent fingerprint found on the SKS rifle seized from the crime scene on September 15, 2024, has been identified as that of the defendant. A copy of the latent fingerprint will be made available upon request to the undersigned.

N.     The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

        1.     The firearm seized from the defendant at the time of arrest is a "firearm" as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, it is a weapon which is designed to, or may readily be converted to, expel a

9

      projectile by the action of an explosive.

2. That firearm was manufactured outside the state of Florida and had moved in interstate commerce before the defendant possessed it.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

[In addition to the request made above by the government pursuant to the Standing Discovery Order, Local Rule 88.10(b), and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense as set forth in the Indictment.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Mark Dispoto*
MARK DISPOTO
Assistant United States Attorney
United States Attorney's Office
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 820-8711
Fax:  (561) 820-8777
Email: mark.dispoto@usdoj.gov

cc:    Special Agent Christian Hull,
       FBI

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all counsel of record.

*Mark Dispoto*
MARK DISPOTO
Assistant United States Attorney