**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>24-80116-CR-CANNON/McCabe</u>**

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

      **Defendant.**

_____/

<u>**PARTIES' STATUS REPORT REGARDING PROTECTIVE ORDER**</u>

In its paperless Order regarding the Government's original proposed protective order (ECF64), the Court directed the parties to confer via video no later than October 21, 2024, and subsequently to file a joint status report describing any progress toward an agreed-upon proposed order. The parties conferred on October 30, 2024, and since then have continued to seek agreement on a proposed order. After discussions among counsel, and discussions between defense counsel and the Defendant, the parties have agreed to a proposed Order for the Court's consideration that, we believe, fairly balances the competing interests and this Court's concerns. Accordingly, the parties respectfully request that the Court enter the proposed Order attached to this status report.

Defense counsel has reviewed and agrees to this status report and joins in asking the Court to enter the attached Order.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ John Shipley_____
      John C. Shipley

Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Mark Dispoto
Court Id. Number A5501143
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

By:   */s/ David C. Smith*
David C. Smith, Trial Attorney
Court ID No. A5503278
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-0849
Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF on November 6, 2024.

/s/ John C. Shipley
Assistant United States Attorney