UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

    **Defendant.**
_____/

### UNITED STATES' NOTICE OF COMPLIANCE WITH INITIAL EXPERT DISCLOSURE REQUIREMENTS

The United States, by and through its undersigned attorneys, files this Notice to advise this honorable Court that, pursuant to the Court's October 18, 2024 Order granting the Government's motion to continue (<u>see</u> [ECF Nos. 50,51]), Fed. R. Crim. P. 16(a)(1)(G), and this Court's Local Rule 88.10(o)(3), the Government provided on November 17, 2024, initial written summaries of information concerning areas of anticipated expert witness testimony. To the extent known, the Government provided to the defense names of the expert witnesses it intends at this time to call as witnesses at trial, as well as their training, qualifications, past testimony, opinions, and bases for their opinions. The items provided to the defense are Bates Numbered GovExp000001-011129.

          Respectfully submitted,

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

By:   <u>/s/ Christopher B. Browne</u>
      Christopher B. Browne
      Florida Bar No. 91337
      John C. Shipley
      Florida Bar No. 69670
      Mark Dispoto
      Court Id. Number A5501143

        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9111
        E-mail: John.Shipley@usdoj.gov

        MATTHEW G. OLSEN
        ASSISTANT ATTORNEY GENERAL

By:    */s/ David C. Smith*
        David C. Smith, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 17, 2024

/s/ *Christopher B. Browne*
Assistant United States Attorney