<u>UNITED STATES v. RYAN WESLEY ROUTH</u>
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME:<br>(">" denotes a folder)<br>(">>" denotes a subfolder)<br>("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| 01 **Lab Reports**<br>> Firearms-Toolmarkings-Halepaska, Douglas | >> Digital Images:<br>- NHR_1 – NHR-66 (Gov005954- 6019)<br>>> Quality Documents:<br>- Abbreviations (Gov006020-25)<br>- Equipment Calibration and Maintenance (Gov006026-28)<br>- FTD ASSTR (Gov006029-35)<br>- FTD Monitoring (Gov006036-40)<br>- Measurement Uncertainty and Validation (Gov006041-49)<br>- Organization and Programs (Gov006050-56)<br>- Records, Results, Reporting, and Reviews (Gov006057-69)<br>- Report Language, Methods, and Limitations (Gov006070-91)<br>- Shooting Incident Reconstruction (Gov006092-98)<br>Photolog_Redacted (Gov006099-6100)<br>2024-02020-32 Halepaska_Redacted (Gov006101-10)<br>2024-02020-32 Trajectory Graphics_Redacted (Gov006111-14) | **Gov005954-6114** |
| 01 **Lab Reports**<br>> Questioned Documents-Gorn, Michael | 2024-02020-13 1A_Redacted (Gov006115-6138) | **Gov006115-6138** |
| 01 **Lab Reports**<br>> Trace Evidence-Baloga, Ashley | 2024-02020-2 1A (Gov006139-6152)<br>2024-02020-2 LR_Redacted (Gov006153-6157) | **Gov006139-6157** |
| 01 **Lab Reports**<br>> Trace Evidence-Webb, Jodi | 2024-02020-3 1A (Gov006158-6162 | **Gov006158-6162** |
| 02 **LE Reports** | Redacted_Memorandum of Interview - ATSAIC Jonathan Galvez - AD and RH_Redacted (Gov006163-6164)<br>Redacted_Memorandum of Interview - Officer Technician Matthew Hendrickson_Redacted (Gov006165-6167) | **Gov006163-6220** |

1

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED: November 22, 2024
BATES RANGE: Gov005954-7523

| FOLDER: | FILE NAME: (">" denotes a folder) (">>" denotes a subfolder) ("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | Redacted_Memorandum of Interview - Officer-Technician Derek Hornung - AD and RH_Redacted (Gov006168-6170) Redacted_Memorandum of Interview - SA Brenden Clements - AD and RH_Redacted (Gov006171-6176) Redacted_Memorandum of Interview - SA Joshua Pittman_Redacted (Gov006177-6178) Redacted_Memorandum of Interview - SA Robert Fercano - AS_Redacted (Gov006179-6182) Redacted_Memorandum of Interview - TSA Brett Lawman - AS_Redacted (Gov006183-6185) Redacted_Memorandum of Interview ASAIC Rodney Smith_Redacted (Gov006186-6190) Redacted_Memorandum of Interview ATSAIC Anne Rothenburg - RH-AS_Redacted (Gov006191-6192) Redacted_Memorandum of Interview ATSAIC Antonio Vasconez - RH-AS_Redacted (Gov006193-6195) Redacted_Memorandum of Interview IPO Armstrong - RH-AS_Redacted (Gov006196-6198) Redacted_Memorandum of Interview Officer-Technician Dan Brown - RH-AS_Redacted (Gov006199-6201) Redacted_Memorandum of Interview SA Andrew Cherry 24-041_Redacted (Gov006202-6205) Redacted_Memorandum of Interview SA Chad Rosenbecker - AD and RH_Redacted (Gov006206-6209) Redacted_Memorandum of Interview SA Matt Oltman (ATL-CAT) 24-041_Redacted (Gov006210-6214) | |

2

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME: (">" denotes a folder) (">>" denotes a subfolder) ("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | Redacted_Memorandum of Interview SA Robert Appel 24-041_Redacted (Gov006215-6218) Redacted_Memorandum of Interview Seargent-Technician Travas Holland - RH-AS_Redacted (Gov006219-6220) | |
| 03 **FBI 302 1As** >**Batch 1** | >FBI 302 Attachments Batch 1: >> Jpeg files: - Jpeg Batch 1 (Gov006221-6270) - Jpeg Batch 2 (Gov006271-6320) - Jpeg Batch 3 (Gov006321-6470) - Jpeg Batch 4 (Gov006471-6560) - Jpeg Batch 5 (Gov006561-6605) >> MP4 Files: - 0000054_1A0000029_0000006 (Gov006606) - 0000603_1A0000480_0000001[1] (Gov006607) - 0001007_1A0000841_0000001 (Gov006608) - 0001007_1A0000841_0000002 (Gov006609) - 0001007_1A0000841_0000019 (Gov006610) - 0001007_1A0000841_0000022 (Gov006611) - 2024-09-15 FBI 8 - Inside (Gov006612) - 2024-09-15 FBI 8 - Outside (Gov006613) - 2024-09-15 FBI 17 suspect car – Inside (Gov006614) - 2024-09-15 FBI 17 suspect car – Outside (Gov006615) - PXL_20240916_163229628.TS (Gov006616) >> PDF Files: - PDF Files Combined_Redacted (Gov006617-6684) | **Gov006221-6718** |

---

[1] Select VLC or Windows media player or view the contents of this video file.

