## United States v. Ryan Wesley Routh
## Case No. 24-80116-CR-Cannon/McCabe
## Gov'ts Index of Electronic Evidence
## Bates Range Nos.: Gov007484-7523

SE = Contains Sexually Explicit Materials

|  | Item | Type | Acquisition Event | Collected From | Description | Bates Nos. |
|---|---|---|---|---|---|---|
|  | 1B187 | Digital | (U) 10/05/2024 - Evidence from Search of 2015 Audi Registered to Sara Routh | (U) Sara Routh, VIN WA1CFAFP8FA132474, Hawaii License Plate WYK 999 | (U) Black Samsung Cell Phone IMEI #356556771217834 | **Gov007484** |
|  | 1B185 | Digital | (U) 10/05/2024 - Evidence from Search of 2015 Audi Registered to Sara Routh | (U) Sara Routh, VIN WA1CFAFP8FA132474, Hawaii License Plate WYK 999 | (U) Cell phone labeled "BLU SMARTPHONES" IMEI #356197684895554 | **Gov007485** |
|  | 1B99 | Digital | (U) Evidence Bulk Import | (U) Area of 3200 SUMMIT BLVD., , WEST PALM BEACH, Florida, 33406, United States | (U) Black AKASO camera | **Gov007486** |
|  | 1B69 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 32B - SanDisk SD - 2 GB | **Gov007487** |
|  | 1B68 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 32A - SanDisk SD - 2 GB | **Gov007488** |
| SE | 1B67 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 31 - Toshiba Laptop - Serial Number 1C123144R | **Gov007489** |
|  | 1B66 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30R - Olympus xD picture card 1 GB | **Gov007490** |
|  | 1B65 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30Q - maxwell SD 4 GB | **Gov007491** |
|  | 1B64 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30P - SanDisk SD 2.0 GB | **Gov007492** |
| SE | 1B63 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30O - Black Seagate Backup Plus Portable Drive Serial Number NA9V01G3 | **Gov007493** |
|  | 1B61 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30M - Black Amazon tablet model SR043KL | **Gov007494** |
| SE | 1B60 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30L - Black LG phone | **Gov007495** |
| SE | 1B59 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30K - Gray ZTE phone | **Gov007496** |

United States v. Ryan Wesley Routh
Case No. 24-80116-CR-Cannon/McCabe
Gov'ts Index of Electronic Evidence
Bates Range Nos.: Gov007484-7523

| | | | | | | |
|---|---|---|---|---|---|---|
| SE | 1B58 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30J - Gray Alcatel cricket phone | Gov007497 |
| | 1B57 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30I - Black Samsung phone IMEI 354963321095011 | Gov007498 |
| | 1B56 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30H - Black Nokia phone and cord | Gov007499 |
| SE | 1B55 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30G - Blue phone with Victoria's Secret card holder on back | Gov007500 |
| | 1B54 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30F - Black Kyocera cricket phone and cord | Gov007501 |
| SE | 1B53 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30E - Gray Alcatel cricket phone | Gov007502 |
| SE | 1B52 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30D - Gray ZTE phone | Gov007503 |
| SE | 1B51 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30C - Black HTC MyTouch phone | Gov007504 |
| SE | 1B50 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30B - Gray Alcatel cricket phone | Gov007505 |
| | 1B49 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 30A - Blue LG phone | Gov007506 |
| | 1B46 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 27D - Removable media storage - SanDisk microSD 32 MB with adapter | Gov007507 |
| | 1B45 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 27A - Removable media storage - AdventistHealth Castle CD | Gov007508 |
| SE | 1B44 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 26 - iPad - Serial DMPRW7BYG5YL | Gov007509 |
| SE | 1B43 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 25 - iPhone - IMEI 359306063157778 | Gov007510 |
| SE | 1B42 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 24 - iPad - Serial DMPX92LWJMXK | Gov007511 |

United States v. Ryan Wesley Routh
Case No. 24-80116-CR-Cannon/McCabe
Gov't Index of Electronic Evidence
Bates Range Nos.: Gov007484-7523

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | 1B41 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 23 - Gateway Desktop - Serial Number XBG8631004740 | **Gov007512** |
|  | 1B34 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 16 - FedEx Office USB 16 GB | **Gov007513** |
|  | 1B33 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 15 - SanDisk USB 8 GB | **Gov007514** |
| SE | 1B31 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 13 - Apacer microSD 8 GB with adaptor | **Gov007515** |
| SE | 1B26 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 8 - HP Laptop - Model 17-by1053dx, Serial Number 5CG938BY3C; Powercord | **Gov007516** |
|  | 1B24 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 6 - Pink iPhone | **Gov007517** |
| SE | 1B23 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 5 - FedEx Office USB 16 GB | **Gov007518** |
| SE | 1B20 | Digital | (U) Routh Residence Search | (U) 51-344 Kamehameha Highway, Kaaawa, Hawaii, 96730, United States | (U) Residence - Item 1 - Dell XPS8930 Desktop - Service Tag HSW9CP2 | **Gov007519** |
| SE | 1B17 | Digital | (U) ERT Search Warrant Execution of 2007 Black Nissan Xterra bearing Florida tag 97EEED, VIN # 5N1 | (U) Ryan Routh, VIN # 5N1AN08W87C527755, 2007 Black Nissan Xterra located at FBI Miami ERT Bay, MIRAMAR, Florida, 33027, United States | (U) Blu Tracfone cellular telephone, S/N 1080016023119675 | **Gov007520** |
|  | 1B3 | Digital | (U) ERT Search Warrant Execution of 2007 Black Nissan Xterra bearing Florida tag 97EEED, VIN # 5N1 | (U) Ryan Routh, VIN # 5N1AN08W87C527755, 2007 Black Nissan Xterra located at FBI Miami ERT Bay, MIRAMAR, Florida, 33027, United States | (U) TLC Cellular telephone | **Gov007521** |
|  | 1B2 | Digital | (U) ERT Search Warrant Execution of 2007 Black Nissan Xterra bearing Florida tag 97EEED, VIN # 5N1 | (U) Ryan Routh, VIN # 5N1AN08W87C527755, 2007 Black Nissan Xterra located at FBI Miami ERT Bay, MIRAMAR, Florida, 33027, United States | (U) Cellular telephone, Model U319AA | **Gov007522** |
| SE | 1B1 | Digital | (U) ERT Search Warrant Execution of 2007 Black Nissan Xterra bearing Florida tag 97EEED, VIN # 5N1 | (U) Ryan Routh, VIN # 5N1AN08W87C527755, 2007 Black Nissan Xterra located at FBI Miami ERT Bay, MIRAMAR, Florida, 33027, United States | (U) Samsung cellular telephone IMEI 351404590575402 | **Gov007523** |