**United States v. Ryan Wesley Routh**
**Case No. 24-80116-CR-Cannon/McCabe**
**Gov't Index of Electronic Evidence**
**Bates Range Nos.: Gov007484-7523**

| | Item | Type | Acquisition Event | Collected From | Description | Bates Nos. |
|---|---|---|---|---|---|---|
| | 1B187 | Digital | ▮ | ▮ | (U) Black Samsung Cell Phone ▮ | Gov007484 |
| | 1B185 | Digital | ▮ | ▮ | (U) Cell phone labeled "BLU SMARTPHONES" ▮ | Gov007485 |
| | 1B99 | Digital | ▮ | ▮ | (U) Black AKASO camera | Gov007486 |
| | 1B69 | Digital | ▮ | ▮ | ▮ - SanDisk SD - 2 GB | Gov007487 |
| | 1B68 | Digital | ▮ | ▮ | ▮ - SanDisk SD - 2 GB | Gov007488 |
| SE | 1B67 | Digital | ▮ | ▮ | ▮ - Toshiba Laptop - Serial Number 1C123144R | Gov007489 |
| | 1B66 | Digital | ▮ | ▮ | ▮ - Olympus xD picture card 1 GB | Gov007490 |
| | 1B65 | Digital | ▮ | ▮ | ▮ maxwell SD 4 GB | Gov007491 |
| | 1B64 | Digital | ▮ | ▮ | ▮ - SanDisk SD 2.0 GB | Gov007492 |
| SE | 1B63 | Digital | ▮ | ▮ | ▮ - Black Seagate Backup Plus Portable Drive Serial Number NA9V01G3 | Gov007493 |
| | 1B61 | Digital | ▮ | ▮ | ▮ - Black Amazon tablet model SR043KL | Gov007494 |
| SE | 1B60 | Digital | ▮ | ▮ | ▮ - Black LG phone | Gov007495 |
| SE | 1B59 | Digital | ▮ | ▮ | ▮ Gray ZTE phone | Gov007496 |

1

Case 9:24-cr-80116-AMC   Document 75-2   Entered on FLSD Docket 11/22/2024   Page 2 of 3

United States v. Ryan Wesley Routh
Case No. 24-80116-CR-Cannon/McCabe
Gov't's Index of Electronic Evidence
Bates Range Nos.: Gov007484-7523

| | | | | | | |
|---|---|---|---|---|---|---|
| SE | 1B58 | Digital | ▮ | ▮ | ▮ Gray Alcatel cricket phone | Gov007497 |
| | 1B57 | Digital | ▮ | ▮ | ▮ Black Samsung phone ▮ | Gov007498 |
| | 1B56 | Digital | ▮ | ▮ | ▮ Black Nokia phone and cord | Gov007499 |
| SE | 1B55 | Digital | ▮ | ▮ | ▮ - Blue phone with Victoria's Secret card holder on back | Gov007500 |
| | 1B54 | Digital | ▮ | ▮ | ▮ Black Kyocera cricket phone and cord | Gov007501 |
| SE | 1B53 | Digital | ▮ | ▮ | ▮ Gray Alcatel cricket phone | Gov007502 |
| SE | 1B52 | Digital | ▮ | ▮ | ▮ Gray ZTE phone | Gov007503 |
| SE | 1B51 | Digital | ▮ | ▮ | ▮ Black HTC MyTouch phone | Gov007504 |
| SE | 1B50 | Digital | ▮ | ▮ | ▮ Gray Alcatel cricket phone | Gov007505 |
| | 1B49 | Digital | ▮ | ▮ | ▮ Blue LG phone | Gov007506 |
| | 1B46 | Digital | ▮ | ▮ | ▮ Removable media storage - SanDisk microSD 32 MB with adapter | Gov007507 |
| | 1B45 | Digital | ▮ | ▮ | ▮ Removable media storage - AdventistHealth Castle CD | Gov007508 |
| SE | 1B44 | Digital | ▮ | ▮ | ▮ - Serial DMPRW7BYG5YL | Gov007509 |
| SE | 1B43 | Digital | ▮ | ▮ | ▮ iPhone - ▮ | Gov007510 |
| SE | 1B42 | Digital | ▮ | ▮ | ▮ iPad - Serial DMPX92LWJMXK | Gov007511 |

**United States v. Ryan Wesley Routh**
**Case No. 24-80116-CR-Cannon/McCabe**
**Gov'ts Index of Electronic Evidence**
**Bates Range Nos.: Gov007484-7523**

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | 1B41 | Digital | ███ | ███ | ███ Gateway Desktop - Serial Number XBG8631004740 | **Gov007512** |
|  | 1B34 | Digital | ███ | ███ | ███ FedEx Office USB 16 GB | **Gov007513** |
|  | 1B33 | Digital | ███ | ███ | ███ SanDisk USB 8 GB | **Gov007514** |
| SE | 1B31 | Digital | ███ | ███ | ███ Apacer microSD 8 GB with adaptor | **Gov007515** |
| SE | 1B26 | Digital | ███ | ███ | ███ HP Laptop - Model 17-by1053dx, Serial Number 5CG938BY3C; Powercord | **Gov007516** |
|  | 1B24 | Digital | ███ | ███ | ███ Pink iPhone | **Gov007517** |
| SE | 1B23 | Digital | ███ | ███ | ███ FedEx Office USB 16 GB | **Gov007518** |
| SE | 1B20 | Digital | ███ | ███ | ███ Dell XPS8930 Desktop - Service Tag HSW9CP2 | **Gov007519** |
| SE | 1B17 | Digital | ███ | ███ | (U) Blu Tracfone cellular telephone, S/N 1080016023119675 | **Gov007520** |
|  | 1B3 | Digital | ███ | ███ | (U) TLC Cellular telephone | **Gov007521** |
|  | 1B2 | Digital | ███ | ███ | (U) Cellular telephone, Model U319AA | **Gov007522** |
| SE | 1B1 | Digital | ███ | ███ | (U) Samsung cellular telephone ███ | **Gov007523** |