# EXHIBIT A

**UNITED STATES v. RYAN WESLEY ROUTH**
CASE NO. 24-80116-CR-CANNON/MCCABE
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED: November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| 01 **NCIC** | Routh NCIC QR #1_Redacted | **Gov000001-9** |
| | Routh NCIC QWI_Redacted | **Gov000010-15** |
| 02 **Search Warrants** | SW_Akaso Digital Camera | **Gov000016-37** |
| | SW_Box in North Carolina | **Gov000038-65** |
| | SW_DNA, Hair, Fingerprints | **Gov000066-86** |
| | SW_Google | **Gov000087-125** |
| | SW_Historical AT&T | **Gov000126-147** |
| | SW_Historical T-Mobile | **Gov000148-173** |
| | SW_Historical Verizon | **Gov000174-200** |
| | SW_Nissan Xterra | **Gov000201-225** |
| | SW_O.R. Person | **Gov000226-252** |
| | SW_O.R. Residence | **Gov000253-279** |
| | SW_O.R. Vehicle | **Gov000280-310** |
| | SW_Residence in Hawaii | **Gov000311-333** |
| | SW_WhatsApp | **Gov000334-371** |
| | SW_X | **Gov000372-400** |
| 03 **FBI Reports** | Combined Bates Batch | **Gov000401-777** |
| 05 Photographic Evidence >[1] 01 **Ryan Wesley Routh** | **Ryan Wesley Routh Photos Rev Combined** DSC_0001 through DSC_0068 Photo_of_grass_and_stickers_on_suspect_both_legs_and_shoes_ Photo_of_grass_and_stickers_on_suspect_Left_Leg_ Photo_of_grass_and_stickers_on_suspect_right_leg#2_ Photo_of_grass_and_stickers_on_suspect_right_leg_ Photo_of_grass_and_stickers_on_suspect_right_leg_close_up Photo_of_suspect_front | **Gov001340-1414** |

---

[1] ("">" denotes a subfolder).

1

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| 05 Photographic Evidence > 02 **Trump International Golf Course** | **Batch 1**<br>**Batch 2**<br>**Batch 3**<br>**Batch 4**<br>**Batch 5**<br>**Batch 6**<br>**Batch 7**<br>**Batch 8**<br>DSC_0001 through DSC_0717<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_48_001<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_51_002<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_54_003<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_56_004<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_59_54_005<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_59_58_006<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_00_01_007 | **Gov001415-2138**<br>Batch 1:<br>Gov001415-1514<br>Batch 2:<br>Gov001515-1614<br>Batch 3:<br>Gov001615-1714<br>Batch 4:<br>Gov001715-1814<br>Batch 5:<br>Gov001815-1914<br>Batch 6:<br>Gov001915-2014<br>Batch 7:<br>Gov002015-2114<br>Batch 8:<br>Gov002115-2138 |
| 05 Photographic Evidence > 03 **Witness Photographs** | **Witness Photographs Combined**<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2984<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2986<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2985 | **Gov002139-2141** |
| 05 Photographic Evidence > 04 **Nissan Xterra** | **Batch 1**<br>**Batch 2**<br>**Batch 3**<br>**Batch 4**<br>**Batch 5**<br>_DSC0001 through _DSC0485 | **Gov002142-2626**<br>Batch 1:<br>Gov002142-2241<br>Batch 2:<br>Gov002242-2341<br>Batch 3:<br>Gov002342-2441<br>Batch 4:<br>Gov002442-2541 |

