UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____/

## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to the Court's Scheduling Order and SDFL Local Rule 88.5, the Government submits this Speedy Trial Report. The defense has been consulted and agrees with the following calculations, which are the same as when the Government last filed this report (ECF 53):

The Defendant was indicted on September 24, 2024 (ECF 21). On October 2, 2024, the Government filed an unopposed motion to designate the case as complex (ECF 30), which stopped the Speedy Trial clock. On October 18, 2024, the Court granted that motion in part, and also excluded all Speedy Trial time from the date of the Government's motion through the start of trial, currently set for the two-week period starting February 10, 2025 (ECF 51). Accordingly, at most seven days of non-excludable time (September 25-October 1) have elapsed, and the Speedy Trial clock is presently stopped and will remain stopped until the currently-scheduled trial pursuant to the Court's Order.

            Respectfully submitted,

            MARKENZY LAPOINTE
            UNITED STATES ATTORNEY

By:   /s/ John Shipley
       John C. Shipley
       Florida Bar No. 69670

Christopher B. Browne
Florida Bar No. 91337
Mark Dispoto
Court Id. Number A5501143
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov


MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL


By:     */s/ David C. Smith*
       David C. Smith, Trial Attorney
       Court ID No. A5503278
       Department of Justice, National Security Division
       950 Pennsylvania Avenue, NW
       Washington, DC 20530
       Telephone: (202) 514-0849
       Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 3, 2024.

/s/ John C. Shipley<br>
Assistant United States Attorney