**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>24-80116-CR-CANNON/McCabe</u>**

**UNITED STATES OF AMERICA**

**v.**

**RYAN WESLEY ROUTH,**

       **Defendant.**
_____/

**<u>UNITED STATES' NOTICE OF CONVENTIONAL FILING</u>**

The United States of America, through its undersigned counsel, hereby files this notice of conventionally filing a DVD containing a recording of an October 15, 2024 call from Defendant Ryan Wesley Routh at FDC-Miami. This Notice complies with the Court's instructions during the December 11, 2024 status conference in the above-styled case.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:   */s/ Christopher B. Browne*
       Christopher B. Browne
       Florida Bar No. 91337
       John C. Shipley
       Florida Bar No. 69670
       Mark Dispoto
       Court Id. Number A5501143
       Assistant United States Attorneys

       U.S. Attorney's Office
       Southern District of Florida
       99 Northeast 4th Street, 8th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9419
       E-mail: Christopher.Browne@usdoj.gov

       MATTHEW G. OLSEN
       ASSISTANT ATTORNEY GENERAL

       By: */s/ David C. Smith*
          David C. Smith, Trial Attorney
          Court ID No. A5503278
          Department of Justice, National Security Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          Telephone: (202) 514-0849
          Email: David.Smith5@usdoj.gov

### **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 11, 2024, and conventionally filed the DVD described therein with the Clerk of Court in Fort Pierce, Florida, on the same date.

               /s/ Christopher B. Browne
               Assistant United States Attorney