**United States District Court**
**Southern District of Florida**

Case Number: 24-CR-80116-AMC/RMM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

\*\* All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 12/11/2024 MB

Revised: 2/20/2019

United States v. Ryan W. Routh
24-80116-CR- Cannon/McCabe

For Official Use
United States
v.
Ryan W. Rou[th]
24-80116-CR-

Oct 15th call

United States Attorney's Office
Southern District of Florida

Password: Routh 2024!

Oct 15th Jail Call

DVD 4.7 GB