UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

     **Defendant.**
_____/

**GOVERNMENT'S SEVENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

     The United States files this Seventh Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On February 6, 2025, the United States will ship, via Federal Express, the discovery materials to defense counsel of record, which materials were uploaded onto a portable drive. Those materials include the items described in the attached index and are numbered Gov015828-019489.

     Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

     Respectfully submitted,

     HAYDEN P. O'BYRNE
     UNITED STATES ATTORNEY

By:   <u>/s/Maria K. Medetis</u>
     Maria K. Medetis
     Florida Bar No. 1012329
     John C. Shipley
     Florida Bar No. 69670

          Christopher B. Browne
          Florida Bar No. 91337
          Assistant United States Attorneys

          U.S. Attorney's Office
          Southern District of Florida
          99 Northeast 4th Street, 8th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9020
          E-mail: maria.medetis@usdoj.gov

          DEVIN A. DEBACKER
          SUPERVISORY OFFICIAL
          FOR THE NATIONAL SECURITY DIVISION

By:    */s/ David C. Smith*
          David C. Smith, Trial Attorney
          Court ID No. A5503278
          Department of Justice, National Security Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          Telephone: (202) 514-0849
          Email: David.Smith5@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 6, 2025.

                                                  */s/Maria K. Medetis*
                                                  Assistant United States Attorney

cc:    Special Agent Christian Hull, FBI