**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80116-CR-CANNON**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RYAN WESLEY ROUTH**

        Defendant.

_____/

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION**
**TO APPOINT CLASSIFIED INFORMATION SECURITY OFFICER**

**THIS MATTER** comes before the Court upon the United States' Unopposed Motion for

Appointment of a Classified Information Security Officer and Alternates pursuant to the Classified

Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures

established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and

promulgated pursuant to Section 9 of CIPA (the "Motion") [ECF No. 98].  It is hereby **ORDERED**

**AND ADJUDGED** as follows:

1. The Motion [ECF No. 98] is **GRANTED**.

2. In accordance with Section 9 of CIPA and the Security Procedures promulgated under

   Section 9, the Court designates Daniella M. Medel as the Classified Information

   Security Officer in this case and the following persons as alternates to serve in the event

   Ms. Medel is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr

   Kurtov, Matthew W. Mullery, William S. Noble, and Winfield S. "Scooter" Slade.

CASE NO. 24-80116-CR-CANNON

3.  The designated Classified Information Security Officer and alternates shall perform the

    functions and carry out the duties and responsibilities prescribed in the Security

    Procedures promulgated under Section 9 of CIPA.

4.  Nothing in this Order shall be construed to address or resolve anything beyond the

    appointment set forth in this Order.

**ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of February 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**