# UNITED STATES v. RYAN WESLEY ROUTH
## CASE NO. 24-80116-CR-Cannon/McCabe
### INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| ITEMS UPLOADED TO USAFX ON FEB. 28, 2025 |||
|---|---|---|
| **FOLDER:** | **FILE:** | **BATES Nos.:** |
| ><sup>1</sup> 01 Law Enforcement Reports | - Law Enforcement Reports Combined_Redacted.pdf | Gov019490-019518 |
| > 02 Photographs and Videos | >> 153_Photos re R.F.<br>　-　Serial 153 Photos Combined.pdf (Gov019519-019525)<br>>> 1467_1A1148 Photos 2-4-25 TIGC Canvas:<br>　-　1467 1A Photos Combined.pdf (Gov019526-019544)<br>>> 1470_1A1150 AT&T Surveillance:<br>　-　ATT Wendover 08042024 (w Player).zip (Gov019545)<br>　-　Main 1470_1A1150 AT&T Surveillance.zip (Gov019546)<br>- 1468_1A0001149_0000001_Redacted.pdf (Gov019547-019553)<br>- 1482_1A0001153_0000001_Redacted.pdf (Gov019554) | Gov019519-019554 |
| > 03 Records | - Records Combined_Redacted.pdf (Gov019555-019601) | Gov019555-019601 |
| > 04 Jail Communications | >> 2.7.2025 data release to trial team_jail calls:<br>>>> 12-13-24 to 12-17-24_4 Calls:<br>　-　35967511_Dec_14_2024_19_36_40_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019602)<br>　-　35967511_Dec_16_2024_18_58_51_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019603)<br>　-　35967511_Dec_17_2024_18_56_54_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019604)<br>　-　35967511_Dec_17_2024_21_10_08_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019605)<br>>>> 12-18-24 to 12-22-24_3 Calls:<br>　-　35967511_Dec_18_2024_19_48_28_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019606)<br>　-　35967511_Dec_19_2024_20_17_03_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019607)<br>　-　35967511_Dec_21_2024_18_24_38_PM_▮▮▮▮_DONE.wav<br>　-　(Gov019608) | Gov019602-019815 |

---

[1] ">" denotes a folder and ">>" or ">>>" denote subfolders.

