## UNITED STATES v. RYAN WESLEY ROUTH
## CASE NO. 24-80116-CR-Cannon/McCabe
## INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| >[1] **01  1A444 Phone Rec. of Surveillance Video AT&T Store** | - PXL_20240919_171831830.mp4 | Gov015828 |
| > **02  1B157 Lease Agreement Docs** | - 1B157135440 (1)_Redacted.pdf (Gov0015829-15867)<br>- 1B157135440 (2)  (10) Combined.pdf (Gov0015868-15873) | Gov015829-015873 |
| > **03  3rd Party Devices_Comms with Routh** | >> Report-▇▇▇-CallHistorywRouth_▇▇ (Gov015874)<br>>> Report-▇▇▇DeviceNotificationswRouth_▇▇ (Gov015875)<br>>> Report▇▇▇-MediaFilesAssociatedto▇▇▇▇ (Gov015876)<br>>> Report-▇▇▇MessageswRouth_▇▇ (Gov015877)<br>>> Report-▇▇▇-MessageswRouth▇▇n (Gov015878)<br>>> Report-▇▇▇-Messagesw▇Routh_▇ (Gov015879)<br>>> Report-▇▇▇-VoiceMessageswRouth-NoAudio_▇▇ (Gov015880)<br>>> Report-▇-MessageswRouth (Gov015881)<br>>> Report-▇VideosofRouth (Gov015882)<br>>> ReportReport-▇▇▇-EmailsRouth_▇▇ (Gov015883)<br>>> ReportReport-▇▇▇-VoicemailsfromRouth-AudioIncluded_▇▇ (Gov015884) | Gov015874-015884 |
| > **04  Broadway Motors NC** | - 1_05_H_08022024070000.mp4 (Gov015885)<br>- 2_05_H_08022024080000.mp4 (Gov015886)<br>- 3_05_H_08022024090000.mp4 (Gov015887)<br>- 4_05_H_08022024100000.mp4 (Gov015888) | Gov015885-015891 |

---

[1] ">" denotes a folder.

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| | - 5_05_H_08022024110000.mp4 (Gov015889)<br>- 6_05_H_08022024120000.mp4 (Gov015890)<br>- 7_05_H_08022024130000.mp4 (Gov015891) | |
| > 05 CAST Docs | >> Shift Reports:<br>   - Shift Reports 1 of 2.pdf (Gov015892-015935)<br>   - Shift Reports 2 of 2.pdf (Gov015936-015967)<br>- 14 ▮▮▮▮ Known Locations Compared to RR Cell Phone Locations Summ_Redacted.pdf (Gov015968-015969) | Gov015892-015969 |
| > 06 FBI OPU | >> Drone (Gov015970)<br>>> Photo (Gov015971)<br>>> Scanner (Gov015972) | Gov015970-015972 |
| > 07 Hawaii Search ERT Log | - HI SW ERT Photo Log_Redacted.pdf | Gov015973-015983 |
| > 08 Intake | - 0000108_1A0000069_0000001 MSG_Redacted.pdf (Gov015984-15985)<br>- INTAKE_0000088_1A0000052_0000002.pdf (Gov015986)<br>- INTAKE_0000176_1A0000128_0000001 MSG_Redacted.pdf (Gov015987-015988)<br>- Intake_000425_1A0000388 Combined.pdf (Gov015989-015993)<br>- INTAKE_0000446_1A0000409_0000002_Redacted.pdf (Gov015994-15999) | Gov015984-015999 |
| > 09 Jail Communications | >> 2025-1-13 data released to trial team:<br>   - TRULINCS 12 13.pdf (Gov016000-016001)<br>>> 2025-1-15 data released to trial team:<br>>>> PBCSO Jail Calls:<br>   - 10.69.1.205-f8a1563c0a4501cd0824c2dfd364aed8.wav (Gov016002)<br>>> 2025-1-21 data released to trial team:<br>>>> FILTERED emails 10-3-2024 - 10-15-2024 for trial team: | Gov016000-016048 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - Email 1003-1007 2024.pdf (Gov016003-016010)<br>- Email 1007-1008 2024.pdf (Gov016011-016014)<br>- Email 1008-1009 2024.pdf (Gov016015-016016)<br>- Email 1010-1011 