# UNITED STATES v. RYAN WESLEY ROUTH
## CASE NO. 24-80116-CR-Cannon/McCabe
### INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

|  | | | |
|---|---|---|---|
| **ITEMS UPLOADED TO USAFX ON FEB. 28, 2025** | | | |
| **FOLDER:** | **FILE:** | | **BATES Nos.:** |
| >[1] 01 Law Enforcement Reports | - Law Enforcement Reports Combined_Redacted.pdf | | Gov019490-019518 |
| > 02 Photographs and Videos | >> 153_Photos re R.F.<br>   - Serial 153 Photos Combined.pdf (Gov019519-019525)<br>>> 1467_1A1148 Photos 2-4-25 TIGC Canvas:<br>   - 1467 1A Photos Combined.pdf (Gov019526-019544)<br>>> 1470_1A1150 AT&T Surveillance:<br>   - ATT Wendover 08042024 (w Player).zip (Gov019545)<br>   - Main 1470_1A1150 AT&T Surveillance.zip (Gov019546)<br>- 1468_1A0001149_0000001_Redacted.pdf (Gov019547-019553)<br>- 1482_1A0001153_0000001_Redacted.pdf (Gov019554) | | Gov019519-019554 |
| > 03 Records | - Records Combined_Redacted.pdf (Gov019555-019601) | | Gov019555-019601 |
| > 04 Jail Communications | >> 2.7.2025 data release to trial team_jail calls:<br>>>> 12-13-24 to 12-17-24_4 Calls:<br>   - 35967511_Dec_14_2024_19_36_40_PM_▮▮▮▮_DONE.wav<br>   - (Gov019602)<br>   - 35967511_Dec_16_2024_18_58_51_PM_▮▮▮▮_DONE.wav<br>   - (Gov019603)<br>   - 35967511_Dec_17_2024_18_56_54_PM_▮▮▮▮_DONE.wav<br>   - (Gov019604)<br>   - 35967511_Dec_17_2024_21_10_08_PM_▮▮▮▮_DONE.wav<br>   - (Gov019605)<br>>>> 12-18-24 to 12-22-24_3 Calls:<br>   - 35967511_Dec_18_2024_19_48_28_PM_▮▮▮▮_DONE.wav<br>   - (Gov019606)<br>   - 35967511_Dec_19_2024_20_17_03_PM_▮▮▮▮_DONE.wav<br>   - (Gov019607)<br>   - 35967511_Dec_21_2024_18_24_38_PM_▮▮▮▮_DONE.wav<br>   - (Gov019608) | | Gov019602-019815 |

---

[1] ">" denotes a folder and ">>" or ">>>" denote subfolders.

