UNITED STATES v. RYAN WESLEY ROUTH
Case No. 24-80116-CR-Cannon/McCabe
Index to Gov't's Expert Disclosures
Bates Range: GovExp000001-GovExp011310

| FOLDER: | FILE NAME: (">" denotes a subfolder) ("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
| **Folders 00-09 produced via USAFx on 11/17/2024**[1] | **Government's First Set of Expert Disclosures:** | **(GovExp000001-GovExp010788)** |
| 00_Evidence Management-F▮▮▮ E▮▮ | 2024-02020 ChainOfCustodyReport (GovExp000001-224)<br>2024-02020 CommunicationLog (GovExp000225-264)<br>2024-02020 FBICaseReport (GovExp000265-280)<br>Abbreviations (GovExp000281-292)<br>Evidence Management Unit Quality Assurance Manual (GovExp000293-303)<br>In-Processing Evidence (GovExp000304-308)<br>Minimizing Contamination (GovExp000309-313)<br>Shipping Hazardous Evidence (GovExp000314-316)<br>Transfer and Storage of Evidence (GovExp000317-320) | GovExp000001-GovExp000320 |
| 01_S▮▮▮, E▮▮ | 01_E▮▮ D. S▮▮ CV 10_03_2024.docx_Red (GovExp000321-323)<br>2024-02020-6 LR S▮▮▮_Redacted (GovExp324-330)<br>Abbreviations (GovExp00331-336)<br>Ammunition and Ammunition Component Examinations (GovExp000337-344) | GovExp000321-GovExp000455 |

---

[1]   Additional expert reports and materials were produced in the Government's responses to the Standing Discovery Order.

1

**UNITED STATES v. RYAN WESLEY ROUTH**
Case No. 24-80116-CR-Cannon/McCabe
Index to Gov'ts Expert Disclosures
Bates Range: GovExp000001-GovExp011310

| FOLDER: | FILE NAME: (">" denotes a subfolder) ("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
|  | Equipment Calibration and Maintenance (GovExp00345-347) Firearm Examinations (GovExp00348-367) FTD ASSTR (GovExp00368-374) FTD Monitoring (GovExp000375-379) General Examinations (GovExp00380-392)<br><br>Measurement Uncertainty and Validation (GovExp000393-401) Organization and Programs (GovExp000402-408) Pattern and Fracture Comparisons and Conclusions (GovExp000409-414) Records, Results, Reporting, and Reviews (GovExp000415-427) Report Language, Methods, and Limitations (GovExp000428-449) Restoration of Obliterated Stampings (GovExp000450-455) |  |
| 02_S▮▮▮▮, S▮▮▮▮ | 01_S▮▮▮▮ CV_Redacted (GovExp000456-458) > 2024-02020-5: - 01_Record-2024-02020-5_Redac (GovExp000459-467) - 2024-02020-5 1A (GovExp000468-470) - 2024-02020-5 Asset Details Report (GovExp000471-698) | GovExp000456-GovExp009525 |

**UNITED STATES v. RYAN WESLEY ROUTH**
**Case No. 24-80116-CR-Cannon/McCabe**
**Index to Gov't's Expert Disclosures**
**Bates Range: GovExp000001-GovExp011310**

| FOLDER: | FILE NAME: ("&gt;" denotes a subfolder) ("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | - 2024-02020-5 BV Asset Details Report (GovExp000699-789)<br>- 2024-02020-5 case notes (GovExp000790-794)<br>- Combined Digital Images (GovExp000795-810)<br>&gt; 2024-02020-17:<br>- 01_Record-2024-02020-17_Red (GovExp000811-831)<br>- 2024-02020-17 1A_Red (GovExp000832-839)<br>- 2024-02020-17 Asset Details Report (GovExp000840-009080)<br>- 2024-02020-17 BV1 Asset Details Report (GovExp009081-9137)<br>- 2024-02020-17 BV2 Asset Details Report (GovExp009138-9190)<br>- 2024-02020-17 case notes (GovExp009191-9196)<br>- Combined Digital Images (BV1 and BV2).zip (GovExp009197-9206)<br>- 2024-02020-17 processing case notes (Excel File) (GovExp009207)<br>&gt; 2024-02020-30:<br>- 01_Record-2024-02020-30_Redacted (GovExp009208-9218)<br>- 2024-02020-30 1A (GovExp009219-9222)<br>- 2024-02020-30_LPU Case Notes (GovExp009223)<br>&gt; 2024-02020-37:<br>- 01_Record-2024-02020-37_Red (GovExp009224-9230)<br>- 2024-02020-37 1A (GovExp009231-9233)<br>- 2024-02020-37 case notes (GovExp009234)<br>&gt;Report &amp; Table of Contents Combined: (GovExp009235-9525):<br>- 2024-02020 Sbjct Srch Rpt<br>- Alternate Black Powder<br>- Amido Black Fischer 98<br>- Amido Black Methanol | |

