# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. <u>24-80116-CR-CANNON/MCCABE</u>

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

        **Defendant.**

_____/

## <u>NOTICE OF REASSIGNMENT</u>

The United States of America hereby files this Notice of Reassignment regarding counsel of record in this case. The assigned prosecutors are as follows, each of whom has already entered a Notice of Appearance with this Court: Assistant United States Attorneys John C. Shipley, Christopher B. Browne and Maria K. Medetis from the U.S. Attorney's Office for the Southern District of Florida, and Trial Attorneys James Donnelly and John D. Cella from the Justice Department's National Security Division.   Prior counsel for the United States, Assistant United States Attorney Mark Dispoto and Trial Attorney David Smith are no longer counsel of record for the United States in this matter and may be removed from the CMECF service list.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:    */s/ John C. Shipley*
      John C. Shipley
      Florida Bar No. 69670
      Christopher B. Browne
      Florida Bar No. 91337
      Maria K. Medetis
      Florida Bar No. 1012329
      Assistant United States Attorneys

United States Attorney's Office
Southern District of Florida
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9111
Email: John.Shipley@usdoj.gov


SUE BAI
SUPERVISORY OFFICIAL PERFORMING
THE DUTIES OF THE ASSISTANT
ATTORNEY GENERAL FOR THE
NATIONAL SECURITY DIVISION


By:   */s/ James Donnelly*
     James Donnelly
     Court ID No. A5503331
     John D. Cella
     Court ID No. A5503330
     Trial Attorneys
     Department of Justice, National Security Division
     950 Pennsylvania Avenue, NW
     Washington, DC 20530
     Telephone: (202) 705-3461
     Email: James.Donnelly3@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on March 24, 2025.


By:     */s/ John C. Shipley*
John C. Shipley
Assistant United States Attorney