UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

      Defendant
_____/

## UNITED STATES NOTICE OF CLASSIFIED FILING

The United States, by and through the undersigned attorneys, hereby provides notice that on April 7, 2025, the United States filed a classified, *ex parte*, *in camera*, and sealed Motion for a Protective Order Pursuant to the Classified Information Procedures Act ("CIPA") Section 4 and Fed. R. Crim. P. 16(d)(1), in coordination with the Classified Information Security Officer. An unclassified cover sheet for the Motion is attached hereto.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   */s/ John C. Shipley*
     John C. Shipley
     Florida Bar No. 69670
     Maria K. Medetis
     Florida Bar No. 1012329
     Christopher B. Browne
     Florida Bar No. 91337
     Assistant United States Attorneys
     United States Attorney's Office
     Southern District of Florida
     99 Northeast 4th Street

Miami, Florida 33132-2111
Telephone: (305) 961-9111
Email: John.Shipley@usdoj.gov


SUE BAI
SUPERVISORY OFFICIAL PERFORMING THE DUTIES OF THE ASSISTANT ATTORNEY GENERAL FOR THE NATIONAL SECURITY DIVISION


By:   /s/ John Cella
     John Cella
     Court ID No. A5503330
     James Donnelly
     Court ID No. A5503331
     Trial Attorneys
     Department of Justice, National Security Division
     950 Pennsylvania Avenue, NW
     Washington, DC 20530
     Telephone: (202) 705-3461
     Email: James.Donnelly3@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on April 7, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                    */s/ John Cella*
                                                    John Cella