# EXHIBIT 1

DRAFT

**TRANSCRIPTION OF POLICE VEHICLE VIDEO & AUDIO RECORDING OF 9.15.24**

Redacted_BWC_Det_Gomez_25974-Int_w_Witness.mp4

**Participants:**

JG:     Det. Jorge Gomez, PBCSO Homicide
UW:    Unidentified Witness
Brian: Det. Gomez' Police Officer Partner

**Abbreviations:**

[UI]    Unintelligible
[OV]   Overlapping Voices

---

JG:     [UI] life easy. Um… (name redacted)

UW:    (name redacted)

JG:     Last name?

UW:    (name redacted)

Brian:  I have his driver's license.

JG:     Oh, do you? Oh, thank you.

[UI]?

UW:    Yes.

It's funny [UI] I locked my car…instinct. I don't think I needed to with twenty police cars.

Brian:  [UI]

JG:     No, right.

What's your (info redacted)?

Okay. Uh, do me a favor, just hold up your right hand for me?

Do you swear or affirm the statement you are about to write is [UI], so help you God?

UW:    Yes sir.

JG:     OK. Fantastic. All right. Um… so, Mr. (name redacted).

Obviously we were called here because of a shots fired. Um… my name is Detective George Gomez, I work for the Palm Beach County Scheriff's Office, Homicide Unit. This is my partner Brian.

1

|     | |
| --- | --- |
|     | Can you just, uh… tell me, from start to finish, what you were doing, how you came to be here, and then obviously what you saw? |
| UW: | So I was coming north on Congress Avenue, went shopping… |
| JG: | OK |
| UW: | …for furniture for my, uh… office. |
| JG: | OK |
| UW: | North on Congress Avenue, I was heading towards, um, Australian. |
| JG: | OK |
| UW: | And when I came to the light here at Congress and Summit I heard three shots – a three, what I thought might be shots. |
| JG: | OK. |
| UW: | And so, I didn't see anyone else around me or at the light that had any sense of urgency, so I was thinking maybe its fireworks, so I made the left where I heard the shots come from, just in case. |
| JG: | OK. |
| UW: | And when I came around, when I made that left, I saw, uh… a white blond guy coming out of the bushes there, coming and running across Summit. And just based on his body language and how he was running, I felt like he did something he didn't have any business. |
| JG: | OK. |
| UW: | So I pulled out my phone. I made it down to the Post Office, made a U-turn, and he ran into this uh… parking area right across there. |
| JG: | OK. |
| UW: | And so I started taking pictures; tried to take a video, but, um, frankly I was nervous… |
| JG: | OK. |
| UW: | So I took a few pictures, and it looked as if he looked right at me. |
| JG: | OK. |
| UW: | He jumped on, as he was climbing in the car he threw something threw the roof of, it was a Nissan Xterra. |
| JG: | OK. |

2

UW: Pulled out and started going towards Congress Avenue.

JG: OK.

UW: And so, I followed him as he made it towards Congress Avenue, and then he made a right, so I made a right, but I slowed down enough so that he could get far enough ahead of me.

JG: OK.

UW: And he got stuck at the light of Forrest Hill and Congress.

JG: OK.

UW: So I pulled over into the middle lane. He pulled into the turning lane, and then I wrote down his license plate [UI].

JG: OK.

UW: While he was in that turning lane. And he made a left on Forrest Hill, and I just proceeded down on Congress, and I said to myself maybe it was just firecrackers, but if not, what I'll do is I'll go back, and if there's a police presence, then it was more than firecrackers.

JG: Sure. Sure.

UW: So when I came back, you know, the Secret Service, then several sheriff's cars were here, so I pulled up, cause obviously it was more than just firecrackers.

JG: Sure. Okay. Fantastic. Um, let me just ask you a couple of follow-up questions. So, you're on Congress Avenue. You're traveling northbound.

UW: Yes, sir.

JG: Okay. Um… I'm assuming you were at the traffic light, and your traffic light here to go northbound was red?

UW: Right, right.

JG: [OV] I mean you heard shots.

UW: [OV] Right, right.

JG: Okay.  Is that what prompted you to get into the turn lane to make a westbound turn here on [UI]?

UW: It is.

JG: Okay.

UW: It is.

3

JG: Did you have your windows down, or could you hear the shots through the- through the glass?

UW: I could hear the shots through the glass.

JG: Through the glass? Okay. Um… And… was it individual shots like pop, pop, pop, or was it rapid fire like pop-pop-pop-pop?

UW: It was like pop, pop, pop.

JG: Individual shots?

UW: Uh-huh.

JG: Okay. I wanna now bring your attention to uh… this area over here along the hedge lines. So you make the westbound turn over here. You said you saw somebody over here on the north side curved road, um, and you described him as a white male, uh… with blond hair, right?

JG: Right [UI].

JG: Okay, um, do you remember any of the clothing he was wearing?

UW: It was black clothing, it, that was an undershirt, but honestly memory-wise I can't remember the color of that white. It was a light color white shirt you know, but I couldn't be absolutely sure whether it was white, it was gray? It was definitely one of those two colors, but not absolutely.

Brian: [UI] approximate age [UI]?

