# EXHIBIT 2

DRAFT

**TRANSCRIPTION OF POLICE VEHICLE VIDEO & AUDIO RECORDING OF 9.15.24**

Redacted_BWC_Det_Gomez-Show_up_with_witness_in_Martin_County.mp4

**Participants:**

JG:   Det. Jorge Gomez, PBCSO Homicide
MH:   Capt. Michael Haans, PBCSO
UW:   Unidentified witness
UM:   Unidentified male outside vehicle

**Abbreviations:**

[UI]   Unintelligible
[OV]   Overlapping voices

---

JG:   All right, (name redacted), um, like we talked about earlier, we're now up here in Martin County, and we're going to show you a person, okay? And we wanna see if you recognize who this person is, okay?

UW:   Okay.

JG:   So I'm gonna read you some instructions, okay?

These are show-up instructions related to PBSO case # 24099061. Today is September 15th, 2024. The time now is 15:36 hours. It is Sunday. This show-up is being conducted in Martin County on I-95 in the northbound lanes at approximate mile marker… is it 111 or 120?

MH:   [UI]

JG:   Okay, um, as you know, (name redacted), my name is Detective Goerge Gomez. My ID number is 25974. I'm with PBSO Homicide. This gentleman here is…

MH:   Captain Michael Haans, Palm Beach County Sheriff's Office, ID number 6561, I'm working at Homeland Security, [UI] division.

JG:   Fantastic. Thank you Captain.

MH:   No problem.

JG:   (Name redacted), you speak English, correct?

UW:   Yes, sir.

JG:   Okay. Fantastic. Are you under the influence of any medications that would affect your ability to tell the truth or understand the questions I'm about to ask you?

UW:   No, sir.

JG:   Okay. Do you have any mental conditions or impairments that would affect your ability answer my questions?

UW: No, sir.

JG: Okay and your full name?

UW: (Name redacted)

JG: Okay. Fantastic. All right, so as a witness, uh, you hereby acknowledge the following, okay? The person presented may or may not be the perpetrator. You understand that?

UW: Yes, sir.

JG: Okay. You should not feel compelled to make a positive identification. Do you understand that?

UW: Yes, sir.

JG: Okay, the investigation will continue whether or not a positive identification is made. Do you understand that?

UW: Yes, sir.

JG: Okay, you should not discuss any aspect of this show-up or identification process with other witnesses; and media contact is discouraged. Do you understand that?

UW: Yes.

JG: Okay, do you understand and acknowledge all of this information?

UW: I do.

JG: Okay time now is 15:37 hours. So, what we're gonna do, Mr. (name redacted), is the Captain is gonna drive us out, and we're gonna show you the person that is, uh, detained, okay? And we want you- you can tell us whatever you know, or whatever you feel about this person, okay?

UW: Okay.

JG: Okay. On you, Captain.

MH: Alright. Initially, sir, I had you over there on the passenger side. Just scoot over to the driver's side, cause what I'm gonna do is go over here and go perpendicular, and so, where we're at, location wise, we're just outside of the Port St. Lucie, Port St. Lucie County [UI] mile marker [UI]

JG: Okay, so.

MH: You can see the sign right up there.

JG: Yeah.

MH: [UI] flip around here…

JG: Okay, (name redacted), you see the individual that is, um, outside of the vehicle over there?

UW: Yes, sir.

JG: You see the individual? He's - he's with the deputy over there? He's got on, uh, what appears to be a salmon-colored shirt and light pants.

UW: Yes, sir.

JG: Does that appear to be the individual that you saw running from the south side of the golf course across the street to the black Nissan Xterra?

UW: It does look like him.

JG: It does look like him? Does he have the same, uh, facial, hair characteristics?

UW: Same hair, same build.

JG: Okay.

UW: Same facial features.

JG: Okay.

MH: (CHM to UM) Let's put him back in.

UM: Huh?

JG: [OV] Fantastic.

MH: You can put him back in the car.

UM: Huh?

MH: We can put him back in the car.

UW: Can I see him on- on the side also?

JG: Have him turn to the side.

MH: (MH speaks to UM) Hey, have him turn to the side.

UM: Hey, JP, have him turn to the side.

UW: Just want to be sure.

JG: Absolutely. Take all the time you need. There's no rush here.

UW: Yes, sir. Yes, sir.

JG: You're, how, how...

3

UM: [OV] They're asking do you need to drive up closer?

JG: No, he's fine.

Um, (name redacted), on a scale of one to one hundred, how confident are you that that is, uh, the person that you saw?

UW: 99.9 with the [UI] side.

MH: [To UM]. Put him back in.

JG: 99.9. Okay. Fantastic. Thank you sir.

---

(RECORDING ENDS)

CERTIFICATE OF TRANSLATION

I, Fiorella Warger, professional translator of the Spanish and English languages, on behalf of Ferrari Translations, LLC, lawfully organized and established under the laws of the State of Florida, do hereby CERTIFY that, to the best of my knowledge and ability, the foregoing transcription consisting of four pages is a true and accurate rendition of the document submitted to me via email.

*Fiorella Warger*

Fiorella Warger
Federally Certified Spanish Court Interpreter
Florida State Court Interpreter Cert. No. 10-00139
Ferrari Translations, LLC
fiorellawarger@bellsouth.net
(305) 510-3020

April 12, 2025
Miami, Florida