| STATE OF NORTH CAROLINA | | FILE NO. 10 CRS 68059 |
|---|---|---|
| IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION | GUILFORD COUNTY<br>FILED<br>MAR 3 2010<br>AT 2:34 O'CLOCK P M<br>BY ___<br>CLERK OF SUPERIOR COURT | FILM NO. |
| GUILFORD County | | |

| STATE VERSUS | | |
|---|---|---|
| Defendant<br>RYAN WESLEY ROUTH | **INFORMATION** | |
| | G.S. 15A-644 | |
| | Date of Offense<br>1/27/10 | Offense in Violation of G.S.<br>14-71.1 |

Offense
FELONY POSSESSION OF STOLEN GOODS

I, the undersigned prosecutor, upon information and belief allege that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess welding torches, tanks, a pull cart and a power cord, the personal property of Hammaker East Emulsions, having value in excess of $1,000.00, which property was stolen property, knowing and having reasonable grounds to believe the property to have been feloniously stolen, taken and carried away..

Signature of Prosecutor

**WAIVER**

I, the undersigned defendant, waive the finding and return into Court a Bill of Indictment and agree that the case may be tried upon the above information.

NORTH CAROLINA—GUILFORD COUNTY.
CERTIFIED A TRUE COPY OF ORIGINAL
ON FILE IN THIS OFFICE.
THIS September 16, 2024
Jeanne R. Lawson                C.S.C.

Date 3-3-10

Signature

Signature of Attorney for Defendant

GOVERNMENT
EXHIBIT
2

Gov017977

| STATE OF NORTH CAROLINA | FILE NO. 10 CRS 68060 |
| --- | --- |
| IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION | |
| GUILFORD County | GUILFORD COUNTY FILED MAR 3 2010 AT 12:34 O'CLOCK P M BY CLERK OF SUPERIOR COURT / FILM NO. |
| **STATE VERSUS** | **INFORMATION** |
| Defendant RYAN WESLEY ROUTH | G.S. 15A-644 |
| | Date of Offense 1/27/10 | Offense in Violation of G.S. 14-71.1 |

Offense
FELONY POSSESSION OF STOLEN GOODS

**I, the undersigned prosecutor, upon information and belief** allege that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess two white marble bathroom sinks, the personal property of H Brown, Inc., having value, which property was stolen property, knowing and having reasonable grounds to believe the property to have been feloniously stolen, taken and carried away..

NORTH CAROLINA—GUILFORD COUNTY
CERTIFIED A TRUE COPY OF ORIGINAL
ON FILE IN THIS OFFICE
THIS September 16, 2024
Jamie B. Lawson, C.S.C.

Signature of Prosecutor

**WAIVER**

I, the undersigned defendant, waive the finding and return into Court a Bill of Indictment and agree that the case may be tried upon the above information.

Date 3-3-10

Signature

Signature of Attorney for Defendant

Gov017990

| STATE OF NORTH CAROLINA | FILE NO. 10 CRS 68464 |
|---|---|
| IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br><br>GUILFORD County | GUILFORD COUNTY<br>FILED<br>MAR 3 2010<br>AT 12:34 O'CLOCK P M<br>BY<br>CLERK OF SUPERIOR COURT<br><br>FILM NO. |

| STATE VERSUS | INFORMATION |
|---|---|
| Defendant<br>RYAN WESLEY ROUTH | G.S. 15A-644 |
| | Date of Offense<br>2/10/10 | Offense in Violation of G.S.<br>14-71.1 |

Offense
FELONY POSSESSION OF STOLEN GOODS

**I, the undersigned prosecutor, upon information and belief** allege that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess three kayaks, the personal property of Get Outdoors, having a value in excess of $1,000.00, which property was stolen property, knowing and having reasonable grounds to believe the property to have been feloniously stolen, taken and carried away..

Signature of Prosecutor

**WAIVER**

I, the undersigned defendant, waive the finding and return into Court a Bill of Indictment and agree that the case may be tried upon the above information.

NORTH CAROLINA—GUILFORD COUNTY.
CERTIFIED A TRUE COPY OF ORIGINAL
ON FILE IN THIS OFFICE
THIS September 16, 2024
Jeanne R. Lawson, CSC

Date  3-3-10

Signature

Signature of Attorney for Defendant

Gov017993

STATE OF NORTH CAROLINA

_Guilford_ County

File No. 10CRS 68059-61;64

GUILFORD COUNTY FILED MAR 3 2010 12:34 o'clock ___M CLERK OF SUPERIOR CO

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**STATE VERSUS**

Name Of Defendant: _Ryan Wesley Routh_

DOB: [redacted]  Age: _46_  Highest Level Of Education Completed: _2 yr college_

**TRANSCRIPT OF PLEA**

G.S. 15A-1022, 15A-1022.1

**NOTE:** Use this section ONLY when the Court is rejecting the plea arrangement.

☐ The plea arrangement set forth within this transcript is hereby rejected and the clerk shall place this form in the case file. (Applies to plea arrangements disclosed on or after December 1, 2009.)

