# EXHIBIT 2

TRANSLATION FROM SPANISH INTO ENGLISH

Page 1 of 4

[Page 13 - First four messages in English]



Yes bro I'm working in a municipality place and I'm in charge of paying and you know a mess paying 400 people but welcome you know I'm here at your service thank you and sorry

[Page 14 - 1st message]



That's good. *Very good. I may be in Mexico city on Monday.* Where are you.

TRANSLATION FROM SPANISH INTO ENGLISH

Page 2 of 4

[Page 14 - 2nd message]



Ok bro see you here

[Page 14 - 3rd message]



In which municipality do you work?

TRANSLATION FROM SPANISH INTO ENGLISH

Page 3 of 4

[Page 14 - 4th message]



You are incredible. Thank you very much. Maybe tomorrow or maybe on Monday if I can. Are you far from Mexico City?

[Page 14 - 5th message]



4 hours from Mexico City I am

TRANSLATION FROM SPANISH INTO ENGLISH

Page 4 of 4

Page 15



END OF TRANSLATION

CERTIFICATE OF TRANSLATION

I, F▮▮▮ W▮▮▮, professional translator of the Spanish and English languages, on behalf of F▮▮▮ Translations, LLC, lawfully organized and established under the laws of the State of Florida, do hereby CERTIFY that, to the best of my knowledge and ability, the foregoing translation consisting of four pages is a true and accurate rendition into English of the document submitted to me via email.



F▮▮▮ Translations, LLC
F▮▮▮ W▮▮▮
Federally Certified Spanish Court Interpreter
Florida State Court Interpreter Cert. No. ▮▮▮▮

February 25, 2025
Miami, Florida