# EXHIBIT 6

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    09/18/2024

T███ L███ F███ (F███, date of birth: █████, telephone number: ████████, home address: ████████████████████████████ was interviewed by Special Agent (SA) ███████ and Task Force Officer (TFO) ████████ at ██████████████████████ (Burlington Police Training Center). After being advised of the identities of SA Sedler and TFO Springs, F███ provided the following information:

F███ had worked as a non-sworn Greensboro Police Department (GPD) employee in 1995 until 1998, when she was sworn in. F███ retired from GPD in 2017 and during her employment worked multiple assignments including patrol, vice, narcotics, criminal investigation division (CID), and had been a training coach.

F███ had only one interaction with RYAN WESLEY ROUTH (ROUTH) during a vehicle investigation that occurred in, approximately, December 2002. ROUTH was driving a small pickup truck and prior to the vehicle investigation, F███ recalled ROUTH on multiple Barometer reports for GPD. F███ conducted the vehicle investigation on Lee Street, near ROUTH's roofing business. F███ had known that ROUTH did not possess a drivers license.

[Agent note: Barometer reports are for situational awareness purposes for GPD officers who come into contact with individuals, vehicles, etc. End note.]

During the vehicle investigation, F███ requested assistance from other GPD officers. F███ was with a trainee partner and made contact with ROUTH on the driver side of the vehicle. During the encounter, ROUTH had reached for a duffel bag, located in the center of the vehicle, and revealed a firearm.

[Agent note: F███ could not recall the type of firearm but claimed it was not a long gun. During the interview, F███ mentioned it possibly being an Uzi. End note.]

F███ gave police commands to ROUTH, who had placed his hand above the duffel bag but never reached for the firearm. ROUTH further disregarded police commands and put the vehicle in drive. ROUTH drove the vehicle to his

Investigation on 09/18/2024 at ██████████, North Carolina, United States (In Person)

File # ████████████    Date drafted 09/18/2024

by ████████████████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Gov000463

Continuation of FD-302 of (U) Interview of T███ F███ , On 09/18/2024 , Page 2 of 2

business and ran inside. GPD declared a barricade situation and requested the GPD Special Response Team (SRT). F███ had seen ROUTH pacing back and forth inside the building and looking out the windows.

ROUTH surrendered to police without further incident. F███ had not recalled if SRT made entry or if ROUTH came out of the building himself.

ROUTH answered biographical questions related to his arrest processing but did not make further statements to F███. F███ claimed ROUTH always had "illegal stuff" but never fought with police.

F███ had spoke to numerous news outlets and claimed they continue to contact her for information. Former GPD officer R███ had hundreds of encounters with ROUTH.

[Agent note: GPD bomb squad responded to the scene, however, F███ did not recall anything related to bomb making materials. Officer R███ had spoken to news stations about his previous interactions with ROUTH. Attached to the 1A section of this file are the interview notes as well as an Accurint report on F███, where F███K's phone number was retrieved. End note.]

Gov000464