# EXHIBIT 7

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**


OFFICIAL RECORD

Date of entry   12/19/2024

On 11/19/24, S▮▮▮ P▮▮ (S▮▮▮), date of birth ▮▮▮▮, telephone number ▮▮▮▮▮▮, was interviewed at ▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮, by Federal Bureau of Investigation (FBI) Special Agents (SA) ▮▮▮▮ and ▮▮▮▮▮▮. Present for the interview from the United States Attorney's Office was Assistant United States Attorney (AUSA) ▮▮▮▮▮ and Supervisory Intelligence Specialist (SIS) ▮▮▮▮▮. Also present, telephonically, for a portion of the interview was SA ▮▮▮▮ S▮▮. S▮▮, after learning the identity of the interviewing personnel, and the nature of the interview, provided the following information:

[Agent note: The interview was conducted in Spanish. SA ▮▮▮▮, AUSA ▮▮▮▮, and SIS ▮▮▮▮ are fluent Spanish speakers, who translated S▮▮'s statements to SA ▮▮ and ▮▮▮.]

RYAN ROUTH (RYAN) previously used a semi-trailer as an office and storage for his business, UNITED ROOFING. The semi-trailer was sitting inside a chain link fence the same way you see it on the property now. RYAN knew how to do engineering and was able to get permits through the city. Husbands Street was used for the business. The smaller Airstream trailer was once lived in by ORAN ROUTH (ORAN). Workers were also housed there. S▮▮'s personal knowledge of the trailer was that it was last used 5-6 years ago.

When asked about going through the box ROUTH left at L▮▮▮ P▮▮'s residence, S▮▮ advised he remembered finding the pipe with a round of ammunition in it. He realized it would fire if the spring was pulled back and released. He quickly realized this because S▮ remembered RYAN previously had charges related to dynamite and explosives. S▮ was careful to remove the firing mechanism from the pipe because he knew it would fire the round.

[Agent Note: S▮▮ was shown two photographs, which were items located in the above mentioned box. One photograph was titled "CEG_0016" which included piping and rounds of ammunition. The second photograph was titled "CEG_0170" which showed one item that contained a spring. Both photographs will be attached to the 1A portion of this captioned case file.]

Investigation on   11/19/2024   at   Greensboro, North Carolina, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮     Date drafted   11/21/2024

by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Contact with S████ P████ on 11/19/24 ,On 11/19/2024 ,Page 2 of 2

S████ observed the two photographs and described pulling the spring back and released it while unscrewing the facing off of the side.

S████ recalled a time before RYAN was charged criminally in the early 2000's. During this time period RYAN was driving around with a dynamite and an uzi firearm. RYAN said he was not going to go down easy for law enforcement. S████ did not know where the Uzi is currently located.

Gov018996