**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>24-80116-CR-CANNON/McCabe</u>**

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

     **Defendant.**
_____/

**GOVERNMENT'S NOTICE REGARDING *DAUBERT* AND**
**<u>PROPOSED DEFENSE EXPERT MICHAEL McCLAY</u>**

The United States files this Notice advising the defense and the Court that it expects to file any motion relating to proposed defense expert Michael McClay after the deadline for the defense to provide any supplement to McClay's disclosure based upon the "live-fire" exercise.   The Court's April 15 Order states that the defense must provide any disclosure relating to this test by May 30, and the Government may thereafter by June 9 file a motion challenging "such expert testimony." (ECF 128:4).   Because we understand that McClay will be performing this test, to avoid multiple motions and piecemeal litigation arising out of the same witness and basic subject matter, we plan to present objections regarding McClay – if we choose to present them – in a single motion covering all topics filed by June 9.

                  Respectfully submitted,

                  HAYDEN P. O'BYRNE
                  UNITED STATES ATTORNEY

By:   <u>/s/ *John Shipley*_____</u>
       John C. Shipley
       Florida Bar No. 69670
       Christopher B. Browne
       Florida Bar No. 91337

Maria K. Medetis Long
Florida Bar No. 1012329
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov

SUE BAI
SUPERVISORY OFFICIAL PERFORMING THE
DUTIES OF THE ASSISTANT ATTORNEY
GENERAL FOR THE NATIONAL SECURITY
DIVISION


By:     */s/ James Donnelly*
        James Donnelly, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849


## CERTIFICATE OF SERVICE

The Government filed the foregoing document with the Clerk of the Court using CM/ECF

on April 29, 2025.

        */s/ John C. Shipley*
        Assistant United States Attorney