UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH**

    Defendant.
_____/

## ORDER IN ANTICIPATION OF MAY 14–15, 2025, MOTIONS HEARING

**THIS MATTER** comes before the Court in anticipation of a pre-trial motions hearing set for May 14 and 15, 2025 [ECF No. 91 p. 6]. Trial is set to begin on September 8, 2025 [ECF No. 91 p. 7]. The following non-CIPA pretrial motions are currently pending before the Court: (1) Defendant's Motion to Suppress Out-of-Court and in-Court Identification [ECF No. 117]; (2) United States' Motion to Preclude Legally Prohibited and Factually Baseless Defenses [ECF No. 119]; (3) United States' Motion to Admit Potential Rule 404(b) Evidence [ECF No. 122]; and (4) Defendant's Amended Motion to Dismiss Counts 4 and 5 of the Indictment Under the Second Amendment [ECF No. 123].

Upon initial review of these motions, it is **ORDERED AND ADJUDGED** as follows:

1. In a **morning session** on **May 14**, **2025**, starting at **9:30 a.m.**, the Court will hear argument on Defendant's Amended Motion to Dismiss Counts 4 and 5 of the Indictment Under the Second Amendment [ECF No. 123] and Defendant's Motion to Suppress Out-of-Court and in-Court Identification [ECF No. 117].

CASE NO. 24-80116-CR-CANNON

2. In an **afternoon session** on **May 14**, **2025**, starting at **1:30 p.m**., the Court will hear argument on the United States' Motion to Preclude Legally Prohibited and Factually Baseless Defenses [ECF No. 119], and the United States' Motion to Admit Potential Rule 404(b) Evidence [ECF No. 122].  The parties shall be prepared to discuss these evidentiary matters in detail, with reference to the particular disputed material and any related proposed exhibits.  At least three days prior to this hearing, the parties shall meaningfully confer on the various items raised in these Motions and be prepared to report to the Court any clarifications or agreements.

3. These hearings are not set as evidentiary hearings for the presentation of testimonial evidence, although the Court will entertain argument on the need or basis for the taking of pre-trial testimony.

4. The Court will enter a separate sealed *ex parte* scheduling order related to the United States' CIPA Section 4 Motion.

5. The public hearing previously set for **May 15**, **2025**, is **CANCELLED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of May 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record