AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RYAN WESLEY ROUTH

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-Cannon/McCabe

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Aileen M. Cannon | | |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| | Laura Melton | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages