| | | |
|---|---|---|
| Date:  12/17/2024 | Federal Bureau of Prisons | Facility: MIM |
| Time:  03:58 PM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

**Message**

FROM: 35967511 ROUTH, RYAN WESLEY
TO: "S▮▮▮ R▮▮▮" ▮▮▮▮▮▮@gmail.com>
SUBJECT: gfm sample---2 nd part
DATE: 12/05/2024 03:31 PM

Sorry- i must have hit the wrong button and it sent.
Here is the last sentences.  I sent both of these on Thursday dec 4; maybe you will get next year sometime.

This case wrestles with the most basic moral fabric of our great American nation forcing one to choose between a unscrupulous and unprincipled man in the White House and a meek, mild, unselfish, self-sacrificing, honest, firm, faithful and sincere lover of this country and intrepid patriotism in the jail house. I certainly believe that the future of our great nation is at stake and how we each and every one decides will shape the future of humanity and mankind as a whole.  In this legal defense fund we do not ask for dollars, but more importantly for skin in the game, and join here to be an active hero and champion to stand together in grand recognizable solidarity beside Ryan Routh to defend all that is good in the world and to help save humanity and democracy for our children and the world.  We would appreciate a lengthy list of supporters to be accumulated and activities arranged as well as rallies on court days to show support for freedom and democracy.  We all must be the hope and example that the world expects and needs; we must be that for them.  The world is counting on us. Thank you for our time and support and may we do great things together around the world. Ryan Routh and S▮▮ T▮▮▮▮ R▮▮



GOVERNMENT EXHIBIT
CASE NO. 24-80116-CR-Cannon
EXHIBIT NO. GX 119-4

Gov015810