UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**GOVERNMENT'S ELEVENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

    The United States files this Eleventh Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On May 23, 2025, the United States produced discovery materials to defense counsel of record via one external hard drive. Those materials include the items described in the attached index and are numbered Gov022710-Gov063539.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY

By:    */s/Maria K. Medetis Long*
        Maria K. Medetis Long
        Florida Bar No. 1012329
        John C. Shipley
        Florida Bar No. 69670
        Christopher B. Browne
        Florida Bar No. 91337
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9020
        E-mail: maria.medetis.long@usdoj.gov

        SUE BAI, SUPERVISORY OFFICIAL PERFORMING
        THE DUTIES OF THE ASSISTANT ATTORNEY
        GENERAL FOR THE NATIONAL SECURITY
        DIVISION

By:    */s/ James M. Donnelly*
        James M. Donnelly, Trial Attorney
        Court ID No. A5503331
        U.S. Department of Justice
        National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: 202-514-9866
        Email: James.Donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 23, 2025.

*/s/Maria K. Medetis Long*
Assistant United States Attorney

cc:     Special Agent Christian Hull, FBI