UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

RYAN WESLEY ROUTH,

    Defendant.

_____/

## DEFENSE SUPPLEMENTAL NOTICE OF COMPLIANCE WITH DISCOVERY AND EXPERT DISCLOSURE REQUIREMENTS

Ryan Routh, by and through his undersigned counsel, files this Notice to advise this Honorable Court that, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the Southern District of Florida Local Rule 88.10(o)(3), and this Court's Order Establishing Pretrial Deadlines in D.E. 91 and D.E. 128, the Defense provided on May 30, 2025, the supplemental defense discovery of the operability and misfiring of the Norinco semi-automatic rifle, Model SKS and accompanying photographs of the box of ammunition and misfired rounds.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

s/ Kristy Militello
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 – Telephone
Kristy_Militello@fd.org

s/ Renee M. Sihvola
Renee M. Sihvola
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar Number: 116070
109 N 2nd Ave
Ft. Pierce, Florida 34950
(772) 489-2123 - Telephone
Renee_Sihvola@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record via transmission of Notices

of Electronic Filing generated by CM/ECF or in some other authorized manner for

those counsel or parties who are not authorized to receive electronically Notices of

Electronic Filing.

s/ Renee Sihvola
Renee Sihvola