UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

    Defendant.
_____/

**SEALED ORDER SETTING SEALED HEARING
ON JURY SELECTION PROCEDURES**

**THIS MATTER** comes before the Court upon a sua sponte review of the record. To meaningfully and timely address the forthcoming Joint Sealed Report on Jury Selection Procedures and Proposals and Joint Proposed Juror Questionnaire [ECF No. 109 p. 4], due on or before **June 13, 2025** [ECF No. 91 p. 7], it is **ORDERED AND ADJUDGED** as follows:

1. The Court hereby sets a sealed In-Person Status Conference **on June 18, 2025, at 1:00 PM**.

2. Subject to additional argument and adjustment going forward, the Court finds that sealing of this hearing is consistent with the First Amendment and applicable common law principles, *see Press-Enter. Co. v. Superior Ct. of California, Riverside Cnty.*, 464 U.S. 501, 509–10 (1984); *United States v. Ochoa-Vasquez*, 428 F.3d 1015, 1029–30 (11th Cir. 2005), and warranted to ensure a fair, uncontaminated, and impartial jury pool using suitable procedures, *see United States v. Koubriti*, 252 F. Supp. 2d 424, 429–31 (E.D. Mich. 2003) (citing *United States v. King*, 140 F.3d 76, 80 (2d Cir. 1998), and *In re S.C. Press Ass'n*, 946 F.2d 1037, 1044 (4th Cir. 1991)).

CASE NO. 24-80116-CR-CANNON

3. At least one counsel from each party must appear in person.

4. **Defendant is not required to appear in person and will not be transported by the U.S. Marshals for this hearing absent a sealed motion requesting as much with supporting reasons, due no later than June 11, 2025**.

5. Counsel shall be prepared to discuss their filings and proposals in detail, including any areas of agreement.  Topics to be addressed may include the number of qualified jurors to summon, the use of a basic questionnaire on trial availability only (to be attached to the special panel summons), anticipated length of trial (with concrete projections from both sides, to the extent possible), anticipated time to complete voir dire, related procedures for processing and identifying panel members efficiently, and any other logistical issues/concerns related to jury selection and overall management of the jury.

6. Subject to this Order, the Court will permit appearance of co-counsel by telephone, provided such interest is conveyed timely to Chambers via email, copying all counsel.

**ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of June 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record