UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____:

**MOTION TO SEAL (over defense objection)**

    COMES NOW the Defendant, solely to comply with this Court's Order at DE 168, and moves to file his Motion to Unseal the Court's Order at DE 168, his Motion for Public Proceedings, and his Motion for Appearance by Video under seal.

    Under Local Rule 5.4, our District has a presumption favoring public proceedings, and "Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." This is a matter of public record, and the Defense is not requesting this motion to be under seal.

    Notwithstanding DE 168, counsel respectfully requests the Court reconsider its ruling and unseal these matters, including DE 168, and the attached filings. Mr. Routh submits that the sealing of these records violates his Sixth Amendment right to a public trial and his First Amendment rights for the reasons set forth in the

proposed sealed filing.

At this time, the government objects to the unsealing of DE 168. Their position regarding the other issues is described in the sealed filing.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello