**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON



UNITED STATES OF AMERICA,

  Plaintiff,

vs.

RYAN WESLEY ROUTH,

  Defendant.
_____/

## NOTICE OF FILING UNDER SEAL

Defendant, Ryan Routh, by and through counsel, hereby submits (Under Seal) his Motion to Unseal the Court's Order at DE 168, his Motion for Public Proceedings, and his Motion for Appearance by Video.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

_____ for:
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 – Telephone
Kristy_Militello@fd.org

_____
Renee M. Sihvola
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar Number: 116070
109 N 2nd Ave
Ft. Pierce, Florida 34950
(772) 489-2123 - Telephone
Renee_Sihvola@fd.org

1