UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
          Plaintiff,

vs.

RYAN WESLEY ROUTH,
          Defendant.
_____/

**MOTION TO SEAL JOINT PROPOSED
JURY QUESTIONNAIRE (over defense objection)**

COMES NOW the Defendant, to comply with this Court's Orders at DE 91 and 109, and moves to file the joint proposed jury questionnaire under seal. Under Local Rule 5.4, "Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." The defense considers this to be a matter of public record and are not requesting this joint proposed jury questionnaire to be under seal. However, due to the order at DE 109, Defense Counsel will not disregard the Court's ruling. Counsel respectfully requests the Court reconsider its ruling to and unseal this filing. Mr. Routh submits that the sealing of these records violates his Constitutional right to a public trial and his rights under the First Amendment. The government objects to the unsealing of this questionnaire.

1

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
|---|---|
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Renee Sihvola*
Renee Sihvola