# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 04–60001-Cr-Cooke (s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

**ADHAM AMIN HASSOUN,**

        **Defendant.**

_____/

NIGHT BOX
FILED

JUN 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT. S.D. FL / MIA

---

## DEFENDANT ADHAM AMIN HASSOUN'S NOTICE OF FILING PRELIMINARY DRAFT OF JURY QUESTIONNAIRE

---

      The defendant, ADHAM AMIN HASSOUN, through undersigned counsel, submits his draft of the Jury Questionnaire. This questionnaire is being filed in compliance with the court's schedule for filing the Jury Questionnaire, though it is presented in draft form. Due to the extensive scope of the matters to be covered in this questionnaire and the time requirements for preparing the defendant's Jury Questionnaire, the defendant has not has an opportunity to confer with the government regarding this draft.

           Respectfully submitted,

**KENNETH M. SWARTZ**
SWARTZ & LENAMON
New World Tower, Suite 2100
100 North Biscayne Boulevard
Miami, Florida 33132
Tel: 305-579-9090

**JEANNE BAKER**
ATTORNEY AT LAW, P .A.
Grove Forest Plaza, Suite 202
2937 Southwest 27th Avenue
Miami, Florida 33133-3703
Tel: 305-443-1600

1

Fax: 786-425-2380          Fax: 305-445-9666
Florida Bar No. 331929       Florida Bar No.0880700

**COUNSEL for ADHAM AMIN HASSOUN**

By:_____
KENNETH M. SWARTZ
Florida Bar No. 331929

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail this 1st day of July, 2006, upon Russell Killinger, Assistant United States Attorney, 99 N. E. Fourth Street, Miami Fl 33132, William W. Swor, 3060 Penobscot Building, 645 Griswold St., Detroit, Michigan 48226, Michael Caruso, Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, FL 33130, and Andrew Patel, 111 Broadway, 13th Floor, New York, N.Y. 10006.

_____
Kenneth M. Swartz

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-COOKE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADHAM AMIN HASSOUN,
MOHAMED HESHAM YOUSSEF,
KIFAH WAEL JAYYOUSI,
KASSEM DAHER and
JOSE PADILLA,

       Defendants.

_____/

## JUROR QUESTIONNAIRE

### General Instructions:

       The questions on this form are asked to help the Court and the attorneys learn about your views on issues that may be related to this case. Its use will expedite the process of selecting a jury. The questions are not meant to invade your privacy, but to help select the best possible jury for this case. If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Because the questionnaire is part of the jury selection process, the questionnaires are to be answered under your oath as a prospective juror to tell the truth. If you think an answer is too personal, please say so in the space provided. You will have an opportunity to discuss your answer privately. If a question does not apply to you in any way, write N/A (Not Applicable), rather than leave the question blank.

       Please keep in mind that there are no right or wrong answers. We only request that your answers are honest and complete. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheet attached to the back of the questionnaire. You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is important that your answers be your own.

       The case for which you are being questioned is <u>United States of America v. Adham Amin Hassoun</u>, et al. In this case there are five defendants against whom the government has brought charges of having been part of a conspiracy to provide material support to or for the benefit of

persons who, it is alleged, agreed to commit murder, kidnaping, and maiming in foreign countries as well as other related federal crimes.  Of course, the bringing of charges is not evidence of guilt. Each of the accused is entitled to a presumption of innocence and the case against each must be decided individually.

Because there has been a high degree of publicity about this case and some of its participants, the court has directed that this juror questionnaire be sent to you. Thank you for your cooperation.

Participant No. _____

Juror No. _____

## JUROR QUESTIONNAIRE
### (Please PRINT your answers in INK)

**JUROR'S OATH:**

I declare under penalty of perjury that the information which I have provided in this juror questionnaire and any attachments is true and correct. I further declare that I have completed this questionnaire without anyone's assistance.

_____

Juror NUMBER (not your name)

_____

Date

**HARDSHIP QUESTION:**

The Court and the parties estimate that the trial in this case will last approximately two (2) months. Jurors will be paid an attendance fee of $40.00 per day for the first thirty (30) days of trial, and $50.00 per day thereafter. You will be reimbursed for mileage expense for use of your private vehicle.

