UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.

    _____/

**MOTION FOR SEALED HEARING REGARDING THE
TERMINATION OF APPOINTED COUNSEL**

Ryan Routh respectfully requests the Court set a hearing to terminate the representation of his appointed counsel and their office. Undersigned counsel submits that such a hearing should be conducted in camera and under seal to preserve attorney-client privileged information.

On July 8, 2025, defense counsel conferred with the government regarding their position on such a hearing. The government advised: the United States defers to the Court about the appropriateness of conducting some or all of a hearing ex parte regarding the Defendant's representation, except to the extent a continuance of the trial date is in any way a consideration. If moving

the trial date is a consideration at all, the United States objects to any ex parte discussion of that topic and objects to any continuance.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello