# EXHIBIT 3

*letters to government - bad, mai [illegible] ad [illegible]*

TRULINCS 35967511 - ROUTH, RYAN WESLEY - Unit: MIM-G-E

---

FROM: Routh, Sara
TO: 35967511
SUBJECT: RE: Summary
DATE: 01/08/2025 04:34:26 PM

Cool. That's great. Just what I needed. Guess you got the Alexander book. Lol that's good. Glad you liked it.

RYAN WESLEY ROUTH on 12/26/2024 3:05:57 PM wrote
I sent one for the go fund me---

I simply consider myself to be an average American. I certainly stand behind our American democracy 100 percent and for human rights around the world. As I stand unwavering for our fragile democracy, as as Alexander said on his death bed-" if you break this union, you will break my heart"- same goes with me. While I totally support our election process and its honor and dignity, some do not value our precious system; and I firmly stand that we should always avoid violence at all cost. I do hope that Americans will stand to defend our democracy when the time comes and try to save our American way of life. I do hope that Americans will encircle and fight for our capital building and not allow our members of Congress get killed by an angry mob and American and Chinese military soldiers. I hope that Americans will answer the call just as the Chinese stood in front of tanks in Tienamens Square in China. As for me, I am just a simple, humble, modest, meek, mild American boy with all the same hopes and dreams of most every human on the planet. I am nothing special. I do everything that I can everyday for all those around me. In my job, every phone call is an opportunity to help that person above and beyond what is expected. In all my years of work, my employees were merely people that I was trying to help to succeed and trying to meet their full potential and I think they all saw that. In every interaction it is about giving more than always taking and making sure that the other person was happy and had all they needed. As you know, things like our local park---I painted the lines for pickleball, added a volleyball net and ball, donated a pingpong table, put up wind screens; as well as helped the homeless there and in other places; as well as the new dock nearby. As you know I would fix all of my neighbors houses and roofs at no charge and did all that I could for them. At every turn in every situation I did all that I could for my community as well as traveling to Ukraine to give all I could there for 8 months as well as in Taiwan to defend democracy. I do know how I could have done more---we failed in Syria and many places; but I can say that I tried and gave it a good effort. I should have done more for many years, but I think I have tried hard. Thanks, Ryan
-----Routh, Sara on 12/21/2024 4:56 PM wrote:

>

Can you give me a summary of who you are and what you stand for. Just a brief gist of why your a good guy in your words. I know you already sent one but this is for like my letter to the media

A list of selfless volunteers appears on my taiwan website at — taiwanforeignlegion.com —
Can I please beg of you to please trade me for some hostage around the world, so that I am useful, and do not spend a life in prison with no usefulness. Either for our last hostage in Russia or the America dancer imprisoned, or the Nobel laureate in Iran or for a media prisoner from Hong Kong. Trade me anywhere that I can be useful and save or improve someones life.
You have the power to make me useful somewhere. — Please —
I have sent several other letters with NO response.
I am expendable — I am 60; I am toast; merely waiting to die — make it swift and useful — please —

[signature]