June 29, 2025

US Federal Courthouse
101 US Highway 1 South
Fort Peirce, FL 34950

FILED BY __UC__ D.C.
JUL 11 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Honorable Judge Aileen M. Cannon,

-I will be representing myself moving forward; it was ridiculous from the outset to consider a random stranger that knows nothing of who I am to speak for me. That was foolish and ignorant, and I am sorry-a childish mistake.
-If you can send me the documents to sign that would be great and I will maintain the schedule. I sent other documents to the prosecution that hopefully you were copied on, so this is last of several. I was finally able to get the courthouse address-sorry for the delay. (no phone, email or visits for 90 days makes work hard-oh well)
-I am so sorry, I know this makes your life harder. I had thought these attorneys really wanted this case towards preserving democracy and freedom, but no, perhaps I was not the man they had wished for, and now we are a million miles apart. They refuse to answer my questions, ignoring all I say, Kristy sending a handful of emails (5-6) and Renee none and Alian never even an address. Never a letter with a thought at all; and when asked blatantly stated that they would never put a single thought in writing for me. They do not want the case and I no longer want to listen to how horrible a person I am- I can beat my own self-up; I do not need help. Bashing me is fine, but selling hard to my daughter that I a peice of shit goes to another level-I do not enjoy that from those that are supposed to be on my side-unfortunate. Best I walk alone.
- On that topic of character, that my attorneys said we shall never tread, I am of the thought- what else is there if we do not have any character, morals, ethics, any substance at all, why live, why argue anything. I say the barn doors must be open. Just so you know as you guide and direct this process- that is where I am.
- We have a hearing on July 25th for unresolved issues and I hope you will offer guidance on acceeptable witnesses as well as any topics off limits to talk about in court, among other things I am sure. Also, why is the death penalty not allowed, at nearly 60 a life of nothingness without love - what is the point. Why is it not all or nothing? I had wished for a prisoner swap with Hamas, Iran for a female protestor, or China for Jimmy Lai or one of the 40 others or to freeze to death in Siberia in exchange for a Ukrainian soldier so that I could die being of some use and save all this court mess- but no one acts; perhaps you have the power to trade me away. What an easy diplomatic vitory for Trump to give an American he hates to China, Iran or North Korea or wherever as a gesture of peace in exchange for an unjustly held democratic prisoner-everyone wins.
-I am unclear where to mail documents or file documents, if someone can send me that information; my inmate #35967511 13th floor west.
-Thanks for your understanding and cooperation and I will adhere to all the rules that you set forth. Sorry to expend everyones' time on one so insignifigant and useless. Sorry, Ryan W. Routh

Thank you so much, Ryan Routh

Ryan Routh
Inmate 35967511
Federal Detention Center
P O Box  019120
Miami, FL 33101

MIAMI FL 330

9 JUL 2025  PM 1  L

REC'D BY_____D.C.

JUL 11 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Federal Courthouse
Honorable Judge Aileen Cann
101 US Highway 1 south
Fort Peirce,  FL
          34950

34950-420901