UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN WESLEY ROUTH,

    Defendant.
_____/

## ORDER GRANTING UNITED STATES' CIPA § 4 MOTION AND ENTERING PROTECTIVE ORDER

**THIS MATTER** comes before the Court upon the United States' Classified, *Ex Parte, In Camera*, and Sealed Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 4 ("CIPA") and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, filed on April 7, 2025 (the "Motion").

The Court has reviewed the Motion and its accompanying exhibits, CIPA, Federal Rule of Criminal Procedure 16, and relevant caselaw. Upon review, the Court **GRANTS** the United States' Motion in its entirety.

The Court finds that the Motion was properly field *ex parte* and *in camera* for this Court's review pursuant to CIPA Section 4 and Rule 16(d). The Court also finds that the United States has made a sufficient showing that the information at issue was classified pursuant to Executive Order 13526 and its predecessors, and that its disclosure could cause serious damage or exceptionally grave damages to the national security of the United States. Finally, the Court finds

CASE NO. 24-80116-CR-CANNON/McCabe

that the United States properly invoked the provisions of CIPA and its classified information privilege as to the information referenced in the classified order.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The United States' Motion is **GRANTED.**

2. The United States' Motion and all accompanying material are hereby **SEALED**, and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available to the appellate court in the event of an appeal. *See* 18 U.S.C. app. 3 § 4.

**ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of August 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record / standby counsel

Defendant Ryan Routh, *pro se*