United States District Court
Southern District of Florida

United States of America
vs
RYAN WESLEY ROUTH
Defendant

Case # 24-80116-CR-AMC

Motion to compel and Pay for Expert Witnesses —

As an indigent defendant I would please request pay and travel for expert witnesses Michael A McClay Jr, Dr. Heather Holmes, and Dr. Rodolf Buigas. Under 17B.

Ryan Routh
Inmate 35967511
Miami, FL.
BoP Detention