UNITED STATES DISTRICT COURT
SOUTHERN DISTRCT OF FLORIDA

CASE NO - 24-80116- CR - AMC

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH

Defendant
------------

Defendants Response to modify the Jury Instructions to Match the 11 th Circuit Pattern Instructions Using o47

We request in count onde/one and two to adhere to the 11th Circuit Pattern Instructions(o47)-specifically number (@ (2) which states-

(2) " When the Defendatn took that step, (he)(she) intended to kill the victyim."

Attempted murder requires proof of a specific intent to kill a victim. Recklessness and wanton deneut conduct, grossly deciating from a reasonable standard of care such that the Defendant was aware of teh serious risk of death, will not suffice as proof of an intent to kill.  Braxton V Uniteed States 500 U.S. 344, 351 N.1, 111 S. Ct 1854, 1859, N.1, 114L. Ed. 2d 285 (1991) (/aAlthough a murder may be committed without an intent to kill, an attempt to commit murder requires a specific intent to kill.") United States V Kwong, 14 F.3d 189, 194-95 (2nd Cir. 1994)

If we can please ensuee to make this extremely clear to the jury in the instrucitons please.

Ryan Westlyey Wesley Routh
#35967511
P O Box 019120
Miami Fl 33101

[signature]