UNITED STATES DISTRICT COURT
SOUTHERN DISTRCT OF FLORIDA

CASE NO 24-80116 - cr- AMC

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH

Defendant
--------------



FILED BY ___ D.C.
AUG 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Ryan Routh REQUEST TO BEAQ?/SEAL DEFENSE WITNESSES AND NEED GENERAL SUPPORT, TOOLS AND DOCUMENTS TO FACILITATE THE CASE.

--I would like to request that defense witnesses be sealed.

--While all of the prosecution exhibits copies would be nice, I need Gov 007523, 007528, 05293, 007542, 018908, gx200-98, gov 018908

--I do not think I have all the discovery, and I do not have the capacity to print from this computer, if another device and printer could be made availbale so i can print required exhibits, please.

--Again, the Fort Lucie jail is horribly loud, preventing sleep, and the Marshalls went back to Miami and back anyway. I did not have access to documents, computer, phone, printer- barely a pencil.

--Making copies in BOP is impossible; I have fought to get 1 copy in 10 months and takes 1 to 2 weeks; to present exhibits I need copies, and carbon paper is not available, so I must trype documents 4 times.

--I will file a seperate motion to add o47 to the jury instructions.

--I would likk/like to request for experts Michael A McClay Jr. , Dr. Heather Holmes, and Dr. Rodolfo A Buigas to b get payd/paid please.

Ryan Wesley Routh
#35967511
P O Box 019120
Miami, FL 33101

- I need all my data from desktop, 3 laptops, Ipad, 10 old phones please,

*[signature]*