**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80116-CR-CANNON**

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

    Defendant.
_____/

**ORDER DIRECTING ADDITIONAL PRINTER ACCESS FOR *PRO SE* DEFENDANT**

    **THIS MATTER** comes before the Court following a Pretrial Conference held on August 8, 2025 [ECF No. 225]. At the Pretrial Conference, *pro se* Defendant Routh requested additional access to a printer in preparation for trial. He further memorialized that request in a separate "Request to Seal/Defense Witnesses and Need General Support, Tools, and Documents to Facilitate the Case," filed on August 8, 2025 [ECF No. 232]. Subsequently, on August 11, 2025, standby counsel filed a Notice of Additional Information Related to Defendant's Pro Se Pleading, advising the Court that FDC Miami can accommodate daily printer access with a Court order [ECF No. 234].

    Upon full review, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Officials at Federal Detention Center – Miami shall ensure that *pro se* Defendant Ryan Routh is afforded reasonable daily access to a printer in a manner deemed suitable by prison officials.

2. In light of this Order, standby counsel need not take a principal role in printing materials for Defendant Routh, except as determined by future Court order.

3. Standby counsel shall continue to expeditiously transmit to Defendant Routh all Court filings in this proceeding [*see* ECF No. 209; ECF No. 220].

CASE NO. 24-80116-CR-CANNON

4. Standby counsel shall also transmit a copy of this Order to appropriate officials at FDC-Miami.

**ORDERED** in Chambers in Fort Pierce, Florida, this 15th day of August 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record / standby counsel

Ryan Routh, *pro se* (via standby counsel)

United States Marshals Service

2