UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

**GOVERNMENT'S MOTION FOR LEAVE TO BRING A
FIREARM AND AMMUNITION INTO COURTHOUSE AND COURTROOM**

    The United States, by and through the undersigned attorneys, as discussed with the Court at the pretrial conference on August 8, 2025, hereby files this motion seeking leave of court to bring one firearm and several rounds of ammunition (detailed below) into the Alto Lee Adams, Sr. U.S. Courthouse in Fort Pierce, Florida and Courtroom 4008 as evidence in the trial of the above referenced matter. The trial period for this matter begins on September 8, 2025. Accordingly, the United States seeks permission to bring these items into the courthouse and courtroom beginning on September 8, 2025 through the conclusion of trial

    The items that the United States seeks to bring into the courthouse and courtroom are as follows:

- One (1) Norinco SKS 7.62 x 39 mm semi-automatic rifle (rendered safe)
- One (1) empty magazine, detached and separately packaged from the SKS semi-automatic rifle
- Twenty (20) live rounds of 7.62 x 39 mm ammunition, separately packaged from the SKS semi-automatic rifle

- One (1) cartridge casing stamped with Hornady .45 Colt

- Six (6) large caliber rounds of ammunition

- Forty (40) shotgun shells

These items will be brought into the courthouse and courtroom by Special Agents of the Federal Bureau of Investigation ("FBI"); these items will remain in the custody and control of the FBI when not being handled by a testifying witness; and these items will not be left unattended by the FBI at any time during the trial.

The United States has, in addition to filing the instant motion, submitted a letter to the Supervisory Deputy United States Marshal for the Alto Lee Adams, Sr. U.S. Courthouse advising of this request and making these items available for inspection by the U.S. Marshals Service.

## **CONCLUSION**

Based on the foregoing, the United States respectfully requests that this Honorable Court grant leave for the Government, through the FBI, to bring the above-referenced firearm and ammunition into the courthouse and Courtroom 4008 for the period beginning on September 8, 2025, through the completion of this trial.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ *Maria K. Medetis Long*
Maria K. Medetis Long
Florida Bar No. 1012329
John C. Shipley
Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Assistant United States Attorneys

                    U.S. Attorney's Office
                    Southern District of Florida
                    99 Northeast 4th Street, 8th Floor
                    Miami, Florida 33132-2111
                    Telephone: (305) 961-9111
                    E-mail: John.Shipley@usdoj.gov

                    JOHN A. EISENBERG
                    ASSISTANT ATTORNEY GENERAL FOR THE
                    NATIONAL SECURITY DIVISION

By:    */s/ James Donnelly*
           James Donnelly, Trial Attorney
           Court ID No. A5503278
           Department of Justice, National Security Division
           950 Pennsylvania Avenue, NW
           Washington, DC 20530
           Telephone: (202) 514-0849

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2025, I filed the foregoing motion with the Clerk of Court using CM/ECF.  I FURTHER CERTIFY that a copy of this motion was mailed, via United States mail to *pro se* Defendant Ryan Wesley Routh at the address below.

                                                          /s/ *Maria K. Medetis Long*
                                                          Assistant United States Attorney

Ryan Wesley Routh, *pro se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
P.O. Box 019120
Miami, Florida 33101