UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART UNOPPOSED MOTION FOR ACCOMODATIONS FOR STANDBY COUNSEL

**THIS MATTER** comes before the Court upon standby counsel's Unopposed Motion for Accommodations (the "Motion") [ECF No. 254]. Upon review, the Motion [ECF No. 254] is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Standby counsel's request for permission to use laptops and related accessories during trial is **granted**.

2. Standby counsel's second request for "assistance in obtaining a locked attorney room for the duration of trial" is **denied** insofar as it requests a locked room or key. Standby counsel may access and use the attorney conference rooms outside of the courtroom in the normal course.

**ORDERED** in Chambers in Fort Pierce, Florida, this 1st day of September 2025.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record / standby counsel
           Ryan Routh, *pro se* (via standby counsel)