FILED BY____scn____D.C.

Sep 2, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE  24-80116- CR -AMC

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH
Defendant
---------------

MOTION TO EXCLUDE PROSECTUTIONS LATEST EVIDENCE -And SUPPORT

To present new evidence two weeks before court when it has been almost a year for them to gather all they needed, need I say more- it is absurd. The deadline has passed. If you would like to trade admitting the evidence for my subpoena of that baboon Donald J Trump, bring that d idiot on; it is a deal. If you do not want to trade for dumbass, then give me all the others on my recent subpoena list, btu I think a beatdown session would be more fun and entertaining for everyone; give me shackles and cuffs and let the old fat man give it his worst.  We must beat down crime in Amereica.  Carpet is red, isn't it, no harm in blood. If I am housed at Fort Lucie can it be in a far off,quiet room and can I have access to documents, phone, visitation, email, and maybe a computer andprinter, or a fancy typewriter like this one; some female strippers would ber great too(model parent): OR perhaps a putting green so I can work on my putting( a golf joke). A round of golf with the racist pig, he wins he can execute me, I  win I get his job. (sorrye hillbilly Vance)
Ryan Routh   Inmate 35967511    PO BOX 019120   Miami, FL 33101

*[signature: Ryan Routh]*