✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

RYAN WESLEY ROUTH

## EXHIBIT AND WITNESS LIST

Case Number: : 24-80116-Cr-AMC

| PRESIDING JUDGE Aileen M. Cannon | PLAINTIFF'S ATTORNEY Shipley,Brown, Mededas | DEFENDANT'S ATTORNEY pro se-Ryan Routh |
|---|---|---|
| TRIAL DATE (S) September 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 8-1 | | | Michael A McClay Jr - gun expert |
| | 2 | 8-1 | | | Heather Holmes  Psy.D. - doctor |
| | 3 | 8-1 | | | Rodolfo A Buigas, PHD |
| | 4 | 8-1 | | | John B Hatfield Jr- Greensboro Attorney |
| | 5 | 8-1 | | | Reed  Burton Smith Jr- Burt - Mentor 18-cur. |
| | 6 | 8-1 | | | Tommy Perkins - Perkins excavation- coworker |
| | 7 | 8-1 | | | Oran Alexander Routh- Son |
| | 8 | 8-1 | | | Atwill Milsun -Mentee-lifelong help andadvisæ |
| | 9 | 8-1 | | | Erick Zuniga-GM-Best Friend-Step parent to kids |
| | 10 | 8-1 | | | Angel Katona- Office Manager;now socialworker |
| | 11 | 8-21 | | | John Tamura- Current coworker-Camp Box Honolulu.com |
| | 12 | 8-1 | | | Marshall Hinshaw- coworker/friend 20 yrs |
| | 13 | 8-21 | | | John Keone Sayles- current mechanic/coworker |
| | 14 | 8-21 | | | Raymond Carrea-neighbor/friend/Hawaii |
| | 15 | 8-21 | | | Sara Roy-Harvard Univ-Palestinian Political Sci |
| | 16 | 8-21 | | | Mosab Abu Toha- Harvard Univ Library-Palestinian |
| | 17 | 8-21 | | | Mamoud Khalil- Columbia-Palestinain Protestor Held |
| | 18 | 8-21 | | | Jason Stanley-Yale-Book-"How Fascism Works" |
| | 19 | 8-21 | | | Peter Beinart-City U of NY-Book-Jewish on Gaza |
| | 20 | 8-21 | | | Mohsen Mahdawi-Columbia-Palestinian detained |
| | 21 | 8-21 | | | Jehad Abusalim-New York Univ-Palestinian expert |
| | 22 | 8-21 | | | Donald John Trump-insecure ego –idiot-mad fool |
| | 23 | 8-21 | | | Secret Service Agent R. F. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ Southern _____ DISTRICT OF _____ Florida _____

United States

V.

Ryan Routh

## EXHIBIT AND WITNESS LIST

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE Aileen Cannon | | | | | PLAINTIFF'S ATTORNEY John Shipley | DEFENDANT'S ATTORNEY Pro Se |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | 9-1 | | | Secret Service agent R. F. -at fence-fired shots |
| | 24 | 9-1 | | | ██████████████ -Wanted me to spank/slap ass and I |
| | | | | | --refused; I will not spank, choke or pull hair-NO. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.