UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____:

## NOTICE OF USMS REQUEST FOR CLARIFICATION RELATED TO THIS COURT'S ORDERS AT DE 242 RELATED TO DEFENDANT'S PRO SE MOTION TO SUBPOENA WITNESSES AT DE 226

Undersigned counsel, as standby counsel for pro se defendant Ryan Wesley Routh, were contacted by a representative of the United States Marshal Service requesting clarification of this Court's orders at DE 242.

On August 20, 2025, this Court entered a previously sealed, detailed order at DE 243 denying in part and granting in part Defendant's pro se motion, DE 226, to subpoena various witnesses pursuant to Criminal Rule of Procedure 17(b). At DE 242, this Court entered a related order, which was filed publicly, and ordered standby counsel to prepare "four subpoenas for service by the United States Marshals Service and associated expenses/fees, along with any appropriate writs."

The United States Marshals Service advised standby counsel that in order to pay for transportation of the pro se Defendant's witnesses, that this Court should enter an order directing the United States Marshal Service to: "serve a subpoena, and

1

pay for the round trip, and subsistence costs of the following witnesses under Fed. R. Crim. P. 17(b). *(Then list the witnesses with their full name and addresses.).*"

Based on Mr. Routh's statement that he no longer wishes to call Mr. Zuniga, and the USMS representation that Mr. Oran Routh's transportation is in progress, this order need only include the following two witnesses: Marshall Hinshaw and Atwill Milsun. Both Hinshaw and Milsun are based in North Carolina, but in compliance with local privacy rules, their home addresses have been omitted from this filing. However, their addresses were proved to the USMS on the trial subpoenas.

The USMS has also advised that both Hinshaw and Milsun were served with the updated trial subpoenas, prepared by undersigned counsel, and with the new trial testimony date beginning this Friday, September 19, 2025.

                Respectfully submitted,

                HECTOR A. DOPICO
                Federal Public Defender

                *s/ Kristy Militello*
                Kristy Militello
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 0056366
                250 South Australian Avenue, Suite 400
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. A printed copy was mailed to defendant, Ryan Routh.

                                          *s/ Kristy Militello*
                                          Kristy Militello