UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

Defendant.
_____/

## ORDER IN RESPONSE TO DEFENSE NOTICE [ECF No. 289] AND CLARIFYING PRIOR ORDER [ECF No. 242]

**THIS MATTER** comes before the Court upon the "Notice of United States Marshals Service Request for Clarification to the Court's Order at DE 242 Related to Defendant's *Pro Se* Motion to Subpoena Witnesses at DE 226," filed by standby counsel on September 15, 2025 (the "Notice") [ECF No. 289]. In the Notice, standby counsel explains that the United States Marshals Service has requested clarifying language to the Court's prior Order, which granted in part and denied in part Defendant's motion to subpoena witnesses under Rule 17(b) [ECF No. 242].[1] That Order directed standby counsel to transmit the authorized subpoenas "for service by the United States Marshals Service *and associated expenses/fees*," but apparently that language did not explicitly direct the United States Marshals Service to pay for travel and subsistence costs [ECF No. 242 (emphasis added)].

---

[1] Standby counsel represents that the USMS "has also advised that both Hinshaw and Milsun were served with the updated trial subpoenas, prepared by undersigned counsel, and with the new trial testimony date beginning this Friday, September 19, 2025" [ECF No. 289 p. 2].

CASE NO. 24-80116-CR-CANNON

Upon review of the Court's prior Order [ECF No. 242], Defendant's prior Motion for Rule 17(b) subpoenas [ECF No. 226], the instant Notice [ECF No. 289], and the full docket, it is **ORDERED** and **ADJUDGED** as follows:

1. The United States Marshal Service shall serve a subpoena and pay for the round trip and subsistence costs of the following witnesses under Fed. R. Crim. P. 17(b): Marshall Hinshaw and Atwill Milsun. Defendant previously withdrew in open Court his request to subpoena Erick Zuniga (Trial Day 3 pp. 153–154).

2. This Order is a clarification/supplement of its prior Order Denying in Part and Granting in Part *Pro Se* Defendant's Motion to Subpoena Witnesses [ECF No. 242].

**ORDERED** in Chambers in Fort Pierce, Florida, this 15th day of September 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record / standby counsel

   Ryan Routh, *pro se* (via standby counsel)