UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

    Defendant.
_____/

## PRE-CHARGE CONFERENCE VERDICT FORM

We, the Jury, in the above-captioned case, unanimously find the Defendant **RYAN WESLEY ROUTH**:

1. As to Count One of the Indictment:

    _____ Guilty _____ Not Guilty

2. As to Count Two of the Indictment:

    _____ Guilty _____ Not Guilty

*If you find the Defendant guilty of Count 2, please answer Yes or No to the following question*:

Did the Defendant brandish a firearm during and in relation to this offense?

_____ Yes _____ No

3. As to Count Three of the Indictment:

    _____ Guilty _____ Not Guilty

*If you find the Defendant guilty of Count 3, please answer Yes or No to the following two questions*:

Did the Defendant use a deadly or dangerous weapon in the commission of this offense?

    _____ Yes _____ No

Did the Defendant's acts involve the intent to commit another felony?

    _____ Yes _____ No

4. As to Count Four of the Indictment:

    _____ Guilty _____ Not Guilty

5. As to Count Five of the Indictment:

    _____ Guilty _____ Not Guilty

SO SAY WE ALL.

_____

Foreperson's Signature


_____

Foreperson's Printed Name


_____

Date