UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

## NOTICE OF FILING GOVERNMENT'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS

The United States of America, through undersigned counsel, respectfully files the attached chart summarizing the Government's objections to Defendant's proffered trial exhibits. This Notice complies with the Court's instructions following the charge conference held on September 18, 2025.

                                          Respectfully submitted,

                                          JASON A. REDING QUIÑONES
                                          UNITED STATES ATTORNEY

By:   /s/ *Christopher B. Browne*
       Christopher B. Browne
       Florida Bar No. 91337
       Maria K. Medetis Long
       Florida Bar No. 1012329
       John C. Shipley
       Florida Bar No. 69670
       Assistant United States Attorneys

       U.S. Attorney's Office
       Southern District of Florida
       99 Northeast 4th Street, 8th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9419
       E-mail: christopher.browne@usdoj.gov

                                    JOHN A. EISENBERG
                                    ASSISTANT ATTORNEY GENERAL FOR THE
                                    NATIONAL SECURITY DIVISION

                By:    */s/ James Donnelly*
                            James Donnelly, Trial Attorney
                            Court ID No. A5503278
                            Department of Justice, National Security Division
                            950 Pennsylvania Avenue, NW
                            Washington, DC 20530
                            Telephone: (202) 514-0849

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2025, I filed the foregoing notice with the Clerk of Court using CM/ECF. I FURTHER CERTIFY that a copy of the Government's Objections to Defendant's Proposed Trial Exhibits was hand-delivered to *pro se* Defendant at the charge conference on September 18, 2025.

                                      */s/ Christopher B. Browne*
                                      Assistant United States Attorney