United States v. Routh, 24-80116-CR-CANNON

**DEFENSE EXHIBITS**

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX200 | No | No | | 9/2/2025 | Defendant's typewritten description of a defunct website; hearsay; irrelevant; MIL (good act) |
| DX201 | No | No | | 9/2/2025 | handdrawn picture with crayon of log cabin w/handwritten caption; hearsay, irrelvant MIL (good act) |
| DX202 | No | No | | 9/2/2025 | photo of Defendant with two unidentified individuals; irrelevant (403); MIL (good act) |
| DX203 | No | No | | 9/2/2025 | photo of two signs; irrelevant; MIL (good act) |
| DX204 | No | No | | 9/2/2025 | Photo of Defendant holding flags with handwritten caption; hearasay; irrelevant; MIL (good act) |
| DX205 | No | No | | 9/2/2025 | photo of funeral for Ukrainian solder; irrelevant; MIL (good act) |
| DX206 | No | No | | 9/2/2025 | Photo of destroyed automobile; irrelevant; MIL (justification) |
| DX207 | No | No | | 9/2/2025 | Photo of Banner with handwritten caption; hearsay; irrelevant; MIL |
| DX208 | No | No | | 9/2/2025 | Photo of banner re Tiananmen square with a caption; hearsay; irrelevant; MIL |
| DX209 | No | No | | 9/2/2025 | Photo of banner re loss of support; irrelevant; MIL |
| DX210 | No | No | | 9/2/2025 | Photo similar to DX207; hearsay; irrelevant; MIL |
| DX211 | No | No | | 9/2/2025 | Photo of a boat with caption; hearsay; irrelevant MIL (good act) |
| DX212 | No | No | | 9/2/2025 | Photo of Defendant shoveling flooded area with caption; hearsay; irrelevant; MIL (good act) |
| DX213 | No | No | | 9/2/2025 | Photo of temp kit house with a caption; hearsay; irrelevant; MIL (good act) |
| DX214 | No | No | | 9/2/2025 | Photo of temp kit house with a caption; hearsay; irrelevant; MIL (good act) |
| DX215 | No | No | | 9/2/2025 | Photo of temp kit house;  irrelevant; MIL (good act) |
| DX216 | No | No | | 9/2/2025 | Photo of temp kit house;  irrelevant; MIL (good act) |
| DX217 | No | No | | 9/2/2025 | Photo of list of foreign fighters in Ukraine with caption; hearsay; irrelevant; MIL (good act) |
| DX218 | No | No | | 9/2/2025 | Photo of Twitter post of a photo from 1989 of a human chain with caption; hearsay; irrelevant; MIL (good act) |
| DX219 | No | No | | 9/2/2025 | Photo of a banner discussing invite to Iranian gov't with caption;  hearsay; irrelevant; MIL (good act; justification) |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX220 | No | No | | 9/2/2025 | Photo of Ukrainian flag memorial with caption; hearsay; irrelevant; MIL (Good act) |
| DX221 | No | No | | 9/2/2025 | Photo of defendant in costume with a protest sign with caption; hearsay; irrelevant; MIL (justification; good act) |
| DX222 | No | No | | 9/2/2025 | Defendant's typewritten statement and handwritten caption description of "project Homestead"; hearsay; irrelevant; MIL (good act) |
| DX223 | No | No | | 9/2/2025 | Photo of banner which contains defendant's writings; hearsay; irrelevant; MIL (good act) |
| DX224 | No | No | | 9/2/2025 | Photo of same banner as DX223; hearsay; irrelevant; MIL (good act) |
| DX225 | No | No | | 9/2/2025 | Photo of same banner as DX223; hearsay; irrelevant; MIL (good act) |
| DX226 | No | No | | 9/2/2025 | Photo of same banner as DX223; hearsay; irrelevant; MIL (good act) |
| DX227 | No | No | | 9/2/2025 | Photo of person posting Ukraine recruiting sign with handwritten caption; hearsay; Irrelevant; MIL (Good act) |
| DX228 | No | No | | 9/2/2025 | Photo of a sign about Ukraine volunteers; hearsay; irrelevant; MIL (good act) |
| DX229 | No | No | | 9/2/2025 | Photo of a banner in foreign languages with handwritten caption; hearsay; hearsay within heasay; irrelevant; MIJL (good act) |
