UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____:

NOTICE OF FILING
DEFENDANT'S PRO SE SUPPLEMENTAL EXHIBIT LIST

    Undersigned counsel, as standby counsel for pro se defendant Ryan Routh, hereby files the Defendant's Supplemental Pro Se Exhibit List numbered DX200 through DX388, as ordered today by the Court.

                Respectfully submitted,

                HECTOR A. DOPICO
                Federal Public Defender

                *s/ Kristy Militello*
                Kristy Militello
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 0056366
                250 South Australian Avenue, Suite 400
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. A printed copy was mailed to defendant, Ryan Routh.

         *s/ Kristy Militello*
         Kristy Militello