AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States

V.

Ryan Routh

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Aileen Cannon | John Shipley | Pro Se |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | dx200 | 9-1 | | | *irrelevant/hearsay/mtl* killed-in-ukraine.com website stories oof loss |
| | dx201 | 9-1 | | | *silly/hearsay/mtl w/ crayon* Bud May Log House bought at age 25 for family |
| | dx202 | 9-1 | | | *photo/mtl no rel./401/not produced* Vest, Plates, Helmet donated to Vadim and Dad |
| | dx203 | 9-1 | | | Original Flag Memorial signs show min foreign loss |
| | dx204 | 9-1 | | | *June 20 202 photo of Ryan holding flag/caption w/ hearsay* Police demand remove my banner and flags after month |
| | dx205 | 9-1 | | | *June 20 202* Ukraine funeral for soldier in Independece Sq. |
| | dx206 | 9-1 | | | *irr/mtl/401* Tank drives over car killing family escaping-Irpin |
| | dx207 | 9-1 | | | *hand written caption/hearsay* 3rd Banner begging for countries to help-zero |
| | dx208 | 9-1 | | | *w/ caption/hearsay/irr./mtl* Anniversary Banner for Tianamens. Square 3400 lives lost |
| | dx209 | 9-1 | | | *No caption* Banner for Global Support lost to police |
| | dx210 | 9-1 | | | *some "20"* Int. ʃ Vol. Cntr. Ryans tent at sqaure police removed |
| | dx211 | 9-1 | | | *handwritten caption/irr* Fishing boat fukashima Japan to Hawaii-no owners yet |
| | dx212 | 9-1 | | | Hawaii flooding requires work always to drain |
| | dx213 | 9-1 | | | Maui Fire Fema kit house sample built-temp housing |
| | dx214 | 9-1 | | | Campboxhonolulu.com aff.housing units |
| | dx215 | 9-1 | | | *caption* Camp Box basic 938 unit-one day build-quick |
| | dx216 | 9-1 | | | *no cap* Camp Box Vanilla farmer retail space |
| | dx217 | 9-1 | | | My tracking of foreign soldiers in Ukraine |
| | dx218 | 9-1 | | | *caption* Baltic Human Chain need for Ukraine+US Capitol |
| | dx219 | 9-1 | | | *from Twitter/x 1989* Kyiv Banner Invite Iran to US to end sanctioins |
| | dx220 | 9-1 | | | *caption* Flag Memorial first days now fills all grass |
| | dx221 | 9-1 | | | *caption, in costume* Dialogue Police said no signs-became skirt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States
V.
Ryan Routh

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE<br>Aileen Cannon | PLAINTIFF'S ATTORNEY<br>John Shipley | DEFENDANT'S ATTORNEY<br>Pro Se |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | dx222 | 9-1 | | | Project Homestead-15 houses in 4 days built<br>*Typed note from defendant* |
| | dx223 | 9-1 | | | Kyiv Hero Wall celebrating foreign fighters<br>*capt.* |
| | dx224 | 9-1 | | | Mogadishu, Iraq doctors discuss hero wall<br>*no caption* |
| | dx225 | 9-1 | | | Ryan's "office" table and stool and signs<br>*same as 224* |
| | dx226 | 9-1 | | | List of most military offices-options to join fight.<br>*same as 224* |
| | dx227 | 9-1 | | | Helper post signs in Poland, LVIV, recruiting help.<br>*caption* |
| | dx228 | 9-1 | | | One of hundred various signs posted for support<br>*no caption* |
| | dx229 | 9-1 | | | Banner begging all to come and help-pleading<br>*not in english* |
| | dx230 | 9-1 | | | Small Tiamanmen Square banner for INd. Square<br>*caption* |
| | dx231 | 9-1 | | | Sign to extract Azov soldiers-Tolya lost leg-for Mom<br>*caption* |
| | dx232 | 9-1 | | | Tolya-soldier traded, lost leg, ready to fight again!<br>*caption* |
| | dx233 | 9-1 | | | 2013 Ukraine protest for true democracy w/o Russia<br>*caption* |
| | dx234 | 9-1 | | | Friend lost hand, fingers, eye, against pollice 2013<br>*caption* |
| | dx235 | 9-1 | | | Ryan cutting grass at flag memeorial weekly<br>*photo of def./capt.* |
| | dx236 | 9-1 | | | Carravn of supplies Lviv to front line w/Alex 21<br>*capt.* |
| | dx237 | 9-1 | | | Ukraine Friends working on my tribute song<br>*caption* |
| | dx238 | 9-1 | | | In recording studio working on tribute song for suppo<br>*caption* |
| | dx239 | 9-1 | | | My drone with RKG3 mortar bomb bay-20 to drop<br>*caption/prep. captions* |
| | dx240 | 9-1 | | | "Dear= World" letter gov 21751-21800 *in entirety w/ highlights*<br>*prior ruling* |
| | dx241 | 9-1 | | | "FOR" letter gx947b-gx947h *hearsay/prior ruling / w/ highlights* |
| | dx242 | 9-1 | | | "world need to fix" letter gx947I -gx947L *w/ highlights* |
| | dx243 | 9-1 | | | Years Log House move-collapse into pile of rubbish.<br>*in crayon* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States

