# BIG BROTHER

BY:
RYAN ROUTH



DEFENDANT'S EXHIBIT
DEF_00001
DEF_00001