108

With all of them smiling over the gold coins, and the crowd behind, the scene is frozen.

THE END



DEF_00005