Chapter 31- Ukraine cannot win- So the world must win the war!

Taiwan, Afghanistan, North Korea, WWIII, The end of Humanity

Glossary-Assimilation



DEFENDANT'S EXHIBIT DEF_00009

DEF_00009