808-379-9411 / campboxengineering@gmail.com



## ABOUT US




DEF_00010