# Hear Ye! Do Ye!

## Guilford College United Methodist Church

A CHURCH FOR THE PRESENT — A PLAN FOR THE FUTURE

May 7, 1980

THE SECOND ANNUAL CHURCH-WIDE FELLOWSHIP RETREAT was held at Camp Caraway, May 3 and 4. The group enjoyed hiking, fishing, canoeing, games, movies and vespers Saturday evening. The Sunday morning worship service was especially inspira-

        Potato Salad
        Slaw - Rolls
        Dessert
Cost: $2.50 per plate
Contact for tickets: Charles Eichhorn, 299-6783; Mac McGregor, 643-5489; John Loflin, 294-0681.

\*\*

NURSERY HELPERS - May 11
Crib - Peggy McClellan and Sandy Newton
Toddler - Judy and Morris Newlin; and Paul Ingram
3 & 4 year-olds - Carolyn McDuffie and Tim Dawkins

\*\*

Church Attendance Last Sunday - 193

ON MOTHER' DAY, our church will recognize the oldest mother present and the youngest mother present at the worship service.

\*\*

further information, call Judy Harris (292-5300).

\*\*

On May 25 at the 11:00 a.m. worship service Chris Brenner and Ryan Routh will each receive the Eagle Scout Award. Mike Kelly will present the awards.

\*\*

PRE_00022


DEFENDANT'S EXHIBIT
DEF_00022