stainless shade structures. Because due to safety, even with state laws protecting municipalities, with gross negligence we must keep the ramp surfaces tame with no offsets more than three feet. However the shade elements will be very ornate and elaborate sculptures to impress visitors and passing traffic. With the positioning of the site facing southward, we are designing branching, blossoming structure that will sit at the front for visibility and shade all park goers behind. The west edge likewise starts clear polycarbonate and then back to large radius stainless arms, random and twisting and moving in the wind, to cool the afternoon sun. The current drawings do not fully reflect their design.

**Additional design and construction details:**

- Start with plans and permits.
- Construct a temporary fence around the site and toilet facilities.
- Use an on-site storage trailer to house materials and a saw service to provide power for construction.
- Install permanent light poles to provide security during construction and after.
- Divide the design into specific squares so that it forms a simple grid of squares that can be constructed in parts simultaneously, maximizing resources (people, time, and money).
- The plan requires having a permanent welding unit on site, as well as all of the other tools needed to facilitate teams and subs.
- Facility would require a minimum of eight video cameras to ensure the park's guidelines are respected and followed.
    - We will purchase and install the cameras that Lankford monitors for the city. We will roll these into the city's Parks and Recreation's budget along with the power for the lighting.
- Organize and manage specialized labor for the construction:



DEF_000037