

GREENSBORO CITY PARK

DEF_000042

