Case 9:24-cr-80116-AMC   Document 301-21   Entered on FLSD Docket 09/19/2025   Page 1 of 1

News and Record (Greensboro, North Carolina) · Sun, Oct 15, 2006 · Page 18
Downloaded on May 24, 2025

https://www.newspapers.com/image/959613922/

# Skate

Continued from Page B1

park in Greensboro. The free concert was put on by the Greensboro Skate Park Coalition to raise awareness about the referendum.

One of the items before city voters Nov. 7 is whether to provide $5 million for parks and recreation improvements. In that package is $575,000 for a skateboard park.

"We just wanted to come out and play and support the cause," Jaired, 14, said.

There was irony in the concert site — Price-Bryan Performance Place — because skating on downtown sidewalks is illegal.

"They'd probably get hassled if they skated right out here," said Ryan Routh of the Greensboro Skate Park Coalition, pointing to Davie Street.

The coalition has been working on building a skate park in Greensboro for a couple of years, said Routh, who got involved because his son didn't have a place to skate.

"We built a little place for them down at Forest Oaks," Routh said. "But then the county closed it down."

They had put a few ramps up in the parking lot of a shopping center, but they didn't meet county code. So, Routh said, they started looking for a way to build a skate park in Greensboro.

They've raised about $20,000 on their own through grant awards from groups such as the Tony Hawk Foundation and Community Foundation of Greensboro and benefit concerts, Routh said.

If the bond is approved, the group wants to build an indoor park in a building behind the Greensboro Children's Museum.

"That'd probably cost a couple of million dollars," Routh said. "So if it doesn't work out, we could use the bond money to put something outside at Carolyn Allen Park."

A skateboard park would be well used, Jeff said.

"I don't see many places around," the 14-year-old said. "So it definitely would give people a place to hang out, skate."

*Contact Jonathan Jones at 883-4422, Ext. 228, or jjones@news-record.com*


DEFENDANT'S EXHIBIT DEF_00051

Copyright © 2025 Newspapers.com. All Rights Reserved.

DEF_000051