

DEFENDANT'S EXHIBIT
DX 211



Fukashima Japan fishing boat adrift to Kahuku Hawaii — I was unable to find owners — Translated & called japan police-