

Dialogue Police would not allow Banners