Project Homestead- 15 houses in 4 days

Reverend King started Project Homestead and wanted to provide affordable haousing for his neighbors and coordinated a building blitz to build 40 houses in 4 days. They asked local construction companies to help build the houses and they asked me how many I could build and I said 15.  Most of ther other companies offered to build one or maybe two houses, but with my crew of 100 great men we not only built hte 15 houses but also put all the roofs on also in 4 days.

circa 2000, 2005



DEFENDANT'S EXHIBIT
DX 222