Cutting grass — lives 4400 - 7500



DEFENDANT'S EXHIBIT DX 235