

DEFENDANT'S EXHIBIT
DX 238

DEFENDANT'S EXHIBIT
DX 238