Mykolaiv Ukraine — Manhole cover and base frame purchased and helped install.
(New Democracy at work - Beautiful)

DEFENDANT'S EXHIBIT DX 244

Ryan rented part of a house in Mykolaiv for a yard to build drones. The sewer lines got stopped up at the road. When the city crew came to unstop the cover fell into the sewer as it had no frame/rim and was allowing dirt to fall in. One man went in the sewer to get the lid but nearly passed out. Another went with a mask & air and retrieved it. They cleaned the drain holes with long antique tools and suggest a new lid. Neighbors asked me if I could buy a new manhole cover and they would put it in, of course, so they got a price and I gave them the money and we all worked and built it up higher and put it in - Fresh Democracy at work