Ryan + Oran built a ducted prop flying car one year for science fair with a 80 hp Subaru engine. The belt drive from engine to props failed; requires a vertical engine.




DEFENDANT'S EXHIBIT
DX 248