TM Drafting LLC
Tammy Moseley

July 13, 2024

Client: Developer – Ryan Routh – Camp Box Honolulu

**Proposal:**
Project Location: Parcels 2 & 16 on of Po'okela St.
TMK# 4-5-023:002 & 4-5-023:016

Scope of Work: Individual site plans for each parcel showing proposed new park for Parcel 2 and parking for Parcel 16 layouts for the proposed new "Blangardi Stairs" Park.

| | |
|---|---|
| Drawings = | $ 1,000.00 |
| HI Sales Tax @ 4.71% = | $ 47.10 |
| Total = | $ 1047.10 |
| Retainer due at start of work = | - $ 500.00 |
| Total Due at completion of plans = | $ 547.10 |

These Plans are for the purpose of obtaining preliminary approvals for the development of the Proposed new State park. The plans are only for Preliminary purposes. Any further drawings requested or required that will provide more detailed drawing for individual structures named in these preliminary drawings will result in additional charges and a new contract proposal.

This fee does not Includes fees for Structural Engineering, BOW, Wastewater & DPP, including review fee, permit fee, affidavit fees or any other fees or services that may be required and are not mentioned above to acquire the permit.

Please note that I am not a Licensed Architect, I am an Architectural Draftsman. As required by the DPP of the City and County of Honolulu, I work under the supervision of an Architect/Structural Engineer when required by the Department of Planning & Permitting.

*ESCP Plans – As of August 16, 2017 an Erosion and Sediment Control Plan is now required for any project that disturbs any soil on any construction site. This plan is to be designed to help the contractor/ homeowner builder and the Department of Planning & Permitting to work in cooperation together to ensure that all work sites are being managed in accordance with the new Rules relating to Water Quality.

1

https://mail.google.com/mail/u/1/#inbox?projector=1

DEFENDANT'S EXHIBIT DX3.7