Airstrip - Artem + ███
(N.Va) Yiriy. CAA + military clearance

RC receiver — Autopilot — Servos
   ↳ APM2 input            ↓
                        APM2 outputs
5 to 7 RC unit



cup size
of Motor

MQ1C Gray Eagle    Paxyhok
                   Qaktypa #1429

580 - Phoenix Ghost Kamikaze drones
Switchblade counterpart.

DJI Phantom

Korlykhanov - audio@gmail.com

DEFENDANT'S EXHIBIT
DX 319