# Calling on world to end the madness in Ukraine

I left my sunny beach for Kyiv, Ukraine, to attend a funeral of a 35-year-old Ukrainian soldier, mother and father and sister broken. My brain still fails to comprehend a world in which a leader would consciously kill human beings for no reason.

Furthermore, I am baffled by a world that sits around and does little. I hope at some point the world wakes up and responds with full force to this madness. My vest and helmet were donated amid the service to a Ukrainian going to the front, and I hope neither he nor I are next for a box in the square.

*Ryan Routh*
Kaaawa


DEFENDANT'S EXHIBIT
DX361

who sits up ... top ...
... They jerked the
strings on the dancing skeletons
hanging in the apple orchard. They
tolerated the costumed grown-ups
who leaped from behind trees.

Ryan Routh, a contractor, also
bought the circa-1840 log cabin
next to the house. Over the past
five years, he has connected the
two buildings, adding a sweeping
central hall and fairy-tale ...
from timber ...

# Mayoral hopefuls split on apology

● Hugh Williams would apologize for the Klan shootings; Keith Holliday would not.

BY PARKER LEE NASH
Staff Writer

GREENSBORO — A Bennett College student posed a ringer of a question to Greensboro's two mayoral candidates Thursday: If elected, would either man offer an apology from the city for the Ku Klux Klan killings of five marchers in 1979?

Ironically, Keith Holliday, the city's current mayor pro tem who's working hard to woo black voters, said he would not offer an apology. His opponent, Hugh Williams, whose main areas of support are Greensboro's rich, largely white neighborhoods like Irving Park, said he would offer an apology.

The question, from a student at the historically black women's college, came just days before the 20th anniversary of the killings. The slayings, which took place in the black community, ripped Greensboro apart and left the city with a haunting, bloody memory.

**Election 99**

**Holliday**

**Williams**

Through the years, some people have questioned whether the city did enough to prevent violence from breaking out.

On Nov. 3, 1979, in Greensboro's Morningside Homes public housing community, a convoy of Ku Klux Klansmen and Nazis shot to death five marchers in a "Death ...

Please see MAYOR, Page A4



## SO MUCH FOR THE OLD TIRE

SCOTT HOFFMANN/News & Record
Oran Ruth reaches new heights at his Julian home, thanks to the Ferris-wheel-like swing his father, Ryan, built of pine trees and rope. An identical second seat is on the other side of the swing, allowing two people to ride simultaneously. The swinging starts by an adult operating a rope pulley.

St 22 o1

● The [...] since Sep

BY EILEEN
The Associa

NEW YO report of sparked rally on W day as inv abandoned back int believing inflation is

The Dow al average extending gain. It w advance s Sept. 3.

The Star 45.73 to 1, composit 2,875.19. believed t extreme, r governmen

"The ma excuse to effer, ch Investmen

# M be

● Ameri stand the saving sn money, s

BY ALICE
The Associa

WASHIN of Ameri chance to ment is b by patient survey say to paychec feel that ...