There's a hidden cannon over there----

And two soldiers murdered in the blast. –

Here comes a speeding tank

And a family road trip, is it's last.-----

A rocket ruins the perfect dinner---

Bodies mangled in the mass----

A burned up car with a charred child---

A outsteached hand of that last loving grasp

    And why do childish leaders create so much hate and pain

When our hearts and feelings and thoughts are all the same---

Selfishness and greed are such a shame---

When every action should be with nothing to gain---

    So all borders and claims should be undone

Because our world moves forward as a collective sum

And our differences, oh, they matter none

As we must hold each other tight and show the world we are one


    Because from Ukraine to Bahrain we are one

    From Syria to Nigeria we must be one

    From Japan to Afghanistan we must be one

    From Asia to Africa we are all one





And every conflict must be undone

We need a peaceful world for everyone

And starting wars should never be done

So please help make our world one

So there is no more wooden boxes for anyone

Ryan Routh

8084648342

Aid.in.ukraine@gmail.com

DEF_00070