

JOSE Andres - WCK - Start of Flag memorial + Book of stories

