# Taiwan Foreign Legion

☰

# WELCOME TO THE TAIWAN FOREIGN LEGION

## ABOUT US

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT



DEF 00116

# Taiwan Foreign Legion



WHO WE ARE

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

DEF 00117

# Taiwan Foreign Legion



Taiwan is in a awkward position whereby it does as little a possible so that it does not draw attention to itself and provoke an attack from China and we have learned from Ukraine that likewise worldwide governments are also handcuffed and limited against nuclear threats. So, the duty and responsibility of being the voice for Taiwan and the shield and defender of freedom and Human rights in Taiwan falls on you and me. We must as common civilians follow the model established by Ukraine by creating that Taiwan Foreign Legion and assemble all of the brave civilians that helped to defend Ukraine as well as recruit thousands more civilians from every country on this planet to loudly be the voice for Taiwan and stand together to defend its freedom and sovereignty.  We have attached an *Application* that we hope that you will fill out with as much information about why you support Taiwan so that we can collect them here on this website and share them all with the world as a database of civilian volunteers that are willing to travel to Taiwan and stand along side them to protect and defend them from aggression and harm. In an ideal world where everyone is allowed to chase their hopes and dreams; my dream and hope is that we each can encourage one another so that we can get thousands of volunteers from all 190 countries around the globe to pledge support for Taiwan. I hope that if we all together can amass enough worldwide support for Taiwan that it might become visibly too costly for China to invade as the public backlash hopefully would be overwhelming. We each and everyone must make our voices heard loud and clear about how we feel about the bahaviour that we all expect in this stage in history and our advanced civilized world and what we expect of leaders and nations. We cannot sit silently and let nations behave badly and unchecked without public outcry. Each and every civilian on this planet has a stake in its future and how we wish for our communities to get along and cooperate with one another and push each other to greatness and share our successes as well as solutions for the tragedies and problems we face. The obvious connectivity between every civilian and community and how interwoven our lives are makes war and aggression ignorant and obsolete as we all move forward together. Please help us fill this site with countless petitions, applications, CVs, Resumes, letters and notes from millions of people willing to support, volunteer, shield, defend and even die for the Taiwanese people to live free and not under a ruling government that dictates life and choices. You and I must chart the future and bend history in the direction that it must go.

## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# Taiwan Foreign Legion

what we must do and accomplish falls totally on you and I and what our imaginations and brains see as the proper course of action. We all are relying on your individual brilliance to come up with the latest plans and most effective solutions to shape our world. I am amazed and inspired by the Baltic States human chain formed in 1996 to protect those states from Tyranny and ensure freedom and independence. The motivation and gumption of every single person and coordinator warms everyone's heart and is a wonderful example for us to follow. I hope that this situation in Taiwan renders the same robust enthusiasm as was seen back then. I hope that we do not find that we are lazy and complacent. I have seen the hundreds and thousands of champions that answered the call in Ukraine and gave their lives to save their fellowman and I hope that Taiwan can spark the same energy and drive to save human life as Ukraine has. The bullets have yet to begin to fly, so each and every civilian from any age and gender has the power to have their voice heard and to make a stand. There are no limits or restrictions to what any of us can do; at minimum one can voice their opinion here, or anyone can travel to Taiwan and set up a tent on the coastline with the flag of their country atop the tent and show that they will protect Taiwan. Kids of any age or the elderly can plant a chair on the beach of Taiwan and share with the world that they are there to protect Taiwan and the right to freedom. It is a golden opportunity to have your voice heard, with Covid gone and the final months of Taiwan's female president coming to an end and a change in leadership we must all be front and center for the coming transition, as it is a vital moment. My hope is that not only young and old will answer the call but also those with unlimited talent to create so many wonderful helpful events and solutions to prevent this war. My nonfunctioning brain envisions Woodstock like concerts that run for months, but I hope that the real brilliant minds out their can come up with millions of great ideas to help prevent this ludicrous war. We each and every one will be remiss if we allow Taiwan to be taken in a day like Crimea if we fail to act. It would be a colossal mistake and tragedy for you and I to do nothing and for Taiwan to be taken without us uttering a word. I have traveled to Taiwan and gone to every single government office that exist there, but everyone is holding their breathe and afraid to move or speak for fear of provoking an attack, and it is a sad existence. We cannot allow Taiwan to live in fear and in silence worrying about what the next day holds. We should try to offer them some peace of mind and

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

DEF 00121

# Taiwan Foreign Legion

and communism and freedom and tyranny. We cannot sit idle when the very foundation and fabric of who we are hangs in the balance. Our system pins its future and path forward on each of us alone and this is the pivotal moment where we must stand up to the big muscle of Chinese government and what it stands for and join together as highly motivated little people united and fully understanding the value of free-thinking individuals and the power they wield. Now is the time that we show who we are and the lives that we want for our fellowman around the world.

