

Documentary filming