

DEFENDANT'S EXHIBIT
Px384