# You determine the outcome of this war.

We must speak up loudly- to the watching world -with our daily actions, as Ukraine teeters – we must show and demand - kindness, caring, compassion, selflessness, generosity, considerateness, concern, empathy, altruism, goodness, humanity, and basic human good, calling out those that do not show that our entire world moves forward as a collective whole. We cannot be idle and complacent as humans die - we must beg every civilian around the world (7 billion) to come and stand with us, arm and arm behind our troops, as an unwavering human wall, standing against evil.

Only civilians, you and I, can make a change: - ideology, borders, east/west do not matter; just that we always do the *right thing* every second of every day to support our fellowman.

Our world is what you make it.

International. Volunteer center +18084648342

DEFENDANT'S EXHIBIT DX387