UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

**GOVERNMENT'S FOURTEENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

    The United States files this Fourteenth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to *pro se* Defendant Ryan Wesley Routh and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On September 21, 2025, the United States uploaded copies of the materials referenced herein to standby counsel via USAFx. On September 22, 2025, the United States will hand deliver hard copies of the materials referenced herein to Defendant, *pro se*. The materials in this response include the items described in the attached index and are numbered Gov064060-Gov064507.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

           Respectfully submitted,

           JASON A. REDING QUIÑONES
           UNITED STATES ATTORNEY

By: */s/Maria K. Medetis Long*
   Maria K. Medetis Long
   Florida Bar No. 1012329
   John C. Shipley
   Florida Bar No. 69670
   Christopher B. Browne
   Florida Bar No. 91337
   Assistant United States Attorneys

   U.S. Attorney's Office
   Southern District of Florida
   99 Northeast 4th Street, 8th Floor
   Miami, Florida 33132-2111
   Telephone: (305) 961-9020
   E-mail: maria.medetis.long@usdoj.gov

   JOHN A. EISENBERG
   ASSISTANT ATTORNEY GENERAL FOR THE
   NATIONAL SECURITY DIVISION

By: */s/ James M. Donnelly*
   James M. Donnelly, Trial Attorney
   Court ID No. A5503331
   U.S. Department of Justice
   National Security Division
   950 Pennsylvania Avenue, NW
   Washington, DC 20530
   Telephone: 202-514-9866
   Email: James.Donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on September 21, 2025.  I FURTHER CERTIFY that, on September 21, 2025, copies of the materials referenced in this document were provided to standby counsel via USAFx and, on September 22, 2025, the materials referenced in this document will be hand delivered to Defendant, *pro se*.

/s/Maria K. Medetis Long
Assistant United States Attorney