

DEF_00185

DEFENDANT'S EXHIBIT
DEF_00185

Gov006905