DEF-00188

DEFENDANT'S
EXHIBIT
tabbie™
DEF_00188

Gov006908