TRULINCS 35967511 - ROUTH, RYAN WESLEY - Unit: MIM-G-E

---

FROM: 35967511 ROUTH, RYAN WESLEY
TO:
SUBJECT: Letter to Editor- OP/ED
DATE: 12/13/2024 04:50 PM

Dear News and Media Outlet---Hostage Trade in Gaza,
Will you go with me to Gaza and surrender to Hamas in exchange for a hostage life, please? Will you help me stop the killing of innocent children and families by offering yourself to restart the peace process and end this war. Why have we failed humanity, when we all, thousands from every nation on this great planet, should be gathered outside the walls of Gaza, with the flags of these great countries, offering to take the place of an innocent hostage, in trading a life for a life in the greatest act of human kindness. What greater purpose do we each have as human beings than to care for those that are in pain and struggling around the world; there is nothing more important. We must put our world back together by showing that humans are good at heart and that we are all kind, caring, empathetic, and want the very best for every single person. We cannot sit and do nothing as 45,000 average humans get slaughtered; it is unthinkable that we allow this to happen, it must stop. It is up to us, our great American nation was not built by our government, it was built by We the People, so the future and peace falls on us, to build binding friendships between all of our fellowman around the world, even our adversaries. We must realize that we are all mere humans with the exact same hopes and dreams and that we must find a way to help each other succeed whether we are Jewish, Palestinians, Hamas, Hezbollah, Iranian, Houthis, Syrian and every group on our great planet.

One of the wonderful advantages of removing all of the Jewish hostages(along with removing that hatred) and replacing them with people from every country around the world, we get to show the great selflessness, kindness, virtuousness, honor, altruism and caring that every nation holds and that we care for humanity and the lives of Hamas and the Palestinians. We show that we cannot try to exterminate our adversaries as it is wrong and only leads to children bent on revenge and a new generation of terrorist, which benefits no one. We new hostages will have the opportunity to be down in the dirt and tunnels to share the most basic part of life's struggles with Hamas, to see them eye to eye and feel their pain and understand their struggles and what their dreams and wishes are for their children. While we show them that we are good people, we will likewise find them to be good people and find what we need to do to build peace in Israel. We can learn their most extreme plan that they wish for and build back from there. If we can build on the 1976 offer and a Land for All or whatever agreement; we must find the limits and find peace and end their oppression.

It was extremely sad when our US leaders crushed the tent cities created by the University students for Gaza, as we should never discourage motivated young minds, but I would like to invite all of those brave leaders to the edge of Gaza to reestablish the tent cities again with partners and flags from as many nations as possible. It seems on January 20th that the situation in Gaza will worsen and more lives will be lost daily and we should not sit and let genocide happen. I would hope that by offering 101 or 202 or whatever ratio Hamas demands and having that worldwide group there for the world to see, I hope that we can maybe have an old table and chairs in the dirt of Gaza and have all the stakeholders of the region represented and meeting face to face and heart to heart to see that we are all amazing people and all deserve a good life. We must sit at this table as long as it takes in order to understand the very core of every human and what makes them laugh and cry and what the entire essence of their life is like. If we must sit in the dirt and cold and rain for months until we understand what is in each others hearts, that is what we must do. Lasting friendships cannot be built over documents, emails and mediators; the personalities must be shared, with smiles, and open eyes, with empathy and concern, the most basic of human interaction for the whole world to watch and see, until we have progress and we each can shake hands like Ms. Lipchitz and embrace and realize that we are not that much different. As civilians, you and I must be there and demand this most basic interaction and hope for neighbors to become friends. It is our duty and responsibility.
If you can please rewrite and edit and publish whatever part you can towards helping humanity and saving lives. There is a beginning list of selfless volunteers on our Taiwan website- taiwanforeignlegion.com Unlike Ukraine this proposal allows anyone, no matter of age,race or gender to volunteer themselves and opens up a beautiful conversation between all neighbors and friends around the world to the limits of their selfless devotion to our fellowman-hopefully powerful. By removing the JEWISH hostages from Gaza we all will eliminate the need for Israel to continue the slaughter of innocent children and families and if they do continue we will all know that it no longer has to do with releasing hostages, it is merely genocide against the Palestinians-this hostage trade of just 101 lives should save thousands, if we had done it sooner we could have possibly saved 45,000 lives- we should all be ashamed(Trump caused-JCPOA). I, Sara, have unlimited time and funds to travel to DC, Qatar, Gaza or anywhere to deliver the new hostages.

Additional thoughts-
As I sit in jail, as I have through my entire life, I ponder the level of humanity that is within each of us as humans. It seems that

DEF_00198                                                                                                              Gov016000