

Card 1 (front):
**Ryan Routh**
aid.in.ukraine@gmail.com
+1(808)464-83-42
International Volunteer Center

Card 2 (back):
fightforukraine.com.ua
International Volunteer Center
We each determine the outcome of this war by our actions; we must always show caring, compassion, kindness, selflessness, altruism and always do the right thing in this war between good and evil.
Aid.in.ukraine@gmail.com
Ryan Routh +18084648342 Signal, telegram, whatsapp, viber facebook-ryan routh camp box
Killed-in-ukraine.com

DEF_00203
Gov016749