**REVOLUTION DOOR**  **PIECE WORKERS UNION**

**RYAN ROUTH**

May 29, 2021  808-379-9411

Dear House of Freedom leaders, North Korea border officers and NK leadership, Kim Jong un, Rison-          ryanrouth@yahoo.com     Kim Yo Jong,
              campboxengineering@gmail.com

Making everyone's lives better around the globe should be every human's ultimate goal on a daily basis and it is up to the most common of us to give it our best effort. Even as simple people like me and you with little or no power we can still forge ahead and make an effort to make changes on the most basic level. We should not sit back and wait for the leaders of our countries and ambassadors and others to find solutions to our problems when we have the capabilities ourselves. Powerful leaders have countless limitations and restraints in protection of optics that does not allow getting to the root of any problem and that is that it is silly and ignorant for any of us not to get along and work together for each other's success. I wish for the citizens and leaders of North Korea, South Korea or any nation in Asia, Africa, Middle east or anywhere around the world to be happy, prosperous and have the most wonderful and enjoyable life as possible and if you and I can make the smallest step in that direction then we may have done some good. We cannot sit idlily by and do nothing while there is obvious tension and misunderstanding between close neighbors. Regardless of political ideology we all must support each other and make the most with what we all have. Myself a simple man from American and you part of an organization just across the border from North Korean and the North Korean guards; we each can play a part in delivering a message to North Korean leadership that we wish to help. We as simple humans have to power to make monumental change between North Korea and the entire world and end any hostile notions and anger and take steps to end all US sanctions and friction. There is no one in America that dislikes North Korea or any of its leadership. What is in the past is in the past; it is a new day. I certainly wish that I could pick up the phone and call Kim Jung un but it seems not that simple; so, I am asking you kindly to please deliver this message to the leadership in the north and please encourage them to consider the ideas that I am putting forth here. With the simplest meetings and conversations, we can quietly make major change if you can help arrange correspondence and interaction that would be wonderful and I would be willing to fly over at any moment to meet with anyone.

| campboxhonolulu.com | revolutiondoor.net |
|---|---|
| piratefree.org | americanwoodcycles.com | unitedroofing.com |

51-344 Kamehameha Hwy., Kaaawa, Hawaii 96730



Face to face we can simply and easily eliminate US sanctions and not give up anything. I know that we can achieve this without any problem with a little help North Korea. We can stop pointless negotiations with American diplomats and get to the root of the issue. The root being that we wish the best for everyone. And one must understand that the way the America is run is by the opinion of the American people, so the American people are the ones that we must appeal to and not argue with politicians. Getting to the heart of the American people is easy in this age. With amazing video technology, we can arrange a very powerful and moving propaganda campaign that is polished and can bring the leadership into the living rooms of all of America and put us both face to face to learn who our friends are in North Korea and how wonderful their life is and the human struggles and hopes and dreams are. I can arrange countless interviews with every single media outlet here in the US and Kim Jung Un or his sister or spokesperson will never have to leave their office. These casual interviews will get to the heart of who we each are as humans and that we all wish for the same things. It is so simple and cost nothing for anyone and it will erase all of the misunderstandings and find a common human bond between ourselves. Nuclear weapons become irrelevant if we can sit eye to eye and understand each other's lives and families and see each other's needs and struggles and yearn to offer a helping hand. We can bridge the massive gap by simple video conversation and forge a new partnership that will quickly erase a need for military flights and rockets and any of the costly expense on both sides. Please please please, get this message across to North Korean leadership. Please take the time to make a strong verbal argument that it is well worth a few minutes of their time to consider the amazing things we can do through this simple partnership and how many lives in their country we can change by quickly eliminating sanctions. We can do this. Please find me some line of communication so that we can work on this media campaign and change lives. Some sort of email address, phone number or any means of communication would make a world of difference. It is up to us to change the world and make it better and we have the tools already. Help us connect and work together as we are all not very different at all; we are all the same, with ideas, goals, hopes and dreams and we can make each other's lives easier. We owe it to our selves and our children and grandchildren to do all that we can to find peace and eliminate the void of information about our worlds. Let us small insignificant people sit together and work to make big change. I am



at your disposal. I hope that you will reach out to me and have conversations about how we can work with North Korean leadership to coordinate this media campaign to bring us all together. I hope there is a day when we are all such good friends that whether or not one or the other has nuclear weapons is no longer an issue; we all can have piles and piles as they will be unnecessary. This is what we should all wish for. Please help me achieve that for everyone's sake. It is a simple path; we just need you to open door to start the process. Please help.

If you would be so kind to translate this letter and deliver it to whomever you think will have the most likelihood of helping us all work together to make everyone friends and allies and make everyone's lives more peaceful and cooperative for decades and centuries to come for mutual success.

You can reach me by phone at 001-808-379-9411, or by email at ryanrouth@yahoo.com or campboxengineering@gmail.com or twitter @ryanrouth

I sincerely look forward to speaking with and working with you,

Ryan Routh