UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RYAN WESLEY ROUTH,

      Defendant.
_____:

**NOTICE OF FILING EXPERT DISCLOSURE LETTERS**

Standby Counsel for pro se defendant Ryan Routh hereby files these expert disclosure attachments, per the Court's instruction. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the Southern District of Florida Local Rule 88.10(o)(3), this Court's Order Establishing Pretrial Deadlines in D.E. 91, and Order Granting in Part to Compel Live Fire Test in D.E. 128, the Defense provided the attached letters, and an accompanying curriculum vitae, to the Government on March 28, 2025 and May 30, 2025.

                      Respectfully submitted,

                      HECTOR A. DOPICO
                      FEDERAL PUBLIC DEFENDER

          By:   ***s/Renee Michelle Sihvola***
                    Renee Michelle Sihvola
                    Assistant Federal Public Defender
                    Florida Bar Number: 116070
                    109 North Second Street
                    Fort Pierce, Florida 34950
                    Tel:   772-489-2123
                    E-Mail: renee_sihvola@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      *s/ Renee Sihvola*
      Renee Sihvola