# FEDERAL PUBLIC DEFENDER
Southern District of Florida
www.fpdsouthflorida.org

**Hector A. Dopico**
**Federal Public Defender**

Location: <u>Fort Pierce</u>

**Helaine B. Batoff**
**Chief Assistant**

<u>Miami:</u>

**Abigail Becker**
**Christian Dunham**
**R. D'Arsey Houlihan**
**Bunmi Lomax**
    Supervising Attorneys

Helene Barthelemy
Sowmya Bharathi
Elisabeth Blair
Eboni Blenman
Micki Bloom
Anshu Budhrani
Paul Carson
Michael Caruso
Eric Cohen
Tracy Dreispul
MaeAnn Dunker
Daniel L. Ecarius
Sogol Ghomeshi
Jean-Pierre Gilbert
Alexandra Hoffman
Srilekha Jayanthi
Ashley Kay
Evan Kuhl
Ian McDonald
Kate Mollison
Leticia Olivera
Ta'Ronce Stowes
Marisa Taney
Kate Taylor
Victor Van Dyke

<u>Ft. Lauderdale:</u>

**Robert N. Berube**
    Branch Supervisor
**Bernardo Lopez,**
    Supervising Attorney

Andrew Adler
Huda Ajlani-Macri
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Allari Dominguez
Margaret Y. Foldes
Sara Kane
Jan C. Smith
Wesley Wallace

<u>West Palm Beach:</u>

**Peter Birch,**
    Branch Supervisor

Robert E. Adler
Lori Barrist
Scott Berry
Caroline McCrae
Kristy Militello

<u>Fort Pierce:</u>

Kafahni Nkrumah
Renee Sihvola

March 28, 2025

John Shipley
Assistant United States Attorney
Southern District of Florida
99 NE 4th Street, Suite 826
Miami, FL 33132

Re:      *United States v. Ryan Routh*
         Case No. 24-cr-80116-AMC

Dear Mr. Shipley,

      Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Southern District of Florida Local Rule 88.10(o)(3), and the Court's Order Establishing Pretrial Deadlines (D.E. 91), Mr. Routh provides the following synopsis of defense expert witness testimony of Michael A. McClay.

      Mr. McClay would testify from his weapons and tactical expertise and training regarding the alleged assailant's activities and positioning. He would testify regarding the observation point, including its vantage point, obstructed and non-obstructed views, positioning of potential target, impact of target movement, concealment, coverage provided from the plates in the tote bag and backpack, selection, reconnaissance, measurement, line of sight angles, obstructions, potential deflection, terrain, selection, measurement, sustainment, positioning of vehicle, ability to retreat, ability to fire this type of semi-automatic rifle, body positioning, and factors that could affect a shot. Regarding the capacity of the weapons system seized from the crime scene, Mr. McClay would testify of the rifle's operation with this scope, including proper setting of a scope, proper materials for scope mounting, ability for scope mounting and removal, impact of scope mounting and removal on rifle, scope

---

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 250 South Australian Avenue | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 400 | Ft. Pierce, FL 34950 |
| Miami, FL, 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 247-7094 | |

Page 2

adjustment, magnification levels and their function for enlargement at distance and surrounding field of vision, necessity and hindrance of scope use, use of paper attachments to the scope optics, quality of materials attached to the rifle, potential impact of firing to scope, purpose and ability of use of iron sights, quality of ammunition stored, caliber, firing capacity, standard deviation, potential mechanical impacts of a rifle's ability to fire. The rifle, in its state at the scene of the alleged offense, would not have been the optimal precision sniper tool. A sniper would choose a precise, accurate weapon and not utilize the additions to the rifle of the silicone/putty, wrapper optic shroud, hose clamps, and the scope itself without a proper mounting bracket. These variables risk the scope to be "out of zero."

Pending the Defense Motion for Independent Testing of the rifle, Mr. McClay would testify to the results of such testing, such as operability, defects, and distance accuracy. Mr. McClay's statement of qualifications is attached. He has not testified in the past four years as an expert at trial or by deposition.

Sincerely,

*Renee Sihvola*

***Renee Sihvola***
Assistant Federal Public Defender
Ft. Pierce
Southern District of Florida