UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-80116-CANNON

UNITED STATES OF AMERICA,
    Plaintiff

v.

RYAN WESLEY ROUTH,
    Defendant.

## RELEASE OF EXHIBITS

I, __Maria K. Medetis Long__, as counsel for the **plaintiff**/defendant, __United States__, hereby acknowledge that the __trial__ hearing/**trial** has concluded and the exhibit(s) listed below have been returned by the Clerk:

☑ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☑ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. GX 1010, 1011, 1012, 1013, 1014, 1115, 1116, 166, 200-104, 200-106A-G, 352A, 352B, 440, 538, 600-166, 600-167, 600-168, 600-169, 600-170, 600-171, 600-183, 600-184, 600-185, 600-186, 600-187, 600-189, 600-190, 600-191, 600-192,

☐ ~~Other~~: 600-193, 600-194, 754, 755, 952, 1002, 1003, 1007.

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _[signature]_     Date: 9/23/25

Exhibits Released by: _[signature]_
    Deputy Clerk