UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN WESLEY ROUTH,

    Defendant.
_____/

**DO NOT DESTROY**

**JURY NOTE**

Would Like to See Exhibits

GX 1    GX 544

GX 2

GX 4

_____
Foreperson's Signature

9·23 / 1:25 PM
Date/Time