UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**DO NOT DESTROY**

RYAN WESLEY ROUTH,

    Defendant.
_____/

**JURY NOTE**

We Have Reached a Verdict

_____　　　　　　　9·23·2025
Foreperson's Signature　　　　　　　　　　　　Date/Time