UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH**,

    Defendant.
_____/

### ORDER DIRECTING UNSEALING OF SPECIFIED DOCKET ENTRIES

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the docket. The Clerk is hereby directed to **UNSEAL** the following docket entries:

- ECF No. 92
- ECF No. 177
- ECF Nos. 184 and 184-1
- ECF No. 222
- ECF No. 278
- ECF No. 279
- ECF No. 288

**ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of September 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record / standby counsel
       Ryan Routh, *pro se* (via standby counsel)