UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**<u>SECOND NOTICE OF FILING GOVERNMENT'S TRIAL EXHIBITS</u>**

The United States of America, through its undersigned counsel and pursuant to Local Rule 5.3, hereby files electronic versions of the following documentary trial exhibits: **GX100** through **GX101, GX103** through **GX 106, GX108** through **GX110, GX112** through **GX113, GX115** through **GX120, GX125, GX127** through **GX128, GX130** through **GX132, GX135, GX140** through **GX143, GX146, GX149, GX156, GX161, GX163A-B, GX167,** and **GX168** admitted into evidence.

                                              Respectfully submitted,

                                              JASON A. REDING QUIÑONES
                                              UNITED STATES ATTORNEY

                     By:    <u>/s/ *Maria K. Medetis Long*</u>
                                 Maria K. Medetis Long
                                 Florida Bar No. 1012329
                                 John C. Shipley
                                 Florida Bar No. 69670
                                 Christopher B. Browne
                                 Florida Bar No. 91337
                                 Assistant United States Attorneys

        U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL FOR THE
NATIONAL SECURITY DIVISION

By:    */s/ James Donnelly*
James Donnelly, Trial Attorney
Court ID No. A5503278
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-0849

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2025, I filed the foregoing notice with the Clerk of Court using CM/ECF. I FURTHER CERTIFY that the notice is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and that a copy of the notice was mailed, via United States regular mail, to *Pro Se* Defendant Ryan Wesley Routh at the address noted below.

      */s/ Maria K. Medetis Long*
Assistant United States Attorney

Ryan W. Routh, *Pro Se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101