


**Extraction Report** - Google Android Generic

GOVERNMENT EXHIBIT
CASE NO. 24-80116-CR-Cannon
EXHIBIT NO. GX109

## Summary

| | |
|---|---|
| Cellebrite Physical Analyzer version | 7.68.0.25 |
| Report creation time | 7/10/2025 2:35:41 PM -04:00 |
| Time zone settings (UTC) | Original UTC value |
| Examiner name | MMCART JL |
| Location | Miramar, FL |
| Case number | |
| Evidence number | 1B1 |
| Department | CART |
| Organization | FBI |
| Notes | Samsung A326U |

## Source Extraction

| File System | |
|---|---|
| Extraction start date/time | 9/18/2024 10:36:20 AM(UTC-4) |
| Extraction end date/time | 9/18/2024 12:01:21 PM(UTC-4) |
| Unit identifier | 422276878 |
| UFED version | 7.70.0.189 |
| Internal version | 7.70.0.189 |
| Selected manufacturer | samsung |
| Selected device name | SM-A326U |
| Machine name | UP-QRQOX0N |
| Connection type | Cable No. Original cable |
| Extraction type | File System [ Android ADB ] |
| Extraction ID | 94c0024f-e141-4057-a617-77498f746263 |
| Extraction (UFD) file data integrity | Intact |

## Device Information

| Name | Value |
|---|---|
| File System | |
| Chipset | MT6853V/NZA |
| Device model | SM-A326U |
| IMEI1 | 351404590575402 |
| IMEI2 | 351404590575402 |
| Model | SM-A326U |
| OS | Android 13 |
| Security Patch Level | 2024-08-01 |
| Vendor | samsung |
| Mac Address | DC:CC:E6:66:5B:CB |
| ICCID | 8901260318702647803 |
| Location Services Enabled | True |
| Carrier Name | HOME |
| MSISDN | 18084648342 |
| ICCID | 89380062300580878360 |
| Carrier Name | (Searching) |
| IMSI | 310260258296525 |
| ICCID | 8901260250782965252 |
| ICCID | 8901240224198100700 |
| Carrier Name | T-Mobile |
| Advertising ID #1 | 58a7e5af-8444-4aa1-96c5-08d8949ac676 |
| Bluetooth MAC Address | DC:CC:E6:66:5B:CA |
| Factory number | RFCT11EWM7B,20220128, |
| IMEI | 351404590575402 |
| Bluetooth device name | Galaxy A32 5G |
| Android ID | b48e352703b9885e |
| Bluetooth device address | DC:CC:E6:66:5B:CA |
| Android ID | f86d03b5c282a042 |
| Detected Phone Model | SM-A326U |
| Detected Phone Vendor | samsung |
| OS Version | 13 |
| DeviceInfoSecurityPatchLevel | 2024-08-01 |

1

| | Samsung SM-G220U Extraction Summary Report (Revised) | |
|---|---|---|
| Last restore from backup | 2022-03-13T23:21:47.780+00:00 | |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | PreProject | Cellebrite | 2.0 |
| 2 | UFED Logical Report Reader<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 3 | Physical Analyzer Report Reader<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 4 | ProjectProcessorFinisher | Cellebrite | 2.0 |
| 5 | PostProject | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|---|---|---|
| 💬 Chats | 1 | 1 |
| 💬 Native Messages | 1 | 1254 |
| 🏷 Tags | 1 | 1 |

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 2/8/2022 3:20:11 AM(UTC+0)<br>**Last Activity:** 9/15/2024 4:55:33 PM(UTC+0)<br>**Number of attachments:** 821<br>**Source:** Native Messages<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>▮▮▮▮▮ 1981<br>Kathleen Schaeffer Ryan Hawaii* | | 🏷 |



## Tags (1)

| # | Type | Name | Tag description | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|---|---|
| 1 | Chats | | | Native Messages | Important | 7/10/2025 2:31:22 PM | 7/10/2025 2:31:22 PM | |

Deleted

**Start Time:** 2/8/2022 3:20:11 AM(UTC+0)
**Last Activity:** 9/15/2024 4:55:33 PM(UTC+0)
**Number of attachments:** 821
**Source:** Native Messages
**Body file:** chat-1.txt

**Participants:**

▮▮▮▮ 1981
Kathleen Schaeffer Ryan Hawaii*




**Extraction Report** - Google Android Generic

## Participants

   ███████ 1981
      Kathleen Schaeffer Ryan Hawaii*



## Conversation - Instant Messages (1)



(owner)
To: ███████ 1981 Kathleen Schaeffer Ryan Hawaii
Love you forever babe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 1981 Kathleen Schaeffer Ryan Hawaii | | | |

**Status:** Sent

9/15/2024 4:55:33 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x1CEAA30 (Table: sms; Size: 30732288 bytes)