UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

<u>**SIXTH NOTICE OF FILING GOVERNMENT'S TRIAL EXHIBITS**</u>

The United States of America, through its undersigned counsel and pursuant to Local Rule 5.3, hereby files electronic versions of the following documentary trial exhibits: **GX405A-D**, **GX406** through **GX408**, **GX410** through **GX415, GX428, GX430 through GX432, GX439A-C**, **GX441**, **GX444**, **GX512** through **GX520, GX522A-PP**, and **GX523** admitted into evidence.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By:    /s/ *Maria K. Medetis Long*
    Maria K. Medetis Long
    Florida Bar No. 1012329
    John C. Shipley
    Florida Bar No. 69670
    Christopher B. Browne
    Florida Bar No. 91337
    Assistant United States Attorneys

    U.S. Attorney's Office
    Southern District of Florida
    99 Northeast 4th Street, 8th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9111
    E-mail: John.Shipley@usdoj.gov

        JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL FOR THE
NATIONAL SECURITY DIVISION

By:    */s/ James Donnelly*
      James Donnelly, Trial Attorney
      Court ID No. A5503278
      Department of Justice, National Security Division
      950 Pennsylvania Avenue, NW
      Washington, DC 20530
      Telephone: (202) 514-0849

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, I filed the foregoing notice with the Clerk of Court using CM/ECF. I FURTHER CERTIFY that the notice is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and that a copy of the notice was mailed, via United States regular mail, to *Pro Se* Defendant Ryan Wesley Routh at the address noted below.

        */s/ Maria K. Medetis Long*
        Assistant United States Attorney

Ryan W. Routh, *Pro Se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101