2024-02020

