UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
    _____/

<u>**FIFTEENTH NOTICE OF FILING GOVERNMENT'S TRIAL EXHIBITS**</u>

The United States of America, through its undersigned counsel and pursuant to Local Rule 5.3(b)(2)(b), hereby files electronic versions of digital photographs of the following physical trial exhibits: **GX508, GX508A**, **GX508B**, **GX508C**, **GX509A-B, GX510** through **GX511**, **GX544**, **GX600-182**, **GX739** through **GX741**, **GX743**, **GX745** through **GX747**, **GX753**, **GX940** through **GX944**, **GX948A**, **GX948B**, **GX948C**, **GX948D, GX949** through **GX950**, **GX1136**, and **GX1138** admitted into evidence.

                                            Respectfully submitted,

                                            JASON A. REDING QUIÑONES
                                            UNITED STATES ATTORNEY

                        By:    <u>/s/ *Maria K. Medetis Long*</u>
                                Maria K. Medetis Long
                                Florida Bar No. 1012329
                                John C. Shipley
                                Florida Bar No. 69670
                                Christopher B. Browne
                                Florida Bar No. 91337
                                Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9111
        E-mail: John.Shipley@usdoj.gov

        JOHN A. EISENBERG
        ASSISTANT ATTORNEY GENERAL FOR THE
        NATIONAL SECURITY DIVISION

By:    */s/ James Donnelly*
        James Donnelly, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2025, I filed the foregoing notice with the Clerk of Court using CM/ECF. I FURTHER CERTIFY that the notice is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and that a copy of the notice was mailed, via United States regular mail, to *Pro Se* Defendant Ryan Wesley Routh at the address noted below.

        */s/ Maria K. Medetis Long*
        Assistant United States Attorney

Ryan W. Routh, *Pro Se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101

2