UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>24-80116-CR-CANNON</u>

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

    **Defendant.**
_____/

**<u>CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE</u>**

I, <u>Assistant United States Attorney, Maria K. Medetis Long</u>, as counsel for the <u>United States</u>, hereby certify the following:

Check the applicable sections:

■ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

■ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3) and that have been conventionally filed with the Clerk of the Court on nineteen compact discs:

**GX166, GX200-104, GX200-106A-G, GX352A, GX352B, GX440, GX538, GX600-153 through GX600-154, GX600-166 through GX600-171, GX600-183 through GX600-187, GX600-189 through GX600-194, GX754 through GX755, GX952, GX1002 through GX1003, GX1007, GX1010 through GX1013, and GX1114 through GX1116.**

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:  <u>/s/ Maria K. Medetis Long</u>          Date:  <u>October 2, 2025</u>