UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116  - CR Cannon McCabe

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH

Defendant
------------------

Motion to Revoke R Pro Se Status and Request Legal Counsel

With this motion, I Ryan Wesley Routh, would like to revoke
my⁊= current Pro Se status and kindly ask for appointed
counsel to help with the super important sentencing as well
as the somewhat important appeals p½rocess.  I understand that
there is some soet of conflict of interest with the Federal
Public Defenders office and that they are not allowed to help
me moving forward , but if a PSI could be afforded to help me
that would be amazing.  I have learned that I will have the
opportunity to share all of the exhibits that were excluded from
the trial, which would be wonderful, but at this moment I do not
forsee/foresee any point in wasting any time with witnesses and
the cost associated with that.  I apologize for the extreme cost
and nuissance of the trial on everyone, but I felt ordinary citizens
should decide; just a quarter of an inch further back and we all
would not have to deal with all of this mess forwards, but I always
fail at everything(par for the course).  I hate our dictator missed
the trial, can my appeal be heard in 30 years when he is gone.  All
offerts  still stand if he wishes to take out his frustratioₑns  on

page 2 of 2

my face.  Perhaps now that I am found guilty, it might make it easier to trade my life for anothers imprisoned unjustly in a foreign country such as a hostage in Gaza, or the Swedish scientist held in Iran or jimmy Wu(?) or any of the 40 pro-democracy voices jailed in China; or anyone that should be free such as a Ukrainian POW.  Perhaps some civilian out there can make my life useful for once and make countless calls to embassies and make a trade happen; as I will take any deal.  My life is done, so please, someone trade it for someone with hopes and dreams.

Thanks,

Ryan  Wesley Routh