UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

Defendant.
_____/

FILED BY _____ D.C.

OCT 02 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF FILING GOVERNMENT'S AUDIO AND VIDEO TRIAL EXHIBITS

The United States of America, through its undersigned counsel and pursuant to Local Rule 5.3(b)(3)(B), hereby files the following audio, video, and electronic trial exhibits offered or introduced at trial: **GX166, GX200-104, GX200-106A-G, GX352A, GX352B, GX440, GX538, GX600-153** through **GX600-154, GX600-166** through **GX600-171, GX600-183** through **GX600-187, GX600-189** through **GX600-194, GX754** through **GX755, GX952, GX1002** through **GX1003, GX1007, GX1010** through **GX1013**, and **GX1114** through **GX1116**. These exhibits were submitted to the Clerk's Office on nineteen compact discs.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
Maria K. Medetis Long
Florida Bar No. 1012329
John C. Shipley
Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2025, I filed the notice with the Clerk of Court.

I FURTHER CERTIFY that a copy of the filed notice was mailed, via United States regular mail, to *Pro Se* Defendant Ryan Wesley Routh at the address noted below.

*[signature]*

Assistant United States Attorney

Ryan W. Routh, *Pro Se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101

**United States District Court**
**Southern District of Florida**

Case Number: 24-cr-80116-Cannon

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: Miami

These Documents/Exhibits must **not** be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files **(Scanned)** |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| ___ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files **(Not Scanned)** |
|---|
| _X_ • CD, DVD, USB drive. (i.e. Audio/Visual)  (19 cds) |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 10/2/25

Revised: 2/20/2019