UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON/McCabe

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH**,

    Defendant.
_____/

## ORDER APPOINTING CJA COUNSEL

**THIS CAUSE** comes before the Court following the Court's Order Granting in Part Defendant's Motion to Revoke *Pro Se* Status and Request Legal Counsel and Granting in Part Standby Counsel's Motion to Appoint Counsel [ECF No. 364 (addressing ECF Nos. 359 and 359-1)]. For the reasons stated in that Order, it is **ORDERED AND ADJUDGED** as follows:

1. **Martin Roth**, Esq., 101 N.E. Third Avenue, Suite 1430, Fort Lauderdale, Florida 33316, (954) 745-7697, is **HEREBY APPOINTED** under the Criminal Justice Act to represent Defendant Ryan Routh in this cause, unless relieved by Court order.

**ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of November 2025.

                                                            **AILEEN M. CANNON**
                                                             UNITED STATES DISTRICT JUDGE

cc:    counsel of record / former standby counsel

         Martin Roth, Esq., *via e-mail*