<u>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA</u>
CASE No.: 9:24-cr-80116

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

RYAN WESLEY ROUTH,
          Defendant.
_____/

<u>MOTION TO APPROVE CJA SERVICES OF
DR. ELIZABETH HOMESTO TESTIFY AT SENTENCING</u>

    Defendant, through undersigned Counsel moves the Court to approve an expenditure of CJA funds to retain the services of Dr. Elizabeth Holmes to provide testimony as an expert in the field of psychology at Defendant's Sentencing.

    Dr. Holmes has already seen the Defendant prior to trial. Her hourly fee is $250.00 and would bill for testimony preparation, conferring with Defense Counsel and in Court testimony.

    Dr. Holmes testimony is considered necessary for the defense to present relevant factors pertaining to 3553(a) factors to consider at the Sentencing.

    WHEREFORE, the Defendant moves for approval to utilize Dr. Holmes as a CJA approved defense witness at the stated rate.

    I HEREBY CERTIFY that the foregoing was filed with the Clerk electronically using CM/ECF and furnished by electronic mail delivery using CM/ECF this 19th day November 2025.

Respectfully submitted,

Martin L. Roth, P.A.
980 N. Federal Hwy
Suite 110
Boca Raton, FL 33432
Office 954-745-7697
Cell: 954-815-9966
mlrpa@msn.com

 /s/ *Martin L. Roth*
Martin L. Roth
Florida Bar No.: 265004