UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH,**

    Defendant.

_____/

## ORDER GRANTING MOTION TO APPROVE CJA SERVICES OF DR. ELIZABETH HOMES TO TESTIFY AT SENTENCING

**THIS CAUSE** comes before the Court upon Defendant Routh's Motion to Approve CJA Services of Dr. Elizabeth Holmes at Sentencing (the "Motion") [ECF No. 368]. Counsel for Defendant seeks approval to expend CJA funds to retain the services of Dr. Elizabeth Holmes, to provide testimony as an expert in the field of psychology at Defendant Routh's upcoming sentencing, as well as for testimony preparation and conferral with Defense counsel at an established rate of $250.00 per hour.

Upon review of the motion, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion [ECF No. 368] is **GRANTED**. The Court hereby authorizes the expenditure of $250.00 per hour, up to **$2,500**, for Dr. Elizabeth Holmes's services as described in the Motion and subject to submission of a proper CJA Form and itemized billing.

2. The Court will authorize reimbursement only for work actually performed as documented with appropriate detail.

CASE NO. 24-80116-CR-CANNON

3. Any request to exceed this authorized amount must be submitted in the form of an *ex parte* written application, pursuant to 18 U.S.C. § 3006A(e)(1).

**ORDERED** in Chambers in Fort Pierce, Florida, this 24th day of November 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record