UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA WEST PALM BEACH DIVISION
CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,
v.
RYAN WESLEY ROUTH,
    Defendant.
_____/

ORDER GRANTING MOTION TO APPROVE CJA SERVICES OF DR. HEATHER HOMES TO TESTIFY AT SENTENCING THIS CAUSE

 Comes before the Court upon Defendant Routh's Motion to Approve CJA Services of Dr. Heather Holmes at Sentencing (the "Motion") [ECF No. 370].

 Counsel for Defendant seeks approval to expend CJA funds to retain the services of Dr. Heather Holmes, to provide testimony as an expert in the field of psychology at Defendant Routh's upcoming sentencing, as well as for testimony preparation and conferral with Defense counsel at an established rate of $250.00 per hour.

Upon review of the motion, it is ORDERED AND ADJUDGED as follows:

 1. Defendant's Motion [ECF No. 368] is GRANTED. The Court hereby authorizes the expenditure of $250.00 per hour, up to $2,500, for Dr. Elizabeth Holmes's services as described in the Motion and subject to submission of a proper CJA Form and itemized billing.

 2. The Court will authorize reimbursement only for work actually performed as documented with appropriate detail. Case 9:24-cr-80116-AMC Document 370 Entered on FLSD Docket 11/25/2025 Page 1 of 2 CASE NO. 24-80116-CR-CANNON.

 3. Any request to exceed this authorized amount must be submitted in the form of an ex parte written application, pursuant to 18 U.S.C. § 3006A(e)(1).

 ORDERED in Chambers in Fort Pierce, Florida, this ___th day of November 2025.

             _____
             AILEEN M. CANNON
             UNITED STATES DISTRICT JUDGE