Case 9:24-cr-80116-AMC   Document 373   Entered on FLSD Docket 11/25/2025   Page 1 of 19

FILED BY WCE D.C.
Nov 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-80116 -CR-AMC

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH
Defendant
------------------:

MOTION TO COMPEL WITNESSES___UNSEALED

The defendant has not one single question or need of Donald Trump, in court, or period, but did not want the moment to pass without someone inviting him to an open microphone to spill all that is on his mind, as I am sure the jury would love to hear his thoughts. With the administrations crackdown on the rampant crime and grossly unruly civilian population, it is an opportune time to scream for justice.  It may be a great time for Cannon to discuss Supreme Court adn John Shipley, Christopher Browne and Maria Medetia-Long to inquire about being appointed judges for their outstanding work; and if possible Kristy Militello and Renee Sihvola could use a promotion and raise.  If the Presidnet wished to pummel the defendant just for good measure, put on the handcuffs and shackles and give it your worst.  No cameras, no complaints, no chharges/charges. Just good fun.  Don't be a pussy. (Can I say pussy or coward-sorry) If the President has a list of questions he wqants me to aks/ask, gladly, or the prosectuion can.  I have included 3 other current character witnesses from Hawaii for Judge Cannon's consideration. I would beg for their travel as they are workers as I andhumble.

Ryan Wesley Routh
Inmate 35967511
Fed Det Centr
Po  Box 019120
Miami, FL 33101

And 5 expert witness subpoenas - please!

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN WESLEY ROUTH | ) | Case No. 24-80116-CR-AMC |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Keone ~~Scales~~ Sayles      John Sayles (Keone is John in Hawaiian)
54-018 Waikulama st
Hauula  Hawaii 96717

18083799411

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fort Pierce Federal Coprthouse-FL | Courtroom No.: 4 ? |
| --- | --- |
| | Date and Time: Sept 8  9am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Bring your American honor, dignity, character, motals, integrity, persistence, perseverance, motivation, charity, your extreme kindness and caring and thoughtfulness and your hwhole American heart. We want to hear every tearfulmoment of struggle and ingenuity to surive and hlep our fellowman at every turn- every call someone in need and you and I run to help and serve; no regard for time or effort we never quit. Come speak of ourbr brotherhood and unbreakable bond for humanity.

Date: Aug 21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ who requests this subpoena, are:

Ryan Wesley Routh   ppro se
Inmate 35967811
Federal Detention Senter
P O Box 019120
Miami, FL 33101

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116- CR- AMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RYAN WESLEY ROUTH | ) Case No. 24-80116-CR-AMC |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: John Tamura
51-344 Kamehameha Highway
Kaaawa, Hawaii 96730

18087417418     or  18083799411    or  13365497089150

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 4 |
|---|---|
| Fort Pierce Federal Court _Florida | Date and Time: sept 8---9 am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

Files of photos or photos of projects and work with the defendant over the recent years, such as affordable housing structures for the less fortunate, work at the eahrchraity Kahana boat dock, work on lines at the park and all community service work and construction. 2021-2024

Date: __Aug 20__

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

Ryan Wesley Routh
Inmate 35967511
Fed Detention Center
PO Box 019120
Miami, FL 33101

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116-cr-AmC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN WESLEY ROUTH | ) | Case No. 24-80116-CR-AMC |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Donald John Trump -President
1600 Pennsylvania Ave
Washington, DC  20500

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fort Peirce Federal Courthouse | Courtroom No.: 4? |
| | Date and Time: Sept 8 -0 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Defendants open invitation for you to speak your mind to the jury to vent any anger and displeasure with the defendant and perhaps if you wish, he will allow you even to punch him in the face, as many times as you want; no charges-we know someone at DOJ. Most fun in decades, don't miss it. You can give a list of allowable questions. I will comply.

Date: Aug 20

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Ryan Wesley Routh
inmate 35967511
Fed Det Cntr
P O Box 019120
Miami, Fl 33101‡

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24- 80116 - CR- AMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN WESLEY ROUTH | ) | Case No. 24-80116- CR -AMC |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Mamoud Khalil    ( or Mohsen Mahdawi)
Columbia University
116 N Broadway St
New York, NY 10027

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fort Pierce Federal Courthouse-FL | Courtroom No.: 4/? |
|---|---|
| | Date and Time: Sept 8- 9am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Can you please testify to the gross violation to our Freedom of Speech and erosion of democracy to authoritarianism . We need your first hand account of basic rights violated because one wishes tostop the killing of Palestinians which Trump supports and thus must silence all Gaza support. Tell us how the war against migrants is to enact the insurrection act for mattial law a to end all federal voting; fora permanent president.

