FILED BY\_\_uc\_\_\_\_D.C.

NOV 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**From:** Laura Melton <Laura_Melton@flsd.uscourts.gov>
**Sent:** Tuesday, August 5, 2025 11:23 AM
**To:** Kristy Militello <Kristy_Militello@fd.org>; Renee Sihvola <Renee_Sihvola@fd.org>
**Subject:** 24-cr-80116 USA v Ryan Wesley Routh

Hi Ms. Militello and Ms. Sihvola

Before you became standby counsel, I had emailed you regarding the need for daily or expedited transcripts in USA v Ryan Wesley Routh. I did not receive an email response, but we did speak in the courtroom about the email I had sent. The discussion boiled down to most likely that the defense would not be requesting daily transcripts.

Now that you are standby counsel, I still felt the need to communicate with you the fact that the government has made a formal request and will be receiving daily transcripts in this trial. Is there a way to get this information to Mr. Routh other than regular mail? If I should not be communicating directly to you, are you able to let me know the best way to contact Mr. Routh?

Thank you for your time and attention to this.

Sincerely,

Laura Melton, RMR, CRR, FPR
Official Court Reporter to the Honorable Aileen M. Cannon,
United States District Court Judge of the Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, Florida 34950

---

Aloha,

I will not need any more transcripts. My daughter Sara had ordered the one transcript as Kristy suggested it; not sure if Tina Cooper or Ronnie Oxendine may need it for their sentencing of if my statement will be forwarded to NC. You can reach Sara at 1 808 379 9411 or Sararouth@gmail.com. Thanks for being so very nice and wonderful

Ryan Routh



Return address:
Ryan W. Routh
Inmate 35967511
Fed. Det. Center
P.O. Box 019120
Miami, FL 33101

RECEIVED
NOV 25 2025
CLEARED FTP K-Rh

Addressed to:
Clerk of Federal Court
Ft. Pierce Courthouse
101 US Highway 1 S.
Fort Pierce, FL 34950

