UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.:  9:24-cr-80116

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

RYAN WESLEY ROUTH,
         Defendant.
_____/

## AMENDED MOTION TO APPROVE CJA SERVICES

Counsel for Defendant Ryan Wesley Routh moves to correct the order at Docket entry [369] approving the CJA funds to utilize Doctor Heather Holmes at the sentencing scheduled for February 4, 2026. Counsel mistakenly misspelled the doctor's first name and requests the Court issue the same order with the doctor's correct first name.

Counsel apologizes for the inconvenience to the court.

WHEREFORE, the Defendant moves for approval to utilize Dr. Holmes as a CJA approved defense witness at the stated rate.

I HEREBY CERTIFY that the foregoing was filed with the Clerk electronically using CM/ECF and furnished by electronic mail delivery using CM/ECF this 7th day January 2026.

Respectfully submitted,

Martin L. Roth, P.A.
980  N. Federal  Hwy
Suite 110
Boca Raton, FL 33432
Office 954-745-7697
Cell: 954-815-9966
mlrpa@msn.com

 /s/ *Martin L. Roth*
Martin L. Roth
Florida Bar No.:  265004