## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH**,

    Defendant.

_____/

### ORDER GRANTING AMENDED MOTION TO APPROVE CJA SERVICES

**THIS CAUSE** comes before the Court upon Defendant Routh's Amended Motion to Approve CJA Services of Dr. Heather Holmes at Sentencing (the "Motion") [ECF No. 378]. Counsel for Defendant mistakenly misspelled Dr. Holmes's first name and requests the Court issue the same order with the correct first name.

Upon review of the motion, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion [ECF No. 378] is **GRANTED**. The Court hereby authorizes the expenditure of $250.00 per hour, up to **$2,500**, for Dr. Heather Holmes's services as described in the Defendant's initial Motion [ECF No. 368] and subject to submission of a proper CJA Form and itemized billing.

2. The Court will authorize reimbursement only for work actually performed as documented with appropriate detail.

3. Any request to exceed this authorized amount must be submitted in the form of an *ex parte* written application, pursuant to 18 U.S.C. § 3006A(e)(1).

CASE NO. 24-80116-CR-CANNON

**ORDERED** in Chambers in Fort Pierce, Florida, this 8th day of January 2026.[1]

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] Because this order makes a clerical correction to a public order, it is filed publicly, but defense counsel is again reminded that any request for CJA funds must be submitted under seal. 18 U.S.C. § 3006A(e)(1) [ECF No. 372].