**LETTER OF SUPPORT FOR SENTENCING**

**Adam Routh**

51-344 Kamehameha Highway

Kaaawa, HI 96730

01/7/2026

The Honorable Judge Cannon

Fort Pierce Federal Courthouse

101 N US Hwy 1, Fort Pierce, FL 34950

Your Honor,

I am writing to express my support for my father. I understand the seriousness of his offense and the responsibility he carries for his actions. I am not trying to excuse what happened. I only want to share who he has been in my life and the kind of man I know him to be.

My dad has always been an honest and hardworking person. He has spent his life trying to make things better for the people around him. Growing up, being his son meant a lot to me. He showed up whenever he could. Christmas mornings, soccer games, Boy Scouts, and many other moments that shaped my life. When he could be there, he was fully present. He raised us kids to the best of his abilities and always pushed us to do well and to take care of others.

I have many memories of him being a good father who cared deeply for his family and his community. People who have known him over the years see the same man. They know him for his work ethic, his kindness, and his willingness to help, not only for the mistake that brought him here.

Since the incident, he has been taking responsibility and trying to improve himself. I believe he wants to move forward in the right way and continue to be someone who contributes to our family and his community.

A severe sentence would have a deep impact on our family. We still need him, and he still has people who love him and support him. I am asking for grace so there can be room for more memories and more time for him to be the father and person he has always tried to be.

Thank you for taking the time to read my letter and consider my words.


Respectfully,

*Adam Routh*

Adam Routh