January 12, 2026

The Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

                                            In re: Ryan Wesley Routh

Dear Judge Cannon:

Following my graduation from the Virginia Military Institute in 1973 I moved to Greensboro, North Carolina.  Having been a life-long Scouter and from a Scouting family, I was asked by the Guilford College Baptist Church to start a Scout troop they wanted to sponsor. Troop 125 was formed and I was the Scoutmaster.

In the late 1970's, I had the privilege of meeting a bright young man named Ryan Routh who joined the troop. Ryan, as well as members of his family, became very active in the troop.  Ryan worked hard and immediately began earning his Scout badges and ranks, and participated in troop activities including camping, Scout service projects, summer camp, and as a supporter and leader for other Scouts. He thrived on teaching skills to other Scouts and served the troop as an assistant patrol leader, patrol leader and troop librarian.  At one point he served as the troop Senior Patrol Leader.  Ryan was a leader by example and willfully took part in fundraising projects to help support the troop.

Ryan was chosen by his fellow Scouters to be inducted into the Scout Honor Society, the Order of the Arrow (OA), a Scout service organization in which he participated and attained the Brotherhood level.  The OA supports Scouts doing such things as building hiking trails and creating campgrounds.  He participated in General Greene Scout Council events in support of events such as the council fun fair where he displayed skills helping to build a ferris wheel from logs and rope.  Ryan was an excellent student and enjoyed working part-time mowing lawns and landscaping.

Ryan continued to work on his Scout advancement and in 1979 began the process of completing his Eagle Scout badge.  His Eagle service project was the construction of lapboards for elderly people at a local assisted living facility.  I was very proud to pin his Eagle award in May 1980, an achievement that at the time only one in every 100 Scouts attained.

Ryan once said he aspired to become a doctor, and perhaps a surgeon. However, after graduating from high school, he decided to pursue other vocations, and as a person who enjoyed working with his hands, he started his

own roofing company.  In the 1990's I took a job in Raleigh, North Carolina, and lost contact with Ryan.

I wish I could understand how such a bright young man could end up in the situation Ryan is in now.  I certainly in no way condone his actions and like most people find it very shocking that he could even be in this situation.  I remember him as a kind and loving person.  My oldest son was born in 1976, and during his younger days participated in a lot of events with our Scout troop. Ryan was always there to help bring him along and provide guidance and support.

It is my wish that as his case moves forward and he is sentenced for his crime, consideration be given to the person Ryan was.  Why the change? I hope a reason and an answer can be found.  As a registered Republican and Trump supporter, I clearly was upset by his actions, however this person was not the person I knew.  I sincerely hope and pray that in the sentencing phase, consideration is given to who he was and that he has ample opportunity to be provided with the help he needs.

Thank you for your consideration.

Sincerely,

Michael A. Kelly, COL, USAR (Ret)
Colfax, North Carolina