UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.

_____/

## MOTION TO SEAL

Defendant Ryan Wesley Routh, through undersigned counsel, respectfully requests that the attachments to the Defendant's Motion for Downward Departure previously filed on January 16, 2026 be SEALED until further order of this Court to protect the privacy of the individuals given the personal nature of the submissions. Defendant further requests that any additional character letters filed today likewise be SEALED until further order of this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF filing portal to the Clerk of the Court and to all parties of record on this the 16th day of January, 2026.

        Respectfully submitted,

        Martin L. Roth, Esq.
        980 North Federal Highway
        Suite 110
        Boca Raton, FL 33432
        Office (954) 745-7697
        Mobile: (954) 815-9966

        /s/ ***MARTIN L. ROTH***
        Florida Bar No.: 265004