UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____/

**Defense Filing of Additional Character Letter From Marlia Riznyk**

Defendant Ryan Wesley Routh, through undersigned counsel, files an additional character reference letter from Malia Riznyk in support of his variance motion .

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF filing portal to the Clerk of the Court and to all parties of record on this the 20th day of January, 2026.

    Respectfully submitted,

    Martin L. Roth, Esq.
    980 North Federal Highway
    Suite 110
    Boca Raton, FL 33432
    Office (954) 745-7697
    Mobile: (954) 815-9966

    /s/ **MARTIN L. ROTH**
    Florida Bar No.: 265004