to military personnel and families of the missing. It was obvious that he was sacrificing everything for his mission. Ryan stayed in the cheapest hotel near the square as long as he had the funds, and eventually began cutting back on everything just to stay in Ukraine and be useful for as long as possible.

During our last meeting in the summer, I was struck by his appearance: he had lost a lot of weight and was wearing heavy winter boots because he clearly could not afford seasonal shoes. When a friend and I offered him a simple bun, he was moved to tears. He is a person who gave his last, seeking no personal gain, and remained genuine in his feelings toward others.

I sincerely ask the court to consider Ryan's selflessness and his kind heart when making its decision. His actions in Ukraine saved lives and served as a symbol of support during our darkest times. I believe he deserves the greatest possible leniency and a chance to find a path where his desire to help people can once again be of benefit.

Respectfully,
Mariia Riznyk
Email: photograph.kyiv@gmail.com
Phone: +380952283276