UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RYAN WESLEY ROUTH,

       Defendant.
_____/

## Motion To File Additional Character Letters

Defendant Ryan Wesley Routh, through undersigned counsel, respectfully files additional character letters from Mohammad Ahmadi, Darya Trotsenko and Mohammad Rezi Wahadi.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF filing portal to the Clerk of the Court and to all parties of record on this the 26th day of January, 2026.

Respectfully submitted,

Martin L. Roth, Esq.
980 North Federal Highway
Suite 110
Boca Raton, FL 33432
Office (954) 745-7697
Mobile: (954) 815-9966

/s/ **_MARTIN L. ROTH_**
Florida Bar No.: 265004