Your Honor,

I write this letter with the utmost respect for the Court and with full awareness of the serious responsibility you bear. My intention is neither to justify any wrongdoing, nor to interfere with the judicial process, nor to engage in political debate. My sole purpose is to share my direct and personal experience regarding the character, moral integrity, and humanity of Mr. Ryan.

Following the withdrawal of the United States government and NATO forces from Afghanistan, our country collapsed in a very short period of time. With the return of the Taliban to power, Afghanistan experienced a profound regression. Girls were deprived of education, women were barred from employment, and fundamental human rights were severely restricted. For those of us who served as soldiers in the Afghan National Army and fought on the front lines against the Taliban, Al-Qaeda, and ISIS, this change was not merely political; it constituted an immediate and serious threat to our lives and to the safety of our families.

Despite public announcements of general amnesty, many former Afghan soldiers were subjected to pursuit, torture, and killing. At the same time, with the start of the Russian invasion of Ukraine, the attention of the international community understandably shifted toward that war. As a result, the severe danger facing thousands of Afghan soldiers was largely ignored. Many NATO member states evacuated only their local civilian staff and left behind soldiers who had fought alongside coalition forces for years, without meaningful protection or support.

During that painful period, no government, no international union, and no major institution appeared to seriously consider our lives or the future of our children. The feeling of abandonment and being forgotten was deep and devastating.

It was under these circumstances that I came to know Mr. Ryan.

Mr. Ryan held no governmental position and possessed no political authority. He was neither a president nor a commander with executive power. However, he possessed something more important than political power: moral courage, human responsibility, and a living conscience. He listened carefully and respectfully to the voices of approximately 240 Afghan soldiers, not out of curiosity, but with a genuine intention to find a lawful and humane way to help.

Mr. Ryan consistently emphasized that United States assistance to Ukraine should be used properly, transparently, and responsibly, so that it would genuinely contribute to Ukraine's defense and help reduce human suffering. He believed that international aid has value only when it produces real and effective results and is not wasted.

He also made significant efforts inside Ukraine, dedicating his personal time, energy, and resources to these initiatives. Ukraine has long been a member of the U.S.-led coalition and, during the period of the American presence in Afghanistan, supported that mission and deployed its own military forces. From Mr. Ryan's perspective, supporting Ukraine was a continuation of the same shared international responsibility that had previously existed in Afghanistan.

When it became clear that the immediate relocation of Afghan soldiers to Western countries was not feasible, Mr. Ryan worked with us to explore a lawful and constructive alternative. He pursued discussions with the Ukrainian government regarding the potential involvement of Afghan soldiers who had been trained by and worked alongside U.S. forces. These individuals possessed both combat experience and strong motivation to defend a country that could offer a secure future for their children.

Mr. Ryan traveled to Ukraine multiple times in pursuit of this effort. His work advanced to the level of the Ukrainian Ministry of Defense and received positive consideration. The primary obstacles were administrative, particularly issues related to Ukrainian and Polish visas. Throughout this process, Mr. Ryan acted with transparency, honesty, and persistence.

Over the several years during which I have been in contact with Mr. Ryan through WhatsApp, I have consistently observed in him a compassionate, kind, and responsible character.

I would also like to share a deeply personal and human experience with the Court. At one point, my son was hospitalized in critical condition due to severe anemia caused by thalassemia. At that time, obtaining the blood necessary to save his life was beyond my ability. In that moment, Mr. Ryan was the only person who, without any questions and without any personal expectation, provided financial assistance that made it possible to obtain the required blood. As a result of his help, my son recovered and regained his health. ·

In my view, a person for whom the suffering and illness of an Afghan child truly matters—and who takes concrete action to save that child's life—cannot be someone who intends to harm others or who is indifferent to human life.