Your Honor,

With the utmost humility, I respectfully ask the Court, in considering Mr. Ryan's case, to also take into account his character, intentions, and humanitarian actions. From my perspective, punishing an individual whose actions stemmed from genuine concern for human life and dignity would not only be unjust to him, but would also be inconsistent with the fundamental values upon which humane societies are built.

I submit this letter truthfully and in good faith, based solely on my personal experience, and I sincerely hope it will receive the Court's fair and careful consideration.

Respectfully submitted,
Mohammad Reza Wahedi