Dear Mr. Roth,

My name is Darya Trotsenko, and I am writing this character reference for Ryan Routh with the sincere hope that it will assist the court in seeing the full measure of the man I have known.

I am a citizen of Ukraine, and I met Ryan in Kyiv during a very difficult period for my country. What stands out in my memory is his profound dedication to volunteer work. Ryan was actively involved in daily efforts in the city center. He possessed a remarkable openness and kindness that drew people to him, and he was deeply respected and liked by everyone.

His desire to help knew no bounds. I recall personally when I was planning to open a beauty salon, Ryan immediately offered his assistance with the construction. He was always the first to extend support, motivated solely by a genuine desire to see others succeed. This is the Ryan I know: a person of action, empathy, and peace.

I want to thank Ryan for fighting for justice and safety in Ukraine. This very letter is being written in the heart of Europe during an air raid alarm, to the sound of explosions, in complete blackout, and without heating or water in the center of Kyiv. Dozens of civilians are killed here every day. People suffer and are forced to flee their homes. Thousands of soldiers—who did not choose to wage war but chose to defend—will never return home to their parents, wives, and children. This is the horrific reality Ryan was trying to alleviate and stop. This context makes my testimony not just words, but a testament from the heart of the suffering he sought to change.

It is therefore incredibly difficult for me to reconcile the man I described with the charges against him. His actions in Ukraine consistently demonstrated a peaceful and constructive character. I firmly believe that prison should be for those who are a danger to society, but that is not Ryan. He is a deeply peaceful person.

Above all, Ryan's love for his family—his children and his partner—was always evident. They were his anchor and his greatest source of pride.

I believe in justice, but I also believe in compassion and in judging a person by their whole life. Ryan has already shown, through his actions, that he is an asset to his community, not a threat. He deserves the chance to one day return home, where he can continue to be a loving father, partner, and a peaceful, contributing member of society.

Thank you for your time and consideration.

Respectfully,

Darya Trotsenko
Kyiv, Ukraine