**Date:** January 24, 2026

**To:** The Honorable Aileen M. Cannon

**Location:** Alto Lee Adams, Sr. United States Courthouse

101 South U.S. Highway 1, Chambers 4044

Fort Pierce, Florida 34950

**Subject: Character Reference Letter for Ryan Wesley Routh**

**Your Honor,**

I, **Dr. Sergeant Mohammadullah Ahmadi,** am writing this letter to provide a formal character reference for Ryan Wesley Routh. I offer this testimony based on my extensive background as a medical professional and my service as a **Commando Sergeant** in the **Afghan National Army (ANA),** where I served alongside **NATO and ISAF forces.**

Under Ryan's leadership, I traveled to Kenya as a **designated representative of Afghan soldiers** who were eager to support the cause of Ukraine. My mission was to participate in a strategic meeting with the Ukrainian diplomatic team, specifically with **Artem Makarov.** We worked tirelessly on this initiative, and I remain in Kenya today, enduring extremely difficult conditions to uphold the commitment I made to Ryan's vision. Unfortunately, our humanitarian efforts were undermined by the deceptive actions of the diplomatic representatives involved.

As a former **Commando,** I have been trained to evaluate human character, discipline, and intent in the most high-stakes environments. Through my close collaboration with Ryan, I found him to be a man of immense compassion and selflessness. He is not a man of violence. His actions were driven by a profound and overwhelming desire to aid a nation in crisis.

I hold deep respect and affection for Ryan. I witnessed a man who was willing to sacrifice everything for what he believed was the greater good of humanity. I humbly ask the Court to consider his non-violent nature and the humanitarian intent behind his actions. I believe Ryan is essentially a good person who deserves mercy.

Thank you for your time and for considering the perspective of a veteran and representative who has served with international forces.

**Respectfully,**

**Dr. Sergeant Mohammadullah Ahmadi (Afghan National Army Commando)**

**Phone:** +254 714 511090

**Email:** Mohammadullahahmadi66@gmail.com