UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**PARTIES' NOTICE REGARDING SENTENCING**

    The United States of America, through undersigned counsel, and Martin Roth, Esq., counsel for the Defendant, file this notice, as required by the Court's Order setting forth sentencing procedures [ECF No. 29], regarding the sentencing hearing in this case scheduled for February 4, 2026 at 11 am.

    The parties anticipate that the hearing will take approximately 60-75 minutes. Neither party at present expects to call any live witnesses or present any exhibits. The Defendant will allocute, and counsel for both sides will be prepared to make argument.

                                                    Respectfully submitted,

                                                    JASON A. REDING QUIÑONES
                                                    UNITED STATES ATTORNEY

By:    /s/ *John Shipley*
          John Charlton Shipley
          Florida Bar No. 69670
          Christopher B. Browne
          Florida Bar No. 91337
          Maria K. Medetis Long
          Florida Bar No. 1012329
          Assistant United States Attorneys

        U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL FOR THE
NATIONAL SECURITY DIVISION

By:    */s/ James Donnelly*
James Donnelly, Trial Attorney
Court ID No. A5503278
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-0849

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, I filed the foregoing response with the Clerk of Court using CM/ECF.

*/s/ John C. Shipley*
Assistant United States Attorney

2