UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RYAN WESLEY ROUTH,

        Defendant.

_____/

DEFENDANT ROUTH'S REPLY TO PSR ADDENDUM AND 1/28/26 REVISION

Defendant Ryan Wesley Routh, through undersigned counsel, respectfully replies to the addendum and revised PSR filed January 28, 2026 by United States Probation. The Defendant wishes to make clear that he objects to the offense level and criminal history enhancements that are proposed to be applied by classifying each of the offenses of conviction as a "federal crime of terrorism" as defined in 18 USC section 2332b(g)(5)(A)-(B). The record does not support a finding that the defendant's conduct was "calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct" and (emphasis added) "(2) is a violation of one of the criminal statutes listed in section 2332b(g)(5)(B)." See United States v. Arcila Ramirez, 16 F.4th 844 at 850 (2021). The enhancements do not apply unless the criminal offense of conviction meets both the prongs of the definition. Application of the enhancements fail here because the crimes of conviction are not enumerated crimes in the statutory definition of a "federal crime of terrorism."

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF filing portal to the Clerk of the Court and to all parties of record on this the 29th

day of January, 2026.

        Respectfully submitted,

        Martin L. Roth, Esq.
        980 North Federal Highway
        Suite 110
        Boca Raton, FL 33432
        Office (954) 745-7697
        Mobile: (954) 815-9966

        /s/ ***MARTIN L. ROTH***
        Florida Bar No.: 265004

Case 9:24-cr-80116-AMC   Document 394   Entered on FLSD Docket 01/29/2026   Page 3 of 3