UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80116-AMC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RYAN ROUTH,

       Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Ryan Routh, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence, D.E. 397, entered on February 5, 2026.

       Respectfully submitted,

By:   */s/Martin L. Roth*
     Martin L. Roth, Esq.
     Florida Bar No.: 265004
     980 North Federal Highway
     Suite 110
     Boca Raton, FL 33432
     Ofc: (954) 754-7697
     Email: mlrpa@msn.com