**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-80116-AMC**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RYAN ROUTH,

      Defendant.

_____/

**UNOPPOSED MOTION TO UNSEAL HEARINGS FOR PURPOSE OF
PREPARING TRANSCRIPT FOR APPEAL**

The defendant Ryan Routh respectfully files this unopposed motion to unseal the following hearings in the following manner for the limited purpose of preparing transcripts for appeal:

- Unseal **as to court reporter and defense counsel only** (i.e., the hearings remain ex parte) the sealed in camera hearing held on July 10, 2025, on Mr. Routh's motion to discharge counsel (DE 193), and the sealed ex parte portion of the hearing on August 8, 2025, regarding Mr. Routh's trial subpoenas (DE 225);

- Unseal as to both parties and the court reporter the sealed portion of the hearing held on June 18, 2025, in which the Court and the parties discussed the jury selection procedures (DE 179).

In support, Mr. Routh states the following:

1. On June 18, 2025, this Court held a status conference. The second half of the hearing, in which the Court discussed and ruled on jury selection procedures and a juror questionnaire, was sealed. DE 179.

1

2. On July 8, 2025, Mr. Routh moved to discharge his attorneys. DE 189. This Court held a hearing on the motion on July 10, 2025. That hearing was in part sealed and held in camera. DE 193. This Court ultimately granted Mr. Routh's motion to proceed *pro se*. DE 205.

3. On August 8, 2025, this Court held a pre-trial conference. That conference was in part held under seal and ex parte to discuss Mr. Routh's applications for Rule 17 witness subpoenas. DE 225.

4. Mr. Routh proceeded to trial *pro se*, was convicted on all counts, and sentenced to life in prison. DE 397.

5. Mr. Routh now seeks to appeal his conviction and sentence. He timely filed a notice of appeal on February 13, 2026 (DE 400). For his appeal, he seeks complete transcripts of the hearings on June 18, July 10, and August 8, 2025.

6. Thus, Mr. Routh respectfully requests that the hearings on July 10 and August 8, 2025 be unsealed **as to the court reporter and Defense Counsel only**, so that the court reporter may produce the transcript to Defense Counsel. Mr. Routh requests that these hearing transcripts remain ex parte, produced only to Mr. Routh and his counsel at this time.

7. Mr. Routh requests that the hearing on June 18, 2025, be unsealed as to the court reporter and both parties, only for the purpose of preparing a transcript for appeal.

8. Assistant United States Attorney John Shipley does not oppose this motion.

WHEREFORE, Mr. Routh requests this Court GRANT his unopposed motion to unseal the above hearings in the manners specified above for the limited purpose of preparing transcripts for appeal.

Respectfully submitted,

By: */s/Martin L. Roth*
Martin L. Roth, Esq.
Florida Bar No.: 265004
980 North Federal Highway
Suite 110
Boca Raton, FL 33432
Ofc: (954) 754-7697
Email: mlrpa@msn.com