**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80116-CR-CANNON**

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH**,

Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO UNSEAL HEARINGS**
**FOR APPELLATE TRANSCRIPT PURPOSES**

**THIS CAUSE** comes before the Court upon Defendant Ryan Routh's Unopposed Motion to Unseal Hearings for Purposes of Preparing Transcripts for Appeal (the "Motion) [ECF No. 402]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 402] is **GRANTED** as follows:

1. The sealed portions of the hearings held on July 10, 2025, and August 8, 2025, shall be unsealed as to the Court Reporter and the Defense Counsel only, for purposes of transcription by the Court Reporter [ECF Nos. 193, 225].

2. The sealed portions of the hearing on June 18, 2025, shall be unsealed as to the Court Reporter and both parties only, for the purpose of transcription by the Court Reporter [ECF No. 179].

3. The hearings remain sealed for all other purposes.

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of February, 2026

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record