**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

**GOVERNMENT'S NOTICE REGARDING RESTITUTION**

Come now the undersigned Assistant United States Attorneys to inform this Honorable Court that neither victim in this case will be seeking restitution.  Accordingly, the United States withdraws its request for a restitution hearing in this matter, which is currently set for April 30, 2026, at 11:00 AM.

Respectfully submitted,
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/ *Maria K. Medetis Long*

Maria K. Medetis Long
Florida Bar No. 1012329
John Charlton Shipley
Florida Bar No. 69670
Christopher B. Browne (SAUSA)
Florida Bar No. 91337
Assistant United States Attorneys
U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9020
E-mail: maria.medetis.long@usdoj.gov

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL FOR THE
NATIONAL SECURITY DIVISION

By:     */s/ James Donnelly*
        James Donnelly
        Court ID No. A5503331
        Trial Attorney
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 2, 2026, I filed the foregoing Notice with the  Clerk

of Court using CM/ECF.


*/s/ Maria K. Medetis Long*
Assistant United States Attorney