**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

      **Defendant.**

                        /

## GOVERNMENT'S MOTION TO SHARE DISCOVERY MATERIALS

The United States, by and through the undersigned Assistant United States Attorneys, respectfully requests that this Honorable Court permit the United States to share its discovery materials[1] in this case with state and local law enforcement agencies, including the Florida Statewide Prosecutor's Office.[2]  The United States files this motion in an abundance of caution, given the Court's Protective Order [ECF No. 69] in this case.  Although the United States does not read the Protective Order as precluding it from sharing its discovery with other law enforcement agencies, it respectfully seeks this Court's permission in case the Court reads the Order differently.

The United States has conferred with counsel for the defendant, Martin Roth, who objects to this motion.

The United States respectfully requests that its motion be granted and that the United States

---

[1]    The phrase "discovery materials" is defined here as material disclosed to defense counsel in this matter by the United States in response to the Court's Standing Discovery Order.  *See* Protective Order [ECF No. 69] at 1.

[2]    This Court retains jurisdiction to consider the Government's motion.  Although the filing of a notice of appeal normally "divests the district court of its control over those aspects of the case involved in the appeal," *Thompson v. RelationServe Media, Inc.*, 610 F.3d 628, 638 n. 14 (11th Cir. 2010) (quotation omitted), this rule does not apply to "collateral matters not affecting the questions presented on appeal," *Weaver v. Fla. Power & Light Co.*, 172 F.3d 771, 773 (11th Cir. 1999).

be permitted to share its discovery with state and local law enforcement agencies.

Should the Court agree with the United States' interpretation of the Protective Order, then

the United States respectfully requests that this motion be denied as moot.

Respectfully submitted,
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:     /s/ *Maria K. Medetis Long*

Maria K. Medetis Long
Florida Bar No. 1012329
John Charlton Shipley
Florida Bar No. 69670
Christopher B. Browne (SAUSA)
Florida Bar No. 91337
Assistant United States Attorneys
U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9020
E-mail: maria.medetis.long@usdoj.gov


JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL FOR THE
NATIONAL SECURITY DIVISION

By:     /s/ *James Donnelly*
James Donnelly
Court ID No. A5503331
Trial Attorney
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-0849

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2026, I filed the foregoing Motion with the

Clerk of Court using CM/ECF.

*/s/ Maria K. Medetis Long*
Assistant United States Attorney

3