**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>24-80116-CR-CANNON/McCabe</u>**

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

      **Defendant.**

_____/

**<u>NOTICE OF WITHDRAWAL</u>**

Please take notice that the undersigned will be on a detail and will no longer be participating in this case or have access through the Southern District of Florida U.S. Attorney's Office to CM/ECF or to the email account below.  Accordingly, the undersigned respectfully requests that he be removed from the CM/ECF list for this case.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By:    /s/ *John Shipley*
    John C. Shipley
    Florida Bar No. 69670
    Senior Counsel/Assistant United States Attorney

    U.S. Attorney's Office
    Southern District of Florida
    99 Northeast 4th Street, 8th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9111
    E-mail: John.Shipley@usdoj.gov

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing response was filed with the Clerk of Court using CM/ECF.

/s/ *John C. Shipley*
Assistant United States Attorney