**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-80116-AMC**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN ROUTH,

Defendant.

_______________________________/

**MOTION TO UNSEAL TRANSCRIPT FOR PURPOSES OF APPEAL**

The defendant Ryan Routh respectfully files this motion to unseal the sealed portion of the hearing on August 8, 2025 (DE 225) and accompanying transcript for purposes of appeal. In support, Mr. Routh states the following:

On August 8, 2025, this Court held a pre-trial conference. That conference was held in part under seal and *ex parte* to discuss Mr. Routh's applications for Rule 17 witness subpoenas. DE 225. The hearing was sealed at Mr. Routh's request, as he was discussing defense strategy and potential witnesses. The government did not participate in the sealed portion of the hearing.

Mr. Routh now appeals his conviction and sentence. The transcript of the hearing on August 8, 2025, is relevant to his appeal. Thus, he respectfully requests that the sealed portion of the hearing, and accompanying transcript be unsealed, and the transcript placed on the docket for purposes of the appeal. This Court previously unsealed the hearing for defense appellate counsel only. Now, he requests its full

unsealing for purposes of appeal. As stated, the sealed portion of the hearing does not involve the government.

Defense conferred with AUSA George Doty who stated he takes no position on this motion.

WHEREFORE, Mr. Routh requests this Court GRANT his motion to unseal the above hearing and place the transcript on the docket.

Respectfully submitted,

By: */s/Martin L. Roth*
Martin L. Roth, Esq.
Florida Bar No.: 265004
980 North Federal Highway
Suite 110
Boca Raton, FL 33432
Ofc: (954) 754-7697
Email: mlrpa@msn.com