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME: <br> (">" denotes a folder) <br> (">>" denotes a subfolder) <br> ("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | >> PNG Files: <br> - PNG Files Combined (Gov006685-6718) | |
| 03 **FBI 302 1As** <br> >**Batch 2** | >> Jpeg Files: <br> - Jpeg Files Combined: (Gov006719-6843) <br> >> PDF Files: <br> - PDF Files Combined (Gov006844-6911) <br> >> PNG Files: <br> - PNG Files Combined: (Gov006912-6917) | Gov006719-6917 |
| 04 **Search Warrant Returns** | >>594 NC Search Warrants Execution: <br> - 594_1A0000469_0000004_Redacted (Gov006918) <br> - 594_1A0000469_0000005_Redacted (Gov006919-6928) <br> >> 734 Xterra: <br> - 734 ERT Search Warrant Execution of VIN # 5N1AN08W87C527755, 2007 Black Nissan Xterra_Redacted (Gov006929-6930) <br> >> 892 Verizon Cellsite: <br> - 892_1A0000735_0000002 (Excel File) (Gov006931) <br> - 892_1A0000735_0000013 (Excel File) (Gov006932) <br> - 892_1A0000735_0000014 (Excel File) (Gov006933) <br> - 892_1A0000735_0000015 (Excel File) (Gov006934) <br> - 892_1A0000735_0000017 (Excel File) (Gov006935) <br> - 892_1A0000735_0000018 (Excel File) (Gov006936) <br> - 892_1A0000735_0000019 (Excel File) (Gov006937) <br> - 892_1A0000735_0000025 (Excel File) (Gov006938) <br> - 892_1A0000735_0000027 (Excel File) (Gov006939) <br> - 892_1A0000735_0000028 (Excel File) (Gov006940) <br> - 892_1A0000735_0000003 (Excel File) (Gov006941) | Gov006918-7468 |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME:<br>(">" denotes a folder)<br>(">>" denotes a subfolder)<br>("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | - 892_1A0000735_0000004 (Excel File) (Gov006942)<br>- 892_1A0000735_0000006 (Excel File) (Gov006943)<br>- 892_1A0000735_0000016 (Excel File) (Gov006944)<br>- 892_1A0000735_0000023 (Excel File) (Gov006945)<br>- 892_1A0000735_0000031 (Excel File) (Gov006946)<br>- 892_1A0000735_0000032 (Excel File) (Gov006947)<br>- 892_1A0000735_0000033 (Excel File) (Gov006948)<br>- 892_1A0000735_0000007 (Gov006949-6951)<br>- 892_1A0000735_0000010 (Gov006952)<br>- 892_1A0000735_0000022 (Gov006953)<br>- 892_1A0000735_0000024 (Gov006954)<br>- 892_1A0000735_0000030 (Gov006955)<br>>> 893 AT&T:<br>- 893_1A0000736_0000007 (Excel File) (Gov006956)<br>- 893_1A0000736_0000004 (Gov006957-6966)<br>- ATT_Records_Key (Gov006967-6983)<br>- ReportAU_4162057 (Gov006984-7202)<br>- ReportCT_4162057 (Gov007203)<br>- ReportIMEI_4162057 (Gov007204-7205)<br>- ReportIMSI_4162057 (Gov007206)<br>- ReportLandline_4162057 (Gov007207)<br>- ReportLoc_4162057 (Gov007208-7221)<br>- ReportPAYMENT_4162057 (Gov007222)<br>- ReportSIMCARD_4162057 (Gov007223)<br>- ReportStirShaken_4162057 (Gov007224)<br>- ReportTA_4162057 (Gov007225-7238) | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
DATE PRODUCED: November 22, 2024
BATES RANGE: Gov005954-7523