**UNITED STATES v. RYAN WESLEY ROUTH**
CASE NO. 24-80116-CR-CANNON/MCCABE
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | | Batch 5:<br>Gov002542-2626 |
| 05 Photographic Evidence<br>> 05 **Vehicle Tires** | **Vehicle Tires Photos Combined**<br>DSC_0001 through DSC_0040 | **Gov002627-2666** |
| 05 Photographic Evidence<br>> 06 **North Carolina Box** | **Batch 1**<br>**Batch 2**<br>CEG_0001 through CEG_0197 | **Gov002667-2863**<br>Batch 1:<br>Gov002667-2766<br>Batch 2:<br>Gov002767-2863 |
| 05 Photographic Evidence<br>> 07 **NC Residence** | **Batch 1**<br>**Batch 2**<br>**Batch 3**<br>**Batch 4**<br>**Batch 5**<br>**Batch 6**<br>**Batch 7**<br>DSC_0001 through DSC_0665 | **Gov002864-3528**<br>Batch 1:<br>Gov002864-2963<br>Batch 2:<br>Gov002964-3063<br>Batch 3:<br>Gov003064-3163<br>Batch 4:<br>Gov003164-3263<br>Batch 5:<br>Gov003264-3363<br>Batch 6:<br>Gov003364-3463<br>Batch 7:<br>Gov003464-3528 |
| 05 Photographic Evidence<br>> 08 **SKS Rifle** | **SKS Rifle Combined**<br>DSC_0071<br>DSC_0072 | **Gov003529-3530** |
| 06 LPR Data<br>> 01 **Flock**<br>> 01 **Lookup Results** | **01 Flock Lookup Results Combined**<br>#02_Spring_Garden_@_Chapman_St_(EB)_2024-08-22T22-35-00.417+00-00<br>#02_Spring_Garden_@_Chapman_St_(EB)_2024-08-28T18-09-56.813+00-00_3 | **Gov003531-3549** |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-08-29T15-52-50.572+00-00_9 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-04T02-37-37.034+00-00_24 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-10T00-37-10.555+00-00_7 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-12T21-51-54.158+00-00_23 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-17T15-10-35.074+00-00_5 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-17T20-15-47.989+00-00 | |
| | #22_Stanley_Rd_&_Lenada_Rd_WB_2024-09-09T22-37-58.932+00-00_4 | |
| | #23_Stanley_Rd_&_Wendover_Ave_SB_2024-09-09T22-20-34.312+00-00 | |
| | #113_Mogadore_Rd_&_E_Market_St_EB_2024-09-15T02-10-35.917+00-00_5 | |
| | #115_E_Market_St_&_Int_76_EB_2024-09-15T02-01-46.150+00-00_9 | |
| | #128_Grant_St_&_E_Thornton_St_NB_2024-09-15T01-51-07.635+00-00_8 | |
| | #134_Grant_St_&_McCoy_St_NB_2024-09-15T01-51-58.410+00-00_10 | |
| | Axon_Fleet_3_Camera_2024-08-30T02-10-45.525+00-00 | |
| | Axon_Fleet_3_Camera_2024-08-30T09-43-01.969+00-00 | |
| | Axon_Fleet_3_Camera_2024-08-30T09-43-07.253+00-00 | |
| | Axon_Fleet_3_Camera_2024-09-04T23-37-53.463+00-00 | |
| | Axon_Fleet_3_Camera_2024-09-07T01-45.084+00-00 | |
| 06 LPR Data<br>> **01 Flock**<br>> **02 Search Results** | **01 Flock 02 Search Results Combined** | **Gov003550-3576** |
| | #01_-_SW_Becker_Rd_@_I_95_Ramp_SB_2024-09-15T20-37-44.028+00-00 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_1 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_2 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_3 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_4 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_5 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_6 | |
| | #04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_7 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_1 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_2 | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_3 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_4 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_5 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_6 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_7 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_8 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_9 | |
| | #25_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-52.565+00-00 | |
| | #38_N_Tuttle_Ave_SB_@_University_Pkway_2024-08-06T20-29-18.052+00-00 | |
| | #38_N_Tuttle_Ave_SB_@_University_Pkway_2024-08-06T20-29-18.052+00-00_1 | |
| | #201_I-4_EB_(camera)_2024-08-18T21-17-07.402_00-00 | |
| | PBSO-PBIA-_Inbound_Turnage_Blvd_Ln_1-2_#01_2024-09-07T14-19-36.434+00-00 | |
| | PBSO-PBIA-_Inbound_Turnage_Blvd_Ln_1-2_#01_2024-09-07T14-19-36.434+00-00_1 | |
| | PBSO-PBIA-Short_Term_Parking_Exit_#04_2024-09-07T15-01-14.449+00-00 | |
| | PBSO-PBIA-Turnage_Inbound_Ln_3-4_#02_2024-09-07T14-19-32.384_00-00 | |
| 06 LPR Data > 01 Flock | Flock_Safety_Search_Results_9-16-2024_1-07-15PM (Excel File) | **Gov003577** |
| | KET4040_Report_2024-09-20T14_57_32.640-04_00 (Excel File) | **Gov003578** |
| 06 LPR Data > 02 Searches | **06 LPR Data 02 Searches Combined** | **Gov003579-3608** |
| | CLEAR+Query+on+TAG+KET4040 (1) | |
| | CLEAR+Query+on+TAG+KET4040 | |
| | ISO+ClaimSearch+-+Claims+Inquiry+for+5N1AN08W87C527755 | |
| | KET4040_NC+LEARN+LPR | |
| | VehicleManager_Detection_Report_HKY4343 | |
| | VehicleManager_Detection_Report_PKU3131 | |
| 06 LPR Data > 03 Vigilant | **06 LPR Data 03 Vigilant Combined** | **Gov003609-3701** |
| | VehicleManager_Detection_Report_09-16-2024-14-48-18-844 | |
| | VehicleManager_Detection_Report_08012024_to_09152024 | |
| 07 Interstate Nexus | **ATF_Nexus_Examination Bates Stamped** | **Gov003702-3703** |
| 08 Forms | **Forms Combined Bates Stamped** | **Gov003704-3707** |
| | Consent_Civilian Witness | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | Log_North Carolina Box<br>Receipt_Civilian iPhone<br>Receipt_Routh Clothing | |
| 09 **Aerial Footage** | (Drone_Flight_1)_DRN_3_1300-1322_Export.zip [Zip File]<br>(Drone_Flight_1_Media_File)_DRN_3_1300-1322_Export<br>(Drone_Flight_2)_DRN_3_1327-1343_Export.zip [Zip File]<br>(Drone_Flight_2_Media_File)_DRN_3_1327-1343_Export<br>(Drone_Flight_3)_DRN_3_1539-1631_Export.zip [Zip File]<br>(Drone_Flight_3_Media_File)_DRN_3_1539-1631_Export<br>24-099061_091524_JC7852.zip [Zip File]<br>24-099061_UAV_(Drone_)_Video | **Gov003708-3715** |
| 10 Air Travel<br>> 01 **American Airlines** | **Ryan Routh American Airlines Bates Stamped** | **Gov003716-3788** |
| 10 Air Travel<br>> 02 **Alaska Airlines** | PNR KWYUOS_Redacted<br>PNR VGCVXM_Redacted<br>PNR ZMODSN_Redacted<br>**Alaska Airlines Bates Stamped** | **Gov003789-3808** |
| 10 Air Travel<br>> 03 **Delta Airlines** | Certification<br>Records_Redacted | **Gov003809-3822**<br>**Gov003823-3824** |
| 10 Air Travel<br>> 04 **Southwest Airlines** | Certification<br>Records_Redacted | **Gov003825-3845**<br>**Gov003846** |
| 11 Cellular Records<br>> 01 **AT&T**<br>> **4171835_3379661** | **01 AT&T 4171835_3379661 Bates Stamped**<br>ATT_Records_Key<br>ReportAU_4171835.pdf<br>ReportAU_4171835.txt<br>ReportCAPM_4171835.pdf<br>ReportCAPM_4171835.txt<br>ReportCT_4171835.pdf<br>ReportCT_4171835.txt | **Gov003847-4037** |