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| **ITEMS UPLOADED TO USAFX ON FEB. 28, 2025** | | | |
|---|---|---|---|
| **FOLDER:** | **FILE:** | | **BATES Nos.:** |
| | >> 2.10.25 data release to trial team_jail calls: | | |
| | -   Gov019609 | 35967511_Dec_31_2024_10_38_44_AM_▮▮▮▮.wav | |
| | -   Gov019610 | 35967511_Dec_31_2024_14_46_37_PM_▮▮▮▮.wav | |
| | -   Gov019611 | 35967511_Dec_31_2024_18_27_58_PM_▮▮▮▮.wav | |
| | -   Gov019612 | 35967511_Dec_31_2024_20_05_24_PM_▮▮▮▮.wav | |
| | -   Gov019613 | 35967511_Jan_01_2025_17_18_37_PM_▮▮▮▮.wav | |
| | -   Gov019614 | 35967511_Jan_01_2025_20_51_10_PM_▮▮▮▮.wav | |
| | -   Gov019615 | 35967511_Jan_04_2025_19_10_09_PM_▮▮▮▮.wav | |
| | -   Gov019616 | 35967511_Dec_29_2024_12_00_57_PM_▮▮▮▮.wav | |
| | -   Gov019617 | 35967511_Dec_30_2024_18_56_16_PM_▮▮▮▮.wav | |
| | -   Gov019618 | 35967511_Jan_01_2025_18_42_48_PM_▮▮▮▮.wav | |
| | -   Gov019619 | 35967511_Jan_13_2025_17_05_11_PM_▮▮▮▮.wav | |
| | -   Gov019620 | 35967511_Jan_14_2025_14_51_04_PM_▮▮▮▮.wav | |
| | -   Gov019621 | 35967511_Jan_14_2025_20_09_18_PM_▮▮▮▮.wav | |
| | -   Gov019622 | 35967511_Jan_15_2025_19_34_33_PM_▮▮▮▮.wav | |
| | -   Gov019623 | 35967511_Jan_05_2025_17_10_19_PM_▮▮▮▮.wav | |
| | -   Gov019624 | 35967511_Jan_05_2025_18_42_39_PM_▮▮▮▮.wav | |
| | -   Gov019625 | 35967511_Jan_06_2025_18_17_40_PM_▮▮▮▮.wav | |
| | -   Gov019626 | 35967511_Jan_07_2025_18_59_02_PM_▮▮▮▮.wav | |
| | -   Gov019627 | 35967511_Jan_08_2025_20_23_39_PM_▮▮▮▮.wav | |
| | -   Gov019628 | 35967511_Jan_09_2025_09_25_37_AM_▮▮▮▮.wav | |
| | -   Gov019629 | 35967511_Jan_10_2025_13_37_36_PM_▮▮▮▮.wav | |
| | -   Gov019630 | 35967511_Jan_10_2025_20_55_18_PM_▮▮▮▮.wav | |
| | -   Gov019631 | 35967511_Jan_11_2025_14_42_17_PM_▮▮▮▮.wav | |
| | -   Gov019632 | 35967511_Jan_11_2025_17_27_56_PM_▮▮▮▮.wav | |
| | -   Gov019633 | 35967511_Jan_11_2025_18_55_10_PM_▮▮▮▮.wav | |
| | -   Gov019634 | 35967511_Jan_11_2025_20_25_44_PM_▮▮▮▮.wav | |
| | -   Gov019635 | 35967511_Jan_12_2025_12_28_13_PM_▮▮▮▮.wav | |
| | -   Gov019636 | 35967511_Jan_12_2025_16_57_07_PM_▮▮▮▮.wav | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | **ITEMS UPLOADED TO USAFX ON FEB. 28, 2025** | |
| | - Gov019637    35967511_Jan_13_2025_15_06_28_PM▮.wav<br>- Gov019638    35967511_Dec_23_2024_19_18_30_PM▮.wav<br>- Gov019639    35967511_Dec_24_2024_19_32_36_PM▮.wav<br>- Gov019640    35967511_Dec_24_2024_20_49_13_PM▮.wav<br>- Gov019641    35967511_Dec_25_2024_18_47_25_PM▮.wav<br>- Gov019642    35967511_Dec_25_2024_20_34_00_PM▮.wav<br>- Gov019643    35967511_Dec_26_2024_17_23_06_PM▮8.wav<br>- Gov019644    35967511_Dec_26_2024_19_28_15_PM▮.wav<br>- Gov019645    35967511_Dec_27_2024_20_01_08_PM▮.wav<br>- Gov019646    35967511_Dec_28_2024_19_50_55_PM▮.wav<br>- Gov019647    35967511_Dec_29_2024_16_47_14_PM▮.wav<br>- Gov019648    35967511_Dec_30_2024_20_55_43_PM▮.wav<br>- Gov019649    35967511_Jan_03_2025_12_54_59_PM▮.wav<br>>> 2.11.25 data release to trial team_jail emails:<br>- TRULINCS 166 (1-16 -- 1-27).pdf (Gov019650-019815) | |