2024.pdf (Gov016017)<br>- Email 1011-1015 2024.pdf (Gov016018-016024)<br>- Email to Staff 1005 2024 – Psychology.pdf (Gov016025)<br>- Email To Staff 1007 2024 - Maintenance Department.pdf (Gov016026)<br>- Email To Staff 1007 2024 – Psychology.pdf (Gov016027)<br>- Email To Staff 1009 2024 – Warden.pdf (Gov016028)<br>- Email To Staff 1010 2024 - Maintenance Department.pdf (Gov016029)<br>- TRULINCS-OCT 1 2024.pdf (Gov016030-016031)<br>- TRULINCS-Oct 4-6 2024.pdf (Gov016032-016036)<br>- TRULINCS-Oct 7 2024.pdf (Gov016037-016041)<br>- TRULINCS-Oct 8 2024.pdf (Gov016042-016043)<br>- TRULINCS-Oct 9 20241.pdf (Gov016044)<br>- TRULINCS-Oct 11-14 2024.pdf (Gov016045-016048) | |
| > 10 Law Enforcement Reports | - 9-15-24 ▮▮▮▮▮_Redacted.pdf (Gov016049)<br>- 594_1A0000470_0000001_Redacted.pdf (Gov016050-016052)<br>- 0000792_Redacted.pdf (Gov016053-016054)<br>- doc02918320241001115728_Redacted.pdf (Gov016055-016056)<br>- FF_0000004_Import.pdf (Gov016057-016059) | Gov016049-016059 |
| > 11 Photographs | >> ▮▮▮▮ Hawaii Resid Card Photos Combined 1_Redacted (Gov016060-016548)<br>>> ▮▮▮▮ Hawaii Resid Card Photos Combined 2_Redacted (Gov016549-017042)<br>>> ▮▮▮▮ Hawaii Resid Card 3 Photos Combined_Redacted (Gov017043-017092)<br>>> Ford Escape Photos Combined_Redacted (Gov017093-017154)<br>>> PBSO Drive Photos Combined (Gov017155-017286)<br>>> ▮▮▮▮ Phone_Redacted (Gov017287-017438)<br>>> ▮▮▮▮ Residence_Redacted (Gov017439-017771)<br>>> ▮▮▮▮ Vehicle_Redacted (Gov017772-017905)<br>>> Xterra (Gov017906-017933) | Gov016060-017939 |

3

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
|  | >> XTerra Plain View Photos Combined Redacted (Gov017934-017939) |  |
| > **12 Ryan Routh Priors** | - Priors Combined.pdf (Gov017940-018593) | Gov017940-018593 |
| > **13 Records** | - 202400808659_1968803_Data_Guide.xlsx (Gov018594) | Gov018594-018670 |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000051_0000001.xlsx (Gov018595) |  |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000052_0000001.xlsx (Gov018596) |  |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000053_0000001.xlsx (Gov018597) |  |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000054_0000001.xlsx (Gov018598) |  |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000055_0000001.xlsx (Gov018599) |  |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000055_0000002.xlsx (Gov018600) |  |
|  | - ▇▇▇▇▇▇▇▇_0000055_1A0000055_0000003.xlsx (Gov018601) |  |
|  | - ▇▇▇▇▇▇▇▇_0000135_1A0000119_0000001.zip (Gov018602) |  |
|  | - ▇▇▇▇▇▇▇▇_0000135_1A0000119_0000002.zip (Gov018603) |  |
|  | - ▇▇▇▇▇▇▇▇_0000135_1A0000119_0000003.zip (Gov018604) |  |
|  | - ▇▇▇▇▇▇▇▇_0000135_1A0000119_0000004.zip (Gov018605) |  |
|  | - ▇▇▇▇▇▇▇▇_0000135_1A0000119_0000005.pdf (Gov018606) |  |
|  | - ▇▇▇▇▇▇▇▇_0000224_1A0000191_0000002.pdf (Gov018607) |  |
|  | - ▇▇▇▇▇▇▇▇_0000224_1A0000191_0000003.pdf (Gov018608) |  |