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| ITEMS UPLOADED TO USAFX ON FEB. 28, 2025 | | |
| | >> 2.10.25 data release to trial team_jail calls: | |
| | - Gov019609   35967511_Dec_31_2024_10_38_44_AM_███.wav | |
| | - Gov019610   35967511_Dec_31_2024_14_46_37_PM_███.wav | |
| | - Gov019611   35967511_Dec_31_2024_18_27_58_PM_███.wav | |
| | - Gov019612   35967511_Dec_31_2024_20_05_24_PM_███.wav | |
| | - Gov019613   35967511_Jan_01_2025_17_18_37_PM_███.wav | |
| | - Gov019614   35967511_Jan_01_2025_20_51_10_PM_███.wav | |
| | - Gov019615   35967511_Jan_04_2025_19_10_09_PM_███.wav | |
| | - Gov019616   35967511_Dec_29_2024_12_00_57_PM_███.wav | |
| | - Gov019617   35967511_Dec_30_2024_18_56_16_PM_███.wav | |
| | - Gov019618   35967511_Jan_01_2025_18_42_48_PM_███.wav | |
| | - Gov019619   35967511_Jan_13_2025_17_05_11_PM_███.wav | |
| | - Gov019620   35967511_Jan_14_2025_14_51_04_PM_███.wav | |
| | - Gov019621   35967511_Jan_14_2025_20_09_18_PM_███.wav | |
| | - Gov019622   35967511_Jan_15_2025_19_34_33_PM_███.wav | |
| | - Gov019623   35967511_Jan_05_2025_17_10_19_PM_███.wav | |
| | - Gov019624   35967511_Jan_05_2025_18_42_39_PM_███.wav | |
| | - Gov019625   35967511_Jan_06_2025_18_17_40_PM_███.wav | |
| | - Gov019626   35967511_Jan_07_2025_18_59_02_PM_███.wav | |
| | - Gov019627   35967511_Jan_08_2025_20_23_39_PM_███.wav | |
| | - Gov019628   35967511_Jan_09_2025_09_25_37_AM_███.wav | |
| | - Gov019629   35967511_Jan_10_2025_13_37_36_PM_███.wav | |
| | - Gov019630   35967511_Jan_10_2025_20_55_18_PM_███.wav | |
| | - Gov019631   35967511_Jan_11_2025_14_42_17_PM_███.wav | |
| | - Gov019632   35967511_Jan_11_2025_17_27_56_PM_███.wav | |
| | - Gov019633   35967511_Jan_11_2025_18_55_10_PM_███.wav | |
| | - Gov019634   35967511_Jan_11_2025_20_25_44_PM_███.wav | |
| | - Gov019635   35967511_Jan_12_2025_12_28_13_PM_███.wav | |
| | - Gov019636   35967511_Jan_12_2025_16_57_07_PM_███.wav | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
|  | **ITEMS UPLOADED TO USAFX ON FEB. 28, 2025** | |
| | - Gov019637   35967511_Jan_13_2025_15_06_28_PM▇▇▇.wav<br>- Gov019638   35967511_Dec_23_2024_19_18_30_PM▇▇▇.wav<br>- Gov019639   35967511_Dec_24_2024_19_32_36_PM▇▇▇.wav<br>- Gov019640   35967511_Dec_24_2024_20_49_13_PM▇▇▇.wav<br>- Gov019641   35967511_Dec_25_2024_18_47_25_PM▇▇▇.wav<br>- Gov019642   35967511_Dec_25_2024_20_34_00_PM▇▇▇.wav<br>- Gov019643   35967511_Dec_26_2024_17_23_06_PM▇▇▇8.wav<br>- Gov019644   35967511_Dec_26_2024_19_28_15_PM▇▇▇.wav<br>- Gov019645   35967511_Dec_27_2024_20_01_08_PM▇▇▇.wav<br>- Gov019646   35967511_Dec_28_2024_19_50_55_PM▇▇▇.wav<br>- Gov019647   35967511_Dec_29_2024_16_47_14_PM▇▇▇.wav<br>- Gov019648   35967511_Dec_30_2024_20_55_43_PM▇▇▇.wav<br>- Gov019649   35967511_Jan_03_2025_12_54_59_PM▇▇▇.wav<br>&gt;&gt; 2.11.25 data release to trial team_jail emails:<br>- TRULINCS 166 (1-16 -- 1-27).pdf (Gov019650-019815) | |