3

**UNITED STATES v. RYAN WESLEY ROUTH**
**Case No. 24-80116-CR-Cannon/McCabe**
**Index to Gov't's Expert Disclosures**
**Bates Range: GovExp000001-GovExp011310**

| FOLDER: | FILE NAME: ("&gt;" denotes a subfolder) ("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | - Ash Gray Powder<br>- Case Acceptance<br>- Cold Case Initiative<br>- Cyanoacrylate Fuming<br>- Definitions and Abbreviations 11<br>- Definitions and Abbreviations<br>- Diaminobenzidine 03<br>- Diaminobenzidine<br>- Digital Images<br>- Disagreements and Scientific Review Boards in Tech Casework 04<br>- Disagreements and Scientific Review Boards in Tech Casework<br>- Examination of Evidence<br>- Examining Friction Ridge Prints 15<br>- Examining Friction Ridge Prints<br>- Forensic Light Sources<br>- Forensic Photography<br>- FRD ASSTR<br>- Indanedione<br>- Iron Oxide Powder Suspension<br>- Laboratory Reports Reviews and Retained Records<br>- Leucocrystal Violet<br>- Management of Examination Resources and Services<br>- Monitoring Performance<br>- Next Generation Identification System<br>- Ninhydrin<br>- Non-Traditional Automated Searching<br>- Organization and Roles<br>- Physical Developer 04 | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**Case No. 24-80116-CR-Cannon/McCabe**
**Index to Gov't's Expert Disclosures**
**Bates Range: GovExp000001-GovExp011310**

| FOLDER: | FILE NAME: (">" denotes a subfolder) ("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
|  | - Physical Developer<br>- Powders<br>- Processing Overview<br>- RAM<br>- RhoMeOH<br>- Small Particle Reagent<br>- Unknown Deceased<br>- Validation,Verification, and Approvals<br>- Verification and Blind Verification 10<br>- Verification and Blind Verification<br>- Wetwop |  |
| **03_G▮▮▮_K▮▮** | 01_CV_K▮▮ G▮▮▮_102124_Redacted (GovExp009526-9531)<br>2024-02020-4 Lab Report_Redacted (GovExp009532-9544)<br>2024-02020-4 Digital Case File (GovExp009545-010099)<br>02_alternate neg item list (Gov0010100-010101)<br>2024-02020-11 Digital Case File_Redacted (GovExp010102-010142)<br>2024-02020-11 Lab Report_Redacted (GovExp010143-010144)<br>2024-02020-35 Digital Case File_Redacted (GovExp010145-010228)<br>2024-02020-35 Lab Report_Redacted (GovExp010229-010231)<br>Combined Table of Contents (GovExp010232-010494) | GovExp009526-GovExp010494 |
| **04_C▮▮, R▮▮** | 01_Curriculum Vitae - R▮▮▮ C▮▮_Redacted (GovExp010495-10498)<br>02_2024-02020 #5 Report_Redacted (GovExp010499-010524)<br>2024-02020-16 1A (GovExp010525-010578)<br>2024-02020-29 1A_Redacted (GovExp010579-010602)<br>>Combined Table of Contents (GovExp010603-010667) | GovExp010495-GovExp010667<br><br><br><br><br>GovExp010789-GovExp011129 |