UW: I would say in his early- to mid-twenties.

JG: Early- to mid-twenties? Okay. And when he was over here, did you see him carrying anything, uh… on him, on his person, like a backpack, or anything?

UFRP: No, not on his person; just in his hand.

JG: What did he have in his hand?

UW: It was uh… like a black object. I'm not absolutely sure what it was, whether it was a, I can't say if it was weapon or not, but it was a black object that he threw through the roof of his, uh, truck once he got there.

JG: Okay, so he ran southbound across, uh… Summit and then you said, so do you think maybe he had a sunroof or something?

UW: He did.

JG: He did? Okay.

4

UW: A sunroof, and the windows were down, initially the windows were down when he first hopped in, 'cause he threw it, again, through the roof, and I could see him at first, but he rolled the windows up, you know, as he backed out.

JG: Okay. Um which direction was the car parked, was it parked facing north? Or…

UW: It was parked facing, what's this, east?

JG: East? It was parked facing east? Okay. Could you see anybody else in the vehicle? Was there anybody else in there?

UW: No, I couldn't. I think I had tunnel vision. I could only see him…

JG: Okay.

UW: And the car. I couldn't see if there was anyone else in there.

JG: If there was anyone else in there? Okay.

Brian: Did he have long hair [UI]?

UW: It was shorter hair. Not as short as.. as his.

Brian: Right.

UW: Uh… or definitely not as short as yours but it was a…

JG: [OV] Medium length?

UW: Right and overall he was pretty unkept.

JG: Okay, pretty unkept.

USFP: Right, right.

JG: Okay, um, so… the car, anything else? Uh, so you did write down the tag, and then you gave that to dispatch or one of the deputies when you got here?

UW: Right. I wrote down the tag and took some pictures of the car as well.

JG: [OV] Some pictures of it? Okay.

JG: And do you have all those photos on your phone?

UW: Yeah.

JG: Do you mind if I just take a look at them real quick?

UW: Yeap.

JG: Let me give you your license back before I forget.

Brian: [UI]

5

JG: Yeah, okay. And this is after you- you turned, um, and came back from the post office right?

UW: Yeah. And the rest are the pictures of my office.

JG: Okay. Fantastic. Um, and you, so... um, I think I asked you but, you couldn't see anybody else in the car. Was there anyone else besides him over here on this north side?

UW: No.

JG: Nobody else? And- and near the car did you notice anybody else? There is a black car that's parked there now like a Honda, it's a Honda CRV?

UW: It was there.

JG: It was there?

UW: [OV] Um hum.

JG: [OV] Okay, so he had parked next to that car?

UW: Right.

JG: Okay, but we don't know if that car has anything to do with this shooting.

UW: I- I couldn't tell, to be honest with you. I'm not sure.

JG: Okay, all right. Um... Brian you got anything else?

Brian: Um... did you get a- I gotta take a look at the pictures. Did you get a picture of the actual suspect?

UW: No. No. The uh... I mean initially that was the idea, but uh... it just didn't seem wise to try too hard to actually make eye contact with him.

JG: [OV] Sure, sure.

UW: So, um, like I said, I fumbled around a little bit cause I wanted to shoot a video at first, because my initial thoughts was that it was someone that was randomly shooting, and if someone was hit, I wanted to be able to uh, give some information about this guy that was randomly shooting.

JG: [OV] Sure, sure.

UW: I got as close as I possible could, you know, without, you know, he'd been a guy that actually had a gun, that I was following.

JG: [OV] Sure, sure. Um, and then, once he got in the car and he left, well did he leave casually? Did he leave like at a high rate of speed?

UW: Nah, he was- he was going at a high rate of speed.

6

JG:   Was he? Okay. And you said, so he made a southbound turn here on Congress and he went down to Forrest Hill Boulevard, got in the left turn lane to go eastbound towards 95?

UW:   Right, right.

JG:   Okay. And you said you just continued across Forrest Hill and came back and doubled back this way?

UW:   Right.

JG:   Right. Okay. Okay. Um…. anything else Brian?

Brian:   [UI] get a description. We got [UI].

JG:   Yeah, we got the car…yup. Mr. (name redacted) if I need to follow up with you, um, or if the FBI needs to follow up with you on a separate interview, would that be okay if we contacted you?

UW:   [OV] Yes, that's fine. That's fine.

JG:   Okay. Fantastic. And, thank you very much.

UW:   You're welcome.

JG:   [OV] Appreciate your time.

Brian:   [UI]

UW:   You're welcome.

(RECORDING ENDS)

CERTIFICATE OF TRANSLATION

I, Fiorella Warger, professional translator of the Spanish and English languages, on behalf of Ferrari Translations, LLC, lawfully organized and established under the laws of the State of Florida, do hereby CERTIFY that, to the best of my knowledge and ability, the foregoing transcription consisting of seven pages is a true and accurate rendition of the document submitted to me via email.

*Fiorella Warger*

Fiorella Warger
Federally Certified Spanish Court Interpreter
Florida State Court Interpreter Cert. No. 10-00139
Ferrari Translations, LLC
fiorellawarger@bellsouth.net
(305) 510-3020

April 12, 2025
Miami, Florida