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|------|------------------------------------------|------------------------------|
|      |                                          |                              |

The undersigned judge, having addressed the defendant personally in open court, finds that the defendant (1) was duly sworn or affirmed, (2) entered a plea of ☒ guilty ☐ guilty pursuant to Alford decision ☐ no contest, and (3) offered the following answers to the questions set out below:

Answers

1. Are you able to hear and understand me? ... (1) _yes_
2. Do you understand that you have the right to remain silent and that any statement you make may be used against you? (2) _yes_
3. At what grade level can you read and write? (3) _College_
4. (a). Are you now under the influence of alcohol, drugs, narcotics, medicines, pills, or any other substances? (4a) _no_
   (b). When was the last time you used or consumed any such substance? (4b) _never_
5. Have the charges been explained to you by your lawyer, and do you understand the nature of the charges, and do you understand every element of each charge? (5) _yes_
6. (a). Have you and your lawyer discussed the possible defenses, if any, to the charges? (6a) _yes_
   (b). Are you satisfied with your lawyer's legal services? (6b) _yes_
7. (a). Do you understand that you have the right to plead not guilty and be tried by a jury? (7a) _yes_
   (b). Do you understand that at such trial you have the right to confront and to cross examine witnesses against you? (7b) _yes_
   (c). Do you understand that at a jury trial you have the right to have a jury determine the existence of any aggravating factors that may apply to your case (and, if applicable, additional sentencing points not related to prior convictions) beyond a reasonable doubt? (7c) _yes_
   (d). Do you understand that by your plea(s) you give up these and other valuable constitutional rights to a jury trial (and, if applicable, rights related to sentencing)? (7d) _yes_
8. Do you understand that, if you are not a citizen of the United States of America, your plea(s) of guilty or no contest may result in your deportation from this country, your exclusion from admission to this country, or the denial of your naturalization under federal law? (8) _yes_
9. ☐ Do you understand that upon conviction of a felony you may forfeit any State licensing privileges you have in the event that you refuse probation, or that your probation is revoked? (9) _yes_
10. Do you understand that following a plea of guilty or no contest there are limitations on your right to appeal? (10) _yes_
11. Do you understand that your plea of guilty may impact how long biological evidence related to your case (for example, blood, hair, skin tissue) will be preserved? (11) _yes_

NORTH CAROLINA—GUILFORD COUNTY.
CERTIFIED A TRUE COPY OF ORIGINAL ON FILE IN THIS OFFICE
THIS _September 16, 2024_
_Jeanne R. Lawson_  C.S.C

AOC-CR-300, Rev. 10/09
© 2009 Administrative Office of the Courts  (Over)

Gov017983

12. Do you understand that you are pleading ☑ guilty ☐ no contest to the charges shown below? (12) yes
    *(Describe charges, total maximum punishments, and applicable mandatory minimums for those charges.)*

| ✓ | Plea* | File Number | Count No.(s) | Offense(s) | Date Of Offense | G.S. No. | F/M | CL. | ‡Pun. CL. | Maximum Punishment |
|---|-------|-------------|--------------|------------|-----------------|----------|-----|-----|-----------|--------------------|
|   |       |             |              | NEXT PAGE  |                 |          |     |     |           |                    |

☐ See attached AOC-CR-300, Page Three, for additional charges.

*G = Guilty
NC = No Contest

**TOTAL MAXIMUM PUNISHMENT** ▶ 90 Months

**MANDATORY MINIMUM FINES & SENTENCES** *(if any)* ▶

✓ **NOTE TO CLERK:** If this column is checked this is an added offense or reduced charge.

‡ **NOTE:** *Enter punishment class if different from underlying offense class (punishment class represents a status or enhancement).*

13. Do you now personally plead ☑ guilty ☐ no contest to the charges I just described? (13) yes
14. ☑ (a) Are you in fact guilty? (14a) yes
    ☐ (b) *(no contest plea)* Do you understand that, upon your plea of no contest, you will be treated as being guilty whether or not you admit that you are in fact guilty? (14b) /
    ☐ (c) *(Alford guilty plea)*
        (1) Do you now consider it to be in your best interest to plead guilty to the charges I just described? (14c1) /
        (2) Do you understand that, upon your "*Alford* guilty plea," you will be treated as being guilty whether or not you admit that you are in fact guilty? (14c2) /
☐ 15. *(Use if aggravating factors/sentencing points are listed below)* Have you admitted the existence of ☐ the aggravating factors ☐ the sentencing points not related to prior convictions shown below, have you agreed that there is evidence to support these factors and/or points beyond a reasonable doubt, and have you agreed that the Court may accept your admission to these factors and/or points? *(If so, review aggravating factors and/or sentencing points with the defendant.)* (15) /

☐ See aggravating factors selected on attached form AOC-CR-605. /

☐ 16. *(Use if aggravating factors/sentencing points are listed above, or if aggravating factors/sentencing points are not listed, but have been alleged)* Do you ☐ understand that you are waiving any notice requirement that the State may have with regard to the aggravating factors and/or sentencing points in your case? ☐ agree that the State has provided you with appropriate notice about the aggravating factors and/or sentencing points in your case? (16) _____

☐ 17. *(Use if mitigating factors are listed below)* Do you understand that the State has stipulated to the mitigating factors shown below? *(If so, review mitigating factors with the defendant.)* (17) yes

☐ See mitigating factors selected on attached form AOC-CR-605.