Jury service is one of the highest duties and privileges of a citizen. The participation of people like yourself is essential to the proper administration of justice. The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you. You must show that service in this case would cause an unacceptable amount of personal hardship.

Would you have a serious hardship if chosen for this case?

_____ **YES,** I would have a <u>serious</u> hardship if chosen for this case. Please answer the questions below, and <u>fully</u> explain your hardship. You must still complete the entire questionnaire.

_____ **NO,** I would not have a serious hardship if chosen for this case. Please move onto the next section of the questionnaire.

If **YES,** please explain the hardship, and list your current occupation. Describe the

1

type of job and business without giving details of your employer's name or address. For example, simply list "receptionist, "business executive", "school teacher" or "self-employed/freelance". If you are retired or unemployed, please indicate that fact and list your previous occupation. Please write legibly.

Occupation: _____ Your Age: _____ Sex: _____

** Please do not list the name of your employer.

Are you self-employed? _____ Are you retired? _____

Will you be paid a salary while you serve jury duty? _____

What is your hardship?_____
_____
_____
_____

What arrangements can you make to alleviate your hardship? _____
_____
_____
_____


1.    What is your age?_____

2.    Are you:    Male____         Female____

3.    Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

       Yes _____ No _____

4.    Do you have any medical condition that would make it difficult for you to serve as a juror on this case?

       Yes _____ No _____

       If Yes, **briefly** list the condition(s):
       _____
       _____
       _____
       _____

2

5.   Are you taking any prescription medication or have any other condition that may interfere with your ability to concentrate or serve as a juror in any way?

Yes _____ No _____

6.   Is there anything the Court should know about your ability to concentrate for long periods of time?

_____ Yes _____ No _____ I am not sure

Please explain:

_____
_____
_____

7.   Have you had any problems or concerns about your ability to remember complex information?

_____ Yes _____ No _____ I am not sure

Please explain:

_____
_____
_____

8.   What is your place of birth? (Please list only the **city and state**, and, if outside the United States, the country.)_____

9.   Are you (check one):
Married _____
Single _____
Living with another person as a couple _____
Divorced/Separated _____
Widow/Widower _____

(a)   What is your racial/ ethnic background?_____

(b)   If married, what is the racial/ethnic background of your spouse or person with whom you live as a couple?_____

(c)   What is your religion? _____

(d)   If married, what is the religion of your spouse or person with whom you live as a

3

couple religion ? _____

10.  In what Florida county do you reside? _____

(a)  How long have you lived in this area? _____

(b)  What other places have you lived? _____

11.  Do you read a newspaper regularly (at least two or three times a week)?

Yes _____ No _____

If Yes, list the names of the newspapers you read and indicate how often you read each newspaper.

Name of Newspaper: _____
_____Once a week
_____2-3 times a week
_____More than 4 times a week
_____Every day
_____Sunday Only

12.  Do you watch any television newscasts on a regular basis?

Yes _____ No _____

(a)  If Yes, which ones? _____

(b)  Do you consider the television newscasts you watch to be:
_____ always biased
_____ sometimes biased
_____ not at all biased

Please explain the kind of bias you find and how you feel about that.

_____
_____
_____

13.  What, if any, talk shows do you listen to or watch?

_____
_____
_____

4

14.     Do you use the internet as a source of news and information? _____ Yes _____ No

       If Yes, which web pages do you view?

       _____

       _____

       _____

15.     How would you rate the reliability of information that you find on the internet, on a scale of 1 to 5, with 1 being "not very reliable" and it 5 being "extremely reliable".

       1      2      3      4      5

16.     Do you have a personal computer at home, or do you have daily access to a personal computer outside your home (e.g. at work, library, etc.)?

       _____ Yes, I have a computer at home
       _____ Yes, I have daily access outside my home
       _____ Yes, both
       _____ No

       How often do you log onto the internet?
       _____ Several times a day
       _____ At least once a day
       _____ At least two or three days a week
       _____ Once a week or less

       How much time do you spend on the internet daily?
       _____ More than five hours a day
       _____ Three to five hours a day
       _____ One to three hours a day
       _____ Less than one hour per day
       _____ Do not spend time on the internet daily

       Which of the following activities do you spend the *most* internet time on?