| DX230 | No | No | | 9/2/2025 | Photo of Tiananmen square anniversary banner with handwritten caption; hearsay; irrelevant; MIL |
| DX231 | No | No | | 9/2/2025 | Photo of sign demanding extraction Ukrainian soldiers with handwritten caption; hearsay; irrelevant; MIL |
| DX232 | No | No | | 9/2/2025 | Photo of injured soldier with handwritten caption; hearsay; irrelevant; MIL |
| DX233 | No | No | | 9/2/2025 | Photo of recruiting banner with handwritten caption; heasay; irrelevant; MIL |
| DX234 | No | No | | 9/2/2025 | Photo of defendant with amputee with handwritten caption; hearsay; irrelevant; MIL (good act) |
| DX235 | No | No | | 9/2/2025 | Photo of defendant cutting grass in Ukraine with handwritten caption; hearsay; irrelevant; MIL (good act) |
| DX236 | No | No | | 9/2/2025 | Photo of defendant delivering supplies to front line with handwritten caption; hearsay; irrelevant; MIL (good act) |
| DX237 | No | No | | 9/2/2025 | Photo of two unidentified individuals with handwritten caption; hearsay; irrelevant; MIL (good act) |
| DX238 | No | No | | 9/2/2025 | Photo of unidentified individuals with handwritten caption; hearsay; irrelevant: MIL |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX239 | No | No | | 9/2/2025 | Photo of two tubes and is captioned "my drone"; Defendant purports these to be explosives; hearsay; irrelevant; MIL |
| DX240 | | | | | Photo of Dear World letter in its entirety taken by FBI ERT; GOV21751-21800; hearsay; prior ruling |
| DX241 | | | | | Photo of "dedication letter" GX947B; hearsay; prior ruling |
| DX242 | No | No | | 9/2/2025 | Photo of NYTimes Letter; GX947I-L; hearsay; prior ruling |
| DX243 | No | No | | 9/2/2025 | Hand drawing in crayon of a log cabin with handwritten caption; hearsay; irrelevant; MIL |
| DX244 | No | No | | 9/2/2025 | Hand drawing in pencil of a manhole cover with handwritten caption; hearsay; irrelevant |
| DX245 | No | No | | 9/2/2025 | Thumbnail photo of Ukraine flag memorial with typewritten caption; hearsay; irrelevant |
| DX246 | No | No | | 9/2/2025 | Pencil drawing of a skate ramp with handwritten caption; hearsay; irrelevant; MIL (good act) |
| DX247 | No | No | | 9/2/2025 | Pencil drawing of purported homeless shelter with handwritten caption; Hearsay; irrelevant; MIL (good act) |
| DX248 | No | No | | 9/2/2025 | pencil drawing of model flying car with handwritten caption; hearsay; irrelevant; MIL (good act) |
| DX249 | No | No | | 9/2/2025 | Defendant's signed typewritten account of purported assault in Hawaii; hearsay; irrelevant; MIL (good act) |
| DX250 | No | No | | 9/2/2025 | Typewritten account of defendant's purported attempt to foster children; hearsay; irrelvant; MIL (good act) |
| DX251 | No | No | | 9/2/2025 | Typwritten account of defendant's purported efforts to assist homeless encampment; hearsay; irrelevant; MIL (good act) |
| DX252 | No | No | | 9/2/2025 | Pencil drawing of folding chair design with handwritten caption; hearsay; irrelevant; MIL |
| DX253 | No | No | | 9/2/2025 | pencil drawing of table with handwritten caption; hearsay; irrelevant; MIL |
| DX301 | No | No | | 9/2/2025 | Typewritten descripton of self published book; hearsay; irrelevant; MIL -- these books were never produced |
| DX302 | No | No | | 9/2/2025 | Typewritten descripton of self published book; hearsay; irrelevant; MIL -- these books were never produced |
| DX303 | No | No | | 9/2/2025 | Typewritten descripton of self published book; hearsay; irrelevant; MIL -- these books were never produced |
| DX304 | No | No | | 9/2/2025 | Typewritten descripton of self published book; hearsay; irrelevant; MIL -- these books were never produced |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX305/5 | No | No | | 9/2/2025 | Photo of watercolor painting with handwriting on painting; hearsay; irrelevant; MIL |