V.

Ryan Routh

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Aileen Cannon | John Shipley | Pro Se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | dx244 | 9-1 | | | Manhole cover bought and installed Mykoliaw Ukraine *pencil drawn* |
| | dx245 | 9-1 | | | full Kyiv Flag Memorial-used as backdrop for all news *Thumb nail/capt* |
| | dx246 | 9-1 | | | 4th of July ramps built to promote a city skatepark *pencil drawn/capt* |
| | dx247 | 9-1 | | | Sharda Kohn homeless shelter built at Kahana *pencil drawn/capt* |
| | dx248 | 9-1 | | | Flyinhg Car bilt with son= for science fair *pencil drawn/capt* |
| | dx249 | 9-1 | | | Tenant punches Ryan =Ryan walks away-peaceful *Type writting acct.* |
| | dx250 | 9-1 | | | Foster Parenting try to use house and help kids. *Typed acct* |
| | dx251 | 9-1 | | | Twinkle Borge Homeless Camp help with water/bathroom. *Typed acct* |
| | dx252 | 9-1 | | | Better folding chair, make life better and more GDP. *hand written* |
| | dx253 | 9-1 | | | springloaded tight fabric camping table at age 134/14 *hand written* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH

## EXHIBIT AND WITNESS LIST

Case Number: : 24-80116-Cr-AMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Aileen M. Cannon | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 8, 2025 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 301 | dx301 | 9-1 | | | Autobiography-Not My America by Ryan Routh — not produce |
| | dx302 | 9-1 | | Typed descr | Book- Fixing Democracy (and Humanity) by Ryan Routh |
| | dx303 | 9-1 | | | Book- A Box of Dreams- by Ryan Routh |
| | dx304 | 9-1 | | | Book- The Stupidest Boy by Ryan Routh |
| | dx305 | 9-1 | | | Haiku Stairs Proposed Park Artist Renering(d) |
| | dx306 | 9-1 | | | Haiku Stairs Park Site with documets attached |
| | dx307 | 9-1 | | | Haiku Stairs TM Drafting for DHS plan for permit |
| | dx308 | 9-1 | | | Haiku Stairs email -NPS note for Historic designation |
| | dx309 | 9-1 | | | Haiku Stairs email partnering with Kualoa Ranch |
| | dx310 | 9-1 | | | Ryan's recruiting doc for fighters to Ukrinae/Ukraine |
| | dx311 | 9-1 | | | Ryans's info doc partial in arabic for Afghan soldiers-expectations |
| | dx312 | 9-1 | | | Sample page ERT photo of 1000+ Afghan soldiers w/ passports |
| | dx313 | 9-1 | | | Notes ERT photos Reaching out to Haitian Police offering Afghan |
| | dx314 | 9-1 | | | Haitian Contacts ERT photo offering Afghan soldiers to fight |
| | dx315 | 9-1 | | | Notes ERT photo seeking Visas for Afghan soldiers to Ukraine |
| | dx316 | 9-1 | | | Work on ERT photo Transit Visas for Afghan soldiers to fight |
| | dx317 | 9-1 | | | Taiwan contacts ERT photo offering Afghan soldiers to fight |
| | dx318 | 9-1 | | | Ukraine ERT photo drone sketch, Alum prices, engines etc |
| | dx319 | 9-1 | | | Kamikazi ERT photo drone crossection-grenades in wing |
| | dx320 | 9-1 | | | Maui Lahaina ERT photo Fire Fema Kit House Built1-not sold |
| | dx321 | 9-1 | | | voteryanrouth.com website for communiy sissues — does not open site |
| 322 | dx322 | 9-1 | | | Kahana Typed description Park Boat Dock Build donation(on website) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.  52nd page is pencil drawing

Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-Cr-AMC

| PRESIDING JUDGE Aileen M. Cannon | PLAINTIFF'S ATTORNEY shipley | DEFENDANT'S ATTORNEY Ryan Routh pro se |
|---|---|---|
| TRIAL DATE(S) September 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | dx23 | 9-1 | | | PIRATEFREE.org crime reporting website-closed *typed self-reported* |
| | dx24 | 9-1 | | | Greensboro Spotlight-public access TV show *typed description/hand written as well* |
| | dx25 | 9-1 | | | Hawaii Homeless Campground Proposal *typed* |
| | dx26 | 9-1 | | | Shiny Metal Modern Modular Classroom Built *drawing* |
| | dx27 | 9-1 | | | Locker Shelves made to sell ages 14 to 16 *hand written w/ caption* |
| | dx28 | 9-1 | | | Streamline cable clamp made at age 16 *drawing/capt.* |
| | dx29 | 9-1 | | | Design Patent for Pipe Roof Flashing Collar *drawing/caption* |
| | dx30 | 9-1 | | | American Wood Cycles-Historic Bikes, Trikes and Wago *cardboard drawing* |
| | dx31 | 9-1 | | | Finless Fast Sleeve Airlock Revolving Door *hand written* |
| | dx32 | 9-1 | | | Dear World Letter- page 12 *w/ red markings* |
| | dx33 | 9-1 | | | Eagle Scout Application-noting Citizenship award *typed/print out* |
| | dx34 | 9-1 | | | Eagle Scout Award at age 14 -motivated and working |
| | dx35 | 9-1 | | | Renovated Historic Abandon house for child and wife *newspaper article* |
| | dx36 | 9-1 | | | Police Citizen of the Year Award- Rape case help *article/1991* |
| | dx37 | 9-1 | | | Halloween Events held at Log Cabin built-5 years *article* |
| | dx38 | 9-1 | | | Luther Inman One Day Church House Rehab-liveable *article/2001* |
| | dx39 | 9-1 | | | Milsun Family Habitat House Build w/ Alamance churc |
| | dx40 | 9-1 | | | Ferris-Wheel like scout before built for Halloween *article* |
| | dx41 | 9-1 | | | Young Student house cleaning for School Counselor *Brennans college / Ty letter* |
| | dx42 | 9-1 | | | Womens Preganancy Center Roof Donation *letter* |
| | dx43 | 9-1 | | | UNC-G Design Students House Build Roof Donation *Ty letter / Hawaii house on back* |
| | dx44 | 9-1 | | | Oran Rouths Skatepark Shut down by neighbors and coun *newspaper article 2004* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages     2 pages

2

⹋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Florida

United States

V.