Shaping the future and the world that we leave for our kids falls totally on the shoulders of the civilians around the globe. Civilians are what make up the government of the US and every democracy. Civilians with the selfless gumption to get up and work at no profit or gain are the ones that move are society forward. We each cannot wait on someone else to make the change that we wish to see; it is up to us to make it happen. If we allow dictators and selfish, greedy madmen like Putin or others think that it is acceptable to murder innocent humans and start wars that destroy lives and communities that take generations to build then we all are at fault. We each cannot sit and watch atrocities occur in any country when the foundation of our own system demands that civilians lead the way, when we ourselves do not stand up and take action in the face of horrible tragedies. It is the entire basis of our society and social structure that we have created and promote and to not live up to the values that we promote and have established is a bold dereliction of duty. If we do not stand up and support our neighbors that wish to govern themselves and defend them from government systems that wish to force their controlling government system upon them, then we will have failed. It has taken us thousands of years to progress to this moment in time and we cannot let our development slip backwards towards human oppression. Every single book, movie or work of art revolves and hinges on the story of the common man doing the right thing and making decisions and actions that make the world a better place. This moment for us is now, and the country with its head on the chopping block is Taiwan. We can all hope that the leadership of China has the wisdom and humanity to realize that they should embrace Taiwan and simply ask what they need to succeed as an independent nation; and I would hope that every leader around the world would support and hope for the greatest success of every country no matter what the system of government

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# Taiwan Foreign Legion

countries and home for simple open dialogue so that we can share our worlds and see what the hope and dreams of all of the other leaders around the globe are and try to find a way that we can all get along and work together to reach common goals. A policy of noncommunication is childish and nonproductive when all of our lives are intertwined. We each must demand that our leaders be mature adults and meet with our adversaries directly and find solutions to the problems that we face and not bury our heads in the sand. If our leaders cannot solve the pressing problems on our horizon, you must find or be the one that makes the change that must happen. None of us can sit and hope that someone else will solve the issues that are headed for disaster. We must be the change as that is the nature of the world that we have created and love. The time is now.

I hope that by connecting motivated champions though this website that we can all work together to make our world a better place. If we can unite motivated people and bring their brilliant ideas front and center so that we can solve some of the problems that face the world and support those nations that are facing problems, then we will have done something good. We must talk and try and work and see what happens. We must just take one step at a time and do what we can each day to move things in the direction that we wish them to go. We must try to simply do what we can. Please, can we take our free time to donate a little effort to our neighbors and hopefully make our lives a little better. Please let us join together and be a voice for Taiwan and not sit silently and let their country be destroyed and innocent people slaughtered for no reason. We must make it clear that killing humans is unacceptable in our civilized world and that murder of civilians or soldiers or anyone should not be allowed. It is barbaric and unjustified in any situation and we must each ensure that it does not happen. It is the most basic and simplest human right that we must each ensure to afford everyone. It is not a tall order or unreasonable request and must be something that we guarantee in our modern world. Please help move our world towards this civilized acceptable norm. I hope that if you have read this far that you will take action and at least fill out the form and hopefully reach out to start a conversation with us so that we can find ways to work together to move our world in the direction that we all wish for. I hope that we each can build new partnerships and friendships so that collectively our voices can be heard, and we can influence change in our

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

DEF 00123

# Taiwan Foreign Legion

≡

## CONTACT US

L

Email*

Message

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

DEF 00124

# Taiwan Foreign Legion ☰

## Ryan Routh (808) 464 - 8342

## intlshieldoftaiwan@gmail.com

Copyright © 2024 Taiwan Foreign Legion - All Rights Reserved.

Powered by GoDaddy

DEF 00125

# Taiwan Foreign Legion





**WHAT WE ARE DOING**

## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

DEF 00118

# Taiwan Foreign Legion



APPLY HERE

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

DEF 00119