Date: Aug 21

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ryan Wesley Routh  pro-se, who requests this subpoena, are:

Inmate 35967511
Federal Detention Center
P O BOX 019120
Miami, FL 33101

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116-CR-AmC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Save As...]

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN WESLEY ROUTH | ) | Case No. 24-80116-CR-AMC |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jason Stanley
    Yale University
    Political Science Dept.
    P O Box 208301
    New Haven   CT   06520          x   @onesignalpub

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fort Pierce Federal Courthouse -FL | Courtroom No.: 4? |
| | Date and Time: Sept 9̶=8 @9 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: With your expertise on Fascism we need your knowledge on the 14 th Amendment/Sec 3- Disqualification to Hold Office; is prevenention prior and remedy after? Also Amendment @2 for a well regulated militia, we wonder what it will take to remove a fascist dictator with National Guard and military already in DC how will America remove the President from the White House in 2029-is there a chapter in one of your books and how many lives will be at risk

Date: Aug 21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Ryan Wesley Routh   pro se , who requests this subpoena, are:
Inmate 35967511
Federal Detention   Center
P O Box 019120
Miami, Fl 33101

*[signed] Ryan Routh*

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116-CR-AMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RYAN WESLEY ROUTH | ) Case No. 24-80116-CR-AMC |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Peter Beinart
City University of New York
205 E. 42 nd street
New York, NY 10017

X  @peterbeinart   facebook @peterbeinart   instagram @peterr_Beinart

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 4? |
|---|---|
| Fort Pierce Federal Courthouse-FL | Date and Time: Sept 8--9am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: We request your expertrise in explaining the factors that let to Oct 7 and the war. We wouldlike to know the connection between Iran and Hamas and how cancelling the JCPOA might have contributed. We would also like to know how movin g the US embassy, illegally annexing more West Band lands and the pushing of Abraham Accords during the last Trump termm may have added stress to an already volitile situation from a Jewish perspective.

Date: Aug 21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Ryan Wesley Routh   pro se who requests this subpoena, are:
inmate 35967511
Federal detention center
PO Box 019120
Miami, Fl 33101

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116-CR-Amc

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan Wesley Routh | ) | Case No. 24-80116-CR-AMC |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Sata Roy (Sara Roy PHD)
Harvard University
Massachusetts Hall
Cambridge = Mass 02138

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 4-? |
|---|---|
| Fort Pierce Federal Courthouse-FL | Date and Time: Sept *8-9am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

We kindly request your insight into the factoors that lead up to Oct. 7 and the war in Gaza and if possible your experise on human rights in Gaza as well as the freedom of speech here in the US as it relates to Americans being able to support Palestinians. We would be honored by your genuis.

Date: Aug 20

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

Ryan Wesley Routh
Imate 35967511
Fed Det Centr
PO BOX 019120
Miami, FL 33101

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24 - 80116 - CR - AMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____                                      _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| United States of America | ) |
| v. | ) |
| RYAN WESLEY ROUTH | ) Case No. 24-80116-CR-AMC |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Mosab Abu Toha
Harvard University
Mail- Massachesetts Hall
Cambridge Mass, 02138

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fort Pierce Federal Courthouse-FL | Courtroom No.: 4? |
| | Date and Time: Sept 8-9am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: As a Palestiniam we desperately need your expert opinion on all the factors that pressurized the situation in Israel for them to errupt on Oct 7 into a war. As a writere andlibrarian we would like to better understand the freedom of speech and why Pallestinian voices are no longer allowed to be heard--can you explain that for us as well as the attack on Harvard as a whole.

Date: Aug 20

CLERK OF COURT

Angela E. Noble
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Ryanm Wesley Routh
Inmate 35967511
Fed Det Center
P O Box 019120
Miami, FL 33101

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116-CR-AMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN WESLEY ROUTH | ) | Case No. 24-80116- CR- AMC |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Raymond  Carrea
51-310 Kekio st.
Kaaawa, Hawaii  96730

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fort Pierce Federal Courthouse-FL | Courtroom No.: 4 ? |
| | Date and Time: Sept 8----9 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Can you please come and teach us of community; where everyone knows everyone and takes care of them in the most wonderful way- a model for the world- the caring the love the fun. The days when it rains and we all must shovel sand together to prevent flooding and helping each other with everything adn anything without hesitation; come tell us of the love that flows from Kaaawa the greatest place on the planet to live

Date: Aug 21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Ryan Wesley Routh  pro se, who requests this subpoena, are:
Inmate 35967511
Federal Detention Center
P O Box 019120
Miami, Fl 33101

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 24-80116-CR-AMC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Save As...