| **FOLDER:** | **FILE NAME:**<br>(">" denotes a folder)<br>(">>" denotes a subfolder)<br>("-") denotes file within subfolder) | **BATES Range Nos.:** |
|---|---|---|
| | >> 894 T-Mobile:<br>- 2024 Interpreting All T-Mobile Records 20240814 (Gov007239-7270)<br>- 5256579_20240918_Certification (Gov007271)<br>- CDR_Quantum_8084648342_16085780 (Excel File) (Gov007272)<br>- SUB_Tibco_8084648342_16085781 (Excel File) (Gov007273)<br>- 5256579__CDRT_16085780__8084648342 (Excel File) (Gov007274)<br>- Data_Sessions_536788_8084648342 (Excel File) (Gov007275)<br>- TimingAdvance_310260310264780_08-19-2024_09-15-2024_Records (Excel File) (Gov007276)<br>>> 944 WhatsApp Returns + Affidavit:<br>- 944_1A0000008_0000001 (zip file containing 31 jpgs) (Gov007277)<br>- 944_1A0000009_0000001 Affidavit (Gov007278)<br>- preservation-1 (html file) (Gov007279)<br>- preservation-2 (html file) (Gov007280)<br>- records (html) (Gov007281)<br>>> 951 WhatsApp Return Duplicate:<br>- 951_1A0000776_0000001 (zip file containing 31 jpgs) (Gov007282)<br>- preservation-1 (html file) (Gov007283)<br>- preservation-2 (html file) (Gov007284)<br>- records (html file) (Gov007285) | |

6

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME: (">" denotes a folder) (">>" denotes a subfolder) ("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | >> 1065 X Corp. Returns:<br>- 1065_1A0000012_0000001 (zip file) (Gov007286)<br>- 1065_1A0000012_0000002 (zip file) (Gov007287)<br>- 1065_1A0000012_0000003 (zip file) (Gov007288)<br>>> 1172 51-344 Kam Hwy Execution:<br>- 1172_1A0000950_0000005_Redacted (Gov007289-7291)<br>- Jpegs 1172_1A0000952_0000001-09 combined (Gov007292-7300)<br>>> 1269 Sara and Vehicle:<br>- 1269 Search of Sara Routh and 2015 Audi SUV_Redacted (Gov007301-7302)<br>- 1269_1A0001027_0000001_Redacted (Gov007303-7306)<br>- 1269_1A0001027_0000005 (Excel File) (Gov007307)<br>>> 1272 Google Returns:<br>- 1272_1A0000013_0000001 (zip file) (Gov007308)<br>- 1272_1A0000014_0000001 (Gov007309-7320)<br>>> 1309 53-428 Kam Hwy:<br>- 1309 Search at 53-428 Kamehameha Highway (Parcel 53005070), Hauula, HI 96717_Redacted (Gov007321-7323)<br>- 1309_1A0001049_0000001_Redacted (Gov007324)<br>- 1309_1A0001049_0000003_Redacted (Gov007325-7327)<br>- 1309_1A0001049_0000005_Redacted (Gov007328-7329)<br>- 1309_1A0001049_0000008_Redacted (Gov007330)<br>>> 1346 ERT Scene Including Camera:<br>- 1346 ERT Scene Including Camera PDF Files Combined (Gov007331-7468) | |
| 05 **Body Worn/Dash Camera Videos** | Redacted_BWC_Det_Gomez_25974-Int_w_Witness | Gov007469-7482 |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME: ("&gt;" denotes a folder) ("&gt;&gt;" denotes a subfolder) ("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | (Gov00007469) Redacted_BWC_Det_Gomez-Show_up_with_witness_in_MArtin_County (Gov007470) 24-099061_-_FBI_Interview_-_Axon_Interview_-_VCD_Interview_2_-_Camera_1 (Gov007471) 24-099061_-_FBI_Interview_-_Axon_Interview_-_VCD_Interview_2_-_Cemera_2 (Gov007472) BWC_Suspect_transport_from_VCD_to_Patrol_vehicle (Gov007473) Arrival_at_Palm_Beach_County_HQ_Body_Camera (Gov007474) No_value,_taking_suspect_into_VCD_holding_cell (Gov007475) Dash_Camera_-_Prisoner_Transport_Martin_County_to_Palm_Beach_County_HQ (Gov007476) Prisoner_Transport_Martin_County_to_Palm_Beach_County_HQ (Gov007477) Initial_Contact_Prisoner_Transfer_from_MCSO_ (Gov007478) FID_#_11716784_-_Routh_-_Taking_custody_of_suspect_for_transport_ (Gov007479) Suspect-Chain_of_Custody_ (Gov007480) Eagle_Video_(Suspect_Take_Down) (Gov007481) | |

8

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS THIRD RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 22, 2024**
**BATES RANGE: Gov005954-7523**

| FOLDER: | FILE NAME: (">" denotes a folder) (">>" denotes a subfolder) ("-") denotes file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | 1a_Axon_Body_3_Video_2024-09-15_1409_X60A9591S (Gov007482) | |
| 06 **T.M. Notes** | T.M. Notes_Redacted (Gov007483) | **Gov007483** |
| **Separate Drive: Electronic Evidence** | See Attached Index of Electronic Evidence | **Gov007484-7523** |

9