**UNITED STATES v. RYAN WESLEY ROUTH**
CASE NO. 24-80116-CR-CANNON/MCCABE
**GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV000001-004112**

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | ReportIMEI_4171835.pdf<br>ReportIMEI_4171835.txt<br>ReportIMSI_4171835.pdf<br>ReportIMSI_4171835.txt<br>ReportLandline_4171835.pdf<br>ReportLandline_4171835.txt<br>ReportStirShaken_4171835.pdf<br>ReportStirShaken_4171835.txt | |
| 11 Cellular Records<br>> **01 AT&T**<br>> **02 4171835_3379671** | ReportCT_4171835.pdf<br>ReportCT_4171835.txt | **Gov004038** |
| 11 Cellular Records<br>> **01 AT&T** | Declaration_4171835 | **Gov004039** |
| 11 Cellular Records<br>> **02 T-Mobile** | **2024 Interpreting All T-Mobile Records 20240923 Bates Stamped**<br>**5262971__CDRNT_16110237_8084648342** (Excel File)<br>**5262972_20240930_Certification**<br>**SUB_Tibco_8084648342_16110238** (Excel File) | **Gov004040-4071**<br>**Gov004072**<br>**Gov004073**<br>**Gov004074** |
| **12 Prior Convictions** | **Prior Convictions Bates Stamped** | **Gov004075-4112** |