| > 05 Recordings | >> A▮ R▮ & S▮ R▮:<br>- SAR_0001.wav (Gov019816)<br>- SAR_0002.wav (Gov019817)<br>- SAR_0003.wav (Gov019818)<br>>> ▮:<br>- ▮_202409160947_0043-0.mp4 (Gov019819)<br>>> ▮:<br>- PXL_20241004_170822826.TS.mp4 (Gov019820)<br>>> J▮ A▮:<br>- ▮ (▮) Interview.wav (Gov019821)<br>>> K▮ S▮ 9.15.2024:<br>>>> HN_CT_CT-BR_2024_09_15T14_40_29:<br>- HN_CT_CT-BR_2024_09_15T14_40_29.wav (Gov019822)<br>>>> HN_CT_CT-BR_2024_09_15T15_42_44: | Gov019816-019835 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| | ITEMS UPLOADED TO USAFX ON FEB. 28, 2025 | |
|---|---|---|
| **FOLDER:** | **FILE:** | **BATES Nos.:** |
| | - HN_CT_CT-BR_2024_09_15T15_42_44.wav (Gov019823)<br>>>> HN_CT_CT-BR_2024_09_15T16_02_44:<br>- HN_CT_CT-BR_2024_09_15T16_02_44.wav (Gov019824)<br>>>>: HN_CT_CT-BR_2024_09_15T16_22_44:<br>- HN_CT_CT-BR_2024_09_15T16_22_44.wav (Gov019825)<br>>>> HN_CT_CT-BR_2024_09_15T16_50_15:<br>- HN_CT_CT-BR_2024_09_15T16_50_15.wav (Gov019826)<br>>>> HN_CT_CT-BR_2024_09_15T17_10_15:<br>- HN_CT_CT-BR_2024_09_15T17_10_15.wav (Gov019827)<br>>>> HN_CT_CT-BR_2024_09_15T17_30_15:<br>- HN_CT_CT-BR_2024_09_15T17_30_15.wav (Gov019828)<br>>>> HN_CT_CT-BR_2024_09_15T17_33_20<br>- HN_CT_CT-BR_2024_09_15T17_33_20.wav (Gov019829)<br>>>> HN_CT_CT-BR_2024_09_15T17_53_20:<br>- HN_CT_CT-BR_2024_09_15T17_53_20.wav (Gov019830)<br>>>> HN_CT_CT-BR_2024_09_15T18_13_20:<br>- HN_CT_CT-BR_2024_09_15T18_13_20.wav (Gov019831)<br>>> K█████ S█████ 9.16.2024: (Gov019832)<br>>>> HAWK<br>>>> Player<br>>> K█████ S█████ 9.20.2024:<br>- F2994438_2802000824A_0001.wav (Gov019833)<br>>> P█████ H█████ 9.25.2024:<br>- Axon_Body_4_Video_2024-09-25_1003_D01A0526G.mp4 (Gov019834)<br>>> T█████ B█████ 9.16.2024:<br>- █████-202409161539-Main_Interview_Room.mp4 (Gov019835) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| > 06 Protection Memo | Major Candidate Certification.pdf | **Gov019836** |
| > 07 ATF Reports | ▇▇▇▇ - D3 Report of Analysis #1 (Inventory) Final Signed KMM_Redacted.pdf (GovExp011259-011278) <br> ▇▇▇▇ - D3 Report of Analysis #2 (Notable Findings) Final Signed KMM_Redacted.pdf (GovExp011279-011291) | **GovExp011259-011291** |
| | **ITEMS PROVIDED ON THUMB DRIVE VIA FEDERAL EXPRESS[2] (16.5GB)** | |
| ➢ 360 Spherical Interactive | (Gov019837) | **Gov019837** |
| ➢ Drone Imagery | - ▇▇▇▇▇▇▇ Drone Imagery.pdf (Gov019838) <br> - Overview_TIGC.tif (Gov019839) <br> - Scene_TIGC.tif (Gov019840) | **Gov019838-019840** |
| ➢ Scene2Go | (Gov019841) | **Gov019841** |
| | - Scene2go-Instructions-10-05-1013.pdf (Gov019842) | **Gov019842** |

---

[2] The materials contained in this thumb drive are the raw data pertaining to the items produced on February 6, 2025, in the Government's Seventh SDO Response, in the file folder titled 06_FBI OPU, Bates Numbers Gov015970-015972.

5