# UNITED STATES v. RYAN WESLEY ROUTH
## CASE NO. 24-80116-CR-Cannon/McCabe
### INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - ▇▇▇▇▇▇▇_0000225_1A0000192_0000001.pdf (Gov018609) | |
| | - (untitled PDF).pdf (Gov018610) | |
| | - ▇▇▇▇▇▇▇.pdf (Gov018611) | |
| | - ▇▇▇▇▇▇▇_0000225_1A0000192_0000003.pdf (Gov018612) | |
| | - ▇▇▇▇▇▇▇_0000349_1A0000305_0000001_Western Union.xlsx (Gov018613) | |
| | - ▇▇▇▇▇▇▇_0000226_1A0000193_0000001.pdf (Gov018614) | |
| | - ▇▇▇▇▇▇▇_0000452_1A0000386_0000001_FHB.pdf (Gov018615) | |
| | - APL000001_APPLE CONFIDENTIAL .xlsx (Gov018616) | |
| | - ▇▇▇▇▇▇▇_0000226_1A0000193_0000005.pdf (Gov018617) | |
| | - Ymax_Call_Log_def21.docx (Gov018618) | |
| | - ▇▇▇▇▇▇▇_0000226_1A0000193_0000007.pdf (Gov018619) | |
| | - ▇▇▇▇▇▇▇_0000253_1A0000217_0000001_Venmo.xlsx (Gov018620) | |
| | - ▇▇▇▇▇▇▇_0000262_1A0000225_0000001_Amazon.xlsx (Gov018621) | |
| | - ▇▇▇▇▇▇▇_0000256_1A0000220_0000001.zip (Gov018622) | |
| | - ▇▇▇▇▇▇▇_0000256_1A0000220_0000002.zip (Gov018623) | |
| | - ▇▇▇▇▇▇▇_0000256_1A0000220_0000003.zip (Gov018624) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - ▇▇▇▇▇▇▇▇_0000256_1A0000220_0000004.zip (Gov018625) | |
| | - ▇▇▇▇▇▇▇▇_0000256_1A0000220_0000005.pdf (Gov018626) | |
| | - ▇▇▇▇▇▇▇▇_0000270_1A0000233_0000001_Synchrony.xlsx (Gov018627) | |
| | - ▇▇▇▇▇▇▇▇_0000273_1A0000236_0000004_Stripe.xlsx (Gov018628) | |
| | - Business Records Certification Standard.pdf (Gov018629) | |
| | - ▇▇▇▇▇▇▇▇_0000318_1C0000001_0000002_Paypal.xlsx (Gov018630) | |
| | - ▇▇▇▇▇▇▇▇_0000342_1A0000301_0000001_WhatsApp.xlsx (Gov018631) | |
| | - ▇▇▇▇▇▇▇▇_0000293_1A0000255_0000001.zip (Gov018632) | |
| | - ▇▇▇▇▇▇▇▇_0000293_1A0000255_0000002.zip (Gov018633) | |
| | - ▇▇▇▇▇▇▇▇_0000293_1A0000255_0000003.zip (Gov018634) | |
| | - ▇▇▇▇▇▇▇▇_0000310_1A0000275_0000001.7z (Gov018635) | |
| | - ▇▇▇▇▇▇▇▇_0000311_1A0000276_0000001.zip (Gov018636) | |
| | - ▇▇▇▇▇▇▇▇_0000311_1A0000276_0000002.pdf (Gov018637) | |
| | - ▇▇▇▇▇▇▇▇_0000312_1A0000277_0000001.zip (Gov018638) | |
| | - ▇▇▇▇▇▇▇▇_0000312_1A0000277_0000002.pdf (Gov018639) | |
| | - ▇▇▇▇▇▇▇▇_0000312_1A0000277_0000003.zip (Gov018640) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - ▇▇▇▇-▇▇▇▇▇▇▇_0000312_1A0000277_0000004.zip (Gov018641) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000317_1A0000280_0000001.xml (Gov018642) | |
| | - ▇▇▇▇▇▇ WhatsAppComms.zip (Gov018643) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000322_1A0000282_0000001.pdf (Gov018644) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000361_1A0000314_0000001.7z (Gov018645) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000361_1A0000314_0000002.txt (Gov018646) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000367_1A0000319_0000001.zip (Gov018647) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000367_1A0000319_0000002.pdf (Gov018648) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000390_1A0000338_0000001.zip (Gov018649) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000403_1A0000349_0000001.zip (Gov018650) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000410_1A0000354_0000001.zip (Gov018651) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000410_1A0000354_0000002.zip (Gov018652) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000422_1A0000365_0000001.zip (Gov018653) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000422_1A0000365_0000002.zip (Gov018654) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000422_1A0000365_0000003.zip (Gov018655) | |
| | - ▇▇▇▇▇▇▇▇▇▇▇▇▇_0000422_1A0000365_0000004.zip (Gov018656) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - ▓▓▓▓_0000422_1A0000365_0000005.zip (Gov018657) | |
| | - ▓▓▓▓_0000422_1A0000365_0000006.zip (Gov018658) | |
| | - ▓▓▓▓_0000422_1A0000365_0000007.zip (Gov018659) | |
| | - ▓▓▓▓_0000422_1A0000365_0000008.zip (Gov018660) | |
| | - ▓▓▓▓_0000422_1A0000365_0000009.zip (Gov018661) | |
| | - ▓▓▓▓_0000422_1A0000365_0000010.pdf. (Gov018662) | |
| | - ▓▓▓▓_0000441_1A0000001_0000001.zip (Gov018663) | |
| | - ▓▓▓▓_0000444_1A0000381_0000002.pdf (Gov018664) | |
| | - ▓▓▓▓_0000445_1A0000382_0000001.pdf (Gov018665) | |
| | - ▓▓▓▓_0000449_1A0000024_0000001.pdf (Gov018666) | |
| | - ▓▓▓▓_0000449_1A0000024_0000002.txt (Gov018667) | |
| | - ▓▓▓▓_0000449_1A0000024_0000003.html (Gov018668) | |
| | - CDR for TN ▓▓▓▓ SN VA100003A3E1F8 from start 8-16-24 to end 9-4-24.xlsx (Gov018669) | |
| | - FLAT_NDO_YMax 1614-10-TS STAMPED.pdf (Gov018670) | |
| > 14 Search Warrants | - FLAT_25-mj-8027-RMM STAMPED.pdf (Gov018671-018696)<br>- NC Search Warrrant_A2_Packet STAMPED.pdf (Gov018697-018727) | Gov018671-018727 |
| > 15 Serial 573 | - 0000573_Redacted.pdf (Gov018728)<br>- 0000573_1A0000444_0000002.pdf (Gov018729-018730) | Gov018728-018731 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S SEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov015828-019489)
Data Size: 55 GB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
|  | - 0000573_1A0000444_0000003.pdf (Gov018731) |  |
| **> 16 Serial 1449** | - Serial 1449 1As Combined.pdf (Gov018732-018776) | **Gov018732-018776** |
| **> 17 Serials 1438, 1442, 1443, 1444, 1445, and 1448** | - 0001438_Redacted.pdf (Gov018777-018779)<br>- 1438 1As Combined_Redacted.pdf (Gov018780-018993)<br>- 0001442_1A0001131_0000001.pdf (Gov018994)<br>- 0001442_Redacted.pdf (Gov018995-018996)<br>- 0001443_Redacted.pdf (Gov018997-018999)<br>- 0001444_Redacted.pdf (Gov019000)<br>- 1444 1As Combined.pdf (Gov019001-019011)<br>- 0001445_Redacted.pdf (Gov019012)<br>- 0001448_Redacted.pdf (Gov019013)<br>- 1448 1As Combined.pdf (Gov019014-019027) | **Gov018777-019027** |
| **> 18 Jail Communications 2** | -TRULINCS 102 ---- Dec 18-22 DONE.pdf (Gov019028-019129)<br>-TRULINCS 284 ---- Dec 23 to Jan 15 DONE.pdf (Gov019130-019413)<br>-TRULINCS-76 --- Dec 13-17 DONE.pdf (Gov019414-019489 | **Gov019028-019489** |