| &gt; 05 Recordings | &gt;&gt; A▇▇ R▇▇ & S▇▇ R▇▇:<br>- SAR_0001.wav (Gov019816)<br>- SAR_0002.wav (Gov019817)<br>- SAR_0003.wav (Gov019818)<br>&gt;&gt; F▇▇:<br>- ▇▇_202409160947_0043-0.mp4 (Gov019819)<br>&gt;&gt; H▇:<br>- PXL_20241004_170822826.TS.mp4 (Gov019820)<br>&gt;&gt; J▇ A▇:<br>- J▇ A▇ (C▇) Interview.wav (Gov019821)<br>&gt;&gt; K▇ S▇ 9.15.2024:<br>&gt;&gt;&gt; HN_CT_CT-BR_2024_09_15T14_40_29:<br>- HN_CT_CT-BR_2024_09_15T14_40_29.wav (Gov019822)<br>&gt;&gt;&gt; HN_CT_CT-BR_2024_09_15T15_42_44: | Gov019816-019835 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| | **ITEMS UPLOADED TO USAFX ON FEB. 28, 2025** | |
|---|---|---|
| **FOLDER:** | **FILE:** | **BATES Nos.:** |
| | - HN_CT_CT-BR_2024_09_15T15_42_44.wav (Gov019823) <br> >>> HN_CT_CT-BR_2024_09_15T16_02_44: <br> - HN_CT_CT-BR_2024_09_15T16_02_44.wav (Gov019824) <br> >>>: HN_CT_CT-BR_2024_09_15T16_22_44: <br> - HN_CT_CT-BR_2024_09_15T16_22_44.wav (Gov019825) <br> >>> HN_CT_CT-BR_2024_09_15T16_50_15: <br> - HN_CT_CT-BR_2024_09_15T16_50_15.wav (Gov019826) <br> >>> HN_CT_CT-BR_2024_09_15T17_10_15: <br> - HN_CT_CT-BR_2024_09_15T17_10_15.wav (Gov019827) <br> >>> HN_CT_CT-BR_2024_09_15T17_30_15: <br> - HN_CT_CT-BR_2024_09_15T17_30_15.wav (Gov019828) <br> >>> HN_CT_CT-BR_2024_09_15T17_33_20 <br> - HN_CT_CT-BR_2024_09_15T17_33_20.wav (Gov019829) <br> >>> HN_CT_CT-BR_2024_09_15T17_53_20: <br> - HN_CT_CT-BR_2024_09_15T17_53_20.wav (Gov019830) <br> >>> HN_CT_CT-BR_2024_09_15T18_13_20: <br> - HN_CT_CT-BR_2024_09_15T18_13_20.wav (Gov019831) <br> >> K█████ S█████ 9.16.2024: (Gov019832) <br> >>> HAWK <br> >>> Player <br> >> K█████ S█████ 9.20.2024: <br> - F2994438_2802000824A_0001.wav (Gov019833) <br> >> P█████ H█████ 9.25.2024: <br> - Axon_Body_4_Video_2024-09-25_1003_D01A0526G.mp4 (Gov019834) <br> >> T█████ B█████ 9.16.2024: <br> - █████-202409161539-Main_Interview_Room.mp4 (Gov019835) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S EIGHTH SDO RESPONSE**
(Bates Range Nos.: Gov019490-019842 and GovExp011259-011291)
Data Size: 30 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| > 06 Protection Memo | Major Candidate Certification.pdf | **Gov019836** |
| > 07 ATF Reports | ▮▮▮▮ - D3 Report of Analysis #1 (Inventory) Final Signed KMM_Redacted.pdf (GovExp011259-011278)<br>▮▮▮▮ - D3 Report of Analysis #2 (Notable Findings) Final Signed KMM_Redacted.pdf (GovExp011279-011291) | **GovExp011259-011291** |
| | **ITEMS PROVIDED ON THUMB DRIVE VIA FEDERAL EXPRESS[2] (16.5GB)** | |
| ➢ 360 Spherical Interactive | (Gov019837) | **Gov019837** |
| ➢ Drone Imagery | - ▮▮▮▮▮▮ Drone Imagery.pdf (Gov019838)<br>- Overview_TIGC.tif (Gov019839)<br>- Scene_TIGC.tif (Gov019840) | **Gov019838-019840** |
| ➢ Scene2Go | (Gov019841) | **Gov019841** |
| | - Scene2go-Instructions-10-05-1013.pdf (Gov019842) | **Gov019842** |

---

[2] The materials contained in this thumb drive are the raw data pertaining to the items produced on February 6, 2025, in the Government's Seventh SDO Response, in the file folder titled 06_FBI OPU, Bates Numbers Gov015970-015972.