**UNITED STATES v. RYAN WESLEY ROUTH**
**Case No. 24-80116-CR-Cannon/McCabe**
**Index to Gov'ts Expert Disclosures**
**Bates Range: GovExp000001-GovExp011310**

| FOLDER: | FILE NAME:<br>(">" denotes a subfolder)<br>("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
| | 2024-02020 #2 Questioned Docs Report_Red (GovExp010789-010831)<br><br>2024-02020-16 #2 Record Images (Gov010832-011129) | |
| 05_G▬▬, C▬▬ | CV G▬▬_Redacted (GovExp010668-010670) | GovExp010668-GovExp010670 |
| 06_P▬▬, S | Curriculum_Vitae_P▬▬_Redacted (Gov010671-010674) | GovExp010671-GovExp010674 |
| 08_▬▬, M▬ | Curriculum Vitae K▬ (GovExp010675-010676) | GovExp010675-GovExp010676 |
| 09_Laboratory Quality Documents | Operations Manual (GovExp010677-010711)<br>Quality Assurance Manual (Gov010712-010788) | GovExp010677-GovExp010788 |
| | **Government's Supplemental Expert Disclosures:** | **(GovExp011130-GovExp011310)** |
| >10_S▬▬-Supplemental<br>(Produced via USAFx on 11/20/2024) | >>2024-02020-17 Digital Images 1 of 3 (Gov0011130)<br>- 144 (.tif) files of images<br>- 1 Jpeg: FIN 1320469601.jpg<br>- 1 Word Document: CAFIS Hit 15880<br>>>2024-02020-17 Digital Images 2 of 3 (Gov0011131)<br>- 164 (tif) files of images<br>- 1 Jpeg: ONLAMAI ten print.jpg<br>>>2024-02020-17 Digital Images 3 of 3 (Gov0011132)<br>(148 (.tif) files of images | GovExp011130-GovExp011132 |
| >11_P▬▬ Supplemental<br>(Produced via USAFx on 11/21/2024) | 1407 Metal plate ballistic resistance testing_Redacted | GovExp011133-GovExp011139 |
| >Expert Disclosure_Second Supplemental<br>(Produced via USAFx on 12/30/2024) | 2024-02020 2 HW Items ONLY (Gov011140-011186)<br>2024-02020 Num10 Record Images.Item 237-1 (Gov0011187-011197)<br>2024-02020 Num11 Part 1 of 5 (1-10) (Gov0011198-011207)<br>2024-02020 Num11 Part 2 of 5 (11-20) (Gov0011208-011217) | GovExp011140-GovExp011247 |

**UNITED STATES v. RYAN WESLEY ROUTH**
**Case No. 24-80116-CR-Cannon/McCabe**
**Index to Gov'ts Expert Disclosures**
**Bates Range: GovExp000001-GovExp011310**

| FOLDER: | FILE NAME:<br>(">" denotes a subfolder)<br>("-" denotes a file within subfolder) | BATES Range Nos.: |
|---|---|---|
|  | 2024-02020 Num11 Part 3 of 5 (21-30) (Gov0011218-011227)<br>2024-02020 Num11 Part 4 of 5 (31-40) (Gov0011228-011237)<br>2024-02020 Num11 Part 5 of 5 (41-50) (Gov0011238-011247) |  |
| **Supplemental Expert Disclosure** (Produced via USAFx on 2/3/2025) | R███ A. C███s Amended CV (GovExp011248-GovExp011251)<br>N███ S███'s Statement of Qualifications (GovExp011252-GovExp011253)<br>R███ W███'s Statement of Qualifications (GovExp011254-GovExp011258) | GovExp011248-GovExp011258 |
| **Supplemental Expert Disclosure** (Produced via USAFx on 2/28/2025) | >> 07_ATF Reports:<br>- 24-23643 - D3 Report of Analysis #1 (Inventory) Final Signed KMM_Redacted.pdf (GovExp011259-011278)<br>- 24-23643 - D3 Report of Analysis #2 (Notable Findings) Final Signed KMM_Redacted.pdf (GovExp011279-011291) | GovExp011259-GovExp011291 |
| **Supplemental Expert Disclosure** (Produced via e-mail on 3/3/2025) | 2024-02020 #2 #10 #11 Questioned Documents Report_Redac.pdf | GovExp011292-GovExp011310 |