18. Do you understand that you also have the right during a sentencing hearing to prove to the Court the existence of any mitigating factors that may apply to your case? (18) yes
19. Do you understand that the courts have approved the practice of plea arrangements and that you can discuss your plea arrangement with me without fearing my disapproval? (19) yes

AOC-CR-300, Side Two, Rev. 10/09
© 2009 Administrative Office of the Courts

Gov017984

| STATE VERSUS | File No. 10CRS 68059-61:64 |
|---|---|

Name Of Defendant: RYAN Wesley Routh

20. Have you agreed to plead ☒ guilty ☐ no contest as part of a plea arrangement? *(If so, review the terms of the plea arrangement as listed in No. 21 below with the defendant.)*   (20) yes

21. The prosecutor, your lawyer and you have informed the Court that these are all the terms and conditions of your plea:

**PLEA ARRANGEMENT**

- Dismissal page 2; side 2 of transcript
- Defendant stipulates he is a level I (2) with 5 points

GUILFORD COUNTY
FILED
MAR 3 2010
AT 12:34 O'CLOCK P M
BY _____
CLERK OF SUPERIOR COURT

Prosecutor's Initials: ____   Defense Counsel's Initials: ____   Defendant's Initials: ____

22. Is the plea arrangement as set forth within this transcript and as I have just described it to you correct as being your full plea arrangement?   (22) yes
23. Do you now personally accept this arrangement?   (23) yes
24. *(Other than the plea arrangement between you and the prosecutor)* has anyone promised you anything or threatened you in any way to cause you to enter this plea against your wishes?   (24) no
25. Do you enter this plea of your own free will, fully understanding what you are doing?   (25) yes
26. Do you agree that there are facts to support your plea ☐ and admission to aggravating factors ☐ and sentencing points not related to prior convictions, and do you consent to the Court hearing a summary of the evidence?   (26) yes
27. Do you have any questions about what has just been said to you or about anything else connected to your case?   (27) no

**ACKNOWLEDGEMENT BY DEFENDANT**

I have read or have heard all of these questions and understand them. The answers shown are the ones I gave in open court and they are true and accurate. No one has told me to give false answers in order to have the Court accept my plea in this case. The terms and conditions of the plea as stated within this transcript, if any, are accurate.

SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME   Date: 3-3-10

Date: MAR 03 2010   Signature: Kristie M. Tejeda
☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

Signature Of Defendant: ____
Name Of Defendant (Type Or Print): ____

**CERTIFICATION BY LAWYER FOR DEFENDANT**

I hereby certify that the terms and conditions stated within this transcript, if any, upon which the defendant's plea was entered are correct and they are agreed to by the defendant and myself. I further certify that I have fully explained to the defendant the nature and elements of the charges to which the defendant is pleading, and the aggravating and mitigating factors and prior record points for sentencing, if any.

Date: 3-3-10   Name Of Lawyer For Defendant (Type Or Print): J. HATO ISLER   Signature Of Lawyer For Defendant: ____

**CERTIFICATION BY PROSECUTOR**

As prosecutor for this Prosecutorial District, I hereby certify that the conditions stated within this transcript, if any, are the terms and conditions agreed to by the defendant and his/her lawyer and myself for the entry of the plea by the defendant to the charges in this case.

Date: 3/3/10   Name Of Prosecutor (Type Or Print): ____   Signature Of Prosecutor: ____

AOC-CR-300, Page Two, Rev. 10/09
© 2009 Administrative Office of the Courts

Gov017985

### PLEA ADJUDICATION

Upon consideration of the record proper, evidence or factual presentation offered, answers of the defendant, and statements of the lawyer for the defendant and the prosecutor, the undersigned finds that:

1. There is a factual basis for the entry of the plea *(and for the admission as to aggravating factors and/or sentencing points)*;
2. The defendant is satisfied with his/her lawyer's legal services;
3. The defendant is competent to stand trial;
4. ☒ The State has provided the defendant with appropriate notice as to the aggravating factors and/or points; ☐ The defendant has waived notice as to the aggravating factors and/or points; and
5. The plea *(and admission)* is the informed choice of the defendant and is made freely, voluntarily and understandingly.

The defendant's plea *(and admission)* is hereby accepted by the Court and is ordered recorded.