       **Please check all that apply:**
       _____ E-mail/Chatting/Instant messaging
       _____ Entertainment (games, cards, puzzles)
       _____ Shopping/Auctioning
       _____ Stock trading
       _____ Banking/Paying bills

_____ Research/Information gathering
_____ Reading the news/Current events
_____ Fantasy sports
_____ Gambling
_____ Downloading music
_____ Blogging

_____ Other: **SPECIFY** _____
_____ None

17.  Is English your first language? Yes _____ No _____

18(a).  Do you have difficulty reading and understand English? Yes_____ No_____

19.  What other languages do you speak, read or understand?
_____
_____
_____

20.  Are you, your spouse or a former spouse a naturalized U.S. Citizen?

Yes _____ No _____ If Yes, please tell us who and when they became a citizen.
_____
_____
_____

21.  Do you speak, read, write or understand Arabic (or any dialect of Arabic) or did you grow up in a household where this language or any dialects were spoken?

Yes_____        No_____

22.  Did you ever spend substantial time in a household or other environment where Arabic, any Arabic dialect was spoken, written or read?

_____        Yes, I grew up in, or have spent substantial time in an environment where Arabic/Arabic dialect(s) were spoken, written or read.

_____        No, I did not grow up in and have not spent substantial time in an environment where Arabic or any dialect(s) were spoken, written or read.

23  If you speak, read, or understand any Arabic, (or any of its dialects) would you have any

6

difficulty relying solely upon a translator's translation of the evidence?

_____ Yes _____ No

23.  Are you:  ( )  Employed full-time       ( ) Retired
              ( )  Employed part-time       ( ) Student
              ( )  Homemaker               ( ) Disabled & unable to work
              ( )  Unemployed/laid off

(a)  Without telling us the name of your employer (or if self-employed), what kind of work do you do? (For example: Electric Utility, maintenance; teacher/high school.)

_____

(b)  If retired or unemployed, what was your primary vocation?

_____

(c)  If homemaker or student, please tell us what jobs outside the home (if any) you have had in the past year:

_____

24.  What is (was) your job title? _____

(a)  What are (were) your duties on that job?

_____

(b)  Do (did) you supervise others in that job?

Yes _____ No _____ If Yes, how many? _____

25.  Do you have a second job?

Yes _____ No _____

If Yes, what do you do? _____

26.  What other jobs have you held as an adult?

_____
_____
_____

27.  Please tell us the following about your children, stepchildren, foster children and/or grandchildren:

7

Relationship: _____
Gender: _____
Age: _____
Level of Education: _____
Occupation: _____


Relationship: _____
Gender: _____
Age: _____
Level of Education: _____
Occupation: _____

Relationship: _____
Gender: _____
Age: _____
Level of Education: _____
Occupation: _____


Relationship: _____
Gender: _____
Age: _____
Level of Education: _____
Occupation: _____


Relationship: _____
Gender: _____
Age: _____
Level of Education: _____
Occupation: _____


Relationship: _____
Gender: _____
Age: _____
Level of Education: _____
Occupation: _____


(a)      Which of these, if any, presently live with you?

_____

_____

_____

28.    If you have ever been married, list your spouse's and/or former spouse's most recent type of work:

_____

_____

_____

29.    Parents (or stepparents) occupations: If retired or deceased, what did they do before?
Father: _____
Mother: _____

30.    What is the highest grade of schooling you have completed?

        ( ) 8th grade or less        ( ) Community college
        ( ) Some high school        ( ) Some four-year college
        ( ) High school graduate        ( ) College graduate
        ( ) Post graduate

    (a)    Major area(s) of study: _____

    (b)    Degrees or certificates: _____

31.    What civic, social, union, professional, fraternal, political, recreational, churches, synagogues, temples, mosques, or other religious organizations do you belong to or participate in, and what offices, if any, have you held in any of these organizations?

_____

_____

_____

32.    (a)    Have you ever donated money/goods to, or volunteered to work at, charitable causes or organizations?