| DX306/6 | No | No | | 9/2/2025 | Photo of a piece of paper with the contents of an email re Haiku stairs in Hawaii and the attachments thereto; hearsay; irrelevant |
| DX307/7 | No | No | | 9/2/2025 | Photo of a letter discussing plans for campbox permit; hearsay; irrelevant; MIL (good act) |
| DX308/8 | No | No | | 9/2/2025 | Photo of a piece of paper with the contents of an email re Haiku stairs in Hawaii; hearsay; irrelevant |
| DX309/9 | No | No | | 9/2/2025 | Photo of a piece of paper with the contents of an email re Haiku stairs in Hawaii; hearsay; irrelevant |
| DX310/10 | No | No | | 9/2/2025 | Photo of a document regarding recruiting in Ukraine; hearsay; irrelevant; MIL (good act) |
| DX311/11 | No | No | | 9/2/2025 | Photo of a document regarding recruiting in Afghan solders-- includes arabic; hearsay; irrelevant; MIL (good act) |
| DX312/12 | | | | | ERT photo of notebook in Nissan Xterra; hearsay; irrelevant |
| DX313/13 | | | | | ERT photo of notebook in the Xterra with hand written asterices; hearsay; irrelevant |
| DX314/14 | | | | | ERT photo of notebook in the Xterra with hand written brackets; hearsay; irrelevant |
| DX315/15 | | | | | ERT photo of notebook in the Xterra; hearsay; irrelevant |
| DX316/16 | | | | | ERT photo of notebook in the Xterra; hearsay; irrelevant |
| DX317/17 | | | | | ERT photo of notebook in the Xterra with hand drawn asterices; hearsay; irrelevant |
| DX318/18 | | | | | ERT photo of notebook in the Xterra with hand drawn annotations; hearasy; irrelevant |
| DX319/19 | | | | | ERT photo of notebook in Xterra; hearsay; irrelevant |
| DX320/20 | | | | | ERT photo of noteobook in Xterra; hearsay; irrelevant |
| DX321/21 | No | No | | 9/2/2025 | Typewritten doc purporting to describe contents of a defunct website called voteryanrouth.com; hearsay; irrelevant |
| DX322/22 | No | No | | 9/2/2025 | Typewritten description of contents of a website; hearsay; irrelevant |
| DX322/22 | No | No | | 9/2/2025 | Pencil drawing of boat dock; irrelevant; |
| DX323/23 | No | No | | 9/2/2025 | Typewritten descripton of contents of crime reporting website; hearsay; irrelevant; MIL (good act) |
| DX324/24 | No | No | | 9/2/2025 | Typewritten description of a public access television segment about defendant building skate park; hearsay; irrelevant; MIL (good act) |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX325/25 | No | No | | 9/2/2025 | Typewritten description of homeless encampment proposal; hearasay; irrelevant; MIL (good act) |
| DX326/26 | No | No | | 9/2/2025 | Pencil drawing of a model classroom with caption; hearsay; irrelevant; MIL (good act) |
| DX327/27 | No | No | | 9/2/2025 | Pencil drawing of defendant's design for locker shelves with caption; hearsay; irrelevant; MIL (good act) |
| DX328/28 | No | No | | 9/2/2025 | Pencil drawing of cable clamp design with caption; hearsay; irrelevant; MIL (good act) |
| DX329/29 | No | No | | 9/2/2025 | Pencil drawing of "patented" pipe collar design with caption; hearsay; irrelevant; MIL (good act) |
| DX330/30 | No | No | | 9/2/2025 | Color pencil drawing of wooden bicycle with caption; hearsay; irrelevant; MIL (good act) |
| DX331/31 | No | No | | 9/2/2025 | Colored pencil drawing of revolving door with caption; hearsay; irrelevant |
| DX332/32 | | | | | Page 12 of Dear World with red highlight on selected text |
| DX333/33 | Yes | | | | Typewritten application with handwritten entries for Eagle Scout award; hearsay; irrelevant; MIL (good act) |
| DX334/34 | Yes | | | | Newspaper article re Eagle Scout Award; hearsay; irrelevant; MIL (Good act) |
| DX335/35 | Yes | | | | Newspaper article re defendant home renovation; hearsay; irrelevant; MIL (good act) |