Ryan Routh

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE<br>Aileen Cannon | PLAINTIFF'S ATTORNEY<br>John Shipley | DEFENDANT'S ATTORNEY<br>Pro Se |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 345 | dx45 | 9-1 | | | Skate Park Bond Package Article for 575,000  2006 |
| | dx46 | 9-1 | | | Downtown Skate Park Rally with Fake Skateboards  article |
| | dx47 | 9-1 | | | 9 page Skate Park proposal for website and city |
| | dx48 | 9-1 | | | Ryans drawings of Frank Gehry Syle Metal Park  Typed proposal |
| | dx49 | 9-1 | | | Artist Rendering of Shiny Metal modern park |
| | dx50 | 9-1 | | | Park Plan for DH griffin land on hwy 40 |
| | dx51 | 9-1 | | | Comm Partner-Ryan housed one at his office-CArl |
| | dx52 | 9-1 | | | Newspaper letter-Fix Aloha Stadium-Honollulu |
| | dx53 | 9-1 | | | Newspaper letter-Noise Pollution-Honolulu |
| | dx54 | 9-1 | | | Newspaper letter-Save Haiku Stairs, historic boat |
| | dx55 | 9-1 | | | Camp Box Affordable housing brochure@ start |
| | dx56 | 9-1 | | | Campboxhonolulu.com website work order 3 pages+ |
| | dx57 | 9-1 | | | Camp Box Plan for a Veterans Community-Kapolie |
| | dx58 | 9-1 | | | Camp Box Crew-1011 unit-Ryan,son Adam 2 pics |
| | dx59 | 9-1 | | | News letter-Learn to fight fires+burn trash and meth. |
| | dx60 | 9-1 | | | fightforukraine.com.ua website for recruting 6 pages |
| | dx61 | 9-1 | | | News Letter-Support Ukraine-Funeral-vest-helmet |
| | dx62 | 9-1 | | | Book-Ukraine's Unwinnable War-Dem andTaiwan- 2 sheets |
| | dx63 | 9-1 | | | Capitol-Help½ Afghan Soldiers to Ukraine-Semafor Intv |
| | dx64 | 9-1 | | | Independence @Square Kyiv pushing Afghansoldiers |
| | dx65 | 9-1 | | | "We are One" Ukraine Tribute Song Recorded-saved |
| PG6 | dx66 | 9-1 | | | Kyiv Flag Memorial-Banner in back left-Maidan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of F Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States
V.
Ryan Routh

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE<br>Aileen Cannon | PLAINTIFF'S ATTORNEY<br>John Shipley | DEFENDANT'S ATTORNEY<br>Pro Se |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 367 | dx367 | 9-1 | | | Online Recruiting Video front Nation FlagWall |
| | dx368 | 9-1 | | | Newsweek Romania Magazine Article Pic W/Remus |
| | dx369 | 9-1 | | | Banner/Flags/Red X for Russian Kill Squads |
| | dx370 | 9-1 | | | Protest at Chinese Embassy-Send Military Shirt |
| | dx371 | 9-1 | | | Kyiv protest to extract soldiers Azov Steell plant |
| | dx372 | 9-1 | | | Flag wall shows number killed and fighting |
| | dx373 | 9-1 | | | Jose Andres-WCK-start flag memorial and sory/storyboo |
| | dx374 | 9-1 | | | taiwanforeignlegion.com website recruit for Taiwan |
| | dx375 | 9-1 | | | Elem School Belltower Brick and Slate sign makde |
| | dx376 | 9-1 | | | Documentary filming protest for Azovstol soldiers |
| | dx377 | 9-1 | | | Protest at Ryans banners to extract Azov soldiers |
| | dx378 | 9-1 | | | Banner calling all nations to send troops and gear. |
| | dx379 | 9-1 | | | Beginning of Flag Memorial, banner, flags behind |
| | dx380 | 9-1 | | | Banner to connect all foreigners to help and guide |
| | dx381 | 9-1 | | | My Flag Wall Nations with Volunteers supprting |
| | dx382 | 9-1 | | | Flash Mob showing thanks to all supporting Nations |
| | dx383 | 9-1 | | | Permitted Tent-IVC-Hauled off by Police-gone |
| | dx384 | 9-1 | | | Installing Banner-WORLD HELP US_New protest site |
| | dx385 | 9-1 | | | Iran adn US flags placed side by side in partnership |
| | dx386 | 9-1 | | | Ryans tow/two Iranian friends for picnic in grass |
| | dx387 | 9-1 | | | Sign of many begging for humanity and support. |
| 388 | dx388 | 9-1 | | | Ryan video speech fundraising for more drones-100 bel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of 1 Pages

4