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 03 03 10 | | |

### SUPERIOR COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|---|---|---|
| | | |

### DISTRICT COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|---|---|---|
| 10 CR 68061 | 1 | Pos Stn. m/v |

GUILFORD COUNTY
FILED
MAR 8 2010
AT 12:34 O'CLOCK P M
BY _____
CLERK OF SUPERIOR COURT

### CERTIFICATION BY PROSECUTOR

The undersigned prosecutor enters a dismissal to the above charges pursuant to a plea arrangement shown on this Transcript Of Plea.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 3/3/10 | | |

AOC-CR-300, Page Two, Side Two, Rev. 10/09
© 2009 Administrative Office of the Courts

3/4/10 cc jail / Dist JMO

| | STATE VERSUS | | | File No. 10CRS 68059-61564 | | | | |
|---|---|---|---|---|---|---|---|---|
| Name Of Defendant Ryan Wesley Routh | | | | | | | | |

### PLEAS

| ✓ | Plea* | File Number | Count No.(s) | Offense(s) | Date Of Offense | G.S. No. | F/M | CL. | ‡Pun. CL. | Maximum Punishment |
|---|---|---|---|---|---|---|---|---|---|---|
| | G | 10·68059 | 1 | Poss. Stn. Goods | 1-27-2010 | 14-71.1 | F | H | 1 | 30m |
| | G | 10·68060 | 1 | Poss Stn Goods | " | " | F | H | 1 | 30m |
| | G | 10·68464 | 1 | Poss. Stn. Goods | 2-10-2010 | " | F | H | 1 | 30m |
| | | | | | | | | | | 90m |

GUILFORD COUNTY
FILED
MAR 8 2010
AT 12:34 O'CLOCK P M
BY [signature]
CLERK OF SUPERIOR COURT

‡ NOTE: Enter punishment class if different from underlying offense class (punishment class represents a status or enhancement).

AOC-CR-300, Page Three, Rev. 10/09
© 2009 Administrative Office of the Courts

Gov017987

**STATE OF NORTH CAROLINA**
GUILFORD (GR) County  GREENSBORO  Seat of Court

File No. 10CRS068059  51

In The General Court Of Justice
☐ District  ☒ Superior Court Division

NOTE: [This form is to be used for (1) felony offense(s), and (2) misdemeanor offense(s), that are consolidated for judgment with any felony offense(s). Use AOC-CR-310 for DWI offense(s).]

**STATE VERSUS**

**JUDGMENT SUSPENDING SENTENCE - FELONY**
☒ IMPOSING AN INTERMEDIATE PUNISHMENT
☐ IMPOSING A COMMUNITY PUNISHMENT
(STRUCTURED SENTENCING)
G.S. 15A-1341, -1342, -1343, -1343.2, -1346

Name Of Defendant: ROUTH, RYAN, WESLEY
Race: W   Sex: M   DOB: [redacted]

Attorney For State: PARRISH, CHRIS
Attorney For Defendant: HATFIELD, JACK
☐ Def. Found Not Indigent  ☐ Def. Waived Attorney
☐ Appointed  ☒ Retained   Crt Rptr Initials: GL

The defendant ☒ pled guilty to  ☐ was found guilty by a jury of  ☐ pled no contest to

| File No.(s) | Off. | Offense Description | Offense Date | G.S. No. | F/M | CL. | Pun. CL. |
|---|---|---|---|---|---|---|---|
| 10CRS068059 | 51 | POSS STOLEN GOODS/PROP (F) | 1/27/2010 | 14-71.1 | F | H | |
| 10CRS068060 | 51 | POSS STOLEN GOODS/PROP (F) | 1/27/2010 | 14-71.1 | F | H | |

*NOTE: Enter punishment class if different from underlying offense class (punishment class represents a status or enhancement).

The Court:
☒ 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be __5__. Any prior record level point under G.S. 15A-1340.14(b)(7) is based on the jury's determination of this issue beyond a reasonable doubt or the defendant's admission to this issue.
☐ 2. makes no prior record level finding because none is required.