        Yes_____ No _____ I am not sure_____

    (b)    If yes, please list the causes or organizations to which you have donated money/goods or at which you have volunteered.

_____

_____

_____

9

(c)  Do you give donations or do volunteer work for any charities or organizations that you understand provide aid to people living outside the United States? Yes____ No____. If yes, what are the name(s) of the charities or organizations?_____ _____

(d)  What countries or regions of the world do theses charities or organizations provide aid? _____ _____

(e)  If you donate money to a charitable organization, what if anything do you do to verify how the organization spends that money? _____ _____ _____

33.  Have you ever served in the military?          Yes _____ No _____ Branch and highest rank: _____

34.  Has your spouse or children ever served in the military?     Yes _____ No _____ Branch and highest rank: _____

35.  Have you or any children or relatives served in the recent war in Iraq, in Desert Storm or in military operations in Afghanistan and other areas of the Middle East?

Iraq:          Yes ____ No _____ Branch and highest rank: _____ Desert Storm: Yes ____ No _____ Branch and highest rank: _____ Afghanistan:  Yes ____ No _____ Branch and highest rank: _____

Other areas of the Middle East:

Yes _____ No _____ Location: _____ Branch and highest rank: _____

If Yes, where is, or was that person stationed? _____ _____ _____

36.  Were any such persons ever in a combat situation? Yes _____ No _____ Don't Know _____

10

If Yes, please tell us where and when:

(a)     Have you, a family member, close friend or acquaintance been injured or killed while serving in a combat or military zone?

Yes_____ No_____

37.     In what contexts have you had personal contact with people who are Muslims, Palestinian, Egyptian, Puerto Rican, or Arab descent? (Please check all answers that apply.)
        _____ in the family
        _____ in the neighborhood
        _____ in organizations
        _____ through work/business
        _____ in place of worship
        _____ in school
        _____ none
        _____ other: _____

38.     Have you had any unpleasant experiences with Muslims, Palestinians, Egyptians, Puerto Ricans, or persons of Arab descent?

Yes _____ No _____ If Yes, please explain:
        _____
        _____
        _____

39.     Have you or any member of your family or friends had any experience which would cause you to be biased against a Muslim defendant in a case where there are allegations of giving support for people and/or organizations who agreed to commit murder, kidnaping, and maiming in foreign countries?

Yes _____ No _____ If Yes, please explain:     .
        _____
        _____
        _____

40      Would you feel biased against a Muslim defendant in a case where there are allegations of of giving support to an organization that the government designated as a terrorist organization after September 11, 2001?

41.     Have you had any pleasant experiences with Muslims, Palestinians, Puerto Ricans, or Arabs?
        _____ Yes _____ No _____ I am not sure

11

If "Yes" or "I am not sure," please explain:

_____

_____

_____

42. Do you feel that any of your experiences with Muslims, Palestinians, Puerto Ricans, or Arabs, or associated organizations, would cause you to be biased against a Muslim, or Arab defendant in a case involving a Muslim, or Arab defendant?

_____ Yes _____ No _____ I am not sure

If "Yes" or "I am not sure," please explain:

_____

_____

_____

43. Do you believe that Muslims, Palestinians, Arabs, ord Puerto Ricans are disproportionately more violent than other religious or ethnic groups?

Yes _____ No _____ If Yes, what gives you that impression?

_____

_____

_____

44. Do you believe that Muslims, Palestinians, Arabs, or Puerto Ricans commit disproportionately more crimes than other ethnic groups?

Yes _____ No _____ If Yes, what gives you that impression?

_____

_____

_____

45. Do you have any experiences or feelings about Arabs or Muslims that would make it difficult for you to listen to the evidence and decide the case with an open mind, when the case involves Arab or Muslim men charged with giving support for people and/or organizations who, allegedly, agreed to commit murder, kidnaping, and maiming in foreign countries?

Yes _____ No _____ If Yes, please explain:

_____

_____

_____

46. Do you think that Palestinians were responsible for the attack on the United States on

12

September 11, 2001?