| DX336/36 | Yes | | | | Newspaper article from 1991 re defendant's award from police; hearsay; irrelevant; MIL (good act) |
| DX337/37 | Yes | | | | Newspaper article from 1991 re Halloween decorations; hearsay; irrelevant; MIL (good act) |
| DX338/38 | Yes | | | | Newspaper article from 2001 re volunteer renovation project (Luther Inman); hearsay; irrelevant; MIL (good act) |
| DX339/39 | Yes | | | | Church reference letter re Milsun family Habitat House; herasay; irrelevant; MIL (good act) |
| DX340/40 | | | | | Newspaper photograph of ferris wheel-like swing; herasay; irrelevant; MIL (good act) |
| DX341/41 | Yes | | | | Thank you letter from 2006 re Parrish home renovation (Bennett College); side two of document contains another thank you letter re new roof; hearsay; irrelevant; MIL (good act) |
| DX342/42 | Yes | | | | Thank you letter from Greensboro Pregnancy Care Center; side two of document -- unrelated article regarding Inman renovation project; hearsay; irrelevant; MIL (good act) |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX343/43 | | | | | Thank you letter from UNC-Greensboro re roofing donation; side two of document is photograph of Hawaii house with caption; hearsay; irrelevant; MIL (good act) |
| DX344/44 | Yes | | | | Newspaper article from 2004 re skate park closure; hearsay; irrelevant; MIL (good act) |
| DX345/45 | Yes | | | | Newspaper article from 2006 re Skate Park bond package; hearsay; irrelevant; MIL (good act) |
| DX346/46 | Yes | | | | Newspaper article re Skate Park; hearsay; irrelevant; MIL (good act) |
| DX347/47 | Yes | | | | Defendant's proposal for skate park (typewritten); hearsay; irrelevant; MIL (good act) |
| DX348/48 | Yes as to Hand drawn proposal | | | | Hand drawing of unknown content; side two of page contains Newspaper article of skate park; hearsay; irrelevant; MIL (good act) |
| DX349/49 | | | | | rendering of skate park; irrelevant; MIL (good act) |
| DX350/50 | | | | | rendering of skate park; irrelevant; MIL (good act) |
| DX351/51 | Yes | | | | Letter of recommendation for defendant and his company from Faith in Action; second page contains fight for Ukraine recruitment flyer; hearsay; irrelevant; MIL (good act) |
| DX352/52 | Yes | | | | Defendant's letter to the editor re stadium; hearsay; irrelevant; MIL (good act) |
| DX353/53 | Yes | | | | Letter to the editor from Defendant regarding noise pollution; side two of document contains a recording of a deed; hearsay; irrelevant; MIL (good act) |
| DX354/54 | | | | | Letter to the editor from Routh regarding Haiku stairs; back of document contains unrelated newspaper photograph of defendant; hearsay; irrelevant; MIL (good act) |
| DX355/55 | Yes | | | | Campbox flyer; hearsay; irrelevant; MIL (Good act) |
| DX356/56 | Yes | | | | Sample Campbox work order; hearsay; irrelevant |
| DX357/57 | Yes | | | | Contents of campbox website and renderings; hearsay; irrelevant; MIL (good act) |
| DX358/58 | Yes | | | | Photos of defendant and employees; side two of document is graduation photo of defendant and son; irrelevant |
| DX359/59 | Yes | | | | Defendant's letter to the editor regarding trash burning; side two of document contains a church announcement of eagle scout award; hearsay; irrelevant; MIL (good act) |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX360/60 | Yes | | | | Typewritten statement regarding volunteering in Ukraine -- double side; hearsay; irrelevant; MIL (good act) |
| DX361/61 | | | | | Letter to editor from Defendant re stopping war in Ukraine; side two is copy of photo of ferris wheel swing; hearsay; irrelevant; MIL (good act) |