PRIOR RECORD LEVEL: ☐ I  ☐ III  ☐ V  ☒ II  ☐ IV  ☐ VI

The Court (NOTE: Block 1 or 2 MUST be checked.):
☐ 1. makes no written findings because the prison term imposed is within the presumptive range of sentences authorized under G.S. 15A-1340.17(c).
☒ 2. makes the aggravating and mitigating factors Determination as set forth on the attached AOC-CR-605.
☐ 3. makes the Findings of Extraordinary Mitigation set forth on the attached AOC-CR-606.
☐ 4. finds the defendant has provided substantial assistance pursuant to G.S. 90-95(h)(5).
☐ 5. finds enhancement pursuant to: ☐ G.S. 90-95(e)(3) (drugs).  ☐ G.S. 14-3(c) (hate crime).  ☐ G.S. 50B-4.1 (domestic violence).
   ☐ G.S. 14-50.22 (gang).  ☐ Other: _____. This finding is based on the jury's determination of this issue beyond a reasonable doubt or the defendant's admission to this issue.
☐ 6. imposes the punishment pursuant to a plea arrangement as to sentence under Article 58 of G.S. Chapter 15A.
☐ 7. finds the above designated offense(s) is a reportable conviction. G.S. 14-208.6 and therefore
   ☐ a. imposes the special conditions of probation set forth on the attached AOC-CR-603, Page Two, Side Two, and
   ☐ b. makes the additional findings and orders on the attached AOC-CR-615, Side Two.
☐ 8. finds the above-captioned offense(s) involved the (check all that apply) ☐ physical or mental  ☐ sexual abuse of a minor.
   (If No. 7 not found) and therefore imposes the special conditions of probation set forth on the attached AOC-CR-603, Page Two, Side Two.
☐ 9. finds that a ☐ motor vehicle ☐ commercial motor vehicle was used in the commission of the offense and this conviction shall be reported to DMV
☐ 10. finds this is an offense involving assault or communicating a threat, and the defendant had a personal relationship as defined by G.S. 50B-1(b) with the victim.
☐ 11. finds above-designated offense(s) involved criminal street gang activity. G.S. 14-50.25.

The Court, having considered evidence, arguments of counsel and statement of defendant, Orders that the above offenses, if more than one, be consolidated for judgment and the defendant be imprisoned
for a minimum term of __6__ months   for a maximum term of __8__ months in the custody of N.C. DOC.
☐ This sentence shall run at the expiration of sentence imposed in file number _____
The defendant shall be given credit for __3__ days spent in confinement prior to the date of this Judgment as a result of this charge(s) to be applied
toward the  ☐ sentence imposed above.  ☒ imprisonment required for special probation set forth on AOC-CF-603, Page Two.

**SUSPENSION OF SENTENCE**

Subject to the conditions set out below, the execution of this sentence is suspended and the defendant is placed on ☒ supervised ☐ unsupervised probation for __36__ months.
☐ 1. The Court finds that a ☐ longer ☐ shorter period of probation is necessary than that which is specified in G.S. 15A-1343.2(d).
☐ 2. The Court finds that it is NOT appropriate to delegate to the Division of Community Corrections in the Department of Correction the authority to impose any of the requirements in G.S. 15A-1343.2(e) if the offender is sentenced to a community punishment, or G.S. 15A-1343.2(f) if the offender is sentenced to an intermediate punishment.
☐ 3. The above period of probation shall begin when the defendant is released from incarceration in the case referred to below.
☐ 4. The above period of probation shall begin at the expiration of the sentence in the case referred to below.

| File Number | Offense | County |
|---|---|---|

☐ 5. The defendant shall comply with the conditions set forth in file number _____
☒ 6. The defendant shall provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

Court: [signature] Jeanne R. [illegible]   Date: September 16, 2024

GUILFORD COUNTY. TRUE COPY OF ORIGINAL ON FILE IN THIS OFFICE

**MONETARY CONDITIONS**

The defendant shall pay to the Clerk of Superior Court the "Total Amount Due" shown below, plus the probation supervision fee, pursuant to a schedule
☒ determined by the probation officer.  ☐ set out by the court as follows: _____

| Court Costs | Miscellaneous | Fine | Restitution* | Attorney's Fee | Comm. Service Fee | EHA Fee | SBM Fee | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| $ 280.50 | $ 0.00 | $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 780.50 |

*See attached "Restitution Worksheet, Notice And Order (Initial Sentencing)" AOC-CR-611, which is incorporated by reference.
☐ Upon payment of the "Total Amount Due," the probation officer may transfer the defendant to unsupervised probation.

Material opposite unmarked squares is to be disregarded as surplusage.
(Over)

AOC-CR-603, Rev. 12/09
© 2009 Administrative Office of the Courts

Gov017978

## REGULAR CONDITIONS OF PROBATION - G.S. 15A-1343(b)

**NOTE:** *Any probationary judgment may be extended pursuant to G.S. 15A-1342.* The defendant shall: (1) Commit no criminal offense in any jurisdiction. (2) Possess no firearm, explosive device or other deadly weapon listed in G.S. 14-269. (3) Remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) Satisfy child support and family obligations, as required by the Court.

**If the defendant is on supervised probation, the defendant shall also:** (5) Remain within the jurisdiction of the Court unless granted written permission to leave by the Court or the probation officer. (6) Report as directed by the Court or the probation officer at reasonable times and places and in a reasonable manner, permit the officer to visit at reasonable times, answer all reasonable inquiries by the officer and obtain prior approval from the officer for, and notify the officer of, any change in address or employment. (7) Notify the probation officer if the defendant fails to obtain or retain satisfactory employment. (8) At a time to be designated by the probation officer, visit with the probation officer a facility maintained by the Division of Prisons. (9) Submit at reasonable times to warrantless searches by a probation officer of the defendant's person and of the defendant's vehicle and premises while the defendant is present, for purposes directly related to the probation supervision, but the defendant may not be required to submit to any other search that would otherwise be unlawful. Whenever the warrantless search consists of testing for the presence of illegal drugs, the defendant may be required to reimburse the Department of Correction for the actual cost of drug screening and drug testing, if the results are positive. (10) Submit to warrantless searches by a law enforcement officer of the defendant's person and of the defendant's vehicle, upon a reasonable suspicion that the defendant is engaged in criminal activity or is in possession of a firearm, explosive device, or other deadly weapon listed in G.S. 14-269 without written permission of the court. (11) Not use, possess, or control any illegal drug or controlled substance unless it has been prescribed for the defendant by a licensed physician and is in the original container with the prescription number affixed on it; not knowingly associate with any known or previously convicted users, possessors, or sellers of any such illegal drugs or controlled substances; and not knowingly be present at or frequent any place where such illegal drugs or controlled substances are sold, kept, or used.