Yes _____ No _____ Don't know_____    If Yes, please explain:

_____

_____

_____

47.    Do you or does any relative or close friend know or have any connection with any of the defendants?

Adham Amin Hassoun:                Yes _____ No_____
Kifah Wael Jayyousia:              Yes _____ No_____
Jose Padilla:                      Yes _____ No_____

(a)    Please explain in detail who has the connection and the nature of the connection for each individual:

_____

_____

_____

(b)    Have you seen, heard or read anything about any of the defendants?  This includes not only the media, but anything you may have heard from friends, relatives, or co-workers.

Yes_____ No_____

(c)    What have you seen, heard or read?

_____

_____

_____

48.    Several individuals have been charged in the indictment in this case but will not be defendants in this trial.  Do you or anyone in you family know or have you heard of any of these individuals?

Mohamed Hesham Youssef:            Yes _____ No_____

Kassem Daher:                      Yes _____ No_____

(a)    Have you seen, heard or read anything about any of the defendants?  This includes not only the media, but anything you may have heard from friends, relatives, or co-workers.

13

Yes_____ No_____

(b)    What have you seen, heard or read?

_____

_____

_____

49.    Have you, or has anyone close to you, seen, heard, or read anything about this case, or any of the defendants in this case, or have you discussed this case or these individuals with anyone?

_____ Yes,

_____ No

If yes, please explain what information you have or have heard, the source of the information, and with whom you may have discussed the case and what was discussed.

_____

_____

_____

What were your reactions, thoughts, feelings or impressions about what you saw, heard, read or discussed?

_____

_____

_____

50.    Have you formed any opinion about this case or about the defendants in this case: Adham Amin Hassoun, Mohamed Hesham Youssef, Kifah Wael Jayyousia, Kassem Daher, or Jose Padilla?

_____ Yes _____ No _____ I am not sure

If "Yes" or "I am not sure," please explain:

_____

_____

_____

51.    Have you, or has anyone close to you, seen, heard, or read anything about other federal litigation involving Jose Padilla, which was ongoing from May, 2002 through March 2006, or have you discussed the prior litigation with anyone?

_____ Yes, self

_____ Yes, someone close

14

_____ No

**IF "NO," SKIP SUBSECTIONS (a) - (e).**

(a)     What do you believe was the result of the litigation?

_____
_____
_____

(b)     Please explain what information you have or have heard, the source of the information, and with whom you may have discussed the case and what was discussed.

_____
_____
_____

(c)     What were your reactions, thoughts, feelings or impressions about what you saw, heard, read or discussed?

_____
_____
_____

(d)     Have you formed any opinion about any aspect of the prior federal litigation (e.g., the attorneys, the Court, the evidence, etc)?

_____ Yes _____ No _____ I am not sure

If "Yes" or "I am not sure," please explain:

_____
_____
_____

(e)     What was your reaction to the court decision?

_____
_____
_____

52.     Have you heard or read about any statements attributable to Adham Amin Hassoun?

Yes _____ No _____

What were your reactions or impressions based on what you read or heard?

_____
_____

15

53.     Have you heard or read about any statements attributable to Mohamed Hesham Youssef?

Yes _____ No _____

What were your reactions or impressions based on what you read or heard?

_____

_____

54.     Have you heard or read about any statements attributable to Kifah Wael Jayyousi?
Yes _____ No_____

(a)     What were your reactions or impressions based on what you read or heard?

_____

_____

55.     Have you heard or read about any statements attributable to Kassem Daher?
Yes _____ No _____

(a)     What were your reactions or impressions based on what you read or heard?

_____

_____

56.     Have you heard or read about any statements attributable to Jose Padilla?

Yes _____ No_____

(a)     What were your reactions or impressions based on what you read or heard?

_____

_____

57.     Have you seen, heard, or read anything about Sheik Omar Abdel Rahman, ( "Blind Sheik").

Yes_____         No_____         Maybe_____

If yes or maybe, please explain what information you have or have heard, the source of the information.

_____

_____

What were your reactions, impressions and thoughts about what you saw, heard, read or discussed about this person?

_____

_____

16

58. If you hear an allegation that any one of the defendants supported or sympathized with Sheik Omar Abdel Rahman would you be biased for or against that particular defendant?