| DX362/62 | Yes | | | | Cover and index of Ukraine Unwinable War (actual book never produced by defense); hearsay; irrelevant; prior ruling (justification) |
| DX363/63 | Yes | | | | Photo of Defendant near Capitol; side two of document contains unidentified photo; irrelevant |
| DX364/64 | Yes | | | | Selfie of Defendant with American flag tie; side two of document contains unidentified photograph; irrelevant |
| DX365/65 | Yes | | | | Apparent song lyrics re Ukraine ("we are one"); hearsay; irrelevant; MIL/prior ruling |
| DX366/66 | No | | | 9/2/2025 | Photo of defendant in American flag jacket at Ukraine memorial; irrelevant; prior ruling (justification) |
| DX367/67 | Yes | | | | Photo of Defendant with handwritten caption; hearsay; side two contains another copy of DX366; hearsay; irrelevant |
| DX368/68 | Yes (except for handwritten caption) | | | | Two photographs of defendant in Ukraine with handwritten caption; hearsay; irrelevant; MIL; prior ruling |
| DX369/69 | Yes (except for handwritten caption) | | | | Photograph of defendant in front of sign with self serving handwritten caption about his American flag garments; hearsay; irrelevant; MIL; prior ruling |
| DX370/70 | Yes (except for handwritten caption) | | | | Photo of defendant purportedly protesting contains handwritten caption; side two is self with american flag bandana; hearsay; irrelevant; MIL; prior ruling |
| DX371/71 | Yes (except for handwritten caption) | | | | Photos of defendant with handwritten captions; hearsay; irrelevant; MIL; prior ruling |
| DX372/72 | Yes (except for handwritten caption) | | | | Photos of defendant with handwritten captions; hearsay; irrelevant; MIL; prior ruling |
| DX373/73 | Yes (except for handwritten caption) | | | | Photo of defendant with celebrity chef with handwritten caption; hearsay; irrelevant; MIL (good act); prior ruling (justification) |
| DX374/74 | Yes | | | | Contents of defendant's Taiwan foreign legion website; hearsay; irrelevant; MIL (good act); prior ruling (justification) |
| DX375/75 | | | | | Colored pencil drawing of elementary school with caption; hearsay; irrelevant; MIL (good act) |

| Defense Proposed Exhibit No. | Timely Produced (6/6/2025) | Marked on Filed Exhibit List | Defense Bates No. | Date Otherwise Provided | Government Objection |
|---|---|---|---|---|---|
| DX376/76 | | | | | Photo of film crew in Ukraine with caption; hearsay; irrelevant; prior ruling (justification) |
| DX377/77 | | | | | Photo of apparent protests in Ukraine; irrelevant; prior ruling (justification) |
| DX378/78 | | | | | Photo of defendant at Ukraine banner; hearsay; irrelevant; prior ruling (justification) |
| DX379/79 | No | | | 9/2/2025 | Photographs of defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX380/80 | No | | | 9/2/2025 | Photographs of defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX381/81 | No | | | 9/2/2025 | Photographs of defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX382/82 | No | | | 9/2/2025 | Photographs of defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX383/83 | No | | | 9/2/2025 | Photographs of defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX384/84 | No | | | 9/2/2025 | Photographs of Defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX385/85 | No | | | 9/2/2025 | Photographs of Defendant's Ukraine memorial and banners; hearsay; irrelevant; prior ruling (justification) |
| DX386/86 | No | | | 9/2/2025 | Photo of unidentified persons in Ukraine with caption; hearsay; irrelevant; prior ruling (justification) |
| DX387/87 | No | | | 9/2/2025 | Photograph of recruiting flyer; hearsay; irrelevant; prior ruling (justification) |
| DX388/88 | No | | | 9/2/2025 | Photo of Defendant with American flag scarf and drones; irrelevant |