**If the defendant is to serve an active sentence as a condition of special probation, the defendant shall also:** (12) Obey the rules and regulations of the Department of Correction governing the conduct of inmates while imprisoned. (13) Report to a probation officer in the State of North Carolina within seventy-two (72) hours of the defendant's discharge from the active term of imprisonment.

☐ 14. The Court finds that the defendant is responsible for acts of domestic violence and ☐ there is an abuser treatment program, approved by the Domestic Violence Commission, reasonably available to the defendant, and the defendant shall attend and complete that program. ☐ there is not an approved abuser treatment program reasonably available. ☐ it would not be in the best interests of justice to order the defendant to complete an abuser treatment program because _____

**NOTE:** *See Page Two, Side Two, for Additional Conditions For Persons Convicted Of Domestic Violence.*

## SPECIAL CONDITIONS OF PROBATION - G.S. 15A-1343(b1), 143B-262(c)

The defendant shall also comply with the following special conditions which the Court finds are reasonably related to the defendant's rehabilitation:

☐ 15. Surrender the defendant's drivers license to the Clerk of Superior Court for transmittal/notification to the Division of Motor Vehicles and not operate a motor vehicle for a period of _____ or until relicensed by the Division of Motor Vehicles, whichever is later.

☐ 16. Successfully pass the General Education Development Test (G.E.D.) during the first _____ months of the period of probation.

☐ 17. Complete _____ hours of community service during the first _____ days of the period of probation, as directed by the judicial service coordinator. The fee prescribed by G.S. 143B-262.4 is
  ☐ (for offenses committed on or after December 1, 2009) not due because it is assessed in a case adjudicated during the same term of court.
  ☐ to be paid ☐ pursuant to the schedule set out under Monetary Conditions above ☐ within _____ days of this Judgment and before beginning service.

☐ 18. Report for initial evaluation by _____ participate in all further evaluation, counseling, treatment or education programs recommended as a result of that evaluation, and comply with all other therapeutic requirements of those programs until discharged.

☐ 19. Not assault, threaten, harass, be found in or on the premises or workplace of, or have any contact with _____. "Contact" includes any defendant-initiated contact, direct or indirect, by any means including but not limited to telephone, personal contact, e-mail, pager, gift-giving, telefacsimile machine or through any other person, except _____

☐ 20. Other:

☒ 21. Comply with the Special Conditions Of Probation which are set forth on AOC-CR-603, Page Two.

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender.

## ORDER OF COMMITMENT/APPEAL ENTRIES

☒ 1. It is ORDERED that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ 2. The defendant gives notice of appeal from the judgment of the trial court to the appellate division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

### SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 3/3/2010 | A. ROBINSON HASSELL | *[signed]* |

### CERTIFICATION

I certify that this Judgment and the attachment(s) marked below is a true and complete copy of the original which is on file in this case.

☐ 1. Appellate Entries (AOC-CR-350)
☒ 2. Judgment Suspending Sentence, Page Two [Special Conditions Of Probation] (AOC-CR-603, Page Two)
☐ 3. Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605)
☐ 4. Extraordinary Mitigation Findings (AOC-CR-606)
☐ 5. Restitution Worksheet, Notice And Order [Initial Sentencing] (AOC-CR-611)
☐ 6. Judicial Findings As To Required DNA Sample (AOC-CR-319)
☐ 7. Judicial Findings And Order For Sex Offenders - Suspended Sentence (AOC-CR-615, Side Two)
☐ 8. Convicted Sex Offender Permanent No Contact Order (AOC-CR-620)

| Date Of Certification | Signature | |
|---|---|---|
| 3/3/2010 | | **SEAL** |
| Date Certified Copies Delivered To Sheriff | | |
| 3/3/2010 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

AOC-CR-603, Side Two, Rev. 12/09
© 2009 Administrative Office of the Courts

*Material opposite unmarked squares is to be disregarded as surplusage.*

Gov017979

| | | STATE VERSUS | File No. 10CRS068059 | | | 51 |
|---|---|---|---|---|---|---|