Biased _____ No bias _____

If biased, please explain _____

_____

59. Have you seen, heard, or read anything about Mohamed Zaky ? Yes ____ No _____. If yes, please explain what information you have heard and the source of the information.

_____

60. Is there anything you have seen, heard, or read about that would interfere with your ability to render a fair verdict in this case based solely on the evidence presented in court?

Yes _____ No _____

61. Have you formed an opinion as to the innocence or guilt of any of the defendants in this case before hearing the evidence?

_____ Guilty
_____ Innocent
_____ No decision

Please explain what led to your position:

_____
_____
_____

62 This case is likely to receive ongoing media attention. The Court wants to make sure that this case is decided solely on the evidence in the courtroom and not based on things that are said outside the courtroom. Accordingly, the Court will be instructing you periodically that you must avoid reading about the case in the newspapers or on the internet, or listening to any radio or television reports about the case. The Court will also instruct you periodically that you must avoid discussing this case with friends or family during the course of the trial.

Would these requirements pose any difficulty for you?

Yes _____ No _____

63. How closely have you followed the media coverage of the criminal and other legal cases involving cases of Arab or Muslim men charged with giving support for people and/or organizations who, it is alleged, agreed to commit murder, kidnaping, and maiming in foreign countries?

17

Very closely         _____
Somewhat closely     _____
Not too closely      _____

(a)   Which cases?_____

(b)   If you have followed the media coverage of these cases, based on what you have heard or read, have you formed any opinions and beliefs about the nature of those cases?

      Yes _____ No _____

If you answered "Yes" to (a) or (b), please explain:

_____

_____

_____

(c)   Would this opinion make it difficult for you to sit as a fair and impartial juror in this type of case?

Yes _____ No _____ I am not sure _____

64.   How closely have you followed the media coverage of the events that took place in the following countries over the past ten years:

Bosnia or Bosnia-Herzegovina      Yes_____No_____

Kosova                            Yes_____No_____

Chechnya                          Yes_____No_____

(a)   If yes, how closely did you follow the media coverage of these areas?

| | Very close | somewhat close | none at all |
|---|---|---|---|
| Bosnia or Bosnia-Herzegovina | _____ | _____ | _____ |
| Chechnya | _____ | _____ | _____ |
| Kosova | _____ | _____ | _____ |

18

(b)   If you have followed the media coverage of the events, based on what you have heard or read, have you formed an opinion about the nature of the events in these areas.

Yes_____   No_____   Maybe_____

If yes or maybe, please explain what your opinion is for each of the following for which you have an opinion:

(a)   Bosnia-Herzegovina:_____

(b)   Kosova_____

(c)   Chechnya_____

65.   Are you familiar with any past events in these countries that have affected the Muslim people living in these three countries?
Very familiar_____      Somewhat familiar _____           Not at all familiar_____

If so, what are you are what have you heard and what opinion if any do you have about the nature of past events in these countries?

66.   How closely have you followed the media coverage of the events that took place in the following countries over the past ten years:

| | Very close | somewhat close | none at all |
|---|---|---|---|
| Afghanistan | _____ | _____ | _____ |
| Algeria | _____ | _____ | _____ |
| Somalia | _____ | _____ | _____ |
| Libya | _____ | _____ | _____ |

Have you formed an opinion about the events in any of these places?

Yes_____   No_____   Maybe_____

If your answer is yes or maybe,  please explain your answer as to each country.

Afghanistan _____

Algeria_____

19

Somalia_____

Libya_____

67    Do you have an opinion about the words "jihad" or "violent jihad?"

Yes_____ No_____ Maybe_____

If you answer yes or maybe, please explain what you understand these words means.

_____

68    Do you have an opinion about the word "mujahideen?"

Yes_____ No_____ Maybe_____

If you answer yes or maybe, please explain what you understand this word means.

_____

69.    Do you have an opinion about the words "Islamic" or "radical Islamic fundamentalist?"

Yes_____ No_____ Maybe_____

If you answer yes or maybe, please explain what you understand it to mean?

_____

70.    Do you have any bias against a Muslim who is a strong believer in this faith.

Yes____No_____ Maybe_____

If you answer yes or maybe, please explain.