Name Of Defendant: ROUTH, RYAN, WESLEY

**ADDITIONAL FILE NO.(S) AND OFFENSE(S)**

| File No.(s) | Off. | Offense Description | Offense Date | G.S. No. | F/M | CL. | *Pun. CL. |
|---|---|---|---|---|---|---|---|
| 10CRS068464 | 51 | POSS STOLEN GOODS/PROP (F) | 2/10/2010 | 14-71.1 | F | H | |

*NOTE: Enter punishment class if different from underlying offense class (punishment class represents a status or enhancement).
AOC-CR-603, Page Three, Rev. 12/09, © 2009 Administrative Office of the Courts

Gov017980

| STATE VERSUS | File No. | 10CRS068059 | 51 |
|---|---|---|---|

**Name Of Defendant**
ROUTH, RYAN, WESLEY

## INTERMEDIATE PUNISHMENTS - CONTEMPT

**NOTE:** Use this page in conjunction with AOC-CR-310, "Impaired Driving - Judgment Suspending Sentence;" AOC-CR-603, "Judgment Suspending Sentence - Felony;" or AOC-CR-604, "Judgment Suspending Sentence - Misdemeanor(s);" AOC-CR-609, "Order On Violation Of Probation Or On Motion To Modify;" or AOC-CR-619, "Conditional Discharge Under G.S. 90-96(a)."

In addition to complying with the regular and any special conditions of probation set forth in the "Judgment Suspending Sentence" entered in the above case(s), the defendant shall also comply with the following special conditions of probation and conditions of special probation, which are defined as intermediate punishments by G.S. 15A-1340.11(6).

[X] **1. Special Probation - G.S. 15A-1351**  [ ] Contempt - G.S. 15A-1344(e1) and 5A-11(a)
  [X] A. Serve an active term of __2__ [X] days [ ] months [ ] hours in the custody of [ ] N.C. DOC. [X] Sheriff of this County.
  [ ] B. The defendant shall report in a sober condition to begin serving his/her term on:

| Day | Date | Hour | [ ] AM [ ] PM | and shall remain in custody until: | Day | Date | Hour | [ ] AM [ ] PM |
|---|---|---|---|---|---|---|---|---|

  [ ] C. The defendant shall again report in a sober condition to continue serving this term on the same day of the week for the next _____ consecutive weeks, and shall remain in custody during the same hours each week until completion of the active sentence ordered.
  [ ] D. This sentence shall be served at the direction of the probation officer within _____ [ ] days [ ] months of this judgment.
  [ ] E. Pay jail fees.   [ ] F. Work release is recommended.   [ ] G. Substance abuse treatment is recommended.
  [X] H. Other: CREDIT TIME SERVED.

[ ] **2. Residential Program - G.S. 15A-1340.11(8); 15A-1343(b1)(2)**
  Attend or reside in _____ (name program) residential program for a period of _____ [ ] days, [ ] months, and abide by all rules and after care regulations of that program.
  Other:

[ ] **3. House Arrest With Electronic Monitoring - G.S. 15A-1340.11(4a); 15A-1343(b1)(3c)**
  Be assigned to house arrest and electronic monitoring and remain at the defendant's residence for a period of _____ [ ] days [ ] months, abide by all rules, regulations and directions of the probation officer regarding such monitoring, and pay the fee prescribed in G.S. 15A-1343(c2) as provided under Monetary Conditions. The defendant may leave the residence for the following purpose(s) and as otherwise permitted by the defendant's probation officer: [ ] employment [ ] counseling [ ] a course of study [ ] vocational training.
  Other:

[ ] **4. Intensive Supervision Program - G.S. 15A-1340.11(5); 15A-1343(b1)(3b); 143B-262(c)**
  Submit to intensive supervision pursuant to G.S. 143B-262(c), for a period of _____ months (6 to 9 months recommended by the Division of Community Corrections), and comply with the rules adopted for such supervision by the Division of Community Corrections.
  Other:

[ ] **5. Day-Reporting Center - G.S. 15A-1340.11(3); 15A-1343(b1)(10); 15A-1340.11(6)**
  Report as directed by the probation officer to the Day Reporting Center for a period of _____ [ ] days, [ ] months, and abide by all rules and regulations of that program.
  Other:

[ ] **6. Drug Treatment Court - G.S. 15A-1340.11(3a); 15A-1340.11(6)**
  Comply with the rules adopted for the program as provided for in Article 62 of Chapter 7A of the General Statutes and report on a regular basis for a specified time to participate in court supervision, drug screening or testing, and drug or alcohol treatment programs.
  Other:

## INTERMEDIATE CONDITIONS OF PROBATION - G.S. 15A-1343(b4)

If sentenced to intermediate punishment, the defendant shall, in addition to the terms and conditions imposed above, comply with the following intermediate conditions of probation. (1) If required by the defendant's probation officer, perform community service under the supervision of the Division of Community Corrections, and pay the fee required by G.S. 143B-262.4, but no fee shall be due if the Court imposed community service as a special condition of probation and assessed the fee in this judgment or any judgment for an offense adjudicated in the same term of court. (2) Not use, possess, or control alcohol. (3) Remain within the defendant's county of residence unless granted written permission to leave by the court or the defendant's probation officer. (4) Participate in any evaluation, counseling, treatment, or educational program as directed by the probation officer, keeping all appointments and abiding by the rules, regulations, and direction of each program.