_____

Do you have an opinion about the words "sharia" or "salafist"

Yes_____ No_____ Maybe_____

If you answer yes or maybe, please explain what you understand it to mean?

20

71. Do you believe that a person who follows the Islamic religion is a violent person?

72. Have you ever heard of the following groups? If yes, explain what you have heard and how you are familiar with the group.

Holy Land: Yes___ No____ explain_____

Global relief Yes___ No____ explain_____

American Worldwide Relief Organization Yes___ No___explain_____

_____

Canadian Islamic Association Yes___ No___explain_____

Save Bosnia Now Yes___ No___explain_____

Islamic Center of the Americas Yes___ No___explain_____

American Islamic Group Yes___ No___explain_____

73. Have you or anyone close to you ever had an experience of being interviewed by the police, the FBI, or any other law enforcement agency?

Yes _____ No _____

If yes, what was the nature of the interview and what was the outcome? _____
_____
_____

74. Have you or anyone close to you ever been accused of giving false information to law enforcement?

Yes_____ No_____. If yes, please explain the nature of the accusation by the law enforcement agency and the outcome._____
_____
_____

75 Have you or anyone close to you ever been accused of giving false testimony under oath in

any deposition, trial, hearing, or other type of judicial proceeding?

Yes_____ No_____. If yes please explain the nature of the judicial proceeding, the nature of the accusations and the outcome._____

_____

_____

76. Have you ever served on a jury? _____ Yes _____ No

_____ Civil       Date(s): _____

                             Nature of case(s): _____

_____Criminal     Date(s): _____

                             Nature of case(s): _____

_____ Grand Jury   Date(s): _____

                             Nature of case(s): _____

(a)     If Yes, did the jury reach a verdict? _____

(b)     Was there anything about your jury experience that would make it difficult to serve again?

      Yes _____ No _____ If Yes, please explain:

_____

_____

_____

77. Have you or anyone close to you worked for, applied to or had training with one of the following? (check all that apply)

_____ a.     Any law enforcement, security or investigative agency, including but not limited to the FBI, CIA, INS, NSA, DOD, Department of Homeland Security and the Department of Justice?

_____ b.     A prison, jail, detention center or probation services?

_____ c.     Any city or town attorney, Attorney General, state or federal prosecutor, or court?

_____ d.     Any law firm that practices criminal defense?

_____ e.     Any accounting, banking, financial institutions?

_____ f.     Any newspaper, radio, television, or other media outlet?

If "Yes" to any of the above, please state who (relation to you), where, when and circumstances.

78. Have you or anyone close to you ever worked in an effort to change a law or the enforcement of a law?

Yes _____ No _____ If Yes, please briefly describe that effort and your level of participation:

_____
_____
_____

79. Have you or a member of your family had any legal action, dispute or negative experience with the United States or any of its agencies, or any officer, agents or employees of the United States?

Yes _____ No _____

If Yes, please explain the nature of your interest in such proceedings:

_____
_____
_____

80. Are you a vendor or a contractor for the United States Government or do you work for one?

Yes _____ No _____

81. Not all of the defendants are citizens of the United States. Would you afford each of the defendants the same consideration?

Yes _____ No _____

82. What are your feelings about the criminal justice system?

_____
_____
_____

83. Do you believe that you, a member of your family, or a close friend, has ever been directly or indirectly affected in any way by a terrorist act or threat?

Yes _____ No _____

If Yes, please explain the event:

23

_____
_____
_____

84. Have you or any family members or close friends had any personal experience with acts of terrorism?

Yes _____ No _____ If Yes, please explain:

_____
_____
_____

85. Have you or has a family member or close friend ever been the victim of an act of violence (or abuse), reported or not?

Yes _____ No _____ If Yes, please explain who (relation to you) and circumstances.

Was there an arrest? Yes _____ No _____

What was the outcome?

_____
_____
_____

86. Have you, or has anyone close to you, been discriminated against in any way?
_____ Yes, self
_____ Yes, someone close
_____ No

Was the discrimination on the basis of:

**Please check all that apply**
_____ Age
_____ Disability
_____ Ethnicity
_____ Gender
_____ Marital status
_____ Race
_____ Religious beliefs
_____ Socio-economic status
_____ Other: **SPECIFY** _____

24

(d)     Do you think that your experiences with discrimination or your views on discrimination would affect your ability to be fair and impartial in this case?