AOC-CR-603, Page Two, Side One, Rev.12/09         Material opposite unmarked squares is to be disregarded as surplusage.
© 2009 Administrative Office of the Courts                                              (Over)

Gov017981

## MANDATORY SPECIAL CONDITIONS FOR SEX OFFENDERS AND PERSONS CONVICTED OF OFFENSES INVOLVING PHYSICAL, MENTAL, OR SEXUAL ABUSE OF A MINOR - G.S. 15A-1343(b2)

NOTE: The following are not defined as intermediate punishments under G.S. 15A-1340.11(6).
NOTE: Select *only one* of the three sets of conditions below.

☐ **7. Special Conditions For Reportable Offenses - G.S. 15A-1343(b2)**
   NOTE: Impose only for a reportable conviction under G.S. 14-208.6.
   The defendant has been convicted of an offense which is a reportable conviction as defined in G.S. 14-208.6(4), and must
   1. Register as a sex offender ☐ and enroll in a satellite-based monitoring as required on the attached AOC-CR-615, Side Two.
   2. Participate in such evaluation and treatment as is necessary to complete a prescribed course of psychiatric, psychological, or other rehabilitative treatment as ordered by the court.
   3. Not communicate with, be in the presence of, or found in or on the premises of the victim of the offense.
   ☐ 4. (If the Court finds physical, mental or sexual abuse of a minor) Not reside in a household with
      ☐ a. (for sexual abuse) any minor child.
      ☐ b. (for physical or mental abuse) any minor child ☐ other than the child(ren) named below, for whom the court expressly finds that it is unlikely that the defendant's harmful or abusive conduct will recur and that it would be in the best interest of the child(ren) named below to reside in the same household with the probationer. (Name minor child(ren) with whom the probationer may reside in the same household):
   _____
   5. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, of the defendant's vehicle and premises, and of the defendant's computer or other electronic mechanism which may contain electronic data, while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision: ☐ child pornography
   ☐ _____
   6. Other:

☐ **8. Special Conditions For Offenses Involving The Sexual Abuse Of A Minor - G.S. 15A-1343(b2)**
   NOTE: Impose if offense involved sexual abuse of a minor but is not a reportable conviction.
   The defendant has been convicted of an offense which involves the sexual abuse of a minor and must
   1. Participate in such evaluation and treatment as is necessary to complete a prescribed course of psychiatric, psychological, or other rehabilitative treatment as ordered by the court.
   2. Not communicate with, be in the presence of, or found in or on the premises of the victim of the offense.
   3. Not reside in a household with any minor child. (G.S. 15A-1343(b2)(4))
   4. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, of the defendant's vehicle and premises, and of the defendant's computer or other electronic mechanism which may contain electronic data, while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision: ☐ child pornography
   ☐ _____
   5. Other:

☐ **9. Special Conditions For Offenses Involving The Physical Or Mental Abuse Of A Minor - G.S. 15A-1343(b2)**
   NOTE: Impose if offense involved physical or mental abuse of a minor but is not a reportable conviction and did not involve sexual abuse.
   The defendant has been convicted of an offense which involves the physical or mental abuse of a minor and must
   1. Participate in such evaluation and treatment as is necessary to complete a prescribed course of psychiatric, psychological, or other rehabilitative treatment as ordered by the court.
   2. Not communicate with, be in the presence of, o found in or on the premises of the victim of the offense.
   3. Not reside in a household with
      ☐ a. any minor child.
      ☐ b. any minor child other than the child(ren) named below, for whom the court expressly finds that it is unlikely that the defendant's harmful or abusive conduct will recur and that it would be in the best interest of the child(ren) named below to reside in the same household with the probationer. (Name minor child(ren) with whom the probationer may reside in the same household):
   _____
   4. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, of the defendant's vehicle and premises, and of the defendant's computer or other electronic mechanism which may contain electronic data, while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision: ☐ child pornography
   ☐ _____
   5. Other:

## OTHER SPECIAL CONDITIONS

☐ **10. Other Special Conditions:**

## ADDITIONAL CONDITIONS FOR PERSONS CONVICTED OF A DOMESTIC VIOLENCE OFFENSE

The defendant shall
☐ A. not come within _____ feet of _____ at any time.
☐ B. fully comply with any 50B Domestic Violence Protective Order in effect.
The above conditions are incorporated in the "Judgment Suspending Sentence" in the above case(s) and made a part thereof.

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 03/03/10 | A. ROBINSON HASSELL | [signature] |

AOC-CR-603, Page Two, Side Two, Rev. 12/09    Material opposite unmarked squares is to be disregarded as surplusage.
© 2009 Administrative Office of the Courts

Gov017982