_____ Yes _____ No _____ I am not sure

Please explain:_____

87      (a)     Do you think that discrimination happens in the United States:
                _____ All the time
                _____ Some of the time
                _____ Not often
                _____ Never

        (b)     Do you think that groups that have been victimized or discriminated against should have the same rights as other groups under the law?

                _____ Yes _____ No _____ I am not sure

88      Have you or anyone close to you ever been arrested, charged or convicted for a crime other than a traffic ticket?

        Yes _____ No _____

        If Yes, please explain who (relation to you), when, nature of the charge and circumstances:

89.     Have you or has a family member or close friend ever been falsely accused of a crime?

        Yes _____ No _____ If Yes, please explain:

        _____
        _____
        _____

        (a)     Were you satisfied with the outcome?  Please explain:
        _____
        _____
        _____

89.     Do you believe that the protections of free speech in a democracy extend both to citizens and

25

non-citizens?

Yes _____ No _____ If not, please explain:

_____

_____

90.  Can a person criticize the United States government and still be patriotic?

Yes _____ No _____ Please explain:

_____

_____

91.  Under the United States Constitution, a person accused of a crime does not have to testify in his defense, and his silence may not be used against him. What are your feelings about that?

_____

_____

_____

92.  If a person does not tell his side of the story, do you feel he is more likely guilty?

Yes _____ No _____ Why or why not?

_____

_____

_____

93.  There may be evidence in this case consisting of tape recordings of conversations taking place over the telephone through the use of electronic devices commonly known as "wiretaps." Before received in evidence, the Court will have ruled that this evidence is lawfully before you and you may give it the weight you deem appropriate.

How do you feel about electronic surveillance of private conversations?

_____

_____

_____

(a)  Do you feel that electronic surveillance of private conversations is an invasion of privacy that should never happen regardless of the circumstances?

_____ Yes _____ No _____ I'm not sure

26

94. There may also be evidence obtained from photographic and physical surveillance as well as evidence seized pursuant to lawful searches of various places, including the homes of some of the defendants. How do you feel about surveillance or searches of private property?

_____
_____
_____

(a) Do you feel that surveillance or searches of private property is an invasion of privacy that should never happen regardless of circumstances?

_____ Yes _____ No _____ I'm not sure

Explain:

_____
_____
_____

95. Some of the evidence that you will hear about in this case is more than ten years old. Which of the following statements describes your views on older evidence:

_____ Older evidence is always less reliable than more recent evidence.
_____ Older evidence is sometimes less reliable than more recent evidence.
_____ Older evidence is as reliable as more recent evidence.
_____ Older evidence is sometimes more reliable than more recent evidence.
_____ Older evidence is always more reliable than more recent evidence.

Explain:

_____
_____

96. At the conclusion of the case it is the Court's task and duty to charge you on the law and explain to you the elements of the crimes charged in the indictment. Do you have personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court?

Yes _____ No _____

97. Is there anything about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence regarding whether or not the government has proven the guilt of the defendants beyond a reasonable doubt?

Yes _____ No _____

27

If Yes, please explain:

_____

_____

_____

98.   Is there any reason that you could not be completely fair and impartial to the defendants in this case?

Yes _____ No _____

99.   Is there any reason that you could not be completely fair and impartial to the Government in this case?

Yes _____ No _____

If you answered either of the two previous questions "Yes," please explain:

_____

_____

_____

100.   Do you or does any relative or close friend know or have any connection with any of the following defense lawyers or their staff?

Jeanne Baker            Yes___ No___
Orlando do Campo        Yes___ No___
Michael Caruso          Yes___ No___
Anthony Natale          Yes___ No___
Andrew Patel            Yes___ No___
Kenneth Swartz          Yes___ No___
William Swor            Yes___ No___

If you answered yes to any of the above, describe your connection to this individual.

_____

_____

101.   Have you consulted with anyone in completing this questionnaire?

Yes_____ No _____

102.   Would you like to discuss or explain further any of your answers to the Court?

Yes _____ No _____

28